CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE
OF NACHSHON WACHSMAN, et al.,
_____
Plaintiff(s)

vs.

Civil Action No.: 06-cv-351 RMU

ISLAMIC REPUBLIC OF IRAN, et al.,
_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants): ISLAMIC REPUBLIC OF IRAN, c/o Ministry of Foreign Affairs, Ebn e Sina Street, Emam Khomeini Square, Tehran, Iran; IRANIAM MINISTRY OF INFORMATION AND SECURITY, Pasdaran Avenue, Golestan Yekom, Tehran, Iran; ISLAMIC REVOLUTIONARY GUARD CORP. OF IRAN, Presidential Palace, Pasdaran Avenue, Tehran, Iran.

by: (check one)
- ☐ registered mail, return receipt requested
- ☒ DHL

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☒ 28 U.S.C. §1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): IRAN, which has not formally objected to such service, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

(Signature)
Paul L. Knight

O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, DC 20006

(Name and Address)