## Waybill 1 — 747 4362 976

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only
**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

**1 Payer account number and shipment value protection details**
Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
☐ Cash ☐ Check ☐ Credit Card
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number:
Contact Name: Paul L. Knight
Shipper's Reference (up to 35 characters): 34269.0001
Company Name: O'Connor & Hannan
Address: [illegible] Street, N.W., Suite 500
Washington, DC
06-351
Post/ZIP Code (required): 20006
Phone, Fax, or E-mail (required): (202) 887-1400

**3 To (Receiver)**
Company Name: IRANIAN MINISTRY OF INFORMATION AND
Contact Person: SECURITY
Delivery Address (DHL Cannot Deliver to a PO Box):
Pasdaran Avenue
Golestan Yekom
Tehran
c/o Ministry of Foreign Affairs
[illegible] SQ
Tehran
Country: Iran
Post/ZIP Code (required):
Phone, Fax, or E-mail (required): 20098-21-61151 or 6735151

**4 Shipment Details**
Total number of packages: 1
Total Weight / If DHL Express Document packaging used, enter XD: XD
Dimensions (in inches): Pieces / Length / Width / Height

**5 Full Description of Contents**
Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable)
Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice)
Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other: _____

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization Signature Required**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required) _____ Date ___/___/___

**8 Products & Services**
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other _____
Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
☐ Other _____
Global Mail: ☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL ☐ Dom. Priority ☐ Dom. Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT ___ lbs
SERVICES / CHARGES
Drop Box # / TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.)
No.: _____
Type: _____ Expires _____
Auth. _____
PICKED UP BY
Route No.
Time / Date

---

## Waybill 2 — 747 4362 980

1-800-CALL-DHL in USA only
**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

**1 Payer account number and shipment value protection details**
Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
☐ Cash ☐ Check ☐ Credit Card
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number:
Contact Name: Paul L. Knight
Shipper's Reference (up to 35 characters): 34269.0001
Company Name: O'Connor & Hannan, LLP
Address: [illegible] Street, N.W., Suite 500
Washington, DC 20006
06-351
Post/ZIP Code (required): 20006
Phone, Fax, or E-mail (required): (202) 887-1400

**3 To (Receiver)**
Company Name: ISLAMIC REVOLUTIONARY GUARD CORPS
Contact Person:
Delivery Address (DHL Cannot Deliver to a PO Box):
Presidential Palace
Pasdaran Avenue
Tehran

**4 Shipment Details**
Total number of packages: 1
Total Weight / If DHL Express Document packaging used, enter XD: XD
Dimensions (in inches): Pieces / Length / Width / Height

**5 Full Description of Contents**
Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable)
Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice)
Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other: _____

**8 Products & Services**
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other _____
Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
☐ Other _____
Global Mail: ☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL ☐ Dom. Priority ☐ Dom. Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT ___ lbs
SERVICES / CHARGES
Drop Box # / TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.)
No.:

