CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                Plaintiff(s)

vs.                                             Civil Action No.: _____

_____
                Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the _____ day of _____, 20____, I mailed:

1. ❑ One copy of the [summons and complaint/or] by [registered mail, return receipt requested], to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ❑ One copy of the [summons, complaint and a notice of suit], together with a translation of each into the official language of the foreign state, by [registered mail, return receipt requested], to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ❑ Two copies of the [summons, complaint and a notice of suit], together with a translation of each into the official language of the foreign state, by [certified mail, return receipt, delivery], to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ❑ One copy of the [summons and complaint/or], together with a translation of each into the official language of the foreign state, by [registered mail, return receipt requested], to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
         Deputy Clerk