06-351

**DHL EXPRESS** — DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324 — **Shipper's Copy**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

789 3581 312

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)
☐ Cash ☐ Check ☐ Credit Card
Not all payment options are available in all countries.

**2 From (Shipper)**
Contact Name: Paul L. Knight
Shipper's Reference (up to 35 characters): 34269.0001
Company Name: O'Connor & Hannan, LLP
Address: ~~XXXXXXXXXXXXXXXXXXXXX~~
1666 K Street, N.W., Suite 500
Washington, DC
Post/ZIP Code: 20006
Phone: (202) 887-1400

**3 To (Receiver)**
Company Name: ISLAMIC REVOLUTIONARY GUARD CORP. OF IRAN
Contact Person: IRANIAN FOREIGN MINISTER MANOUCHEHR MOTTAKI
Delivery Address: c/o Ministry of Foreign Affairs
Emam Khomeini SQ
Tehran
Country: Iran
Phone: 0098-21-6113 or 66739191

**4 Shipment Details**
Total number of packages: 1
Total Weight: XD lbs

**5 Full Description of Contents**
Legal Documents (30 Pages)

**6 Dutiable Shipments Only (Customs requirement)**

**7 Shipper's Authorization (signature required)**

**8 Products & Services**

# DHL EXPRESS — INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

Waybill No: **789 3581 323**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

## 1 Payer account number and shipment value protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes    Declared Value for Carriage (in US $) _____
Payment: ☐ Cash ☐ Check ☐ Credit Card

## 2 From (Shipper)

Shipper's Account Number
Shipper's Reference (up to 35 characters): **34269.0001**
Company Name: **O'Connor & Hannan, LLP**
Contact Name: **Paul L. Knight**
Address: **1666 K Street, N.W., Suite 500, Washington, DC**
Post/ZIP Code: **20006**
Phone, Fax, or E-mail: **(202) 887-1400**

## 3 To (Receiver)

Company Name: **IRANIAN MINISTRY OF INFORMATION AND SECURITY**
Contact Person: **IRANIAN FOREIGN MINISTER MANOUCHEHR MOTTAKI**
Delivery Address (DHL Cannot Deliver to a PO Box): **c/o Ministry of Foreign Affairs, Imam Khomeini SQ, Tehran**
Country: **Iran**
Post/ZIP Code: **(required)**
Phone, Fax, or E-mail: **0098-21-61151 or 66739191**

## 4 Shipment Details

Total number of packages: **1**
Total Weight (If DHL Express Document packaging used, enter XD): **XD**
Pieces / Dimensions (in inches) Length × Width × Height: @ _ × _ × _

## 5 Full Description of Contents

Give Content and Quantity: **Legal Document (approx. 30 pages)**

## 6 Dutiable Shipments Only (Customs requirement)

Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No/Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) | Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER
Destination Duties/Taxes: If left blank, Receiver pays duties/taxes.
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

## 7 Shipper's Authorization (signature required)

Receiver ☒ Shipper ☐ Other _____

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse)...

Signature (required): _____   Date: _____

## 8 Products & Services

Service Options: ☐ Saturday Delivery ☐ Delivery Notification ☐ Signature Required
Global Mail: ☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL ☐ Dom. Priority ☐ Dom. Standard
Other: _____

SERVICES / CHARGES
DIMENSIONAL/CHARGEABLE WEIGHT ___ lbs
TRANSPORT COLLECT STICKER No.
Drop Box #    TOTAL
PAYMENT DETAILS (Check, Card No.)
No.:
Type    Expires
Auth.
PICKED UP BY    Route No.    Time    Date

ORIGIN / DESTINATION CODE

© 2002
DHL Express (USA), Inc. 1200 South Pine Island Road, Plantation, Florida 33324
Shipper's Copy

**DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324**  **Shipper's Copy**

**DHL EXPRESS**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL *in USA only*    **INTERNATIONAL SHIPMENTS (Non-document)**

06-351 RMU

789 3581 286

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. ____
☐ Cash ☐ Check ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes  Declared Value for Carriage (in US $) ____
*Not all payment options are available in all countries.*

**2 From (Shipper)**
Shipper's Account Number: XXXXXXXX 34269.0001
Contact Name: Paul L. Knight
Shipper's Reference (up to 35 characters):
Company Name: O'Connor & Hannan, LLP
Address: 1666 K Street, N.W.
Suite 500
Washington, DC
Post/ZIP Code (required): 20006
Phone, Fax, or E-mail (required): (202) 887-1400

**3 To (Receiver)**
Company Name: ISLAMIC REPUBLIC OF IRAN
Contact Person: IRANIAN FOREIGN MINISTER MANOUCHEHR MOTTAKI
Delivery Address *DHL Cannot Deliver to a PO Box*
c/o Ministry of Foreign Affairs
Emam Khomeini SQ
Tehran
Country: Iran
Post/ZIP Code (required): ____
Phone, Fax, or E-mail (required): 0098-21-61151 or 6673919l

**4 Shipment Details**
Total number of packages: 1
Total Weight (If DHL Express Document packaging used, enter XD): XD lbs
Dimensions (in inches) Pieces / Length / Width / Height

789358l286

**5 Full Description of Contents**
Give Content and Quantity
Legal Documents (approx. 30 pages)

**6 Dutiable Shipments Only (Customs requirement)**
*Attach the original and four copies of a Proforma or Commercial Invoice.*
Export License No./Symbol (if applicable)  Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice)
Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER
TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes *If left blank, Receiver pays duties/taxes.*
☐ Receiver ☒ Shipper ☐ Other: ____

**7 Shipper's Authorization (signature required)**
*I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.*
Signature (required) ____    Date ____

**8 Products & Services**
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other ____
Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Other ____
Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
Other ____

ORIGIN ____    DESTINATION CODE ____

DIMENSIONAL/CHARGEABLE WEIGHT ____ lbs
SERVICES    CHARGES
Drop Box #    TOTAL
TRANSPORT COLLECT STICKER NO.
PAYMENT DETAILS (Check, Card No.)
No.: ____
Type ____ Expires ____
Auth. ____
PICKED UP BY
Route No. ____
Time ____    Date ____

© 2002