# O'CONNOR & HANNAN, L.L.P.

## ATTORNEYS AT LAW

F. GORDON LEE
GEORGE J. MANNINA, JR.
ROBERT M. ADLER
TIMOTHY W. JENKINS
REED W. NEUMAN
KURT E. BLASE
THOMAS J. CORCORAN*
JAMES W. SYMINGTON
GARY C. ADLER
JOHN M. HIMMELBERG
J. CRAIG POTTER
ALBERT P. LINDEMANN, JR.
EMIL HIRSCH
FREDERICK T. DOMBO, III
PAUL L. KNIGHT
GERALD H. YAMADA
CRAIG A. KOENIGS
MICHAEL D. WHATLEY**
D. LEE FORSGREN
DONALD M. ITZKOFF

PATRICK J. O'CONNOR (1920-2005)
JOE A. WALTERS (1920-2005)

**ASSOCIATES**
JAMES P. RYAN
CATHERINE M. SAUVAIN

SUITE 500
1666 K STREET, N.W.
WASHINGTON, D.C. 20006-2803
(202) 887-1400
FAX (202) 466-2198
FAX (202) 466-3215
www.oconnorhannan.com

**LEGISLATIVE CONSULTANTS**
ROBERT W. BARRIE* (RESIDENT IN FLORIDA)
GEORGE J. HOCHBRUECKNER*
JAMES H. ENGLISH*
B. KEITH HEARD*

**OF COUNSEL**
CHARLES R. McCARTHY, JR.
THOMAS J. SCHNEIDER (RETIRED)

* NOT AN ATTORNEY
**NOT A MEMBER OF THE D.C. BAR

December 7, 2006

Nancy Mayer Whittington
Clerk, United States District Court
  for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    *Menashe Yechezkel Washsman v. Islamic Republic of Iran, et al.*
           Civil Action No. 06-0351 (RMU)

Dear Ms. Whittington:

    This letter is written to request your assistance in effecting service on the Islamic Republic of Iran and the Iranian Ministry of Information and Security (MOIS) (the "Defendants") under 28 U.S.C. § 1608(a)(4). I previously wrote to you to request your assistance in serving the Defendants by DHL International courier pursuant to 28 U.S.C. § 1608(a)(3). Those packages were placed in the custody of DHL on August 18, 2006. More than 30 days have elapsed since this manner of service was attempted pursuant to 28 U.S.C. § 1608(a)(3), which is the length of time which a plaintiff must wait before attempting service under § 1608(a)(4).

    This is an action brought under the Foreign Sovereign Immunities Act against the Islamic Republic of Iran and the other Defendants. Because Iran and the United States do not have in effect any special arrangement for the service of process upon the Defendants as provided for in 28 U.S.C. § 1608(a)(1) and because the United States has no diplomatic relationship with Iran allowing service under any applicable international convention as provided for in 28 U.S.C. § 1608(a)(2), and because 30 days have elapsed since our § 1608(a)(3) mailing was made, service can be made pursuant to 28 U.S.C. § 1608(a)(4) whereby the Clerk transmits two copies of the Notice of Suit, Summons and Complaint for each Defendant, with copies translated into Farsi, to the Secretary of State, attention of the Director of Special Consular Services, for transmission to the Defendants through diplomatic channels.



RECEIVED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

145083_1.DOC

Nancy Mayer Whittington
December 7, 2006
Page 2

        In light of the foregoing, I am enclosing the following documents for the Clerk to
transmit to the Secretary of State:

- Two copies of the Complaint for each Defendant;

- Two copies of the Summons for each Defendant;

- Two copies of the Notice of Suit for each Defendant;

- Two copies of each of the above documents translated into Farsi;

- A check in the amount of $1,300.00 payable to "Department of State."  This check
  should be forwarded to the State Department along with the necessary documents.

        The Secretary of State will subsequently send to the Clerk of the Court a certified copy of
the diplomatic note indicating when these documents were transmitted to the Defendants.  If you
have any questions, please call me at (202) 887-1470.

                                        Yours truly,


                                        Paul L. Knight

PLK/jm
Enclosures