CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WACHSMAN et al
_____
           Plaintiff(s)

vs.                                              Civil Action No.: 06-351 (RMU)

ISLAMIC REPUBLIC OF IRAN et al
_____
           Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __24th__ day of __January__, 20 _07_, I mailed:

1. ☐ One copy of the _summons and complaint_ by _registered mail, return receipt requested_, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the _summons, complaint and notice of suit_, together with a translation of each into the official language of the foreign state, by _registered mail, return receipt requested_, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the _summons, complaint and notice of suit_, together with a translation of each into the official language of the foreign state, by _certified mail, return receipt requested_, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the _summons and complaint_, together with a translation of each into the official language of the foreign state, by _registered mail, return receipt requested_, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____Jackie Francis_____
           Deputy Clerk