UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WACHSMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | Civil Action No. 06-cv-00351 (RMU) |

## AFFIDAVIT OF DEFAULT

I, EMIL HIRSCH, being duly sworn, depose and say:

1. I am an attorney with the firm of O'Connor & Hannan, L.L.P. I, along with Paul L. Knight of the firm, represent the Plaintiff in this matter.

2. On February 28, 2006, the Complaint in this matter was filed against the Islamic Republic of Iran ("Iran"), the Iranian Ministry of Information and Security ("MOIS"), and Islamic Revolutionary Guard Corps (collectively "Defendants").

3. On June 13, 2006, Plaintiffs attempted service on Defendants pursuant to 28 U.S.C. § 1608(a)(3) by sending a copy of the Summons, Complaint and Notice of Suit, together with a Farsi translation of each, in a package prepared by the Clerk of the Court via international mail, return receipt requested. The recipients refused delivery on August 26, 2006 and August 28, 2006, and the package was returned to Plaintiff.

4. On January 23, 2007, Plaintiffs attempted service on Defendants pursuant to 28 U.S.C. § 1608(a)(4) by sending a similar package of pleadings with translations into Farsi through the United States State Department for service on Defendants through diplomatic channels. On April 22, 2007, the Swiss Foreign Ministry, which had received Plaintiffs' documents from our State Department, served the Iranian Ministry of Foreign Affairs with the

149620_1.DOC

documents directed to the Islamic Republic of Iran and MOIS. The Iranian Ministry of Foreign Affairs returned the service documents to the Swiss Foreign Ministry without comment. (See Attachment A).

5. Pursuant to 28 U.S.C. § 1608(d) these Defendants had sixty (60) days from April 22, 2007, specifically until June 21, 2007, to answer and/or to file some other type of responsive pleading. These Defendants have failed to enter any appearance or to file any response whatsoever. No extension has been given to any of the Defendants and the time for filing a responsive pleading has expired.

6. The Clerk is requested to enter a Default against said Defendants, *i.e.*, Islamic Republic of Iran and MOIS. Accordingly, a Rule 55(a) default is timely and appropriate.

I hereby swear that the foregoing is true and accurate to the best of my knowledge.

_____
Emil Hirsch

Subscribed and sworn to before me this 2ND day of July, 2007.

_____
Notary Pubic
My Commission Expires: _____

**JUDITH A. MURPHY**
NOTARY PUBLIC, DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES: JANUARY 31, 2009