UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ESTHER WACHSMAN**, *et al.*,

        **Plaintiffs**,

v.

**ISLAMIC REPUBLIC OF IRAN**, *et al.*,

        **Defendants.**

**Civil Action No. 06-cv-00351 (RMU)**

## DEFAULT

It appearing that the above-named Defendants have failed to plead or otherwise defend this action though duly served with summons and copy of complaint on April 22, 2007, and an affidavit on behalf of the Plaintiffs having been filed, it is this ____ day of _____, 2007, declared that the Islamic Republic of Iran and Iranian Ministry of Information and Security, the Defendants herein, are in default.

        Nancy M. Mayer-Whittington, Clerk

By: _____
        Deputy Clerk

149623_1.doc