UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER WACHSMAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NACHSHON WACHSMAN,** *et al.,*<br><br>**Plaintiffs,**<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY,** and **ISLAMIC REVOLUTIONARY GUARD CORP. OF IRAN,**<br><br>**Defendants.** | **Civil Action No. 06-cv-00351 (RMU)** |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO COMPLY WITH THIS COURT'S AUGUST 27, 2007 MINUTE ORDER**

Plaintiffs, by and through their undersigned counsel, hereby move this Court for an extension of time, up until and including November 30, 2007, within which to file the materials mandated by this Court's August 27, 2007 Minute Order, and in support thereof, state as follows.

1. On February 28, 2006, Plaintiffs filed the above-captioned case against Defendants the Islamic Republic of Iran ("Iran"), the Iranian Ministry of Information and Security ("MOIS") and the Islamic Revolutionary Guard Corps of Iran (collectively "Defendants") (Dkt. #1).

2. Service of process was effectuated upon Defendants Iran and MOIS on April 22, 2007 (Dkt. #8).

3. Defendants Iran and MOIS never responded to the Complaint. Accordingly, on July 6, 2007, the Clerk of this Court entered a Default against these Defendants. (Dkt. #10).

4. On August 22, 2007, Plaintiffs filed a Motion for a Default Judgment against these Defendants. (Dkt. #11).

5. On August 27, 2007, this Court entered a Minute Order directing that, on or before October 26, 2007, Plaintiffs are to submit in support of their Motion for a Default Judgment,

evidence through prior sworn testimony and affidavits, as well as a brief establishing their legal entitlement to the relief sought in this case.

6. By virtue of the instant Motion, Plaintiffs respectfully request an extension of time, up until and including November 30, 2007, within which to submit the materials mandated by this Court's August 27, 2007 Minute Order.

7. As grounds therefor, Plaintiffs contend that while they have acted promptly to meet the deadlines set forth in the August 27 Minute Order, they have been unable to fully comply with these deadlines through no fault of their own. Specifically, while Plaintiffs have already obtained detailed draft expert reports from several physicians and an economist in support of their claims for damages, Plaintiffs believe that these reports may require substantial revision so as to comply with the requirements of Rule 26(a)(2)(B). Since Plaintiffs believe that it would promote judicial efficiency to file all of the materials required by the August 27 Minute Order at once, rather than in a piecemeal fashion, they are seeking an extension of all of the deadlines established by this Minute Order.

8. Plaintiffs further contend that their diligence in this matter is demonstrable. Firstly, Plaintiffs have not delayed in securing the necessary experts to establish their case. Indeed, they retained their Rule 26(b)(4) expert on liability and his full Rule 26(b)(4) Report before they even filed the case *sub judice*. Unfortunately, it has taken longer than anticipated to obtain appropriate reports and affidavits from Plaintiffs' damages experts, in significant part because they reside in Israel and are therefore less than fully familiar and conversant with the requirements of the U.S. legal system.

9. Moreover, Plaintiffs' diligence is evident from the fact that they have otherwise complied with the deadlines of the Federal Rules of Civil Procedure and this Court in this case.

10. Additionally, Plaintiffs have never previously requested an extension of any deadline in this case.

11. For each of the foregoing reasons, Plaintiffs maintain that they have demonstrated good cause sufficient to support the extension of time sought herein.

12. Furthermore, the granting of the instant Motion will not have any effect on any other deadlines in this case, as no such deadlines exist.

13. Finally, Plaintiffs respectfully submit that Defendants Iran and MOIS' respective positions on this matter are immaterial, as they have yet to participate in this case in any fashion, and are unlikely to do so in the future.

WHEREFORE, for each of the foregoing reasons, Plaintiffs request that the instant Motion be granted, and that they be afforded an extension of time until November 30, 2007 to provide the materials mandated by this Court's August 27 Minute Order.

Dated: October 18, 2007

Respectfully submitted,

/s/ Emil Hirsch
Emil Hirsch (DC Bar No. 930479)
Paul L. Knight (DC Bar No. 911594)
O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
Telephone: (202) 887-1400
Facsimile: (202) 466-3215
E-mail ehirsch@oconnorhannan.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WACHSMAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NACHSHON WACHSMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY, and ISLAMIC REVOLUTIONARY GUARD CORP. OF IRAN,<br><br>Defendants. | Civil Action No. 06-cv-00351 (RMU) |

**ORDER**

**UPON CONSIDERATION** of Plaintiffs' Motion for an Extension of Time Within Which to Comply with this Court's August 27, 2007 Minute Order, and Points and Authorities in support thereof, it is, this _____ day of October, 2007; hereby

**ORDERED**, that such Motion is **GRANTED**; and further

**ORDERED**, that Plaintiffs shall file the materials mandated by this Court's August 27, 2007 Minute Order on or before November 30, 2007.

_____
JUDGE RICARDO M. URBINA

copy to:

Emil Hirsch, Esq.
Paul L. Knight, Esq.
O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C.  20006-2803