UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESTHER WACHSMAN,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | Civil Action No. : 06-00351 (RMU) |
| | ) | |
| **IRANIAN REVOLUTIONARY GUARD CORP,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This mater is before the Court on Plaintiffs' motion for leave to file their first amended complaint, in which they substitute the laws of the District of Columbia for the laws of New York with regard to their first three causes of action: wrongful death, survival action and intentional infliction of emotional distress. For the reasons stated by Plaintiffs and good cause shown, it is, this _____ day of _____, 2007,

ORDERED, that Plaintiffs' motion is granted and amended Complaint is accepted for filing; and it is further

ORDERED, that the Clerk is directed to file Plaintiffs' First Amended Complaint.

SO ORDERED.

_____
RICARDO M. URBINA
United States District Judge

151831_1.DOC