# PLAINTIFFS' EXHIBITS
# 2(a) – (b)



מדינת ישראל

בפני הרשם לעניני ירושה בירושלים

תיק מס' 11922
בקשה מס' 1

## צו ירושה ומינוי המנהל עיזבון

בעניין עיזבון המנוח גחשון מרדכי וקסמן, ז"ל, מס' ת.ז. 032286296, שנפטר ביום 14/09/1994 ומענו היה ירושלים.

אני מצהירה כי :

שמות יורשיו על פי דין של חמנות וחלקנו היחסי של כל אחד מהם בעזבון הם :

| שם היורש | מס' ת"ז | הקרבה | תחלק |
|---|---|---|---|
| אסתר וקסמן | 1232892 | אם | 1\2 |
| יהודה וקסמן | 65118119 | אב | 1\2 |

כמנהלת עיזבון מיניתי את גב' אסתר וקסמן ת.ז. 1232892 ומענה רחוב שביל דוד בזוב 14, ירושלים.

תוקפו של מנוי מנהל העיזבון הוא עד ליום 10/10/2007.

על מנהלת העיזבון לחמציא לאפוטרופוס הכללי, במועדים הקבועים לכך, פרטה ודו"חות על פי חוק הירושה, התשכ"ה-1965, והתקנות שהותקנו על פי.

צו זה ניתן היום, ז' בתשרי תשס"ו (10/10/2005)

(-)
בת-שבע אברך בר-טוב
רשם לעניני ירושה בירושלים





PLAINTIFF'S EXHIBIT 2(9)

[Emblem of the State of Israel]
# The State of Israel

**Before the Registrar of Succession Matters in Jerusalem**

Case No: 11922
Petition No: 1

## Succession Order and Appointment of an Administrator

In the matter of the estate of the late Nachshon Mordecai Waxman, ID No: 032286296, who passed away on 09/14/1994 and his address was in Jerusalem,

I hereby declare:

The name's of the deceased's legal heirs and each one's relative share in the estate are:

| Heir's Name | ID No. | Relationship | Share |
|---|---|---|---|
| Esther Waxman | 1232892 | Mother | ½ |
| Yehuda Waxman | 65118119 | Father | ½ |

I have appointed Mrs. Esther Waxman, ID 1232892, whose address is 14 David Basov Lane, Jerusalem as administrator of the estate.

The appointment as administrator shall be for a period ending on 10/10/2007.

The estate administrator must furnish the administrator general with her details and the reports required in pursuance of the Succession Law, 5725 – 1965 and the regulations attached thereto.

This order has been given on 6th Tishrei 5766 (10/10/2005).

Round stamp of the Registrar of Succession Matters – Jerusalem

(-)
_____

Bat-Sheva Awerach Bar-Tov
Registrar of Succession Matters in Jerusalem

[Stamp: The Registrar of Succession Matters in Jerusalem
I confirm
That this copy is true to the original
10.10.2005     Pnina
Date     Secretary]

