PLAINTIFFS' EXHIBITS
3(a)

**ROLAND ROTH**

AVOCAT AU BARREAU D'ISRAEL
NOTAIRE

Licencié de la Faculté de Droit
et des Sciences Economiques et Politiques
de l'Université de Strasbourg
Bureau: 33 Jaffa (Beit Yoel)
Tel. 02-6259916, 6253748 - P.O.B 911
91008 Jérusalem



רולנד רוט, עורך-דין

נוטריון
מוסמך למשפטים
מאוניברסיטת סטרסבורג (צרפת)
רחוב יפו 33 (בית יואל) קומה בי
טל. 6259916, 02-6253748, ת.ד. 911
ירושלים 91008

Jérusalem __945/2005__    ירושלים

## CERTIFICATE OF SIGNATURE ON AN EXPERT OPINION OF DR. SHAUL SHAY

I the undersigned, Roland Roth Notary, of Jaffa street 33, Jerusalem Israel, hereby certify that on the 17.08.2005 appeared before me Dr. Shaul Shay who identified himself by an Israeli Identity  card No 67338459 issued on 05.12.2004, and he signed  his  Expert opinion in attachment  on his own free will. In witness whereof I hereby authenticate the signature of Dr. Shaul Shay by my own signature on 17.08 August 2005.

Roland Roth
Notary

### אימות חתימה

אני החתיים עויד רולנד רוט, נוטריון ברחוב יפו 33 בירושלים, מאשר בזה שביום 17.08.2005 ניצב בפני, דייר שאול שי שזהותו הוכחה לי על ידי תעודת זהות ישראלית מסי 67338459, שניתנה מאת משרד הפנים ברחובות ביום 05.12.2004 וחתם מרצונו החופשי על חוות הדעת המציב.

ולראייה הנני מאמת את חתימתו של דייר שאול שי בחתימת ידי, היום 17.08.2005.

שולם שכייט של 217 שח, כולל מעיימ

PLAINTIFF'S EXHIBIT 3 (א)

Fax.  972-2-6245052  פקס    E-mail: viacsfe@netvision.net.il

# AFFIDAVIT AND EXPERT OPINION OF

# DR. SHAUL SHAY

**I, Dr Shaul Shay of Israel, holder of Israeli identity card No 67338459**

## A. Qualifications of witness

I served for 28 years as a senior career officer, as a paratroop officer, and in the Military Intelligence Branch of the Israeli Defense Forces (IDF).

In the course of service with the IDF, Shaul Shay was assigned to both field and research positions.

In the 1973 war, he served as a paratrooper on the Sinai and Golan Heights fronts.

In the 1982, war he served as an intelligence officer (G2) of an armored division in Lebanon.

During his military service, he spent several years in Lebanon, the West Bank, and the Gaza Strip on counter terrorism missions.

In the 1990's, he served as the head of the Israeli Military Intelligence Counterterrorism Branch.

I finished his active service in the IDF holding the rank of Colonel.

## B. Academic record

I am a senior research fellow of the International Policy Institute for Counter Terrorism (ICT) at the Interdisciplinary Center Herzliya (IDC), Israel.

He is the head of the IDF Military History Department, and he is a lecturer at:

* Bar Ilan University.

* The Interdisciplinary Center, Herzliya.

* The IDF War College.


I hold M.A and Phd degrees from Bar Ilan University, Israel.

The PhD thesis of Dr Shay was:

Radical Islamic Regimes –Sudan, Iran, and Afghanistan-a comparative study.

I am one of the leading experts of local and international terrorism in Israel and a well known expert worldwide.

I am the author and the editor of nine books, five of them were published in the USA.

**C.     The list of my books:**

* Terror at the command of the Imam, Iran and the Shiite terror , Mifalot Publishers, The Interdisciplinary Center  Herzeliya, 2000, (Hebrew).

* The Endless Jihad, the Mujahidin, the Taliban and Bin Laden, Transaction Publishers, Rutgers University, State University of New Jersey, 2002.

* Yoram Schweitzer and Shaul Shay, The globalization of terror, the challenge of Al  Qaeda and the response of the international community, Transaction Publishers, Rutgers University, State University of New Jersey,2003.

* The Shahids, the Islam and the Suicide attacks,  Transaction Publishers, Rutgers University, State University of New Jersey,2004.

* The "Axis of Evil", Iran, Hizballa and the Palestinian Terror, Transaction Publishers, Rutgers University, State University of New Jersey,2005.

*The Terror Triangle of the Red Sea, Yemen, Sudan and Somalia, Transaction Publishers, Rutgers University, State University of New Jersey,2005.

* The Iraq-Israel Conflict (1948-2000 )Ma'archot Publishers, The Ministry of Defence, Tel-Aviv, 2002 (Hebrew).

* Shaul Shay and Haggai Golan, "War today – Studies of the 1973 War", Ma'archot Pubishers, The Ministry of Defence, Tel Aviv, 2003, (Hebrew).

*Shaul Shay and Haggai Golan "Low Intensity Conflict", Ma'archot Publishers, The Ministry of Defence, Tel Aviv, 2004, (Hebrew).

**D.  I am the author of the following chapters in the following books:**

* "Suicide Terrorism in Lebanon" in Boaz Ganor'S Countering Suicide Terrorism, The International Policy Institute for Counter Terrorism, Herzeliya , 2001.

* The "Afghan Alumni" and the clash between civilizations, in David Bukay, (ed) Muhammad's Monsters, A comprehensive Guide to Radical Islam for Western Audience, Balfoor Books, Green

Forest, U.S.A, 2004.

* "Ebb and flow" v.s " The Al Aksa Intifadah".

The Israeli-Palestinian Conflict 2000-2003, In Mordechai Baron (ed), A Never Ending Conflict: A Guide to Israeli, Military History, Greewood Publishing, 2004.

* The Hizballah-Understanding and Managing Insurgent Movements, A United Nations Project (will be published in 2005).

Dr. Shay is the author of many scholarly publications, articles, and journal essays on the subject of Islamic and international terrorism including Iran, Sudan, Syria and terror organizations, like Al Qaeda, Hamas, Hizballah, and others.

Dr Shay has attended more than 30 International scholarly conferences and workshops about terrorism worldwide (USA, UK, France, Germany, Russia, Singapore, Greece, Turkey, and in other countries).

## E.  Information Assembled and Consulted to Form Opinions

Since 1977, I have followed the scholarly literature and press from and about the Middle East and about terrorism in the region.

I have an extensive library of news and scholarly works on Iran, Lebanon, and terrorism at the International Policy Institute for Counter Terrorism in Herzliya.

I have attended more than 30 scholarly conferences and workshops about terrorism and Iran's involvement in terror.

I often have discussions with experts from foreign countries about terrorism and Iran's support and use of terror.

## F.  Summary of Opinions

It is my opinion based on a reasonable certainty that:

- Iran from 1980 onwards is the most active state sponsor of international terrorism and continues to be directly and indirectly involved in planning and executing terrorist acts.[1]

- Iran supports many radical Islamic organizations including the Hizballah and the Palestinian Hamas.[2]

---

[1]  US Department of State, Patterns of Global Terrorism 1994-1999, (Appendix A3).

- Iran's Ministry of Information and Security (MOIS) and the Islamic Revolutionary Guards Corps (IRGC) have been the major agencies through which the Iranian government has provided military, financial and practical support to Terrorist organizations like the Hamas and Hizballah.[3]

- The Hamas conducted terror attacks in coordination and support of Iran and its proxy in Lebanon, the Hizballah.[4]

- **The abduction, torture and the murder of Nahshon Waxman were a part of the coordinated terror campaign of Hamas and Iran intended to break the peace process initiative between Israel and the Palestinian Authority.**

- Iran through MOIS and the IRGC has provided material assistance to Hamas in the kidnapping, torture and death of Nahshon Waxman by directing, supervising and the commission of these terrorist acts and the preparation for such terrorist acts.

- During the time periods relevant to the kidnapping, torture and murder of Nashon Waxman and the preparation for such terrorist acts, Hezbollah acted as agen of Iran and provided training expertise, political motivation/objectives and other assistance to Hamas which was utilized in the commission of this kidnapping, torture and murder of Nashon Waxman.

## G. Statement of Facts[5]

Decedent Nahshon Waxman, a United States citizen, was abducted, tortured, and eventually killed by the Hamas organization.

On the date of October 9th 1994, the soldier Nahshon Waxman, an American citizen, was kidnapped from the Bnei Atarot intersection, near Lod, Israel while waiting for a lift.

- The squad that conducted the abduction was assembled of four terrorists who were a part of the military branch of Hamas (Iz A-din Al-Kasam).

The names of the four kidnappers are:

---

[2]    Ibid (Appendix A3).
[3]    Wilfried Buchta, Who Rules Iran? The Washington Institute for Near East Policy, 2000 (Appendix A1, A2).
[4]    U.S Department of State, Patterns of Global Terrorism 1994-1999 (Appendix A3).
[5]    Based on the documents of the trials of Jihad Ya'amur and Zacaria Lutfi abd al Magid.

- Salah A-Din Hassan Salem Jadallah.
- Hassan Natshe.
- Abd El Karim Yassin Badder.
- Jihad Ya'amur.

- Two of the squad members, Jadallah and Natshe, conducted in the past the abduction and murder of two other Israeli soldiers on April 21st, 1994, and July 7th, 1994.

- Due to their involvement in previous terror activities, three of the squad members were wanted by the Israeli security forces, and were hiding in the Nablus area.

- For the operation of abducting Nahshon Waxman they recruited Jihad Ya'amur from Beit Hannina (near Jerusalem) – (who was not familiar to the Israeli security forces), for assistance in the logistical preparations required for the action.

- Jihad Ya'amur was required to perform the following tasks:
  - Rent a commercial van with Israeli license plates for the abduction.
  - Rent a house that would be used to hide the kidnapped soldier and the kidnappers.
  - To be the contact man with Hamas HQ in the Gaza Strip, which was in charge of the terrorist act and the ensuing negotiations.
  - Rent a video camera and tapes.

- Jihad Ya'amur rented for the terror squad, with the support of Zacaria Lutfi Nagib, a house in Bir Naballah (North of Jerusalem), a commercial van, a "Volkswagen Transporter", a video camera and tapes.

- Members of the terror squad decided that during the kidnapping they would disguise themselves as Orthodox Jews, in order for an Israeli soldier to be duped into taking a ride with them most easily. To accomplish this goal, Jihad Ya'amur acquired yarmulke, and black hats for them, like those traditionally worn by Orthodox Jews.

- In the actual kidnapping of Nahshon Waxman, the following four (4) terrorists participated, as set forth below:

- Jihad Ya'amur was the car driver, with a yarmulke on his head, armed with a pistol.
- Abd El Karim Badder, sat next to the driver, wore a black hat and was armed with an Uzi sub machinegun.
- Hassan Jadallah was behind the driver, wore a black hat and was armed with a pistol.
- Hassan Natshe was behind Abd El Karim Badder, with a yarmulke on his head.

  The squad was also equipped with handcuffs, an iron chain, and locks to handcuff the kidnapped soldier.

- On October 9th, the terror squad drove from Bir Naballah to the Tel Aviv – Jerusalem highway towards Ben Gurion International Airport, as they are looking for a soldier who seeks a "ride". The soldier, Nahshon Waxman got in the car at the Bnei Atarot intersection, thinking that it was a car with Jewish passengers.

- Shortly after that his kidnappers assaulted him he tried to resist but was overtaken, handcuffed, and blindfolded. During the abduction, he was beaten by his abductors, even after he was handcuffed.

- The terrorists drove to the safe house in Bir Naballah, which Nahshon Waxman was transferred to, along with three of his kidnappers.

  The safe house belonged to Zacaria Lutfi Nagib's relative, Ziad Nagib. Ya'amur convinced him to rent the house to Hassan Natche that was on the run from the Israeli security forces.

  Ziad Nagib was surprised to find out that Nahson Waxman and his kidnappers are hiding in the house, and shortly afterwards he left with his family to Jordan.

- The safe house was prepared before their arrival, and contained a stock of food and water. It also had radio devices and television.

- On the same day, a video tape was filmed where Nahshon Waxman is seen along with one of his kidnappers, Salah Jadallah, (filmed with his face hidden) who read the demands of the kidnappers as conditions for the release of Nahshon Waxman (see list of demands document).

- Jihad Ya'amur was required to take the video tape from the safe house in Bir Naballah, and deliver it to the Gaza Strip, to the commanders of the operation, who were supposed to negotiate with Israel.

- On October 10th 1994, Ya'amur delivered the video tape to "Abu Ali", an assistant of Muhammad Dif, in the Gaza Strip. In Gaza, a new tape was filmed and publicly shown, the first tape in which an ID card of Nahshon Waxman is shown and also an M-16 assault rifle similar to Waxman's. The Hamas spokesperson also pecified the list of demands in exchange for Waxman's release.

- During October 10th, 1994, Hamas in Gaza took responsibility for the kidnapping, spread the tape and pamphlets with a list of demands to release prisoners from Israel. The Hamas has set up a deadline for Israel to respond until October 14th, 1994, at 21:00 hours.

- In parallel with the publication of the pamphlets in Gaza, a Hamas representative delivered to the Red Cross in Beirut similar demands to those publicized in Gaza and the same message was broadcasted on Al Quds Radio (the Ahmed Jibril PLF-GC terror organization's radio station) from Damascus.

- The Hamas list of demands included the release of Hamas leader **Sheikh Ahmad Yassin, Salah Shehada of Sheikh Karim U'beid (Hizballah), Mustafa Dirani**, many Palestinian terrorists, as well as **20 Hizballah prisoners** from the prisons of Israel[6].

---

[6] The list of the demands (Appendix B2).

We may assume that there were three main reasons that the Hamas took responsibility for the kidnapping and spread the tape and the pamphlets from Gaza:

- The commander of the operation, Mohammad Dif, who was in charge of the negotiation with Israel, stayed at Gaza.
- To disguise the Israeli security forces about the location of Nahson Waxman and his kidnappers.
- To create tension between Israel and the Palestinian Autorities and to undermine the Israeli Palestinian peace process.

- Between the 10-13 October 1994, the Israeli intelligence community believed that Nahson Waxman was kept in the Gaza Strip.
- Prime minister Rabin called Yasser Arafat, the chairman of the Palestinian Authority, and told him that he will be responsible for the fate of the kidnapped soldier.

  Rabin also suspended the PLO-Israeli talks in Cairo and ordered that the autonomous Gaza Strip be sealed off until further notice.
- Arafat meanwhile condemned the kidnapping and ordered his security forces to search for the kidnapped soldier.
- On the 13 October 1994, Jihad Ya'amur was arrested by the Israeli security forces. In his interrogation he provided the information about the kidnapping and the location of Nahson Waxman and his kidnappers. He told his interrogators that he saw Nahson Waxsman on Wednesday (October 12, 1994) alive.
- Shortly after the arrest and the interrogation of Ya'amur the Israeli security forces started to prepare an operation to rescue Nahson Waxman.
- On October 14th, 1994 evening, shortly before the Hamas "deadline" expired, an Israeli military force attempted to rescue Nahson Waxman.
- An Israeli commando unit broke into the "safe house", engaged in fighting with the three kidnappers. In this fight one of the IDF commanders, Capt Nir Poraz, was killed and several other soldiers were wounded. The three kidnappers of Nahson Waxman were killed in the rescue operation.
- Nahson Waxman was found dead in the back room of the house in Bir Naballah. His hands and legs were bound and chained and there were numerous wounds found on his body, including bites, bullet holes and hemorrhages.
- Nahson Waxman was tortured and badly treated by his kidnappers during the days that he was kept as a hostage and was murdered by shooting from short distance to several parts of his body, probably shortly before or during the attempt of the IDF to rescue him.

9

## The Iranian involvement in the abduction and murder of Nahshon Waxman

- The abduction of Nahshon Waxman was carried out by the order of and with the knowledge of Hamas headquarters in Jordan, Syria, and Lebanon which were in close contact with Iran. [7]

- The Hamas put in its demands list as the highest priority the release from Israeli prison of its supreme leader, Sheikh Yassin, Salah Shehada, the military commander of the Hamas, the Hizballah leader Sheikh Karim U'beid and Mustafa Dirani. The priorities of the Hamas reflects the close contacts between Hamas, Hizballah and Iran (See a detailed discussion in pages 24-28).

- In the chain of command of Nahshon Waxman's abduction, torture and murder, there were commanders and activists involved (most of them were members of the deportees) who had a close relationship with Iran. [8]

- Sheikh Az a-Din Subhi Khalil (one of the deportees) who established Hamas' headquarters in Damascus was in with Iran. [9]

  - Mohammad Dif – commander of the Hamas military branch, who was behind the abduction, was connected to Az a-din Subhi Khalil and had visited Iran. [10]

  - Nur a din Salah a din Rada Darawza was one of the commanders of the group that kidnapped Nahshon Waxman, was among the deportees who returned to Israel from Lebanon. [11]

  - Darawza was drafted to the group that kidnapped Nahshon Waxman by Salah Jadallah, son of Imam Jadallah Jadallah from Sheikh Radwan in Gaza, who was also among the deportees. [12]

---

[7] The order for the kidnapping came from Jordan, Davar, October 14, 1994 (Appendix H1).

[8] Yedioth Ahronoth, Sept 27, 2004.

[9] Shiekh Khalil – the link between Gaza and Damascus, Yedioth Ahronoth, Sept 27, 2004 (Appendix B5).

[10] The testimony of Hamas commander, Hassan Salameh Israeli court. See also: Ma'ariv, Tel Aviv, May 15, 2000.

[11] See the files of Nur a Din Salah a Din Rada Darawza of Israeli court. See also the document – the list of the deportees (the order of regional commander of the IDF). (Appendix D1,D2,D3,D4).

[12] See the files of Nur a Din Salah a Din Rada Darawza of Israeli court (Appendix D1-D4).

- Ahmad Jadallah, another son of Jadallah Jadallah was involved in the preparation of the video cassette of Nahshon Waxman in Gaza.[13]

- There is a need to emphasize that many of the Hamas deportees who returned to Israel from Lebanon after being qualified in terror by Hizballah and the Iranian Revolutionary Guards became the "spearhead" of Palestinian terrorism.[14]

- In this connection we need to mention: Mahmoud Abu Hunud, Abed al Aziz Rantisi, Abdallah Kawasme, Abed al Rahman Hamed, Nasser Juwarish.

Yasser Arafat on October 13th 1994, indirectly accused Iran with involvement in internal Palestinian affairs "we will not allow the misuse of our homeland to change decisions and directions given to certain people from outside"[15], he said.

Mahmoud A Zahar, a senior Hamas official declared (October 13, 1994) that he has no information regarding Nahson Waxman kidnapping and that the order for the kidnapping came from officials of the Hamas in Lebanon and Jordan.[16]

A senior Hamas official in the Hamas HQ in Amman (Jordan), Ibrahim Roshe told the Voice of America in Arabic (October 13, 1994)[17] that the Hamas leadership will prefer to release the soldier in exchange for the organization's prisoners but the HQ will leave the final decision in the hands of the Iz A Din Al Kassam operatives.

This statement can be considered as another evidence of the involvement of the "external leadership" of Hamas in the kidnapping of Nahson Waxman.

The Hamas HS in Jordan, Lebanon and Syria were at that time in close contacts with Iran. The Iranian embassy in Amman at that time was a main channel for coordination between Iran and the Hamas and other Palestinian terror organization.

---

[13] The Ruiters office in Gaza turned into Hamas branch, Ma'ariv, October 16, 1994 (Appendix B11).

[14] United States district court for the district of Columbia stern vs. the Islamic Republic of Iran, findings of fact and conclusions of law (Appendix C1).

[15] Al Hamishmar, October 14, 1994.

[16] Ibid.

[17] Ma'ariv, October 14, 1994.

## H. Rationale for Opinions
### The Islamic regime of Iran- introduction

In the course of twenty-six years of Islamic rule (1979-2005), Iran has appeared to be a state that supports a radical foreign policy with no holds barred, including terror, in order to export the Islamic revolution and facilitate its political objectives. The use of terror as a tool to further political interests is not exclusive or unique to Iran, but there is no doubt that during the reviewed period Iran was among the most prominent countries to encourage terror and use it to realize its goals on the international level.[18]

**Since the beginning of 1980, Iran has appeared on the list of states that support terror, compiled by the US State Department.**[19] Indeed, since the Islamic revolution in 1979, Iran has been one of the leading countries to use terror to promote its objectives in the international arena.

Iran views terror as an effective tool to further its objectives. As a substitute for or supplementary measure to the diplomatic processes, terror constitutes a "legitimate" means in the Iranian regime's battle against its external and internal rivals and enemies. From an in-depth analysis of terror attacks perpetrated during the reviewed period (1980-2005), based on data provided by research institutes and publications in the media, it is possible to point to hundreds of international attacks perpetrated by Iranian entities or Shiite/Palestinian sponsored organizations (on an average, slightly more than one attack a month over a period that exceeds twenty years).[20] As stated earlier, Iranian terror activity is perpetrated judiciously. Iran endeavors to leave no "fingerprints" that might identify it as the entity behind the terror activities. Moreover, in public declarations, the Iranian leadership expresses its reservations regarding terror and condemns it, and this is also true of sponsored organizations such as the Hizballah and Hamas.

---

[18] Shaul Shay "The axis of evil" – Iran, Hizballah and the Palestinian terror, the Transaction publishers, Rutgers, State University of New Jersey, 2005, p-1.
[19] US department of stat, Patterns of Global Terrorism 1994-2003.
[20] Shaul Shay "The axis of evil" – Iran, Hizballah and the Palestinian terror, the Transaction publishers, Rutgers, State University of New Jersey, 2005, p-1.

Iran's attempt to conceal the terror activities that it perpetrates enables it to extract the maximum benefit from this activity. On the one hand, this prevents the terror victim from retaliating, while on the other hand, Iran sometimes presents itself as a mediator attempting to achieve a compromise between the victim and the terror organization. Using this method, Iran attains its goals from both directions.

- Most of the information that has exposed Iran's involvement in terror activities has come to light after perpetrators of acts of terror were apprehended and brought to trial, as the result of comprehensive intelligence investigations of terror attacks worldwide, and following the perpetration of acts of terror where the claiming of responsibility by the responsible organizations included declarations and/or demands that clearly reflected an Iranian link between terror activity and Iranian foreign policy. Particularly evident, is the consistent and methodical usage of terror in order to force other countries to accept Iranian demands, after regular diplomatic channels failed to achieve these goals.

- Iran's ambivalent policy has provided it with flexibility in its political course, and has made it difficult for its adversaries to formulate a forceful policy which will provide an adequate response to Iranian terror due to the assumption that the moderate elements in the Iranian regime must be encouraged vis-à-vis the extremists, as they are "the lesser of two evils."

Khomeini's theory, which calls for "Shiite activism" and "revolutionary violence," paved the way and provided ideological and religious legitimization for the use of terror. Thus, Iranian terror is motivated by a combination of religious and ideological motives and political needs.[21]

[21]    Ibid.

# I. Iran -exporting the "Islamic Revolution"

The aspiration to export the Iranian revolution to all of Muslim society (as well as all of humanity) is an inseparable part of the philosophy of the Islamic revolution. At its basis is the aim to promote the Islamization of the Muslim society, forge Muslim unity, and return Islamic society to its proper status in human society.[22]

Khomeini and his disciples strived to ignore the religious differences between the Sunnis, the Shiites, as well as national divisions, and aspired to create a unified revolutionary Islamic power that "would include a billion Muslims."[23] In Khomeini's view, this concept constituted justification for interference in the "internal" affairs of other Muslim countries and societies, in the form of rhetoric calling for Muslim populations to rebel against their governments (which he regarded as lacking religious legitimacy and lackeys of imperialism.

Iran took a myriad of steps to export the revolution, starting from its presentation of itself as a model for emulation; through its use of terror, encouragement of radical movements and its assistance in establishing revolutionary Islamic movements (Hizballah in Lebanon and Islamic movements in the Gulf and Magreb); and finally dispatching forces of the Revolutionary Guards to Lebanon. The means and methods changed in accordance with the character of the society of destination ("third world" countries, Muslim countries or Shiite societies) and its internal situation.

The dispatch of the Revolutionary Guards to Lebanon in 1982, constitutes an example of an aggressive operational method – the export of the revolution also via military power, and not only through influence and persuasion. Although the Revolutionary Guards were not directly involved in combat against Israel, they established the Hizballah organization that spearheaded the armed struggle against the Western and Israeli presence in Lebanon.

Iran regards the solidification of the Hizballah in Lebanon as its greatest success (and only one to date) in exporting the Islamic revolution.

In this connection, it is to be noted that the Iranian revolutionary regime made significant efforts to expand its influence and connections to radical Sunni Islamic

---

[22] Marvin Zonis, Daniel Bromberg, "Khomeini, the Islamic Republic of Iran and the Arab world", Harvard Middle East papers, vol. 5, 1987, P34.

[23] David Menashri, Iran in revolutions, Hakibbutz Hameuhad, Tel Aviv, 1988, p. 217.

circles. In this framework, close cooperation was established with the various Islamic Jihad groups (Palestinian, Egyptian), and with radical Islamic movements in the Middle East **(such as Hamas).**

Due to the obstacles that made it difficult to export the Islamic revolution (as specified above), subversive activity to disseminate Khomeinism and the use of terror gradually turned into the main tools to achieve the objectives of the Iranian regime.

### J.  Iran's Terror Agencies

### The Ministry of Intelligence and Security (MOIS)[24]

The Ministry of Intelligence and Security is officially subordinate to the President of the Republic , but in practice the heads of the Ministry were appointed from among the close associates of the Supreme Leader and acted according to his instructions. The Ministry is composed of twelve departments that activate preside twenty thousand agents inside and outside of Iran. The first department is responsible for internal security, and enjoys a substantial part of the budget allocated for covert activity within Iran to secure the regime. The second department, – the popular intelligence – is responsible for the bazaars, markets and mosques, and in practice strives to supervise public places and focuses on group associations. The third department, – external security – is responsible for gathering intelligence information, underground activity and terror activities abroad. The department operates the Al-Quds organization spread out at various points worldwide, including Turkey, Pakistan, Germany, Switzerland, and more. The technical service provides communication equipment to agents and supported terrorist organizations; the finance department and administrative center deal with the budget and payroll; while the training bureau deals with the agents' training and instruction. The Department of External Security and the Bureau of Revolutionary Movements are involved in links, and operational activity vis-à-vis Islamic and other organizations that cooperate with Iran and are recipients of Iranian funding.

---

[24]  Wilfried Buchta, Who Rules Iran? The Washington Institute for Near East Policy, 2000 (Appendix A1, A2).

### K. The Ministry of the Revolutionary Guards (Pasdaran)[25]

The aim of the activities of the Revolutionary Guards was mainly to defend the Iranian revolutionary regime against internal opposition. After the Iraqi invasion of Iran (in 1980) the Revolutionary Guards became a central nucleus of the Popular Military Forces, which bore the brunt of the combat against Iraq, due to the weakness of the Iranian army that underwent purges as a result of the revolution. The Revolutionary Guards number about 120,000 members, including independent land, sea, and air forces. The land forces are divided into thirteen regional commands and twenty divisions (a division of the Revolutionary Guards is parallel to a military division).

The Revolutionary Guards are deployed (i) along the borders, with Iraq and Afghanistan, and (ii) with the aim of defending the country, in Iran's large cities for internal security missions. In addition, they are responsible for Iran's non-conventional combat capabilities.

Parallel to their missions of safeguarding the regime and protecting the Iranian homeland, the Revolutionary Guards also undertook tasks related to the "export of the revolution," mainly through the use of terror and aid to Islamic terror organizations worldwide.

The Revolutionary Guards Ministry, which was established in 1983, handles all areas of activity inside and outside of Iran. In all matters relating to activities outside of Iran, the Revolutionary Guards are based on two central entities: a) the Committee for Intelligence Abroad; b) the Committee for Operations Abroad. The activity of Revolutionary Guard members abroad is generally conducted under a diplomatic, cultural or commercial guise. The Revolutionary Guards support the training, instruction, and indoctrination of activists in Islamic terror organizations worldwide. These activists undergo training in Iran, Sudan, Lebanon, or Afghanistan (during the period of the war that took place in this country). Revolutionary Guard members also assist in the establishment of Islamic terror organizations, such as the Hizballah in Lebanon, and support Islamic entities at conflict arenas worldwide such as Bosnia or Chechnya.

---

[25]  Ibid (Appendix A1, A2).

The "Al-Quds Force" ("Jerusalem Force") of the Revolutionary Guards, which has been deployed in Lebanon since 1983, is an Iranian entity that leads Iranian activity in the region and its support of the Hizballah. This force deals with the direction and provision of military aid for terror activity against Israel, particularly that of the Hizballah and Islamic and secular Palestinian organizations.

In an interview, a senior Hizballah leader, Shekh Subhi Tofaili said: "The Revolutionary guards are not a militia, they are here as experts who came to share their knowledge and experience in a number of spheres with the Lebanese people. They also train resistance fighters – they form no problems of any kind. When the Islamic Republic of Iran decides to withdraw them, they will leave."[26]

## L. The Hamas Terror Organization

The Hamas terrorist organization was established by Sheikh Ahmad Yassin and other Islamic militants in December 1987. Hamas views Muslims as an oppressed minority which must confront a global conspiracy against Islam. Israel and the United States are regarded, in the view of Hamas, as the greatest enemies of Islam.[27] Hamas opposes a peaceful resolution of the Middle East conflict, and the charter of Hamas first published in August 1988, states that "there is no solution to the Palestinian problem except by jihad." Until at least 1997, Hamas had ruled out any possibility of peace between the Palestinians and Israelis.[28]

Until 1992, Hamas was involved in sporadic attacks against Israeli civilians mainly using primitive weapons such as knives and Molotov cocktails, but was not organized as an effective terrorist organization because its members had not yet received extensive systematic training in munitions, weapons and techniques of conspiracy and insurgency, and did not have adequate foreign financial support.[29]

---

[26] Interview with Sheikh Subhi Tofaily; Monday morning, Lebanon, April 22, 1991 (Appendix F4).

[27] Interview with Sheikh Ahmad Yassin and other Hamas leaders, published in the Al Awsat, London, Nov. 30, 1993 (Appendix B1).

[28] Ibid, see also: United States district court for district of Columbia, Stern vs. the Islamic Republic of Iran, finding of fact and conclusions of law (Appendix C1).

[29] United states district court for the district of Columbia, Leonard Eisenfeld vs the Islamic Republic of Iran, order and judgment (Appendix C3).

Hamas began to carry out suicide bombings and other kinds of terror attacks in Israel in April 1994, soon after Hamas leaders and operatives began receiving training and support from regular and proxy Iranian forces in Lebanon and Iran.

## M.  The links between Iran and Hamas

In the early 1980's, the Islamic Republic of Iran decided to export its Islamic revolution to other countries, by providing material support to militant Islamic organizations around the globe.  Pursuant to its policy of supporting militant Islamic groups, Iran sought out and developed a close relationship with Hamas since 1988. Iran and Hamas eventually entered into a mutually beneficial operational alliance. The joint goal of the Iran-Hamas alliance is Islamic revolution through jihad and violent and unrelenting struggle against Israel, and the West.[30]

Iran was interested in transforming Hamas into a powerful and deadly terrorist organization for several reasons. On the ideological plane, Iran supports the use of terrorist violence against Jews and Israeli targets. By training and funding Hamas to carry out such attacks Iran achieved what it considers an important goal. Additionally, Iran sought, and still seeks, to strengthen the influence of Islamic groups within Palestinian society. By bolstering Hamas, and turning it into a deadly and effective leader in the fight against Israel, Iran boosted popular support for the Islamic movement among Palestinians. Likewise, in the political sphere, Iran was and still is interested in using Hamas terrorist attacks to disrupt peace negotiations between Israel and the Arabs. Accordingly, Iran expended great effort to initiate a financial and operational alliance with Hamas.[31]  Hamas shared these Iranian policy goals and was willing to help Iran achieve them, in return for weapons, financing, and military training to conduct and expand its armed struggle against Israel.[32]

Relations between Iran and Hamas were formalized in 1988, when Iran agreed to Hamas' request to send a delegation to Iran and to establish an official representation

---

[30] Al Awsat, London Nov 30, 1992, Feb 22, 1993 (Appendix B1).
[31] Ibid (Appendix B1).
[32] The testimony of Hassan Salameh in his trial in Israel. See also in Leonard Eisenfeld vs the Islamic Republic of Iran (Appendix C3).

in that country. Since that time Hamas has stationed an "ambassador" in Iran. Iranian-trained Hamas members also serve as liaison officers between Iran and Hamas. Hamas military leader, Musa Abu Marzook, and Hamas leader, Sheikh Yassin, have also traveled to Iran to coordinate relations.

## N.  Iran and the training of Hamas members at Camp "Al Quds" in Iran

Iran operates a large military camp near Teheran, called "Al Quds" where Hamas terrorists are trained. Training of Hamas operatives in Iran began in the early 1990s. In 1994, a group of 19 Hamas members spent three and a half months in intensive military exercises at the Al Quds Camp. Since that time, large numbers of Hamas operatives have been sent to Iran from the West Bank and Gaza strip to train at the AlQuds Camp.[33]

At the Al Quds Camp, Hamas operatives are trained in weapons use, manufacturing explosives and bombs, carrying assassinations, collection and use of intelligence, clandestine operations and terrorist tactics, shooting from moving vehicles and motorcycles, parachuting, and diving. The training at Al Quds Camp is conducted by the MOIS and the Revolutionary Guards. One group of Hamas operatives spent several years in Iran, and underwent officer's courses at the Iranian Army College.

For example, Hassan Salameh, a Hamas leader in the West Bank and Gaza Strip, boasted on American television of his sophisticated training(in the uses of explosives, grenades, automatic weapons, RPG and LAW missiles, planning ambushes and use of land mines) in Iran by members of its military.

[33] Ibid (Appendix C3)

### O.  The training of the "Hamas deportees" in Lebanon

Iran also provides terrorist training to members of Hamas in camps operated by Iran and the Hizballah terrorist group in Lebanon. Hizballah is an Iranian proxy organization, controlled, funded, and operated by Iran. Training is provided to Hamas operatives in Lebanon both by military instructors belonging to Iranian Revolutionary Guards, which are an official Iranian government agency, and by Hizballah commanders.[34]

As early as 1992, Iran provided Hamas operatives with training in Hizballah camps in Lebanon. The training of Hamas operatives in Lebanon increased dramatically in 1993, after Hizballah and Iranian Revolutionary Guard members initiated contact with some 400 Hamas operatives who were deported by Israel to Lebanon. Hizballah and the Revolutionary Guards provided military training to hundreds of Hamas deportees.[35] The Iranian military training continued for nearly a year, until late 1993, when virtually all of the entire newly-trained Hamas terrorists returned to the West Bank and Gaza. Since that time, Iran has continued to provide terrorist training to large numbers of Hamas operatives in Hizballah bases in Lebanon.[36]  The Iranian training provided to Hamas operatives in Lebanon included the manufacture and use of munitions, bombs and explosives, including TNT and plastic explosives, and a broad range of firearms and weapons training including the use of RPG and LAW shoulder missiles.[37]  Hamas members in Lebanon were also trained in ambush techniques, sabotage, methods of subterfuge, intelligence gathering, and navigation. These operatives were specifically trained by Iran to constitute -a cadre of commanders and cell leaders, in order to return to Gaza and the West Bank in order to train and lead others. The Hamas members who received Iranian training in Lebanon and Iran have become senior military commanders, the "officer's corps" of the organization, who build bombs and explosive devices, and plan, direct, and supervise kidnapping, suicide bombings, and terrorist attacks.

---

[34]  United States District Court for the District of Columbia, Stern vs. the Islamic Republic of Iran, findings of fact and conclusions of law (Appendix C1).
[35]  Ibid (Appendix C1).
[36]  Ibid (Appendix C1).
[37]  Ibid and see also Weinstein vs. the Islamic Republic of Iran (Appendix C2).

The expulsion of the 400, including leading Hamas members to Lebanon where they received professional terrorist training from Iran and its proxies proved to be the watershed event in Hamas's rise and development as a professional and effective terrorist organization.[38]

By December 1993, nearly all of the 400 deportees had returned to the West Bank and the Gaza Strip. The returning Hamas members, armed with professional Iranian supplied training in munitions and explosives, quickly established an operational and organizational infrastructure far more deadly and effective than that which Hamas had previously been capable of maintaining.

### P.  Iran – Financial support for Hamas[39]

In the early 1990's, Iran began to give large sums of money to Hamas in order to allow the organization to build an operational infrastructure to commit terrorist activity in Israel. Iran has provided tens of millions of dollars to Hamas for terrorism since the early 1990's. Iran gave Hamas financial support in 1996 and 1997 in amounts between 25-50 million dollars. These cash payments to Hamas are in addition to other forms of support.

After a successful terrorist attack, Iran provides payments to Hamas to reward it. During the mid 1990's, including 1997, Iran was spending $200 million on terrorism each year. Numerous sources, including those in Iran, indicate that Iran provides payments to Hamas after a terrorist action, especially those of a spectacular nature such as suicide bombings.

---

[38]   The sources to this part are:
-   Al Watan al Arabi, London.
-   An interview with Prime Minister Yitzhak Rabin, January 26, 1993.
-   The book of former Prime Minister Benjamin Netanyahu, the war against Israel (Appendix E4).

[39]  Al Awsat, London Dec 30, 1992, Feb 22, 1993. See also: alsharaa, Lebanon, January 4, 1993 (Appendix B1).

**Q. Iran – operational and propaganda support to Hamas.**

Additionally, Iran provides operational support to Hamas including false documents and transportation to numerous Mideast locations. Iran also provides propaganda support through its radio stations and newspapers throughout the Muslim world.

**R. Summary**

Iranian government support for terrorism, including Hamas, is an official state policy and the approval of high ranking Iranian political figures including the supreme leader, Ayatollah Ali Hoseini Khamenei, the president, Ali Akbar Hashemi-Rafsanjani, and Ali Fallahian-Khuzestani, was necessary for Iranian agencies such as the MOIS to support Hamas with training and economic assistance. Iran's support of Hamas could not occur without this approval.[40]

Iranian leader Ayatollah Khamenei first approved the MOIS' provision of support to Hamas and other Islamic organizations in 1988. [41]

Iran provides terrorist training and economic assistance to Hamas through its Ministry Of Information and Security ("MOIS"). The MOIS provides professional military training for terrorist operations to Hamas. The funds provided by Iran to Hamas come almost entirely from the MOIS budget. The MOIS is also responsible for liaising with Hamas and coordinating relations between Iran and Hamas.[42]

Iran is now, and since 1984 has been continuously listed on the US State Separtment's list of state sponsors of terrorism.[43]

For the past decade, Iran has systematically provided military training to hundreds of Hamas terrorists in training camps located in Iran and in Lebanon. The transformation of Hamas into an effective, competent, and deadly terrorist organization began in 1992, when Hamas operatives began to receive Iranian military training. [44]

---

[40] United States District Court for the District of Columbia vs. the Islamic
    Republic of Iran, findings of fact and conclusions of law (Appendix C1).
[41] Ibid (Appendix C1).
[42] Ibid (Appendix C1).
[43] Ibid (Appendix C1). See also (Appendix A3).
[44] Ibid (Appendix C1).

22

By the mid 1990's, the professional military training provided to Hamas by Iran had significantly boosted Hamas's operational capabilities. More than a decade ago Hamas was incapable, despite its violent rhetoric, of mounting massive bombing attacks, and its terrorist activities were mainly confined to stabbings and sporadic drive by shootings. The professional military training provided by Iran to hundreds of Hamas operatives completely transformed Hamas. These Iranian trained operatives, who are experts, now make up the "officer corps" of Hamas in the West Bank and Gaza, and serve both as military commanders and instructors. They both organize and lead terrorist attacks, and pass to the next generation of Hamas terrorists the training which they received from Iran. Moreover, without Iranian financial support, Hamas would have been extremely limited in its operational capabilities. This transformation of Hamas into an effective and deadly terrorist group was, and remains, the explicit goal of Iran in providing this training, and Iran has very successfully attained this goal.

## S.  The correlation between the kidnapping of Nahshon Waxman and the "Ron Arad affair"

### Background:

In 1986, an Israeli air force aircraft was shot down from the Lebanese sky.

The pilot was rescued but was captured by Mustafa Dirani, a man from the "Believing Faith" who was in close relations with the Hizballah organization and the Iranian Revolutionary Guards in Lebanon.

The State of Israel had undertaken great efforts in order to release the captive navigator. Accordingly, it abducted Sheikh Karim U'beid, a senior Hizballah leader, and Mustafa Dirani, to obtain information on the fate of Ron Arad and to encourage prisoner exchanges with Iran and Hizballah.

### Sheikh Karim U'beid

Sheikh Karim U'beid was the Imam of Jibshit (in South 'Lebanon) and a senior member of the Hizballah. [45]

---

[45] Sheikh Naim Kassem, Hizballah, the story from within, Saqi publisher, London,

In the years 1979-1983 he left for Iran where he studied Islamic studies in Khomeini's city of Qom and received military trainings while in Iran.[46]

In 1983, he returned to Lebanon and replaced Sheikh Raed Harb as the imam of Jibshit and as the senior leader of Hizballah in South Lebanon. [47]

In his investigation in Israel, Sheikh U'beid confirmed that he was involved in planning many terror attacks including:[48]

- A suicide attack against an Israeli convoy north of Metula.
- The kidnapping of two IDF soldiers in Lebanon (Feb. 1986)
- The kidnapping of the US Lt. Colonel Higgins in 1989.

Sheikh U'beid was in close contact with Iran. He declared that "The relations between the Muslims in Lebanon with Iran are like those of the Christians and the Vatican".[49]

He was a close friend of Muhtashami Pur, the Iranian Ambassador to Syria and one of the founders of Hizballah.

In 1986, Muhtashami Pur visited Sheikh U'beid in his home in Jibshit. During the years 1986-1989, he sent U'beid money to support the terror operations of Hizballah in South Lebanon.[50]

As the Interior Minister in Iran, Muhtashami Pur in 1989 was among the first to demand the release of Sheikh U'beid from Israeli prison.[51]

He called the international community to intervene and at the same time he called Hizballah to kill western hostages if Sheikh U'beid will not be released by Israel.[52]

---

2005.

[46] Shimon Shapira, "Hizballah between Iran and Lebanon", Hakibutz Hameuhad publishers, 2000, pp 121-127.

[47] Sheikh Naim Kassem, Hizballah, the story from within, Saqi publisher, London, 2005.

[48] Yedioth Aharonoth, Tel Aviv, August 13, 1989. See also: (Appendix G1).

[49] Shimon Shapira, "Hizballah between Iran and Lebanon", Hakibutz Hameuhad publishers, 2000, p 123.

[50] Shimon Shapira, Hizballah between Iran and Lebanon" Hakibutz Hameuhad publishers, 2000, p123.

[51] Yediot Aharonoth, Tel Aviv, August 1, 1989 (Appendix G5).

[52] Ibid (Appendix G5).

## T.  Mustafa Dirani

Mustafa Dirani was a member of the Amal organization, a militant Shiite group in South Lebanon that supported the radical Islamic opposition to the Shah's regime before the Islamic revolution of 1979 in Iran.[53] After the 1982 war and the occupation of South Lebanon by Israel, Iran encouraged the Shiite community to fight against Israel. That was the time that Mustafa Dirani left Amal, which he found "too moderate" and he formed a new radical organization, "The Believing Resistance", which maintained close relations with Iran and the newly formed Hizballah.[54]

Iran and Hizballah gave high priority to the efforts to release Sheikh Karim U'beid and Mustafa Dirani.

There are at least three attempts to put pressure on Israel to release U'beid and Dirani:

- Shortly after the kidnapping of U'beid by Israel, Hizballah published an ultimatum that if Israel will not release U'beid the kidnappers of LTC William Higgins would kill him (July 30th, 1989).[55]
- On August 2nd, 1989, Hizballah published an ultimatum that if Israel will not release U'beid, the kidnappers of a US citizen Joseph Ciccipio would kill him as well an Israeli prisoner of war.[56]
- **The third specific attempt to force the release of U'beid and Dirani was the kidnapping of Nahshon Waxman.**

\* After the kidnapping of Nahshon Waxman, the Hamas organization issued telegrams in which it stated its demands from Israel, in return for the release of Nahshon Waxman.

---

[53] Shimon Shapira, Hizballah between Iran and Lebanon" Hakibutz Hameuhad publishers, 2000, pp 64-65.
[54] Mustafa Dirani against the minister of defense of Israel , the Israeli supreme court, December 26, 2000 (Appendix G13).
[55] Yediot Aharonoth, August 1 1989, ap Beirut, see also: Al Hamishmar, July 31 1989 (Appendix G9).
[56] Yedioth Aharonoth, August 4, 1989.

* On the top of this demand list was the demand to release (i) Sheikh Ahmad Yassin, leader of Hamas, (ii) Salah Shehada, the head of the military branch, **(iii) Sheikh Karim U'beid, (Hizballah) (iv) and Mustafa Dirani.**

After that, there is a demand to release **twenty more Hizballah men** held captive in Israel.

* The priorities in this document which put Sheikh Yassin along with U'beid shows absolute coordination of goals and efforts between Hamas, Hizballah, and Iran, and strengthen the conclusion that the kidnapping of Nahshon Waxman was designed in advance to serve Hamas, Hizballah and Iran's common goals.

* Sheikh Naim Kasem, in his book, stated that Hizballah systematically included Palestinian prisoners in the negotiations with Israel for prisoners exchange.

Therefore we may identify the Hamas demands to release Hizballah prisoners in the "Waxman Affair" as a natural component of the strategic alliance between the two organizations and Iran.

* In an aggressive speech delivered by Arafat, chairman of the PA on October 13th 1994, he warned Hamas activists that he would not tolerate lack of obedience and would not respond fiercely on violations of law and order. He indirectly accused Iran with involvement in internal Palestinian affairs. "We will not allow the misuse of our homeland to change decisions and directions given to certain people from outside", he said.[57]

Mahmoud A-Zahar, a Hamas official, who had met with Arafat was quoted in the Israeli newspaper "Hamodi'a" as follows:[58]

> "The order for the abduction of the Israeli solider Nahson Waxman came from officials of the Hamas and Islamic Jihad in Lebanon and Jordan. The troops of Iiz A-din Al Kasam that operate under the leadership who is based outside the borders of the autonomy, in Syria, Jordan and Lebanon, conducted this kidnapping and the proof for it is their demand to release Dirani and U'beid who were kidnapped from Lebanon."

A similar quote can be found in the newspaper " Davar goes as follows":[59]

> "The order was given from Jordan".

---

[57] Hamodia, October 13, 1994.
[58] Ibid.
[59] Davar, October 13, 1994 (Appendix H1).

26

> Three leaders of Hamas, from the political branch of the organization, met yesterday with Arafat in his office.
> Mahmoud A-Zahar, a Hamas official in Gaza and one of the 400 Hamas deportees to Lebanon who returned, claimed yesterday in his meeting with Arafat that the order for the kidnapping of the solider came from Lebanon and Jordan.

* Managing the negotiations with Israel, with the participation of Hamas headquarters and offices in Lebanon and Syria, also shows the correlation and involvement of Iran and Hizballah that were in close contacts with Hamas HQs in Lebanon and Syria.

## W. Conclusions

- Iran from 1980 onwards is the most active state sponsor of international terrorism and continues to be directly and indirectly involved in planning and executing terror attacks.

- As a result of these actions Iran was designated as state-sponsor terrorism on January 19, 1984.

- The MOIS and the IRGC, functioning both within and beyond the territorial borders of Iran are the main agents of Iran supporting radical Islamic terror organizations with funding, equipment, and advisors to carry out terrorist activities.

- Since 1988, Iran provides the Hamas terror organization with funding, equipment and training in Iran and in Lebanon, through the Revolutionary Guards and Iran's proxy organization the Hizballah.

- The expulsion of the 400 Hamas members to Lebanon laws an outstanding opportunity for Iran and Hizballah to improve the terror capabilities of Hamas.

- By December 1993, nearly all of the 400 deportees had returned to the West Bank and Gaza Strip. The returning Hamas members, armed with professional, Iranian supplied training became the "spearhead" of the Hamas terror armed wing.

- By the mid 1990's, the professional military training provided to Hamas by Iran had significantly boosted Hamas's operational capabilities. Moreover, without Iranian financial and military support, Hamas would have been extremely limited in its operational capabilities.

- This transformation of Hamas into an effective and deadly terrorist group was, and remains an explicit goal of Iran.
- The Nahshon Waxman abduction and murder was a result of the Hamas-Iran cooperation and a part of the terror campaign initiated by Hamas and Iran to achieve the following goals:
  - To undermine the Palestinian Israeli peace process (the Oslo agreements).
  - To force Israel to release Sheikh Yassin, Sheikh U'beid, Mustafa Dirani and other Hamas and Hizballah prisoners in Israel.

- The Nahshon Waxman abduction was the third attempt of Iran, Hizballah and Hamas to specifically force Israel to release the prisoners that were mentioned above.
- The Hamas commanders in Syria, Lebanon and Jordan, that maintained ongoing close relations with Iran and Hizballah were involved in the planning stage of the operations and later in the negotiations with Israel.
- Four and maybe more of the commanders and the participants of Nahshon Waxman's abduction were affiliated with the "Hamas deportees" that were trained by Iran and Hizballah.
- Senior political Hamas leaders claimed in a meeting with Arafat that the order to kidnap Nahshon Waxman came from the Hamas HQs in Lebanon and Jordan.
- The high priority in the list of demands of Hamas accorded to the release of Sheikh Yassin, Sheikh U'beid, and Mustafa Dirani reflects the nature of the cooperation of the three parties (Hamas – Hizballah - Iran) in the operation.
- Iran through MOIS and the IRGC has provided material assistance to Hamas in the kidnapping, torture and death of Nahshon Waxman by directing, supervising and the commission of these terrorist acts and the preparation for such terrorist acts.
- During the time periods relevant to the kidnapping, torture and murder of Nahshon Waxman and the preparation for such terrorist acts, Hizballah acted as agent of Iran and provided training expertise, political motivation/objectives and other assistance to Hamas which was utilized in the commission of this kidnapping, torture and murder of Nahshon Waxman.
- For all these reasons, the abduction and the murder of Nahshon Waxman was a part of the coordinated terror campaign of Hamas, Iran and Hizballah.

**X.**    The references of this Expert opinion are attached in a separate booklet named references.

I hereby swear and affirm subject to perjury under the laws of the United State and the State of Israel that the aforesaid is true and correct.

August 17, 2005

_____

Dr Shaul Shay

**William J. Clinton:** _1993 - 2001_
**The President's Radio Address**
_October 15, 1994_

Good morning. I want to begin by expressing my profound shock and abhorrence at the death of Corporal Nahshon Waxman as a result of his kidnaping by Hamas terrorists.

On behalf of the American people, Hillary and I want to convey our deepest sympathy to the Waxman family and to the people of Israel at this dark moment. Nahshon Waxman was a son of Israel, but he was also a son of America.

Terrorists must know that these acts will not defeat the process that is bringing peace to Israel and her Arab neighbors. In the face of such cowardly and evil actions, I know it's hard to go forward. But we owe it to all those who have paid such a heavy price to persist and finally to prevail in the pursuit of peace in the Middle East.

Our efforts to achieve a comprehensive peace in the Middle East are part of an overall strategy to enhance American security and broaden American opportunities in the post-cold-war world by promoting democracy, increasing trade, and reducing the threat of terror, chaos, and weapons of mass destruction.

E:\waxman\William J_ Clinton - The President's Radio Address.htm

**Presidential Statement on President Call to Israel PM Rabin**

**THE WHITE HOUSE**

Office of the Press Secretary

For Immediate Release October 15, 1994

**STATEMENT BY THE WHITE HOUSE PRESS SECRETARY ON PRESIDENT CLINTON'S**

**CALL TO ISRAELI PRIME MINISTER RABIN**

At approximately 7:15pm Friday evening, the President telephoned Israeli Prime Minister Rabin on behalf of the American people to express condolences to the Israeli people for the death of Corporal Nahshon Waxman. The President condemned his brutal murder by Hamas terrorists and underscored the need to ensure it does not deter the work of those committed to peace.

The two leaders reaffirmed their commitment to combat terrorism and to continue to work together to build a lasting peace in the Middle East.

E:\waxman\William J_ Clinton Foundation Presidential Statement on President Call to Israel PM Rabin.htm

GENERAL ASSEMBLY SECURITY COUNCIL
Forty-ninth session Forty-ninth year
Agenda item 142
MEASURES TO ELIMINATE INTERNATIONAL
TERRORISM

Letter dated 13 October 1994 from the Permanent
Representative of
Israel to the United Nations addressed to the
Secretary-General

I wish to draw your attention to the grave situation
created by the abduction of Israel Defence Forces
Corporal Nachshon Waxman by Palestinian terrorists
affiliated with the Hamas organization.

According to intelligence sources, Corporal Waxman is
being held captive in the Gaza Strip. In accordance
with the Declaration of Principles signed by Israel and
the Palestine Liberation Organization, and with the
subsequent Agreement on the Gaza Strip and the Jericho
Area signed by the parties, the responsibility for the
life, welfare and safe return of Corporal Waxman lies
with the Palestinian Authority.

The Israeli Cabinet held a special meeting yesterday, in
which Prime Minister Yitzhak Rabin briefed the Cabinet on
the abduction of Corporal Waxman and on the Prime
Minister's contacts with the Chairman of the Palestine
Liberation Organization regarding this issue.

Hamas, which also claimed responsibility for the
terrorist attack in Jerusalem four days ago in which 2
people were killed and 13 wounded (see A/49/498-
S/1994/1150), is inspired by a radical, fundamentalist
ideology. It has repeatedly declared its commitment to
opposing the peace process by violent means, and to
carrying out acts of terrorism directed against Israel
and Israelis. Israel calls upon the international
community to combat the fundamentalist terrorist threat
posed by Hamas and similar organizations.

I should be grateful if you would have this letter
circulated as a document of the General Assembly, under
agenda item 142, and of the Security Council.

(Signed) Gad YAACOBI
Ambassador
Permanent Representative of
Israel to the United Nations

31

-----

```
94-39820 (E) 131094
```

E:\waxman\A-49-510-S-1994-1158 of 13 October 1994.htm

**54mcd_77**