# PLAINTIFFS' EXHIBITS
# 3(b) – (c)

ISLAMIC TERROR ABDUCTIONS IN THE MIDDLE EAST

SHAY

ISLAMIC
TERROR
ABDUCTIONS
IN THE
MIDDLE EAST

S H A U L   S H A Y

sussex
ACADEMIC

PLAINTIFF'S
EXHIBIT
3 (6)
ALL-STATE LEGAL®

# 2

# Abductions in the Palestinian Arena and the Nachson Wachsman Affair

## Abductions and Bargaining Incidents in the Israeli-Palestinian Confrontation

The State of Israel has always been a target for abductions and bargaining incidents. The entities perpetrating the attacks, and their modus operandi has shifted over time and the following analysis details the development of abductions over four main periods:

### 1964 – 1970: From the Foundation of Fatah / PLO to "Black September"

The period between the foundation of the Fatah (the first Palestinian terror organization) and the PLO (1964) up to "Black September" in 1970, when the Palestinian terror organizations were routed in Jordan. These years served as a formative period during which scores of Palestinian organizations and offshoots grew and developed. While some were rivals, they were all united around the violent struggle against Israel. In the aftermath of the Six Day War and the defeat of the Arab armies, the Palestinian organizations adopted the concept that the only way to defeat Israel was through guerilla and terror warfare. The years 1967–1979 were a record period for the activity of terror organizations. One of the modi operandi that developed was bargaining attacks. The hijacking of airplanes, led by George Habash's Popular Front for the Liberation of Palestine (PFLP), was particularly prominent.

### 1970 – 1987: From "Black September" to the First Intifada

After the banishment of the terror organizations from Jordan their focus

of activity was transferred to Lebanon. The Fatah, with its overt and covert branches (the "Black September" movement), became dominant in terror activity on the Lebanese border and worldwide.

The first abduction from the Lebanese arena occurred on January 1, 1970 in Metullah and it was perpetrated by the Fatah. From that time until the Peace for Galilee War (1982) and the establishment of the security zone, the majority of abduction and bargaining incidents in the Palestinian arena were led during the 1970s and 1980s by the Fatah and Ahmed Jibril's Popular Front for the Liberation of Palestine the General Command (PFLP-GC). The bargaining incidents were regarded as strategic attacks meant to promote Israeli and global awareness of the PLO's struggle to establish a Palestinian state and as bargaining chips to release Palestinian prisoners held by Israel. This period is characterized by the perpetration of complex bargaining attacks, including taking over buildings and seizing hostages. Attacks of this kind were perpetrated in Israel and abroad.

Examples include the seizure of the Israeli sportsmen's pavilion in Munich in 1973 by a cell of terrorists from the "Black September" movement; the attack perpetrated by Ahmed Jibril's PFLP-GC at the school in Ma'alot on May 15, 1975; the Fatah's attack at the Savoy Hotel in 1975; hijacking buses (the Fatah's attack on the Coastal Road in 1978 and on the no. 300 bus in 1984); the sea-jacking of the *Achille Lauro* in 1985 by the Palestine Liberation Front (PLF), and the hijacking of airplanes, most of which were perpetrated by the Popular Front for the Liberation of Palestine PFLP), of which the most famous was the hijacking of the Air France aircraft to Entebbe in 1976 by Waddia Haddad's faction.

From 1982, in the aftermath of the Peace for the Galilee War and the IDF presence in Lebanon, a Shiite terror threat developed, mainly through Hizballah, which among its other modi operandi adopted abduction attacks. The Hizballah acted in three arenas:

- The abduction of foreign nationals in Lebanon.
- The hijacking of airplanes throughout the world and their diversion to Middle East destinations for bargaining purposes.
- The abduction of IDF soldiers in Lebanon.

In addition to Shiite terror organizations, Palestinian organizations also continued to act in Lebanon, the most prominent being Ahmed Jibril's PFLP-GC, which focused on abductions (the "Jibril Deal" – on 20 May 1985, 1,150 terrorist prisoners held in Israel were released in exchange for three IDF soldiers).

## 1987 – 1993: The First Intifada

During this period a new "player" entered the sphere of abductions, the Hamas. This organization's first abduction took place in 1989 when they abducted and murdered IDF soldier Avi Sasportas, and demanded the release of 1150 Palestinian prisoners. This abduction symbolized a new pattern for the abduction threat—no longer a complicated attack aimed at the capture of a large number of hostages but rather a random abduction, perpetrated with relative ease, of an isolated soldier standing at a hitch-hiking station in order to bargain over his life or his body.

Following this attack, the terror organizations realized that there was no need for the grandiose abduction of numerous hostages. It was enough to abduct a single individual, preferably a soldier, in order to shock Israeli society and shake its stability, according to this modus operandi. During this period the Hizballah and the Palestinian organizations continued to perpetrate abductions in the Lebanese arena.

## 1993 – October 2000: The Oslo Agreements

Following the signing of the Oslo Agreements, the Hamas positioned itself as leader of the Resistance to the peace process with Israel and continued perpetrating attacks in order to undermine the implementation of the agreements. It was the first of the Palestinian organizations to perpetrate suicide attacks and – continued in its efforts to perpetrate abductions against Israelis. The main motives behind the attacks were the release of the organization's founder Sheikh Ahmad Yassin and other prisoners, and to obstruct the peace process between Israel and the Palestinians. The organization succeeded in perpetrating several abductions, the most prominent of which was the abduction of Nachshon Wachsman (October 1994), in the course of which Hamas negotiated for the release of the soldier in exchange for the release of Palestinian and Lebanese prisoners. Nachshon Wachsman's abduction and the shock-waves it generated in Israeli society increased the Hamas' motivation to continue carrying out this type of attack. The last abduction that the Hamas succeeded in perpetrating during this time period took place in 1996.

## October 2000 – 2006: The Al Aqsa Intifada

The abduction threat has been renewed in the current conflict, but this time not only the Hamas stands behind the abductions, but also some Fatah entities as well as local terror cells of Israeli Arabs. On September 21, 2005 Israeli national Sason Nuriel, who resided in the Pisgat Ze'ev neighborhood in Jerusalem, was abducted. Nuriel was murdered by his

---

abductors, members of the Iz-A-Din Al-Qasam Brigades (the military branch of the Hamas), and his body was found on September 26. On the 27th, the Iz-A-Din Al-Qasam Brigades claimed reponsibility for the attack and released a video of the hostage while he was still alive, a short time before his execution. In the Hamas' announcement, the organization claimed that the abductors had intended to carry out a bargaining attack, but the widespread arrests that the IDF launched in the West Bank made it expedient to execute him.

The main motivation behind the abduction attacks against Israeli citizens initiated by terror organizations, particularly after the "Defense Shield" Campaign (2002) where Israel captured/arrested hundreds of terrorists, was for the purpose of bargaining to release Palestinian prisoners incarcerated in Israeli prisons. These attacks were also meant to chip away at the fortitude of Israeli society as part of the armed struggle initiated by the Palestinians. At the present time abductions are generally planned along the relatively simple pattern of abducting a soldier or a civilian and negotiating over his return alive or dead, in exchange for the release of Palestinian prisoners. (A different pattern has recently begun to emerge and this will be discussed in the Epilogue.)

## The Hamas Movement – Ideological/Operational Characteristics

The Hamas or the "Islamic Resistance Movement" (Harkat al Mukawma al Islamiya) was established shortly after the outbreak of the Intifada in the West Bank and Gaza at the end of 1987.[1] It grew out of the "Muslim Brotherhood" movement, which was founded in Egypt by Hassan al Bana in 1929. The Hamas developed a concept that combined a national narrative with an Islamic approach, and is an example of the development of Islamic political movements, a common phenomenon among Islamic communities in the twentieth and twenty-first centuries. Its uniqueness lies in its approach of intertwining the goal of national Palestinian liberation with the establishment of a society whose lifestyle is based on the norms and dictates of Islam.

The Hamas serves as the main opposition to the national movement led by the PLO and the Palestinian Authority, and leads the most violent and resolute trend in the bloody struggle against Israel.[2] Hamas flourished due to the PLO's crisis and weakness following the "Peace for Galilee War" (1982) and the banishment of the PLO and its leaders from Lebanon. The Hamas took advantage of the crisis in the Palestinian public and offered an alternative to the PLO's form of leadership. The appearance of a national Islamic trend within the Palestinian arena served to express the

aspiration of Islamic entities, which had been thrust aside for several decades to the margins of the social and political arena, to influence the national agenda and redefine the strategic goals of Palestinian society as well as the ways to achieve them.

Thus, the Hamas had to contend with two arenas simultaneously – the internal Palestinian one against the PLO and the external arena against Israel, which occupied Muslim territory. According to Islam, this reality necessitated Jihad (a Holy War) to liberate the Islamic land.[3]

The establishment of the Hamas movement at the beginning of the Intifada constituted a substantial shift in the traditional modi operandi of the Muslim Brotherhood, whose activity was focused on the overall Islamic and community aspect within the areas of the *Dawa* (Islamic education as well as improving family and community life).[4]

The Hamas did not cease its *Dawa* activities but in addition took on political and military activity against the Israeli invasion and undertook the role of the "extremist symbol" in its stance, which called for Resistance to any historical compromise with Israel. Instead it proposed an alternative vision of the establishment of an Islamic state in all of Palestine. Thus, the Hamas transformed the nature of the Muslim Brotherhood from a social movement with an overall Islamic identity to a framework with a militant national and Islamic identity that possessed long-term goals but also immediate and local ones. The shifting in the priorities of the Islamic movement in favor of the promotion of national interests through violent means over the focus on the overall Islamic vision stemmed to a great extent from the adversity and rivalry with the PLO as to who would influence and control the Palestinian population in the West Bank and Gaza.

Several fundamental issues stood at the focus of the dispute between the PLO and the Hamas:

*The future of the Israeli–Palestinian conflict*

The PLO adopted an approach that advocated moving towards a political solution (from November 1988), whereas the Hamas resolutely opposed the political process *vis-à-vis* Israel, as stated in the "Islamic Covenant."

The Hamas regarded itself as the leader of an uncompromising Jihad against Israel and Zionism, while the PLO at the end of the 1980s was inclined to abandon the struggle against Israel in favor of political negotiations.[5] The Hamas offered the Palestinians a clear vision: A Palestinian state from the sea to the river Jordan, whose lifestyle would be based on Islam and its principles. This stood in contrast to the PLO concept of establishing a secular state whose borders would be defined through compromise with the State of Israel.

The Hamas expresses a fundamental hatred not only towards the State

of Israel but towards Judaism as well, as expressed in the "Islamic Covenant," which uses fanatical wording with a distinct anti-Semitic undertone to describe the Jews as an evil force in the spirit of the Protocols of the Elders of Zion. The Hamas maintains that World War I, "in which they succeeded in destroying the Islamic calipha state" (the Ottoman Empire), stemmed from a Zionist conspiracy, and it is the Jews who caused the outbreak of World War II.[6] The "Islamic Covenant" describes Judaism as a worldwide demonic force which aspires to "topple societies, demolish values, undermine alliances, deteriorate morals and eradicate Islam."[7] The Hamas also aspires to negate the Jewish claim to the Land of Israel. It states: "From an objective historical point of view, the Jews who stole Palestine have no connection with the Jews of the Land of Israel who lived in Palestine."[8]

During the first months of the First Intifada (1987–1988), the Hamas refrained from calling for mass protest activities such as demonstrations and sit-down strikes, possibly due to its fear of a direct and violent confrontation with Israel forces, which the movement's leaders felt might bring disaster upon the organization before it had the opportunity strike roots in the Palestinian public.[9] The Hamas feared that such initiatives might clash with the national stream or reveal its public weakness and lack of support in comparison to the national leadership. The activities that the Hamas called for its supporters to perform during this period were mainly connected to religious regimen such as fasting, prayer and citing religious slogans, alongside taking advantage of religious events and holidays, in order to call for the escalation of popular activity under its leadership.

During the initial years of the movement's activities the Israeli government treated it with tolerance. In 1984, when it became clear that the Hamas activists had arms arsenals in their possession, its leaders stood trial for security offenses and were sentenced, but the Israeli authorities still allowed its members to continue with their activities.[10] In the course of 1986 clear messages were transmitted to the Islamic leadership in Gaza, demanding that it restrain its involvement in politically subversive activities. But even this request did not yet indicate a substantial change in the approach to the Hamas leaders. Israeli decision-makers continued to regard them as a moderate entity contending with more extremist factors such as members of the Islamic Jihad. Its very existence and activity contributed to a split and dispute within the Palestinian society, a fact that was conceived to serve Israeli interests at the time. Nevertheless, subsequently, when the movement was officially established and its involvement in subversive and violent activity escalated, Israeli security forces began taking more decisive action to restrain and curb Hamas activities.

In July, September and October of 1988 a wave of arrests were carried out among the movement's activists. Among those arrested was Dr.

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

Ibrahim Yazuri, one of the movement's leaders and Ahmad Yassin's deputy. The movement's members were indicted at the end of 1988. At about the same time, following the arrest of the Hamas leaders in Gaza, Sheikh Yassin (who had not been arrested), reorganized the movement on a geographical basis while introducing strict compartmentalization. Yassin appointed Ismail Abu Shrab the Hamas commander in Gaza, and Nizar Awadallah was placed at the head of the military branch. Gaza was divided into five sectors, headed by commanders appointed personally by Yassin.

The abduction and murder of Israeli soldier Ilan Sa'adon generated another spate of arrests among the Hamas activists, including Yassin himself in May 1989, as well as prominent activists from the military branch, some of whom were responsible for the abduction. In May 1989, the Hamas sustained another blow when about 250 members of the organization (including Sheikh Yassin) and other senior leaders were arrested. In the aftermath of the arrests, large arsenals of the movement's weapons were discovered.[11]

Only in June 1989 did the Israeli government declare the Hamas a terror organization, together with the Palestinian Islamic Jihad and the Lebanese Hizballah. This declaration was backed up by close supervision of the movement and its institutions, as well as organizations and associations that were linked to them. In September 1989 the Hamas movement was outlawed.[12] The Hamas was based on a relatively large group of supporters that were not directly involved in violent activity or organizational-political activity, but constituted a reserve from which activists were recruited to lead political and violent activities. To a great extent this widespread public support explains the movement's ability to recover time and time again despite the arrests and deportations that it has undergone since 1988.[13]

Against the background of the Israeli steps taken against the movement, which included the arrests and deportation of its leaders, the Hamas increased the compartmentalization between its local infrastructures and its headquarters abroad. Consequently, a growing division was created in the organizational authority which blurred the hierarchical ties between the political spiritual leadership and the armed activists (the military branch). The Hamas' choice to take the violent course stemmed not only from its worldview but also from the necessity to compete with the Palestinian organizations that led the armed struggle against Israel. During the first year of its inception, the scope of Hamas violence against Israel was relatively limited – ten attacks that included shooting at military patrols and Israeli nationals in Gaza, as well as detonating roadside explosive charges. The limited scope of activity stemmed mainly from lack of an organizational operative infrastructure, and from concentrating efforts on the purchase of weapons, recruitment, and training in explosives and weaponry. There

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

was an escalation in Hamas' violent activities during the second year of the Intifada, both in the number of attacks (32) as well as their daring and sophistication.

The most outstanding Hamas attacks included the abduction and murder of IDF soldiers Avi Sasportas (January 1989) and Ilan Sa'adon (May 1989). In the aftermath of the abduction and murder of Sasportas, Sheikh Yassin refused to approve negotiations with the Israeli authorities due to his fear that acceptance of responsibility for the deed would trigger a tough crackdown on the movement's leaders. As it was, the Hamas was still recovering from the above-mentioned arrests carried out by the Israeli authorities in September 1988 in Gaza. During 1989, Hamas members perpetrated terror attacks in the West Bank as well, mainly in Hebron. These activities included shooting attacks and lobbing Molotov cocktails at Israeli vehicles. In 1990, activities were extended within the boundaries of Israel and they included torching fields, stabbings and the murder of Israeli citizens in West Bank and Gaza cities, as well as drive-by shootings and roadside explosive charges. The peak of the wave of attacks came in December 1990 in a stabbing attack at a factory in Jaffa. Three Israelis were murdered in this incident.[14]

Thus, the waves of arrests carried out against Hamas activists since its inception had only limited impact from the point of view of the time needed for the Hamas to recover and reorganize itself operationally. In November 1989, a half a year after a wide spate of arrests among Hamas leaders and members, it was clear that a new generation of leaders had arisen in the movement. Rehabilitation stemmed not only from the movement's ability to reorganize itself, but also from the release of activists who had been arrested in the past and served their time. Their return to Gaza pumped new blood into the movement's veins. At that time, changes in the Hamas' deployment in the areas became evident, including an organizational division into areas of activity, and increased compartmentalization between the factors in the field. Another consequence of the pressure exerted by the Israeli security forces on the movement and its activities was the increased dependence of the organization's activists in Israel on the movement's leaders and infrastructure outside of its boundaries, namely its "external" leadership.

Despite the increase in the scope of Hamas' activities and its geographical dispersion in the years 1989–1990, it was still smaller than the other organizations and created less of an impact on the public despite the sophistication and daring of its attacks. However, the power of the religious message of the Holy War (Jihad) within Palestinian society, which the Hamas hoisted as its banner, was prominently expressed in the circumstances that granted the Jihad immediate and defined significance, such as the killing of seventeen Palestinians in violent clashes with Israeli police at

the Temple Mount in Jerusalem on October 8, 1990. After the incident, the Hamas called for Jihad against "the Zionist enemy everywhere, on all fronts and using any means." The bloodshed at the Temple Mount triggered a sharp escalation in the scope of attacks perpetrated by lone Palestinian stabbers, who attacked and murdered civilians, policemen and soldiers spontaneously. These perpetrators did not usually have any link with the Hamas, but many were influenced by its religious message, and following their attacks were adopted by the Hamas, which declared their actions expressions of devotion.

In August 1992, many activists in the military branch (the Iz-A-Din Al-Qasam Brigades) were arrested. Nevertheless, towards the end of that year, Hamas activists perpetrated additional attacks, which aside from their growing frequency were also notable due to the perpetrators' willingness to clash directly with Israeli security forces. Among these attacks were the shooting at an IDF patrol, resulting in the death of three soldiers, and a similar ambush against an Israeli patrol which ended in the death of one of the patrol members.

*The deportation of Hamas activists to Lebanon in December 1992*

Following the abduction and murder of a Border Policeman in December 1992, some 1500 activists of the Hamas and the Islamic Jihad were arrested, including 22 members of the Iz-A-Din Al-Qasam Brigades.[15] With the aim of intensifying damage to the organization's infrastructures and supporters, it was decided to take the unprecedented step of deporting 415 activists, mostly Hamas members, from Israel to Lebanon.
The Israeli government hoped to achieve the following goals:

• Inflict damage on Hamas leadership and weaken its popular support.

• Fortify the PLO and the peace process by crippling the strength of the Hamas and the Islamic Jihad, who were its main opponents.

• Transmit a clear message to the Israeli public that the government was willing to take any necessary step to protect its citizens.

• Hamper the movement's recovery by removing its leaders and activists.

The deportation necessitated unprecedented legal preparation in order to enable its rapid and resolute implementation without becoming bogged down in the procedural impediments surrounding deportation from the territories, including the right of the recipients of the deportation injunctions to appeal. The proposed legal formula defined the step as "temporary deportation"; according to the ruling of the High Court, the "deportees"

were granted the right to appeal the deportation outside of Israeli territory within sixty days.[16] Most of the deportees were affiliated with the civilian-propaganda infrastructure as well as the political and religious infrastructures of the Hamas.

The attacks perpetrated by activists identified with the Hamas were the practical expression of the movement's survival capabilities. The immediate cause for the spates of arrests and the deportation of hundreds of activists in this arena was clearly evident at the end of 1992. But the arrests among the Hamas members had a relatively minor impact on the operational capabilities of the Iz a-Din Al-Qasam Brigades. The forces that motivated people to join the struggle were as strong as ever. When members were arrested others replaced them and preserved the movement's strength so that it could continue to shock the Israeli public. The Israeli decision regarding the deportation was described in the media and public opinion as a gross violation of human rights and triggered sharp censure in the international arena. In the Palestinian arena, the deportation caused a closing of ranks between adversaries and supporters in the struggle for the deportees. Although the deportation did indeed cause a temporary setback in the Hamas' activity, it also boosted the movement's prestige in the eyes of the Palestinian public, thus contributing to its long-term reinforcement. The deportation increased inter-organizational solidarity among the Palestinians and triggered an escalation of violence in the territories and within the boundaries of the "Green Line." The contributors to these attacks were entities connected to the national stream such as the Fatah "Hawks," the "Red Eagles" and others.

Against the background of the deportation, and in a gesture that was the first of its kind since the beginning of the Intifada, the PLO and the Hamas published a joint statement denouncing the deportation. The Palestinian public demanded the renewal of the dialogue between the PLO and the Hamas, and suspension of the dialogue with Israel. The Hamas, family members of the deportees, and the Palestinian public in general put heavy pressure on the Palestinian representatives to the peace talks and on the PLO leadership to suspend the peace talks in Washington, and forced the PLO to make the return to peace talks, which had been recessed due to the Christmas break, conditional on the return of the deportees.

In the aftermath of the deportation, the movement's "external" leadership undertook the rehabilitation and strengthening of Hamas infrastructures in the territories.

A central activist, Mussa Abu Marzook, was the life and spirit behind the movement's reorganization in Jordan. The Hamas' new structure was based on a strict hierarchy, functional divisions and rigorous compartmentalization. The Gaza Strip and the West Bank were divided into sub-regions, and headquarters were established in each of the latter. A

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

coordinating committee was set up in order to coordinate between the movement's infrastructures in Gaza and the West Bank. The Hamas' senior leadership acted through three central committees: A political committee, a committee for ideological direction and propaganda, and a military committee.

Following the reorganization, the link between the "external" leadership located in the United States (Mussa Abu Marzook's place of residence) and in Amman grew stronger. The Hamas had an overt infrastructure in Amman which served as a rear headquarters vis-à-vis the "interior" leadership and coordinated its ongoing activities, including military action. The influence of the "external" leadership, which was heavily dependent on the headquarters, expressed itself in its control of the financial resources that the Hamas raised outside of Israel's borders and in the financial support that it provided to the families of the organization's martyrs and prisoners.

The mass deportation of the Hamas activists came a short time after the movement's "external" leadership had reached a strategic agreement with Iran.[17] Iran agreed to provide the Hamas with political, financial and military support in order to boost its struggle against Israel and the peace process. In October 1992, one year after the Hamas opened its official offices in Teheran, it was announced that a Hamas delegation, headed by its spokesman Ibrahim Roshaa and Mussa Abu Marzook, arrived in Iran and met with its spiritual leader Ali Khameni and with the commander of the Revolutionary Guards, Mukhsein Razai. Both parties signed the draft of an agreement to establish a political and military alliance.[18] Iran agreed to provide the Hamas with financial, military and political aid and to erect a broadcasting station in Southern Lebanon. This agreement had long-term ramifications and it would appear that the intensification of the Hamas' military activity, which was meant to impede the negotiations between Israel and the PLO, was part of the implementation of this agreement by both parties. In light of the growing cooperation between Iran and the Hamas, the Hizballah came to the aid of the Hamas deportees in Lebanon. The Hizballah and Iran became the patrons of the deportees, offering them aid and financial resources, and took advantage of their time in Lebanon for military training and strengthening of the ties between the Hamas, Hizballah and Iran.

Benjamin Netanyahu addresses this issue in his book:[19]

In 1992 - prior to the Oslo Agreements – the Rabin administration deported almost 400 Sunni terrorists from the Hamas to Southern Lebanon. There they encountered their Shiite colleagues from the Hizballah, who took pleasure in training them in the artistry of terror including how to detonate car bombs, as well as how to produce explosives and suicide missions. Thus a strong link was created between the two organizations, including the appointment of liaison officers.

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

In December 1993, after the period of their deportation, many of the Hamas deportees returned to Judea, Samaria and the Gaza Strip. Upon their return they were arrested, and underwent a preliminary interrogation. Subsequently, all those against whom no incriminating security evidence had been found were released.[20] In actual fact, the majority of the deportees returned to their homes and quickly reverted to subversive activity and terror. The Hamas senior members who underwent military training in Lebanon became leaders of the Hamas' military branch after their return. Among these leaders were Abdallah Kawasma, Abd al Aziz Rantissi, Salah Darawzeh, Nasser Jawarish, Abdul Rahman Hamed and others. An examination of the modi operandi of the Hamas' military branch after the return of the deportees indicates an improvement in the movement's operational skills; it significantly expanded its activities and adopted terror methods that it had learned from the Hizballah and Iran such as suicide attacks (which it initiated after the signing of the "Oslo Agreement"), attacks using explosive devices, combined attacks (shooting and explosive devices), and abductions.

Despite the opposition of the Hamas leaders to the Oslo Agreements, the organization's members exercised restraint until the IDF forces completed their withdrawal in Gaza. Following the Oslo Agreements some of the senior Hamas members who had fled Gaza returned, including Abd al Rabo Abu Hussa. The terrorist, a veteran member of the Iz a-Din Al-Qasam Brigades, was known to have assisted in the murders of the late IDF soldiers Avi Sassportas and Ilan Sa'adon. After the attacks he fled to Egypt and from there to Libya, but in July 1994 he infiltrated the Gaza border through the security fence at Raffah and brought new instructions from the Hamas headquarters in Syria. He received a hero's welcome in Gaza, basked in media coverage and had his picture taken in the newspaper; he later became the spokesman of the Iz a-Din Al-Qasam Brigades. Israel issued warnings to the Palestinian Authority about him, but the Palestinian police made no effort to arrest him. Abu Hussa's new instructions from Damascus were that the ranks of the Iz a-Din Al-Qasam Brigades should be expanded and the pace of the terror attacks accelerated.[21]

Up to the abduction of Nachshon Wachsman, Arafat and his colleagues denounced Hamas terror but refrained from actually taking preventive steps, despite the fact that the Israeli General Security Services (GSS) had provided the Palestinian Authority with ample and damning reports regarding the activities of the Iz a-Din Al-Qasam Brigades.

It appears that the Palestinian Authority was pleasantly surprised by the restraint of the Hamas, which declared a temporary lull in hostilities after the last IDF soldier withdrew in the Gaza Strip on May 4, 1994. The Hamas leaders openly refrained from friction with the Palestinian forces in order to avoid being stamped with the negative image of civil war Fitna

instigators. Indeed, for over two months the Hamas did not perpetrate even one attack in the Gaza Strip but rather focused its main activities on bolstering its political strength.

The supportive attitude of the Palestinian public convinced the Hamas headquarters that Arafat would not disrupt attacks perpetrated by the Iz a-Din Al-Qasam Brigades against Israel. Members of the movement, who in the first weeks of the Palestinian rule acted as if they were fugitives, came out of hiding and some even walked around openly with their weapons. At the beginning of July 1994, a few hours after riots had abated at the Erez Pass, the Hamas headquarters in Gaza received an urgent fax: "Resume the armed struggle," read the message that had been sent from the Hamas headquarters in Syria.[22] Two days later, on the morning of July 12, 1994, a cell of the Iz a-Din Al-Qasam Brigades set out for the road that led to Gush Katif. Gunfire was aimed at a building contractor from Beer Sheva, who was slightly injured. This shooting symbolized the end of the Hamas' restraint. From July 12, 1994 onwards the drive-by shootings perpetrated by members of the Iz a-Din Al-Qasam Brigades became an almost daily event. On July 19, 1994 Lieutenant Guy Ovadia was killed in a skirmish with one of the movement's terror cells near Raffah, and on August 14, 1994, Ron Sobol was shot by the Hamas' members near the Kisufim Pass.

## Abductions and Attempted Abductions by the Hamas

*The period of the Intifada until the "Oslo Agreements" (1987–1993)*

On February 16, 1989, IDF soldier Avi Sasportas was abducted and murdered by the Hamas, after he had hitchhiked a ride at the Hodaya intersection east of Ashkelon. Searches began 24 hours after his disappearance. On the third day of the search a bag containing his army boots and sneakers was found. Two weeks after his disappearance the Israel Broadcasting Authority received an anonymous call demanding the release of 1500 terrorists within 24 hours in exchange for his release. If not, he would be executed. Sasportas' buried body was discovered not far from where he was last seen hitchhiking on May 7, 1989 – three months after his disappearance. Sasportas was apparently killed a short time after his abduction by his abductors.

On May 3, 1989, IDF soldier Ilan Sa'adon was abducted by the Hamas. He was picked up by a Subaru car and murdered by two Hamas members who were masquerading as religious Jewish students. Searches were initiated the day after his disappearance. In the wake of the abduction, the GSS arrested Sheikh Yassin. Sa'adons body was found on July 30, 1996 and was interred on August 12, 1996. Subsequently, the

terror cell behind the abduction was exposed but the murderers themselves had fled to Libya. On November 19, 2001 an IDF force penetrated the outskirts of Gaza and arrested Abd al Rabo Abu Hussa, one of the planners behind the abduction and murder of IDF soldiers Ilan Sa'adon and Avi Sasportas.

On September 17, 1992, IDF soldier Ilan Karavani was abducted by terrorists wearing skullcaps. After his weapon had been confiscated, he was thrown out of the vehicle and saved by Arabs who happened to be passing by. The Hamas and the "Fatah Hawks" claimed responsibility for the abduction attempt.

On December 13, 1992, Border Guard policeman Nissim Toledano was abducted and murdered. Toledano was abducted in the city of Lod in the early morning hours while he was walking from his home to the base where he served. On the same day at 10:00 a.m., two masked men appeared at the Red Cross representative office in Elbireh and left a document along with a photocopy of the policeman's identity card. The document, signed by the Hamas' military branch, demanded that the movement's leader, Sheikh Ahmed Yassin, be released by 21:00 that evening. Two days later, Toledano's body was found, bound and stabbed, near the village of Kfar Adomim on the road between Jerusalem and Jericho. Pathological findings indicated that he had been strangled and stabbed to death two to six hours after the ultimatum had expired. The murder had not been committed at the site where the body was found.

On March 7, 1993, IDF soldier Yehoshua Friedberg disappeared on his way from Jerusalem to Tel Hashomer. His body was found after an extensive search near Neveh Ilan: his firearm was missing. Indications from the crime site indicated that the soldier had been abducted and murdered by terrorists. On November 16, 1993 the cell that had perpetrated the murder was apprehended. The cells' members, Hamas activists from East Jerusalem, confessed to their involvement in three additional murders (those of Lior Tubul, Ronen Karmani and Rafi Abraamov – cases that did not involve abductions). During interrogation one of the murderers, Ala Jowaad, confessed that on the morning of the abduction he was alone in his car when he picked up the soldier who was waiting at a hitchhiking station at the exit from Jerusalem. When he approached Abu Gosh, he pulled out his gun and shot the soldier four times while driving. He then dumped the body at the village of Neveh Ilan. He took the soldier's firearm and ID card and threw away the rest of his belongings.

On August 5, 1993, IDF soldier Yaron Chen was abducted and murdered. He was hitchhiking at the Rama intersection near Ramallah. The soldier, shot to death in Bitunya after struggling with his abductors, was found in a burnt-out car. The Hamas' military branch claimed responsibility for the abduction and murder, its spokesman stating that the soldier

had been executed to avenge the death of the two terrorists who had perpetrated the attack on bus no. 25 at the French Hill in Jerusalem on July 1, 1993.

## The period of the "Oslo Agreements"

On October 24, 1993, two reserve soldiers, **Ehud Roth and Ilan Levi**, were abducted and murdered in Khan Yunis. The two accepted a ride in a stolen car bearing Israeli license plates. Three terrorists masquerading as Jews occupied the car. One soldier was shot and the other was stabbed. Their bodies were found about one kilometer away from the hitchhiking station. The terrorists confiscated the soldiers' firearms. The Hamas' military branch claimed responsibility for the attack.

On April 20, 1994, IDF soldier **Shahar Simani**, an officers' course cadet, was abducted and murdered. He was abducted on his way from the army base to his girlfriend's house in moshav Masuot Yitzchak near Ashkelon. After his murder, the body was dumped near Beit Hanina. He bore signs of stabbings, shooting and strangling, as well as having cuts on one of his hands, which testified to the struggle he put up against his assailants. His firearm and two magazines had been taken by the abductors. Hamas' military branch claimed responsibility for the attack. A document found several days later featured a photocopy of the soldier's papers. The document also claimed that a secret Hamas cell had infiltrated Israel's southern border, abducted the soldier and dumped his body in Jerusalem. The document stated that the abduction had taken place several days after the Hamas' warning and demand that the Israeli government release Hamas prisoners, including Sheikh Yassin, were ignored.

On July 6, 1994, IDF soldier **Aryeh Zvi Frankental** was abducted and murdered. The soldier had set out from his base in the southern part of the country for his home in moshav Gimzu. He was abducted near the town of Kiryat Malachi by a terrorist cell traveling by car. The terrorists shot him in the head four times and dumped his body in a deserted house in the village of Akab near Ramallah. His body bore signs of scratches and stabbings. His personal papers were not taken but his firearm and cartridge chamber were stolen.

The Hamas military branch claimed responsibility for the murder in a manifest published on July 8, 1994, which included a photocopy of the soldier's ID. It stated that the soldier had been abducted by "members of secret unit no. 6." The communique also warned that the Hamas would perpetrate additional abductions if Israel failed to release all Palestinian prisoners, with Sheikh Yassin, Sheikh Obeid and Mustafa Dirani at the head of the list. The characteristics of the attack were similar to those of Shahar Simani and the same terror cell claimed responsibility for both murders.

On August 12, 1994, the cell that killed the two soldiers and stole their weapons was exposed. Interrogation of the cell's leader indicated that Frankental's abduction was meant to serve for bargaining purposes but the plan went awry when the soldier struggled with his captors. After the murder they had planned to negotiate over the return of the body but its discovery in an abandoned house thwarted that plan.

On May 12, 1996, a Hamas cell led by the wanted leader of the movement in Judea and Samaria, Muhi Aldin Sharif, attempted to abduct Lior Avital, a cadet at the Mishor Adumim military academy. Lior accepted a ride at the French Hill intersection. There were two bearded young men wearing skullcaps in the car. During the drive, Lior was hit on the head with a club by a third passenger who had been hiding in the back seat. At the same time, the passenger seated next to the driver took out a gun and pointed it at the soldier. Lior fought his abductors, succeeded in escaping through the car window and was lightly injured.

On May 17, 1996, Hassan Salameh, a senior member of the Hamas' military branch in Gaza, was arrested. In the course of his interrogation he revealed the existence of an Eastern Jerusalem Hamas cell which included three members led by Muhi Aldin Sharif. These were the members of the cell that had made the failed attempt to abduct Avital. It seemed that the abduction had been attempted following instructions issued by the Hamas leadership to suspend suicide attacks until after the elections, which were scheduled for May 29, 1996. The orders were to abduct soldiers, transfer them to Gaza, and negotiate for the release of Sheikh Yassin and other Palestinian prisoners.

On September 9, 1996, IDF soldier Sharon Edri was abducted by a Hamas cell from the village Tsurif. The cell that perpetrated the attack was uncovered on March 21, 1997, following the suicide attack at the Apropo restaurant in Tel Aviv. Sharon Edri's body was found on April 19, 1997.

## The Abduction and Killing of Nachshon Wachsman

On October 9, 1994, IDF soldier Nachshon Wachsman was abducted at the Bnei Atarot intersection near Lod when he accepted a ride. He was held captive by his Hamas abductors in a house in Bir Naballah (northern Jerusalem). The Hamas demanded the release of the Hamas leader Sheikh Yassin, Sheikh Karim Obeid (Hizballah) and Mustafa Dirani (The Faithful Resistance), as well as Palestinian and Lebanese prisoners in exchange for the soldier's release. The movement threatened that if by 21:00 on October 14, 1994 Israel did not meet its demands, Nachshon Wachsman would be executed.

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

they were not aware of the actual details of the attack. (For an in-depth discussion of Iran's involvement, see chapter 3.)

The interrogation of some of the members of Hamas' terror infra-structure who were involved in the abduction indicates that two of his abductors participated in previous abductions of soldiers and members of the Israeli security forces.[23] The two, Hassan Taysir Natsche and Abd Al Karim Bader, were also involved in a shooting incident with policemen near the Rockefeller Museum. Hassan Natsche was injured in the skirmish and the two fled to Jericho where they hid for a month.[24]

From Jordan, the two moved to Nablus, a stronghold of the Hamas' military arm. The plan to abduct a soldier for bargaining purposes was formulated during their stay in Nablus.[25] It seems that the instructions to carry out the abduction were issued by Muhammad Def al Masri, one of the senior commanders of the Hamas' military branch in Gaza, apparently in coordination with and/or under the direction of the movement's leader-ship abroad. The members of the terror cell in Nablus were given the mission to perpetrate the abduction and update the headquarters in Gaza, which was to handle the negotiations vis-à-vis Israel.

The main terrorists involved in the abduction were:

- **Muhammad Def al Masri** – dubbed "Abu Khaled", one of the leaders of the Hamas' military branch in Gaza. He activated the terror infrastructure. A resident of Gaza.

- **Abd al Rabo Abu Hussa** – a senior member of the Hamas' military branch in Gaza. He was involved in the murder of IDF soldiers Avi Sasportas and Ilan Sa'adon.

- **Salah a-Din Nur a-Din Rada Drawza** – dubbed "Abu Nur", a senior member of the Hamas' military branch. He planned and perpetrated the abduction.

- **Salah a-Din Hassan Salem Jadallah** – dubbed "Abu Muhammad", commander of the abductors' cell. He took part in abductions of three soldiers and Israeli security members. A resident of Gaza. Salah Jadallah served as the aide of Imad Akel, one of the commanders of the Iz a-Din Al-Qasam Brigades in Gaza.

- **Hassan Taysir Natsche** – took part in three abductions of IDF soldiers and members of the Israeli security forces as well as the shooting incident near the Rockefeller Museum in which he was injured. A resident of the Ras al Amud quarter of Jerusalem.

- **Abd al Karim Yassin Bader** participated in the shooting attack near the Rockefeller Museum as well as the abduction of Nachshon Wachsman. A resident of Beit Hanina.

- **Jihad Yamur** – collaborator to the cell that abducted Nachshon Wachsman. He participated in the abduction and served as liaison

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

Israeli intelligence located the safe house in Bir Naballah several hours before the expiration deadline and a military operation was launched in an attempt to rescue him. Nachshon Wachsman was murdered before the IDF force could extricate him. Captain Nir Poraz was killed in the rescue attempt and eight other soldiers were wounded.

Nachshon Wachsman's abductors were killed in the raid and the cell's collaborators were arrested and brought to trial in Israel. A description of the abduction's planning stages, the perpetration and the abductors' actions until their extermination by the IDF force, were revealed in the subsequent interrogation of the collaborators. Their testimonies shed light upon the Hamas' modus operandi, its motivation and the dangers inherent within this murderous organization.

The Hamas was one of the main opponents to the peace process between the State of Israel and the Palestinian Authority. When Israel and the Palestinian Authority began implementing the Oslo and Cairo Agreements, the Hamas instigated a wave of terror attacks aimed at torpe-doing the "Oslo process". It was the first organization to perpetrate suicide attacks and rapidly became a significant security threat to Israel. It was granted military, economic and propaganda aid from opponents of the peace process, led by Iran and its sponsored organization, the Hizballah.

Thus, during the years 1993–1994 the Hamas was embroiled in its conflict with Israel but also in adversity with the Palestinian Authority, which attempted to clip the organization's wings and curb its influence but avoided a face-to-face confrontation with the challenges posed by the organization.

The Hamas leadership, including its military and political arms, acted from several focal points: Hamas' leader, Sheikh Yassin, was incarcerated in an Israeli prison; the main political and military branches both acted out of Gaza, and another area of activity was Judea and Samaria. At the same time, the movement had headquarters in Jordan, Syria and Lebanon (the "external" leadership). Despite the leadership's decentralization and dispersion, the Hamas acted as a hierarchical organization with reciprocal links and coordination between the "internal" and "external" leadership.

The movement's leadership formulated the strategy while the "military infrastructures" translated the policy into its terrorist attack policy.

Due to the delicate relationship between the Hamas and the Palestinian Authority, decisions regarding "strategic attacks", such as Nachshon Wachsman's abduction, necessitated decision-making by the organiza-tion's most senior echelon and were not the initiative of the "field levels". Thus, it is reasonable to assume that the Hamas' most senior echelons in Gaza and Judea and Samaria, and outside of these territories, were involved in the abduction of Nachshon Wachsman. Moreover, it would appear that Iran and the Hizballah were partners to the abduction even if

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

- with the movement's activists in Gaza. A resident of Beit Hanina.
- "Abu Ali" – collaborator to Muhammad Def "Abu Khaled". He maintained contact with Jihad Yamur, and through him with the abductors' cell. A resident of Gaza.
- Zachariya Lutfi Najib – dubbed "Abu Abdallah" – he was collaborator to the cell that abducted Nachshon Wachsman. He helped to organize the hiding place for the abductors and provided them with food twice during the abduction.
- Ahmad Jadallah[26] ("Abu Muhammad") younger brother. He worked as a Reuter's photographer in Gaza.
- Hisham Shams[27] – photographer for Reuters in Gaza. He filmed the Iz a-Din Al-Qasam Brigades members on a cassette prepared in Gaza.

*Organization and preparations prior to the abduction*

Information regarding the preparations was revealed during the interrogations and testimonies given to the Israeli police and at the trial of some of the terrorists involved in the abduction.[28] Central testimony, which shed light on the preparations and perpetration, was that of Jihad Yamur, who as mentioned earlier was a collaborator. He participated and served as liaison between the abductors and the attack commanders in Gaza. A description of the events, divided according to various categories, is presented below:

On Tuesday, October 5, 1994 or a date close to it, Jihad Yamur went to the branch of Bank Hapoalim on al Zahara Street in Jerusalem in order to make a deposit. Two other men arrived at Bank Hapoalim in a red Volvo. One of the two, who introduced himself as "Sami," approached Jihad Yamur while the other (who later turned out to be Zachariya Najib "Abu Abdallah") remained near the car. "Sami" explained that he had been sent to Yamur at the request of Hassan Taysir Natsche. In order to verify his mission, Sami stated a fact related to Yamur himself, which was known only to Natsche. In light of this fact, Yamur was persuaded that Sami had indeed been dispatched by Natsche. Yamur asked Sami why Natsche had sent him and Sami explained that Natsche wished to meet with him. Yamur agreed to go with Sami and Zachariya and traveled with them to Nablus to the Refidiya Mosque, where the defendant prayed the midday prayer with the two men.

At that point Zachariya left his car at the mosque and accompanied Yamur to meet with another person – Salah a-Din Nur a-Din Rada Drawza ("Abu Nur").

Drawza took the two to another mosque in Jabel Alshimali where they met with Hassan Taysir Natsche and Salah Salem Jadallah known as "Abu

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

Muhammad." Yamur learned from "Abu Muhammad" and Hassan Natsche that the two had been declared wanted by the Israeli security forces. The latter told him that during a shooting skirmish with Israeli policemen near the Rockefeller Museum, Natsche had been injured in his leg and head. They also told him that after the attack, the two had fled to Jericho with the help of Areb Abadin (another wanted terrorist who was killed following the attack at the Museum). They stayed in Jericho for a month and then traveled to Nablus where they met with "Abu Muhammad" who had arrived from Gaza.

Yamur was informed that they were acting on behalf of the Iz a-Din Al-Qasam Brigades of the Hamas. During the meeting Yamur noticed that Natsche was armed with a black handgun and magazine. Natsche and "Abu Muhammad" also told Yamur and Zachariya that they were planning to abduct an Israeli soldier in a bargaining attack and for this purpose they needed a hiding place in the Jerusalem area and a car. Yamur and Zachariya agreed to help the two to bring their plans to realization.

The cell members asked Yamur to help with the following: To rent a large van that would serve for the abduction; to rent a safe house where the captive would be held; to rent a video camera in order to tape the abductee; and to serve as a liaison between the cell and the organization's headquarters in Gaza.

*Preparations for the attack*

At the end of the meeting with Natsche and "Abu Muhammad," Yamur and Zachariya returned to Jerusalem in the latter's car. During the ride, Zachariya suggested to Yamur that they use the house of his nephew, Ziyad Najib (also called "Abu Allah"), which was located in the village of Bir Naballah. The two drove by the house on their way to Jerusalem to check it out.

Yamur liked the idea and the two agreed that Zachariya would give Yamur the keys to the house three days later after the prayer service at the Al Aqsa Mosque, on Friday, a date which had been set earlier. Zachariya asked his nephew to rent him the house and told him that it was for Hassan Natsche, a fugitive hiding from the Israeli security forces who wanted to meet his mother, whom he hadn't seen in a long time. Ziyad Najib agreed to the proposition and gave the keys to Zachariya. On the agreed date Zachariya handed the keys over to Yamur.

Immediately afterwards Yamur drove his brother's car to Nablus where he met with Natsche and Abd al Karim Bader, according to the plan previously agreed. Yamur informed them that he had found a house in Bir Naballah. The members of the terror cell agreed that Yamur would drive ahead in his brother's car and the three cell members would follow him in

the white Transporter van with license plates bearing the letter "S" (license plates issued in the city of Nablus). The vehicle was driven by Drawza who had met Yamur earlier.

Yamur noted that each of the cell members carried a blue knapsack and a black plastic bag in which they concealed their firearms. The cell members traveled in the two vehicles to the A-Ram intersection where Yamur switched with the driver of the white van and asked him to wait there in the car owned by Yamur's brother.

From there, Yamur drove the three cell members to the house in Bir Naballah and they arrived there at about 18:30. Zachariya's nephew was waiting for them and showed them their rooms. Yamur drove back to the intersection where he and the other driver switched cars. Yamur returned to the house in Bir Naballah in his brother's car and talked to the three other cell members. Zachariya's nephew was angry when he realized that Natsche would not be there alone but in fact would be accompanied by two other fugitives, and he berated his uncle for misleading him. Later, after it became clear that the abducted soldier had been held at the house, "Abu Allah" fled with his family to Jordan.

*The plan to abduct the soldier*

During the planning stages the cell members agreed that during the abduction they would masquerade as religious Jews so that the Israeli soldier would be easily enticed into the car. They asked Yamur to purchase skullcaps and black hats usually worn by ultra-Orthodox Jews. On Saturday October 8, 1994 (after leaving the members of the cell in the car), Yamur drove to the Old City of Jerusalem where he bought four small knitted skullcaps and two black hats in a shop for $25. He also purchased iron chains to shackle the soldier. That night he returned to the hiding place and gave the items he had bought to the cell members.

Renting the vehicle for the abduction  After the cell members had settled down in the house they asked Yamur to rent a van with Israeli license plates, as they had agreed earlier. Yamur explained to his colleagues that as the next day was Saturday, all of the car rental agencies would be closed, but he promised to take care of the rental first thing on Sunday morning. In the meantime, on Saturday October 8, 1994, Yamur dealt with other arrangements connected to the abduction. On Sunday October 9, Yamur tried to rent a van from several car rental agencies in West Jerusalem but he was unsuccessful because he did not have a credit card. Ultimately he found one agency that agreed to a cash deposit instead of a credit card. Yamur successfully rented a maroon coloured van (license no. 2491358) at 14:00 from the "Shako Land" agency after leaving a $1,000 cash deposit.

---

After renting the van, he drove to the hiding place in order to inform the cell members that he had succeeded in his mission. The rented van was used in the abduction and subsequently served Yamur when he handed over the cassette and the soldier's ID to the Hamas commanders in Gaza. The rented van was parked far away from Bir Naballah and was not used for Yamur's visits at the hideaway. During these visits Yamur used other cars or taxis. Three days after the abduction Yamur returned the van and was even offered a refund for the days that he had not used the vehicle.

Weapons at the terror cell's disposal  The members of the cell had various weapons at their disposal. For the purposes of perpetrating the abduction the members were equipped with weapons, which were concealed in their bags: An Uzi sub-machine gun (stolen from a security company in 1991); handguns; and a Galil rifle (stolen from an IDF base).

When they got into the vehicle, Yamur noted that Natsche was carrying a Galil rifle and a handgun, Bader toted an Uzi submachine gun, and "Abu Muhammad" brought a gun, handcuffs, iron chains and black bags. Yamur was carrying the black handgun which Hassan Natsche had given him prior. Before Natsche gave him the weapon, Yamur told him that he didn't know how to shoot it and the former instructed him.

*The abduction*

The cell members set out from Bir Naballah to perpetrate the abduction in the van rented by Yamur. Jihad Yamur drove the van with a skullcap on his head. Karim Bader was seated next to him, wearing a black hat. Natsche sat behind Yamir was "Abu Muhammad" in a black hat. Natsche sat behind Karim Bader with a skullcap on his head.

The cell members drove from Bir Naballah to the Jerusalem–Tel Aviv highway. From there they continued to the Ben-Gurion intersection and turned towards Petach Tikva. As they encountered a gridlock, Yamur turned around and headed for Tel Aviv. Shortly afterwards, he turned back and drove towards the airport. On the Yahud–Ben-Gurion road, the cell members saw a soldier disembarking from a gray Subaru car, which then continued on its way towards the Yahud industrial zone. Yamur watched the soldier and saw that he had stopped at the bus station and was hitch-hiking. The soldier they saw was Nachshon Wachsman, who was on his way to visit a friend at an army base in Ramle. Nachshon was wearing a crocheted skullcap and an army uniform with a beret of the Golani Brigade under his shoulder strap. He was also armed with an M-16 rifle and a magazine.

He was carrying some civilian clothing to change into as he had slept at a friend's house the night before.

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

met. "Abu Muhammad" also posed several questions in Hebrew which Nachshon was forced to answer. Yamur was seated opposite Nachshon, helping "Abu Muhammad" to formulate some of the questions and translate them into Hebrew.

Immediately after filming the cassette, "Abu Muhammad" wrote a letter in which he described the abduction process. He gave the tape, the letter and Nachshon's ID to Yamur and asked him to hand them over to someone named "Abu Ali" who lived in the Yarmuk neighborhood in Gaza, near the block factory. "Abu Muhammad" also gave him "Abu Ali"'s phone number and explained that the latter would hand the tape and letter over to "Abu Khaled," one of the commanders of Iz a-Din Al-Qasam Brigades, who was to negotiate for the release of Palestinian prisoners.

The next day, on October 10, 1994, Yamur drove the rental car to Gaza and handed over the items to "Abu Ali". Yamur and "Abu Ali" agreed that the latter would contact him again at 21:00 to verify that "Abu Khaled" had indeed received the goods. A second cassette was filmed at "Abu Ali"'s house. The photographer who filmed the cassette in Gaza was Hisham Shams, a former Reuters employee.

*Claiming responsibility for the abduction*

On October 10 several items of information were received regarding the abduction:

• An anonymous tip was received at the offices of the Red Cross in Gaza that the Iz a-Din Al-Qasam Brigades had abducted a 20-year-old religious IDF soldier. His hair was light, he was dressed in an army uniform and he had a skullcap on his head. The soldier was in the Jericho area. The anonymous caller demanded the release of security prisoners including Sheikh Yassin by 11:00 on October 10. If not, the soldier would be executed.
• The Reuters news agency received a demand from the Hamas with the following message:

The Iz a-Din Al-Qasam Brigades claim responsibility for the abduction of Nachshon Mordechai, ID no. 03228629. He is alive and being treated as a prisoner, according to the laws of Islam. We demand?

1  The immediate release of the leader of Islamic Liberation Ahmad Yassin, Sheikh Salah Shehada, Sheikh Abdel Karim Obeid and Sheikh Dirani.
2  The release of all of the Iz a-Din Al-Qasam Brigades prisoners.
(a) The liberation of 50 Hamas prisoners serving prolonged prison sentences.
(b) 25 members of the Islamic Jihad.
(c) 50 Fatah members.

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

The terrorists stopped the car near Nachshon and Yamur asked in Hebrew, "Where are you headed?" Nachshon replied that he was interested in reaching Ramle. Yamur said, "Get in" and Nachshon sat down on Natsche's right, between the side door and Natsche. A few minutes later Nachshon asked Natsche where he was from but he didn't reply. Then, when they arrived at the airport near the Tel Aviv–Jerusalem highway, Natsche wrapped his arm around Nachshon's neck and forced him into a sitting position on the car's floor. Nachshon attempted to struggle and tried to load the magazine into the rifle but at this stage Bader grabbed the weapon away from him. In order to stop Nachshon's struggles Bader bashed him on the head several times with the rifle's butt.

Natsche and "Abu Muhammad" snapped on handcuffs and shackled his feet with locked iron chains. They covered his eyes with a black blindfold and placed a black bag over his head. Nachshon was thrown on the car's floor. Natsche and "Abu Muhammad" continued hitting him while Yamur drove towards Bir Naballah.

The terrorists arrived at the hiding place where Yamur dropped off his three comrades and helped them carry Nachshon, who was still tied up, chained and blindfolded, into one of the bedrooms. Food, a radio and a television set had been brought in earlier. Yamur drove away in the rented van and parked it in a parking lot in Jerusalem so that his family would not know about the rental vehicle.

After Yamur had parked the van at a parking lot on Salah a-Din Street in East Jerusalem, he approached a camera shop owned by Ramzi Selhab and rented a video camera for 24 hours, paying IS 150. He explained that he needed the camera to film the wedding of his sister. He also purchased two video cassettes, each 180 minutes long. Yamur returned to Bir Naballah with the equipment.

Yamur spoke to the soldier in Hebrew. He learned that his name was Nachshon Wachsman and that he lived in the Ramot Quarter of Jerusalem. Nachshon told Yamur that he was doing his army service in the Golani Brigade and that he had been stationed in Southern Lebanon for three months. He explained that he had been on his way to Ramle to visit a friend who was stationed in an army base nearby. Yamur explained in Hebrew that the objective of his abduction was to force Israel to bargain and swap him for Palestinian prisoners. He also instructed him about what he should say on the tape.

"Abu Muhammad" was filmed making the demands in Arabic with his face covered. In his announcement he stated that the Israeli soldier had been abducted by the Iz a-Din Al-Qasam Brigades and they were demanding the release of many prisoners from Hamas and other terror organizations who were serving long prison sentences in Israel. He clarified that the Israeli soldier would be released only if their demands were

## ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

(d)  20 members of the Habash faction.
(e)  10 members of the Democratic Front.
(f)  20 members of the Hizballah.
(g)  15 members of the Jibril faction.
(h)  Liberation of all the female Palestinian prisoners.

The abduction was a gift to the souls of Hassan Abas, Osama Mahana and Ismail Jahri.[30] If the Israeli government refuses to meet our demands, it will bear responsibility for the soldier's execution, and then we will negotiate for his body. The deadline is at 21:00 on Friday October 14, 1994.

Subsequently, a slightly different demand from that which originated in Gaza was broadcast from Damascus on Al-Qud's Radio.[31]

*Here follows an announcement that we received from the Iz a-Din Al-Qasam Brigades:*

In the name of merciful Allah:

"Fight them and God will remove them from your hands and abase them and strengthen you against them and reward the wrath of a faithful people" (from the Koran).

*A military announcement from the Iz a-Din Al-Qasam Brigades:*

The Iz a-Din Al-Qasam Brigades announce that they are responsible for the abduction of the Zionist soldier called Nachishon Mordechai, ID no. 03228629. He is alive and being treated as a prisoner, according to the laws of Islam. Therefore, we demand the following from the government of the Zionist authority:

1  The immediate release of Sheikh Ahmad Yassin, Sheikh Salah Shehada, Sheikh Abdel Karim Obeid and Sheikh Mustafa al-Dirani.
2  The release of all prisoners from the Brigades of the martyr Iz a-Din Al-Qasam.
3  The release of 40 Hamas members, 25 Islamic jihad members, and 50 Fatah members – all serving long prison sentences. In addition – 20 members of the Popular Front for the Liberation of Palestine, 10 members of the Democratic Front for the Liberation of Palestine, 20 Hizballah fighters, 5 members of the Popular Front for the Liberation of Palestine – the General Command, and all female Palestinian prisoners.

The announcement also stated:

"We promise you to continue along this path until the last prisoner has been liberated from Zionist prisons, no many how many martyrs we may sacrifice. We dedicate this attack to the memory of our brave martyrs Hassan Abas and Ismail Jahri.

If the Zionist government refuses to meet our demands, we will place upon it the full responsibility for the soldier's death and it will pay a high price for his body against its will.

42

## ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

The final date for the liberation is Friday, October 14, 1994 at 21:00."

Some time after the Damascus message, the deputy head of the Red Cross delegation in Gaza informed the IDF that at 13:05 on October 10, 1994, an anonymous caller contacted the organization's offices and asked that the following message be conveyed to the delegation head:

"Iz a-Din Al-Qasam Brigades, the group of IKHEIL fugitives, announces that it is responsible for the abduction of the religious soldier aged 20 and three months (no name was mentioned). His hair is light, and he was wearing a uniform and a skullcap. The 'dog' Rabin must be updated as quickly as possible before midnight that he must release all of the prisoners of the Fatah Eagles, the Red Eagle, our wanted brothers, heroes and leaders, such as: Muhammad Abu Atiya, and Sheikh Ahmad Yassin. In the event that this does not happen at the specified time, the soldier will join those executed Sasportas and Sa'adon. At this time the soldier is located in the area of Jericho in the Palestinian Authority."

*Signed by Iz a-Din Al-Qasam Brigades, the Hamas' military branch, in the name of the leader Abu Hussa."*

The deputy head of the delegation in Gaza noted that the anonymous caller had spoken with the organization's receptionist who wrote down the message word for word. The Red Cross representative office in Beirut then received the following message on the afternoon of October 10 from a member of the Iz a-Din Al-Qasam Brigades:

"Iz a-Din Al-Qasam Brigades are willing to extend the deadline set for Friday night on the condition that the Israeli government expresses its willingness to enter negotiations regarding the condition stated and set by the group (Iz a-Din Al-Qasam Brigades) earlier."

The caller was informed that the Red Cross was not fulfilling the role of neutral intermediary at that time because it had not been asked to do so by the parties involved, but it would nevertheless convey the message to the Israeli government and was willing to convey other messages.

In addition to the announcements broadcast over the radio, the video cassette filmed in Gaza was distributed and aired by most Middle East television stations as well as international broadcasting networks worldwide. The picture from the cassette showing Nachshon Wachsman with a masked and armed terrorist standing behind him reading out the organization's announcement and list of demands was published in all of the Israeli newspapers, as well as the Arab and international press.[32]

On October 13, 1994, at 13:00 the following message was conveyed through an anonymous call that was received at the Red Cross offices in Gaza:

"We inform the Israeli government and verify that it will be completely respon-

43

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

sible for the soldier Nachshon Wachsman is killed. We promise that the abducted soldier will not be found in the area of the autonomy but rather within the Green Line. This is the policy of the "Kassam Muhbarat" (intelligence) and there is nothing new about it. We assure you that the execution of Nissim Toledano was the result of the Israeli government's obstinacy. We do not want this obstinacy to repeat itself. We are holding him as a captive of Islam. We are treating him as you saw on television. We warn Rabin not to persevere with his stubborn policy because he knows who the Kassam Brigades are. We verify once again that the soldier is safe within the Green Line boundaries and that you meet our demands. The Red Cross is being asked to inform Monte Carlo and London because the warning is vital."

On October 14, 1994, the International Red Cross passed on a proposal to Israel to extend the ultimatum that Nachshon Wachsman's abductors had set in exchange for Israeli consent to launch negotiations for the exchange of the Israeli soldier and Palestinian prisoners. This message was faxed on Friday at 10:04 a.m. from the Red Cross offices in Tel Aviv to the IDF's liaison officer to the Red Cross.

The abductors' ultimatum was to have ended eleven hours later. The announcement that a man who had arrived at the Red Cross offices in Beirut and identified himself as a representative of the Hamas' military branch alerted that "the Iz a-Din Al-Qasam Brigades are willing to postpone the ultimatum on the condition that the Israeli government enters into negotiations *vis-à-vis* the previously stipulated conditions" (this was apparently in reference to the ultimatum to release Sheikh Yassin and some 200 other prisoners).

The head of the Red Cross offices in Israel, Jean Jacque Gassond, informed the liaison officer that his organization told the man who had brought the message that the Red Cross was not an intermediary but it was willing to relay messages between the parties involved. Gassond stated that the Red Cross offices in Gaza had received similar messages in telephone calls received on Tuesday and Thursday from people who identified themselves as representatives of Iz a-Din Al-Qasam.

*The decision-making process*

Following the publication of the Hamas announcements regarding the abduction of Wachsman, a status evaluation was conducted on the evening of Tuesday, October 10, 1994 at the Prime Minister's office in the presence of Prime Minster Yitzhak Rabin, the Chief of Staff Ehud Barak, the Minister of Police Moshe Shahal, the Deputy Chief of Staff Brigadier General Amnon Lipkin Shahak, the substitute for the director of the GSS, Brigadier General Danny Yatom, and director of the Intelligence Department Uri Sagie. Discussion revealed that the intelligence branch

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

had no information about the abduction. The parties involved therefore decided to focus attention on Gaza, based on the assumption that the terrorists would prefer to take cover in that area, which was under Palestinian control. At that meeting, the Prime Minister decided to place all of the responsibility for the soldier's welfare on Yasser Arafat.[33] "If we controlled Gaza," Rabin stated, "we would upend the Gaza Strip. As we are not there, we must place all of the responsibility on Arafat."[34]

Rabin assumed that heavy pressure placed on Arafat would lead to the soldier's release. Rabin and his advisors were aware that Arafat was not pleased with the unrestrained activities of the Hamas and Islamic Jihad in Gaza and their premise was that the key to Wachsman's welfare was in Arafat's hands. At the same time, it was decided to focus efforts on the operational and intelligence areas in order to bring about his release. IDF elite units were instructed to be on standby for a military operation to extricate the soldier.

During the discussion, Prime Minister Rabin said that he was willing to use considerable force to rescue the soldier without the Palestinian Authority's permission, despite the fact that according to the Oslo Agreements he could use military power within the boundaries of the Palestinian Autonomy only after prior coordination with Palestinian entities. In addition, the Prime Minister decided to seal the "territories" (Gaza, Judea and Samaria). This decision had two goals – to prevent the relocation of Nachshon Wachsman or his body from Gaza, and to escalate the pressure on Arafat.[35]

Rabin himself conducted several conversations with Arafat in which he was vehemently adamant that the responsibility for Wachsman's welfare was in the latter's hands. He instructed Arafat to inform the media that the discussion between them had taken place.[36] Following the meeting headed by the Prime Minister, efforts focused on three channels: In the diplomatic channel, all of the efforts focused upon the PLO and Arafat. Egyptian President Mubarak, the American Secretary of State Christopher and Dennis Ross were recruited to reprimand Arafat. The second, the intelligence channel, focused on Gaza. While the third, the military channel, had the elite units competing among themselves to carry out the rescue mission.[37]

On the night between Tuesday and Wednesday the Palestinian intelligence service arrested 60 suspects, but Israel remained unimpressed, claiming that Arafat was careful to limit himself to the "small fry". On Wednesday morning Rabin convened the cabinet. The conclusion at the end of the meeting was that at that time activities would be based on the assumption that the soldier was being held in Gaza. Cabinet ministers who were interviewed by the media placed responsibility for his welfare on Arafat. The focus on Gaza increased during Wednesday morning due to

a rumor that Nachshon Wachsman's abductors had moved him the previous night from one hiding place to another with the knowledge of the PLO. This rumor was subsequently proved to be false. On Wednesday a house was found in Gaza where according to information sources the soldier was purportedly being held. Intensive intelligence efforts were introduced near the house. During the evening suspicious activity was noted. Hamas activity was indeed identified in the house but it had no connection to the abducted soldier. The second cassette featuring Nachshon Wachsman's message was released at noon on Wednesday. This was the cassette that was filmed in Bir Naballah on Sunday, and handed over by Yamur to Gaza on the second day of the abduction. On Wednesday, Rabin spoke at length with Nachshon Wachsman's father, Yehuda.

Nachshon's father suggested ransoming his son for money and asked Rabin why he would not release Sheikh Yassin in exchange for his son's liberation. In the afternoon hours Rabin called Arafat and reprimanded him severely. Towards evening, Rabin convened another meeting at his offices in Jerusalem to be updated regarding any progress made in the activities to save the soldier. On Wednesday night, it became increasingly apparent that the terrorists may have set a trap and that Wachsman was being held at a completely different location than was originally thought. The next day, on Thursday, Rabin sent his new advisor on matters related to terror, Yossi Ginosar, to Gaza. Ginosar met with Arafat, and reiterated that in Israel's view he was responsible for the soldier's well-being. Arafat replied that he was making every effort to locate the missing soldier.

During the meeting with Arafat the possibility of a compromise was raised – Wachsman in exchange for Sheikh Yassin.[38] Ginosar refused to commit himself and told Rabin that he did not believe that the proposal could be taken seriously due to the fact that Arafat had no control over the events and he could not negotiate in the name of the Hamas. From the beginning Rabin preferred a swift rescue operation to giving in to Hamas' extortion, but due to the lack of information regarding the soldier's location, Rabin agreed to enter negotiations to explore the possibility of his release. In this matter Prime Minister Rabin decided that if Arafat could get the Hamas' consent to release Wachsman in exchange for Sheikh Yassin's release, Israel might consider the proposal.

In the security establishment many entities claimed that it would be best to release Yassin because his incarceration is claimed merely provided an excuse for the Hamas to plan additional attacks in order to release him. But Rabin feared that the Sheikh's release would be interpreted as a sign of Israeli weakness. At the same time that intelligence efforts were being invested in Gaza, Israeli intelligence tried to uncover information in Jerusalem as well as in Judea and Samaria, and finally there was a lead. On

Thursday, the GSS learned of Jihad Yamur. Yamur was arrested at his home. During his interrogation he revealed his part in the abduction as well as information about the house in Bir Naballah where the hostage was being held. At 6:30 a.m. the GSS briefed the Chief of Staff about the development and immediately afterwards the Prime Minister was informed.

Under the circumstances, Rabin preferred a military operation to extricate Wachsman. But in order to gain time to locate him and make preparations, Rabin decided to keep his plans a secret and therefore refrained from sharing them with the cabinet. He even created the impression among the government ministers that Israel preferred to release Sheikh Yassin in exchange for the captive soldier, thus ensuring that the desired information was leaked to the media and to the Hamas.[39]

Rabin also refrained from convening the security cabinet because he feared that such a meeting might expose the military plans to rescue the soldier. On Friday morning the GSS gave the IDF operational intelligence about the house in Bir Naballah. Jihad Yamur disclosed everything he knew from his visits to the house. He claimed that the last time he had seen Nachshon Wachsman – on Wednesday – he had been lying on the couch shackled in chains. While the IDF forces were preparing for the military operation to liberate the soldier, Dr. Ahmed Tibi and MK Taleb A-Sana'a, two leading Israeli Arabs, attempted to mediate between Israel, the Hamas' political leadership and the Palestinian Authority.[40] Rabin did not cooperate with them as he regarded their activities as a way to rake in political support. His assumption was that even if Mahmoud a Zahar, the Hamas spokesman in Gaza, was willing to negotiate, he would have little influence on the abductors. And if he did have some influence, the price they demanded would be far higher than Israel was willing to pay; in any case, a transaction would undoubtedly encourage additional abductions (see Appendix B).

The prime minister's office insisted that up to the moment that the military began its operation no concrete proposition had been received from the abductors, neither to extend the ultimatum nor to conduct a barter deal. From Prime Minister Rabin's point of view, the operation started at the last minute, one hour and a quarter before the abductors planned to murder the soldier, and therefore there was no other option other than to prepare a rescue plan.

*The Palestinian Authority*

Entities in Gaza reported that after Arafat had been updated about the kidnapping and talked on the phone with Rabin, he became very angry. Due to the abduction Israel announced that it was suspending the peace process. Arafat ranted in his office for several hours, and instructed his

the Givat Ze'ev neighborhood in northern Jerusalem. The operational plan had been prepared down to the tiniest detail (see Appendix A). Several Israeli Air Force (IAF) helicopters were on alert as well as emergency and rescue teams. The IDF posted scouts who observed the house from afar. The house was large and set at a distance from the other houses in the village. It had several entrances but all of them were blocked with iron gates. The windows were covered with railing protruding outwards, which made penetration difficult. All of the windows were covered with blankets. There was no movement inside or outside the house and there was no telephone connected. No electricity was turned on during the day. For a moment the fear arose that Nachshon Wachsman had been transferred elsewhere.

Despite this possibility, preparations for the mission continued. The prime minister's green light was not cancelled. But it was vital to verify that Wachsman was still being held there. As darkness fell, activity began at the entrance to Gaza. The Ashkelon–Gaza road was blocked. Convoys of ambulances headed for the south. The media were quick to ask questions: Was it true that the IDF had initiated a military attack in Gaza? This step was meant to mislead the Hamas and the abductors in order to ensure the element of surprise for the rescue mission in Bir Naballah.

Several options were raised during the mission's preparation. One idea was to bring Sheikh Yassin or other Hamas prisoners to the site and show them to the abductors. There was a television in the house and it could be used to transmit messages on the seven o'clock news in Arabic, which they would presumably watch. These ideas were disqualified for various reasons. It was feared that if the terrorists knew they had been exposed they would kill the soldier immediately. The authorities believed that these were not "one time" abductors as was the case in past Palestinian attacks, but rather veteran killers (three-time murderers). The assumption was that they would not surrender as a result of negotiations.

The briefing of the mission force began at 16:30, in the presence of the Chief of Staff. The soldiers made final preparations, learned the details and rehearsed the plans. GSS commanders met with the soldiers and briefed them about the house and the cell members entrenched there. Everything was ready. The prime minister insisted that the mission be conducted prior to the expiration of the ultimatum at 21:00 in order to increase the chances of saving the soldier's life. The force started moving at 18:00. At about 18:30 a Mercedes was seen making its way to the house. A man got out of the car and entered the house. The forces stopped. Several questions arose: Was the arrival of the car a sign that it had been decided to move the soldier to another location? Perhaps it would be easier to rescue him that way? Or was he here to warn the abductors of the rescue mission? Maybe he was bringing instructions to execute the prisoner? Twenty minutes later the

---

men to leave no stone unturned in Gaza and to arrest Hamas activists.[41]

Based on Arab sources in Gaza, on the morning of Wednesday, October 11, 1994 the Israeli media reported that the cell members who had abducted Wachsman had transferred him to a different hiding place with the full knowledge of the Palestinian Authority. That same day, the house where Nachshon Wachsman was supposedly being held captive was found, and Palestinian policemen began surveillance. However, within several hours it became evident that the soldier was not there.

On Wednesday night, Arafat convened his security committee and instructed them to take a harsher stand against the Hamas. Following Arafat's instructions, some 200 Hamas members were arrested the same night. Nasser Yousouf, commander of the Palestinian police, was the power behind the full-fledged attack against the Hamas, and he was quoted as saying, "If we don't destroy them, they'll destroy us."[42]

The Israeli defense community, which had been unimpressed by the Palestinian Authority's initial anti-Hamas steps, began to sit up and take notice.

On Thursday and Friday, the Palestinian Authority stepped up its activities against the Hamas. On Friday, large Palestinian Authority forces were active in the village of Abasan near Khan Yunis. This was where the terrorists were allegedly holding Nachshon Wachsman. This operation ended without the desired outcome, but Israel started to believe that Arafat was actually taking serious action to rescue the abducted soldier.

### The Nachshon Wachsman rescue operation[43]

By Friday morning, the GSS had accurate information about the house where the abducted soldier was being held as well as other details. Shortly thereafter, Prime Minister Rabin gave the green light to begin planning the rescue mission. Two elite units – the IDF's general headquarters' reconnaissance unit and the Israel police's special counter-terror unit – presented plans. For various reasons, it was decided to give the mission to the IDF general headquarters' reconnaissance unit. The plan was ready in principle, but the GSS requested a few hours' delay in order to "tie up as many loose ends as possible" and gather more information. The Central Command was instructed not to deviate from routine activity at Bir Naballah or on the road passing through it. Apparently the abductors did not notice the reconnaissance teams or GSS activity. Every piece of intelligence information was gathered, such as entrances to the house, the roads leading to it, the house's internal design, each and every room, including the kitchen and bathrooms.

At 14:00, the Chief of Staff Ehud Barak, his deputy Brigadier General Amnon Lipkin Shahak, and senior officers convened at an army camp near

man emerged alone, got into the Mercedes and drove away. He was apprehended outside of the house's field of vision.

The man was 37-year-old Zachariya Najib. Najib has been imprisoned during the 1970s for security offences. In his interrogation, Najib said that he had handled the rental deal and had returned to bring them food prior to his arrest. Is the soldier alive? he was asked. He replied that he was. He had seen him lying on the couch eating "knafa". This reply convinced the commanders in the field to continue the mission. After receiving this information, the final decision was taken to act. The frontal command room was situated at an army camp near Jerusalem. Those present were the Chief of Staff, his deputy, the director of Intelligence, Major General Uri Sagie, Commander of the Central Command Ilan Biran, the Commander of IDF Forces in Judea and Samaria Brigadier General Shaul Mofaz, Manpower Director Major General Yoram Yair, the acting director of the GSS, and Director of the Police Department's autonomy district Alik Ron (see Appendix A).

At 19:15, after the sun had gone down and it was fully dark, the fighters, who were already near the destination, began moving towards the house, after splitting up into two forces. One force approached from the village's southern point, and the other from the north. Each force included sappers carrying explosives to be used for detonating the doors. The force moved forward slowly under the cover of darkness. The sounds of a wedding could be heard from the village. Reports were transmitted to the frontal command room. The force approached a mosque and it became clear that several of the worshippers had lingered after the evening prayer. The force was told to wait. Several minutes later the fighters approached the house and hid behind the wall that surrounded it. One force climbed on to the roof in order to find a way to penetrate the house without being noticed. Only when the commanders understood that they had no choice, did they decide to burst in.

The commander instructed the sappers to do their job. They crept covertly to the three entrances designated for blasting, two doors on the ground floor at the house's northern side, one of which served as the main entrance, and the other as a secondary entrance; and the door to the kitchen terrace on the house's first floor facing west. The original plan was to blast the door on the roof too, from which it would be possible to descend a stairway directly to the floor where Nachshon Wachsman was being held. However, it was ultimately decided only to block the door in order to prevent the abductors from escaping. The three explosive charges were detonated at 19:47. Only one went off. Additional explosive charges were set off. Dozens of fighters, who were standing near the doors, started to storm inside.

The details regarding the operation in the building and the attempt to

save Nachshon Wachsman became known due to the testimonies given by the elite soldiers at Jihad Yamur's trial.

The force split up into sub-units, each with its own mission. During the force's approach, prior to the noisy breakthrough which was accompanied by gunfire, and also while the forces were still outside the building, no gunfire was heard inside the house and no shots were fired by the force in the direction of the house. At that time, Nachshon Wachsman and his three fully armed abductors – Abd al Karim Bader, Hassan Natsche and Salah Jadallah ("Abu Muhammad") – were in the house. Bader had an Uzi sub-machine gun, Natsche was armed with a handgun, and Jadallah was carrying a Galil rifle. Nachshon Wachsman was lying on the couch, wearing jeans and a white tricot shirt, with chains on his hands and feet.

The force led by Captain L. burst through two doors; the first, the external front door, was made of metal, and the second the internal (inner) entrance door to the section of the house where the soldier was being held. While Captain L.'s force was busy detonating the inner door, other soldiers from the force led by Nir Poraz were already inside the house and from outside the door, L. heard the sound of automatic gunfire. These sounds were the exchange of gunfire between the terrorists and the soldiers from Nir Poraz's force; the terrorists were shooting at the soldiers when Abd al Karim Bader ran into the room next to Nachshon Wachsman's. As a result of the exchange of gunfire, soldiers in Nir Poraz's force were injured and he himself was mortally wounded in the chest.

In the meantime, Natsche and Jadallah barricaded themselves in the room where the soldier was being held. They closed the door and placed a heavy piece of furniture behind it to prevent entry. Jadallah had apparently been gravely wounded as a result of the gunfire and therefore did not participate in the dialogue between Natsche and the IDF soldiers.

At this stage, prior to Bader's escape to the adjacent room, the terrorists shot Nachshon Wachsman with the aim of killing him. To achieve their goal, they shot him in many areas of his body, including in his stomach (after removing his shirt), in the neck, in his chest and in the area of the collarbone. After blasting through the inner door, Captain L. and his men entered the house. On the right side of the inner door there was a closed wooden door which gave way when L. kicked it. After ensuring that the room was empty he continued on to the room where Nachshon Wachsman was being held. L. tried to open the door to the room where Nachshon Wachsman was located, but the door was barricaded.

In the meantime additional forces had arrived, one of which was under Captain N.'s command. When Captain N. and his soldiers entered the inner door they registered gunfire being shot in their direction. Captain N. and two soldiers went into the room on the left and after identifying Bader (who was armed with an Uzi) shot him and headed for the room where

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

Nachshon Wachsman was situated. As noted earlier, Captain L. had attempted to gain access to the room by pushing and kicking the door.

This time, there were shots being fired from the room's interior outwards. Captain L. decided to try opening the door (which was made of two plywood boards coated with tin and a hollow area in between) by shooting directly at the lock.

Captain L. shot repeatedly at the lock from its left side, aiming from left to right and up and down. Thus the shots were aimed at the lock and/or the floor; Captain L. used a micro-Uzi (while the soldiers were carrying M-16s), carrying weakened bullets. During these stages no gunfire was shot towards the room's interior by any one of the soldiers, aside from Captain L.'s shots. The terrorists continued shooting from the room's interior outwards. The shots aimed at the lock did not open the door and triggered additional shooting on the part of the terrorists barricaded in the room. Captain L. was wounded a second time.

In the course of the terrorists' gunfire, the soldiers heard Hebrew coming out of the room – "Go away!", "Get out!" The spokesman, who conducted the entire dialogue, was Natsche.

Y. and T., two of the force members, began a dialogue with Natsche. They told him that they only wanted the soldier and that Natsche could emerge with his hands up and he would not be harmed. They also called out Nachshon's name several time but received no answer. The spokesman continued yelling in Hebrew, "The soldier is dead," "I killed the soldier," "I'm not afraid to die," and again, "Go away!" Throughout the dialogue, which was conducted mainly in Hebrew and partially in Arabic, Y. and T. heard only one person. No sound came from Nachshon. At that point, Captain L. attempted to open the door with more aggressive means by using a shotgun. These means were applied solely with the aim of opening the door and could not have harmed the room's inhabitants. More shots were fired from inside the room. Finally, as the result of these means, the door opened to a narrow slit, but it would not open further due to the heavy item of furniture on the other side. At this point, in order to ensure a sequence of action and prevent the terrorists from regrouping inside the room, L. decided to use an IDF fragmentation grenade (no. 26); the grenade was placed very close to the slit on the door's right side (the door opened towards the left), thus ensuring that the door itself would absorb most of the grenade's impact.

In the aftermath of the grenade's explosion a wide aperture was created. L. entered the room first and immediately took several steps to the left in order to enable two soldiers to enter the room after him and take positions along the wall facing the room.

To his left, L. noticed Jadallah lying on the floor; a small fire was burning in the farthest corner. The wounded Natsche was lying at L.'s feet.

ABDUCTIONS IN THE PALESTINIAN ARENA AND THE WACHSMAN AFFAIR

He picked up his handgun and fired four shots in L.'s direction; the soldiers with L. returned gunfire, killing Natsche. Upon entry, L. saw that in the middle of the 4 × 4 meter room there was a bed (with a broken leg) upon which Nachshon Wachsman was lying on his back. Y. and N. entered the room immediately after and noticed it as well. Due to the position of the body and his extreme pallor, L. understood that Nachshon was no longer alive. L., Y. and N. noticed that there was a kaffyah wrapped around the soldier's neck, his shirt was rolled back and he was handcuffed. The combat time outside of the door was estimated at 4 to 8 minutes, and the time that passed between the explosion of the grenade and the removal of the soldier's body was 25 seconds.

The rescue mission to extricate Nachshon Wachsman had failed. He had been murdered by his abductors. In the course of the mission, Captain Nir Poraz was killed and eight soldiers were wounded. The three terrorist abductors were killed during the rescue operation; some of the cell's collaborators had been arrested earlier by the security forces.

*The response of Hamas to the rescue operation*[44]

From Damascus, the Hamas movement lauded the abduction and murder of the soldier and declared its intention to continue the struggle against Israel. The movement published two statements in which it accused Prime Minister Yitzhak Rabin of "reneging on a promise he had given to release some Palestinian prisoners in exchange for extending the deadline for Wachsman's execution. The end of the operation, in which our heroes took the Zionist captive, was full of bravery just like its beginnings. It went against what the Zionist war general wanted," bragged the announcement.

The Hamas accused PLO leader Yasser Arafat of disclosing information about Wachsman's location, and claimed that the Palestinian Authority had arrested over 450 people suspected of affiliation with the Hamas in Gaza. The Hamas warned the Palestinian Authority that it would "set Gaza on fire," if the police continued to arrest its members and if it failed to release the detained Hamas activists and supporters immediately. The resistance movement, the Islamic Jihad and the members of the Iz a-Din Al-Qasam Brigades declared three days of mourning to mark the death of the three triangle members who were killed on Friday night by IDF soldiers.

From the early hours of the morning thousands flocked towards the mosques in Gaza and the Imams began chanting verses from the Koran calling to avenge "those who chose blood rather than to release captives." Members of Iz a-Din Al-Qasam patrolled the streets of Gaza condemning the Israeli actions over loudspeakers:

"The Jews violated the agreement despite the fact that the Hamas openly declared before the whole world that it would delay the ultimatum by twenty-four hours. When the Jewish force heard that the Hamas postponed the ultimatum it attacked the house where our heroes were staying and they killed their own soldier Nachshon Wachsman when they detonated the house. It was not our people who killed him — The Jews have proved once again that they are not trustworthy and only desire the death of as many Palestinians as possible."

## The Main Characteristics of Hamas Abductions

An analysis of Hamas abductions indicates that they share several prominent characteristics:

- All of the abduction targets were random soldiers (including a Border Guard policeman).
- Most of the abductions were perpetrated within the "Green Line."
- The abductions ended in the hostage's execution (either immediately after the abduction or at a later date).
- In most of the abductions similar modi operandi were employed.
- The State of Israel never gave in to the movement's demands nor did it release prisoners.

*Hamas' modi operandi*

The goals of the abductions   One can classify the abductions perpetrated by the Hamas in Israel as follows:

1  Abductions for the purpose of murder.
2  The abduction of an armed soldier/civilian in order to confiscate his combat means and ammunition.
3  An abduction for bargaining purposes with the aim of liberating terrorists incarcerated in Israeli prisons.
4  A combination of several goals.

The abduction's location   Most of the abductions were perpetrated when the soldiers were hitchhiking, at out-of-the-way hitchhiking stations or intersections. In the majority of the incidents, the preferred area for the abduction was within the 1967 borders because the perpetrators believed that the soldiers would be less alert there. The abduction cells also acted along other routes such as roads that lead from the pre-1967 borders to Judea and Samaria, or between the former and the Jerusalem area, as well as roads leading from Judea and Samaria to the Jerusalem area.

The abductors' identity and their behavior   In most instances there were three abductors in the vehicle, two in front and one in the back. The abductors were disguised as religious Jews with beards and skullcaps. In several cases, one of the abductors spoke fluent Hebrew and he was the individual who conversed with the soldier. The other abductors were silent and refrained from speaking to each other or to the hostage. In some cases, Israeli music was playing in the car. In several of the abductions at least some of the cell members, who were residents of East Jerusalem, carried authentic Israeli ID while the others carried false Israeli ID. This made it easier to pass through roadblocks and collect intelligence prior to the attack.

In the course of abductions for bargaining purposes, a short time after the hostage got into the car, one of the abductors (not the driver) threatened him with a gun and demanded that he hand over his weapon. If the hostage attempted to resist and a struggle developed, in most cases the soldier was killed. Nevertheless, it is noteworthy that in some instances resistance and struggle saved the lives of the hostages as in the cases of Ilan Karavani and Lior Avital.

The type of vehicle   In many of the abductions, the act was carried out in stolen cars or in Arab vehicles whose license plates (blue) had been replaced with Israeli plates (yellow). Sometimes the abduction was perpetrated in an Israeli rental car (as was the case with Nachson Wachsman).

Combat means and equipment   The main weapon used in the majority of abductions was at least one handgun, and in several incidents weapons like a knife or a spike were used too. In the case of Nachshon Wachsman several types of weapons were used. In abductions for bargaining purposes handcuffs and ropes were used to bind the soldier.

Case ... 035... U ... Document ... Filed 11/30 ... Page ...

trates Hizballah's uniqueness as a terror organization that takes upon itself the authority to represent the interests of the central administration in Lebanon and to state in its name whether negotiations will take place or not.

Aside from the Hizballah organization, Iran also directs Palestinian terror activity against the State of Israel. The Iranian aid to Palestinian terror is a central component of the overall use that Iran makes of the "terror weapon" as a tool that promotes its national interests. The Iranians strive to achieve a variety of goals by encouraging and helping Palestinian terror to emulate the "Lebanese model" in the "territories" (Judea, Samaria and the Gaza Strip); boosting the radical Iranian–Syrian axis in the Middle East; weakening Israel through a kind of war of attrition, forcing Israel to sink its resources into the Palestinian conflict, thereby diminishing Israel's ability to strike out at Iran; strengthening the radical Islamic forces in the Palestinian Authority and undermining even the slightest chance of an Israeli–Palestinian agreement or any momentum towards a political process.

Iran hosts gatherings which support continued terror and negate agreements or arrangements designated to put an end to terror. It opposes any attempt to redirect the course of conflict and terror to negotiations and discussion. It systematically calls for the destruction of the State of Israel.

Guiding the terror. The Iranians act regularly to prevent any kind of appeasement in the "territories" and to increase terror activities. They achieve this[66] in two ways: by manipulating the Islamic and secular Palestinian terror organizations to serve as "contractors" that perpetrate terror in the "territories"; and by operating the Palestinian terror organizations directly or through a Hizballah go-between.

Using monetary leverage: The funding leverage is a crucial tool when establishing terror infrastructures and motivating terror activity.

Training and practice: Iran aids the Palestinian terror organizations in the area of training as well. In addition to the Hizballah, members of the Iranian Revolutionary Guards' "Al Quds" force are active in the recruitment and training of Palestinian activists from the terrorist organizations under its wing and sometimes Fatah members as well. The latter undergo military training in Lebanon and some continue training in Iran. Subsequently they return to the territories and join the local terror infrastructure.

The transfer of advanced combat means to the territories: Iran offers additional aid in the form of the transfer of advanced combat means to the territories.

## Links between Iran and Hamas

During 1988, in the aftermath of the Iraq–Iran war, the outbreak of the Palestinian Intifada, and the acceleration of the political process in the Israel–Arab conflict, Iran led the camp of those who opposed the peace process with Israel. In October 1991, regular meetings commenced between the heads of the Hamas and the Iranian leadership in the course of which it was decided to open a permanent Hamas representative office in Teheran, to provide Iranian financial aid to the organization and train its fighters in Iran.

On October 31, 1991, the "Conference for the Support of the Palestinian Jihad" was convened in Teheran in response to the "Madrid Conference". The former was attended by representatives of the Islamic and Palestinian terror organizations including the Hamas, the Palestinian Islamic Jihad (led by Fathi Shtaki), the Hizballah and others.

In the course of November 1992, one year after the Hamas opened an official bureau in Teheran, a delegation from that organization led by its spokesman Ibrahim Ausha arrived in Iran and met with its spiritual leader Ali Khameni and with the commander of the Revolutionary Guards, Muhsein Razai. Both parties signed a draft of an agreement for the establishment of a political and military alliance. Iran agreed to provide the Hamas with financial, military and political aid and to build a broadcasting station for the organization in South Lebanon. This agreement had long-term ramifications, and it appears that the intensification of the Hamas' military activity, which was aimed at disrupting the negotiations between Israel and the PLO, was an integral part of this agreement.[67]

According to reports, some of which are based on PLO sources, in 1992, Iran pledged $30 million annually to the Hamas with the aim of intensifying attacks against Israel and helping the families of the fallen.[68] But in 1993 Hamas sources claimed that Iran had reneged on its promise to grant the organization this money because the latter was disappointed with its approach to maintain its independence vis-à-vis Iran.[69] According to other reports the initial amount promised by the Iranians was lower and stood only at about $10–15 million.

In 1996, Iranian President Rafsanjani denied that Iran was providing material aid to the Hamas and claimed that the latter had never requested help. In contrast, the American Secretary of State estimated in 1996 that Iranian aid for the Palestinian organizations reached several million dollars per annum.[70] The media reported that US and Israeli intelligence agencies had accumulated reports according to which the Iranians conspired to influence the results of the elections being held that year in Israel by perpetrating terror attacks, and the suicide attacks in February and March of that

year were carried out in this context. Secretary of State Warren Christopher stated that the United States also had information that prior to the elections Iranian-trained Palestinian terrorists had infiltrated Israel and the Palestinian Authority in order to carry out attacks.[71]

About a month before the Israeli elections, Palestinian security service exposed a secret military organization sponsored by Iran. The latter, which numbered 70 members, intended to perpetrate a series of serious terror attacks prior to the elections and target Palestinian figures, including Arafat. According to the Palestinian Authority's Minister of Justice and senior members of its security agencies, these detainees were not members of the Hamas' military arm, the Iz a-Din Al-Qasam, but rather were members of a separate mechanism called "the secret agency". They had undergone training in Iran and Sudan and received their orders from Teheran via messengers sent through the Hamas leadership in Amman. The arrest of the 70 suspects in 1996 raised the possibility in Israel (according to Ami Ayalon, head of the Israeli GSS) that Iran aspired to accelerate terror attacks in Israel not only through military and monetary aid and instigation of the Palestinian organizations, but also through the direct operation of terror perpetrators by the Iranian intelligence services.

A similar report surfaced prior to the Israeli elections in 1999. In February 1999, the chief of the Palestinian Police in Gaza claimed that his men had arrested a Hamas cell that was to have perpetrated a mass suicide attack in Gush Katif in order to stir up public opinion in Israel. He claimed that the police had confiscated documents stating that Iran had transferred $35 million to the Hamas for it to perpetrate this attack and others, and that Iran had allocated a sum totaling of $130 million for the perpetration of suicide attacks in Israel.[72]

These revelations focused attention on the military aid that Iran had been providing to the Islamic Palestinian organizations. Since the mid-1990s, the Israeli defense agencies and the Palestinian Authority have arrested a series of young men, mainly members of the Hamas and Islamic Jihad, who underwent military training in Iran, including in the use of firearms and explosives. The aim was to instruct them to build a terror infrastructure in the territories and perpetrate terror attacks in Israel. Some of them, who were arrested due to their connection to mega terror attacks in Israel, had undergone training in Iran.[73] One of the members of the Islamic Jihad detained in Israel in 1996 told his interrogators that he had undergone training in Iran with the aim of carrying out terror attacks in Israel together with two additional Palestinian terror cells numbering 17 individuals. There are no exact numbers regarding the number of Palestinians trained in Iran but it would be correct to assume that over the years several hundred Palestinians underwent training.[74]

### The training of Hamas terrorists in Iran: The incident of Hassan Salameh[75]

Hassan Abd-al-Rahman Salameh is a Khan Yunis resident and a Hamas member who is serving a life sentence in Israel after having been found guilty of murdering 56 Israelis in various attacks. In an interview that he granted to the *Los Angeles Times* Salameh stated that he had traveled to Iran in 1993 via Jordan and Sudan. There he underwent training in firearms, sabotage, intelligence and setting up ambushes. In the interview he expressed no regrets, justified the suicide attacks and called for the eradication of the State of Israel. In his interrogation in Israel, Salameh divulged additional details about the training he underwent with other Hamas terrorists in Iran.

Hassan Salameh was behind two murderous attacks that took place in Jerusalem: The attack on the number 18 bus line (February 25, 1996), in which twenty-six of the bus passengers were killed and another fifty were injured, and an additional attack on the number 18 bus line (March 3, 1996) in which eighteen of the passengers were killed and nine others were injured.

During his interrogation, Salameh disclosed that in the course of his activities in the Hamas he settled in Sudan, where he worked in the organization's offices for about eight months. In 1993, he moved to Syria where he underwent training in a camp run by the "Popular Front for the Liberation of Palestine the General Command" (PFLP-GC), Ahmad Jibril's organization. He subsequently returned to Sudan where he met a group of eighteen Hamas fugitives who had fled the Gaza Strip.

The group's members placed pressure on the Hamas leadership in Sudan to allow them to undergo military training. Those in charge of the group in Sudan arranged a three-month military training course. The group members were flown to Syria and from there to Iran, on an Iranian aircraft. Salameh noted that upon their arrival in Iran they were met by Osama Hamdan, the Hamas representative in Iran. The group's members set out for a military base directly from the airport, along with two other Palestinians and an interpreter where they were trained by ten Iranian instructors in the following areas:

- Dismantling, assembly and the use of various firearms including RPG and LAW missiles, M-16 rifles, Dshk Russian machine guns, Uzi sub-machine guns, Gurianov machine guns and Beretta hand guns.
- Laying explosive charges and landmines, and lobbing hand grenades.
- Preparing TNT explosive charges and bombs, dismantling land mines, and extracting explosive materials in order to prepare improvised bombs.

THE HIZBALLAH AND ABDUCTIONS IN THE LEBANESE ARENA

- Methods for gathering intelligence about military deployment and setting up ambushes against mobile and on-foot patrols.

Salameh returned to Sudan at the course's end and from there flew to Syria, where he began planning his return to the Gaza Strip, which by that time was already under Palestinian control. After returning to Gaza he was involved in vicious terror attacks perpetrated against Israeli civilians (as mentioned earlier).

Since the crisis of 2000 and the outbreak of the violent conflict with Israel, the scope of Iranian aid to Palestinian organizations has grown significantly – not only to the Hamas and the Islamic Jihad, but also to the Fatah and Tanzim. This aid expresses itself in the provision of training and funding. But the most prominent characteristic related to the intensification of Iranian aid is the accelerated Hizballah involvement in Palestinian military activity and Iran's direct involvement in operating Palestinian terrorist cells in the territories.

It is not clear to what extent the tightening of ties between the Hizballah and the terror organizations stems from Hizballah initiative, but there is no doubt that Iran is involved because this serves its interests. This development can be assumed to stem from several causes: The IDF's withdrawal in 2000 from Lebanon, which necessitated Hizballah's redeployment *vis-à-vis* Israel and the search for new ways to perpetuate the struggle against the accelerated Israeli-Palestinian peace process in the summer and autumn of 2000 (which Iran had its own good reasons to undermine); and the outbreak of the Al Aqsa Intifada, which gave Iran the opportunity to boost its involvement in Palestinian military activity. Iran's increased involvement in this activity was also reflected in attempts to forge ties with Israeli Arabs in order to escalate terror attacks. Moreover, since 2001 Iranian involvement in the armed struggle against Israel took a new direction: The beginning of weapon and sabotage shipments to the Palestinian Authority (such as the case of the arms ship *Karin A*).

*Iranian orchestration of Palestinian terror (based on confiscated documents)*[76]

Salient proof of Iran's orchestration of Palestinian terror can be found in documents confiscated during the Defense Shield Campaign (March–April 2002). The latter include intelligence reports produced by the Palestinian security agencies which were presented to Arafat for perusal. Thus, for example, an intelligence report dated December 10, 2000, which was prepared by the head of General Intelligence Amin al-Hindi, discusses the transfer of large sums to the territories by Iran ($400,000 to the Iz a-Din Al-Qasam Brigades; $700,000 to the Islamic organizations opposing the Palestinian Authority). According to this

THE HIZBALLAH AND ABDUCTIONS IN THE LEBANESE ARENA

report, the funds were designated to support the military branch of the Hamas "inside" and promote suicide terrorism. According to the document, the Hamas leadership in Syria maintains links with activists in the Iz a-Din Al-Qasam Brigades in the territories in all matters related to the perpetration of military attacks against Israeli targets.

An intelligence report submitted by the head of the internal Palestinian Security Jibril Rajub on October 31, 2001, mentioned intensive meetings being held between members of the Hamas, the Islamic Jihad and the Hizballah in Damascus, with the aim of "increasing joint activities inside the area of Judea ans Samaria and the Gaza Strip with the help of Iranian funding." This followed "an Iranian message to the leadership of the Hamas and the Islamic Jihad that a lull must not be permitted at the present time." The document stated, "what is currently needed is to perpetrate suicide attacks against Israeli targets in Gaza, the West Bank and inside Israel."

Another intelligence report dated June 1, 2000, which was submitted to Arafat by the head of the General Intelligence, disclosed that a meeting had been held at the Iranian Embassy in Damascus on May 19, 2000. It was attended by the Iranian Ambassador and senior members of the Hamas, the Islamic Jihad and the Hizballah. The report stated that the Ambassador demanded of those present at the meeting "to perpetrate military attacks inside Palestine without claiming responsibility for them."

Another report dated September 11, 2000, which was presented to Arafat by the political department of the internal security agency, described a series of intensive meetings between the leaders of the Palestinian Resistance groups in Syria and Lebanon. Among others, these meetings were attended by representatives of the Islamic Jihad, the Hamas and the Hizballah in Palestine. Also present were Syrian, Iranian and Hizballah representatives. The objective of the meetings was to "formulate their action strategy for the upcoming period." During the meetings it was decided to escalate military activity in Jerusalem without claiming responsibility for the deeds.

*Iran and the Palestinian Authority*

Iran's willingness to transfer indirect financial aid to Fatah entities and its subsequent direct aid to the Palestinian Authority (the *Karin A* affair) constitutes a significant shift in Iranian policy. In the initial stages of the Intifada, Iran regarded the Palestinian Authority as a traitor aspiring to achieve a political agreement with Israel, but this approach underwent a transformation when the Palestinian Authority and its sponsored terror agencies gradually became leaders of the struggle and terror against Israel starting from the second half of 2001.

Higgins' hanging were fake – Higgins had been executed by his captors much earlier. In addition, hostage Joseph Cicippio was not murdered by his captors.

In contrast to the line of a threatening and hostile tone adopted by most of the Hizballah leaders, the organization's spiritual leader Sheikh Muhammad Hussein Fadallah stated the following in an interview at the Muslim radio station "The Nation's Voice":[85]

Let us agree and search together, each of us with his own means and influence, for the way to put an end to the crisis of the hostages, all of the hostages, and the ways to put an end to the question of Arab prisoners inside and out.

"The issue will move toward a realistic solution, something that will take a good deal of time. But it will not be possible to push the issue forward due to the American activity.

"The military activity will only exacerbate the danger to the hostages' well-being and increase the possibility that something that the Americans define as terror will happen. The deployment of the American navy constitutes preparations for a coordinated military operation between the United States and Israel.

Nevertheless, Iran and the Hizballah refused to participate in negotiations with Israel for the release of Ron Arad and the other POWs that the organization was holding (Fink and Alsheikh). During Nachshon Wachsman's abduction five years later (1994) another attempt was made by the Hizballah and Iran to bring about Sheikh Obeid's release, this time through an abduction perpetrated by the Hamas organization in the Palestinian arena.

*The abduction of Mustafa Dirani*[86]

Mustafa Dirani, who held Ron Arad prisoner, was marked as a candidate for abduction for a prolonged period. Israel believed that Dirani could effectively fill in the intelligence blanks regarding Ron Arad's fate.

Mustafa Dirani was a Shiite Muslim who served as Amal's security officer from the mid-1980s. In the framework of this role, in October 1986 he was responsible for the capture of Ron Arad. Following a process of religious radicalization which Dirani and some of his associates underwent, he and his followers left Amal at the beginning of 1988 and established a new organization called "the Faithful Resistance", which was affiliated with Iran and the Hizballah. For a year and a half Dirani held Ron Arad hostage and controlled his life until May 1988 when Dirani handed him over to Iranian factions and he disappeared without a trace.

Both in his role as Amal's security officer and as the leader of "the Faithful Resistance", Dirani was responsible for attacks against IDF forces in Lebanon.

Mustafa Dirani was caught on May 21, 1994 during an intricate military operation carried out by an IDF force that raided his home in the village of Kafar Kaser, whence he was transferred to Israel.

Documents confiscated in Dirani's home were also brought to Israel. Among the documents was a letter written by Dirani to the secretary general of the Hizballah, Sheikh Abas Musawi, in which he protested the fact that Ron Arad had been abducted from his possession without any kind of compensation. During his interrogation in Israel, Dirani claimed that Ron Arad had been kidnapped from him by the Iranians, and that he had not willingly handed the POW over or "sold" him.

In Israel the authorities believed that the letter was an "insurance document" that Dirani had prepared for a "rainy day" in order to shirk any responsibility for Ron Arad's fate. In any event, Dirani was interrogated thoroughly in Israel and divulged everything he knew up to the day that he handed Ron Arad over to the Hizballah and Iranians. The assumption was that Dirani would be able to provide up-to-date information about Ron Arad and that his abduction would help (together with the prior bargaining chip – Sheikh Karim Obeid) to convince the Hizballah and Iran to enter negotiations for the release of Ron Arad as well as other IDF POWs, but similar to the instance of Sheikh Obeid, the abduction failed to bring about the desired breakthrough.

*Reciprocal links between Hamas abductions and Iranian/Hizballah abductions*

Previous chapters discussed the reciprocal ties between Iran and the Hamas as well as other Palestinian organizations, which were reflected in financial, military and propaganda-related aid to these organizations. During the 1980s, the violent struggle vis-à-vis Israel was fought on two fronts simultaneously, the Lebanese front and the Palestinian front. As a result of the fighting in these two arenas and Israel's thwarting activities, hundreds and sometimes thousands of Lebanese and Palestinian prisoners involved in terror activity were incarcerated in Israel at various times. The release of these prisoners, particularly the more senior ones such as the head of the Hamas Sheikh Ahmad Yassin, constituted a main goal for the terror organizations.

The strategic Iranian concept which regards the struggle against Israel as a joint battle of the entire Muslim world – Shiite and Sunni alike – was also adopted by the Hizballah and the Palestinian organizations, which regarded the merging of the forces as a vital component capable of swaying the struggle against Israel. As a result of the adoption of this approach by terror entities in both the Lebanese and Palestinian arenas, operational cooperation developed which was reflected in the abduction-bargaining attacks perpetrated by the terror organizations. In exchange for the release

of Israeli hostages, the Hizballah consistently demanded the release of prisoners from Palestinian terror organizations in addition to the release of their own imprisoned members, particularly the Palestinian Islamic Jihad and the Hamas.

A similar phenomenon is identifiable in the Palestinian organizations – during the abduction of Nachshon Wachsman, the Hamas demanded the release of Sheikh Obeid, Mustafa Dirani and twenty additional Hizballah prisoners.

A study of the abductions perpetrated by the Hizballah and the Hamas indicates that they involve a consistent and systematic policy regarding the demands to release prisoners from these organizations. An analysis of Nachshon Wachsman's abduction points to the possibility of Iranian and Hizballah involvement in guiding the Hamas in the perpetration so as to promote the joint interest of both organizations, i.e., to bring about the release of their prisoners. Moreover, Iran and the Hizballah, much like the Hamas, had a salient interest in hampering the political process between Israel and the Palestinian Authority via the abduction.

It is impossible to unequivocally prove that the Hizballah and Iran were involved in the abduction but the following facts support these claims:

- The "external" headquarters of the Hamas in Jordan, Lebanon and Syria were apparently partners in the planning of the abduction although they were not privy to the details. In various interviews with the media, senior Hamas members in Gaza claimed that the abduction had been perpetrated according to instructions issued by the organization's "external leadership" and they had no part in the kidnapping.

- Commanders and Hamas activists who had close links with Iran and the Hizballah, including some of those who were deported to Lebanon in 1992, were in charge of the abduction and its perpetration.

- Muhammad Def, military commander of the Hamas in Gaza who was behind Nachshon Wachsman's abduction, had close ties with Sheikh Az a Din Subhi Khalil in Damascus and personally visited Iran.[87]

- Salah a-Din Nur a-Din Rada Drawza, one of the commanders of Wachsman's abduction, was among those deported to Lebanon.[88] Salah Jadallah, son of the Imam Jadallah Jadallah (who was deported to Lebanon), was one of Wachsman's abductors.[89] Ahmad Jadallah, son of the Imam Jadallah Jadallah, was involved in the preparation of the video cassette of the abducted soldier.[90]

- The claiming of responsibility for the abduction and the presentation of the organizations' demands were announced both in Gaza

and in Lebanon as well as over the Al Quds radio broadcasted from Syria.

- In exchange for Wachsman's release, as top priority the Hamas demanded the release of Hamas leader Ahmad Yassin, the organization's military leader Salah Shehada, Sheikh Karim Obeid (Hizballah), and leader of the "Faithful Resistance's" Mustafa Dirani.

Clearly, the declaration of priorities in Hamas' demands attests to the extreme importance which the organization attributed to the release of Sheikh Obeid and Dirani, as well as its close ties to Iran and its obligation to promote that country's goals.

## Israel's Policy Regarding Captives and Hostages

The matter of the release and/or return of the Israeli POW's, MIAs and hostages is one of the most sensitive issues faced by Israeli society and its leadership. The sensitivity in this regard stems from several main reasons including the value of human life and personal freedom in the eyes of Israeli society; the religious aspect, namely the obligation to redeem prisoners; the religious and moral importance attributed to returning the bodies of Israeli civilians and soldiers for Jewish burial; the state's moral obligation to preserve the life and safety of its citizens; and the obligation to protect IDF soldiers and members of the security forces who act on behalf of the State of Israel and fall captive into enemy hands.

In contrast to Jewish law, the commandment to redeem captives or bodies of the fallen is not a religious obligation in Islam. A study of the Koran and the "Hadith" (Islamic tradition) reveals that the only issue under discussion is that of a captive (prisoner) who falls into Muslim hands and his fate, and not a Muslim captive or his redemption. There is a dispute in the "Hadith" regarding how the captive should be treated, and two alternatives are raised – either accepting ransom money ("Fida'a") or executing the prisoner. As to the bodies of fallen Muslims in the enemy's hands, there is no religious obligation to bring them home.

Hassan Nasrallah addressed the issue of Lebanese bodies in Israel's hands several times, including the body of his son Hadi, stating that there was no obligation to return them to their families because they were buried in the holy earth of Palestine.[91] Thus, the Islamic terrorist organizations' interest in the issue of the captives and prisoners does not stem from religious doctrine but rather from practical (political, social and humanitarian) considerations. The difference between the religious and normative approaches held by Jewish/Israeli society as opposed to Muslim

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.*,

**Plaintiffs,**

v.

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

**Defendants.**

Civil Action No. 06-cv-00351 (RMU)

## AFFIDAVIT OF DR. SHAUL SHAY

I, SHAUL SHAY, hereby certify that:

1. I am over twenty-one years of age, I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify thereto.

2. I am a Senior Research Fellow of the International Policy Institute for Counter Terrorism at the Interdisciplinary Center, Herzliya, Israel. My field of expertise is Terrorism Studies, and, in particular, international Islamic terrorism.

3. I hold a Masters of Arts and a Doctor of Philosophy from Bar Ilan University, Israel. My doctoral thesis focused upon a comparative study of radical Islamic regimes in Sudan, Iran and Afghanistan.

4. Additionally, I served for 28 years in field and research positions as a senior career officer, as a paratroop officer and in the Military Intelligence Branch of the Israeli Defense Forces ("IDF"). I ended my career with the IDF as a Colonel.

5. During the 1990s, I also served as the head of the Israeli Military Intelligence Counterterrorism Branch ("IMICB"). During my tenure as head of the IMICB, I investigated and supervised the investigation of acts of terror perpetrated against Israeli nationals by Islamic


PLAINTIFF'S
EXHIBIT
3 (c)

terror organizations, including Hamas, Islamic Jihad and Hezbollah, and analyzed and examined the link between the Islamic Republic of Iran and such terror organizations.

6. I am the author of seven books on Islamic terror organizations, including <u>Islamic Terror Abductions In The Middle East</u> ("<u>Islamic Terror Abductions</u>") which was first published in 2007 by Sussex Academic Press, P.O. Box 139, Eastbourne, BN24 9BP, United Kingdom, and in the United States by Sussex Academic Press, 920 Northeast 58th Avenue, Suite 300, Portland, Oregon 97213-3786.

7. <u>Islamic Terror Abductions</u> is based, in part, upon my personal knowledge, expertise and experience as a military and intelligence officer. To the extent Islamic Terror Abductions is not based upon my personal knowledge, expertise and experience, it is based upon sources which are considered reliable in the field of Terrorism Studies, including publications of Israeli and United States governmental agencies, university publications, publications of think tanks, publications of other authors considered to be experts in the field of Terrorism Studies, statements and admissions by individuals participating in terrorist activities, transcripts from court proceedings in the United States and Israel, U.S. and foreign newspapers and magazines and other public record documents. These sources are identified in the Bibliography and Notes to Islamic Terror Abductions, pages 173-184. Such sources are customarily and regularly relied upon by experts in Terrorism Studies in the course of rendering opinions regarding the activities of terrorist organizations.

8. For the reasons set forth above, <u>Islamic Terror Abductions</u> is considered a learned treatise in the field of Terrorism Studies.

9. A substantial portion of <u>Islamic Terror Abductions</u> is devoted to an analysis of the kidnapping, torture and murder of Nachshon Wachsman by the Hamas terror organization, as

well as the links between the Wachsman abduction and other terrorist abductions and the Islamic Republic of Iran.

I hereby certify, under penalties of perjury, that the foregoing statements are true and correct based upon my personal knowledge.

Dated: October __3__, 2007

_____
DR. SHAUL SHAY