PLAINTIFFS' EXHIBITS
4

# U.S. DEPARTMENT OF STATE
# 1995 APRIL: PATTERNS OF GLOBAL TERRORISM, 1994

Department of State Publication 10239

Office of the Secretary
Office of the Coordinator for Counterterrorism, Philip C. Wilcox, Jr.

# MIDDLE EASTERN OVERVIEW

## CONTENTS

- Introduction
- Algeria
- Egypt
- Israel and the Occupied Territories
- Jordan
- Lebanon
- Morocco



## Introduction

Terrorist violence in the Middle East continued at a high level in 1994. Extremist Muslim groups, such as the Islamic Resistance Movement (HAMAS) and Palestinian Islamic Jihad (PIJ), demonstrated an increasingly deadly and sophisticated capability to mount terrorist attacks aimed at destroying the Middle East peace process. In Algeria, a brutal internal conflict escalated, posing new threats to the foreign community and the safety of civil aviation.

In Israel and the occupied territories, the peace process came under sustained attack by militants determined to derail the negotiations between the Palestinian Authority (PA) and the Government of Israel. Both HAMAS and the PIJ increased their activities within Israel, in the process demonstrating an improved ability to mount more sophisticated and deadly attacks. In the worst such incident during the year, the military wing of HAMAS, the Izz el-Din al-Qassam Brigades, claimed responsibility for the 19 October suicide bombing of a commuter bus in the heart of downtown Tel Aviv that killed 22 Israelis. PIJ also claimed numerous attacks on Israelis, including the 11 November suicide bombing at Netzarim junction in Gaza that killed three Israeli soldiers. The Chairman of the PA, Yasir Arafat, condemned these attacks and took some steps to counter anti-Israeli terrorism. PA security cooperation with Israeli authorities was generally close, as demonstrated by the substantial assistance provided by Palestinian security authorities to Israel during the hunt for a kidnapped Israeli Army corporal in October. Nevertheless, Israeli officials called for a more effective crackdown by the PA on Palestinian terrorist elements. Violent Jewish opposition to the peace process also occurred; in March, the Israeli Government banned the extremist Kach and Kahane Chai groups as terrorist organizations after a Kach member murdered 29 Palestinian worshippers in a Hebron mosque in February.

The security situation in Algeria continued to deteriorate as the Armed Islamic Group (AIG) stepped up attacks against the Algerian regime and civilians. Foreigners resident in Algeria were key targets as well; 63 were killed during 1994 by AIG forces. A French Consulate employee was slain in January, and in August an attempt was made to explode a car bomb at a French diplomatic housing compound. The AIG employed an ominous new tactic in December, when AIG militants hijacked an Air France jet at Algiers airport, killing a French Embassy cook and a Vietnamese diplomat in the process. Efforts by the major Islamist and non-Islamist opposition parties to establish a political dialogue with the regime were unsuccessful, increasing the likelihood of intensified political violence.

In Egypt, the security services scored numerous successes against militants seeking to overthrow the government and establish an Islamic state. Intensified counterterrorism efforts, improved police work, and the death of an important Islamic Group (IG) leader in a police raid in April helped disrupt IG activities and stem the tide of antiforeigner attacks, which killed five tourists in 1994. IG threats against the UN- sponsored International Conference on Population and Development did not result in any security incidents, most likely due to the efforts of Egyptian security authorities and a still disorganized IG. The IG does, however, retain the capacity to attack foreign targets and disrupt the tourism industry, as evidenced by shooting assaults in September and October that killed three foreigners and three Egyptians.

Jordanian authorities continued in 1994 to maintain a tight grip on the internal security situation. Dozens of individuals were arrested in terrorism-related cases during the year, including 20 persons suspected of involvement in a series of bombings and other planned terrorist incidents. Jordan and Israel signed a full treaty of peace on 26 October 1994. Under the terms of the treaty, Jordan and Israel are committed to cooperation in combating terrorism of all kinds. However, HAMAS and other Palestinian extremists continue to maintain a presence in Amman.

Security conditions in Lebanon improved during 1994 as the government continued to take steps to extend its authority and reestablish the rule of law. In January, the government promptly arrested and prosecuted persons associated with the ANO and who assassinated a Jordanian diplomat. In April a prominent Iraqi expatriate oppositionist residing in Beirut was assassinated. The Government of Lebanon stated that it had firm evidence linking the killing to the Government of Iraq, arrested two Iraqi diplomats in connection with the incident, and broke diplomatic relations with Iraq. In March, the government banned armed demonstrations after a public celebration by the militant organization Hizballah. The government also put on trial former Lebanese Forces warlord Samir Ja'ja on charges of domestic terrorism and announced that the investigation into the 1983 bombings of the US and French peacekeepers' barracks would be "revived." However, significant threats to the safety of foreigners remained. Hizballah publicly threatened American interests and continued to operate with impunity in areas of Lebanon not controlled by the central government, including the south, the Biq'a Valley, and Beirut's southern suburbs. Numerous Palestinian groups with a history of terrorist violence maintain a presence in Lebanon; these include the Popular Front for the Liberation of PalestineöGeneral Command and the ANO.

Moroccan authorities, alarmed by an attack on a hotel in Marrakech in August that killed two Spanish tourists, sought evidence that the incident was linked to other assaults in the country. Allegations surfaced that these attacks were politically related to the crisis in Algeria. Criminal motivations, however, are another strong possibility, and the August attack was not followed by other such incidents as of the end of the year.

## Algeria

The overall security situation deteriorated even further in 1994 as violence intensified throughout the country, affecting Algerians from all walks of life. Although Islamic extremists remained highly fractionalized, most of the violence was focused against regime and military targets. The extremist AIG waged a bloody war against Algerian civilians. The AIG also targeted foreigners, with 63 killed in 1994.

The influence of the Islamic Salvation Front (FIS) over the extremist elements appeared to slip even further in 1994 as most of the group's leaders remained in prison. In September the government released into house arrest FIS president Abassi Madani and vice president Ali Belhadj. The overall level of violence on all sides nonetheless increased.

The extremist AIG instead intensified its attacks against Algerian civilians, including journalists, unveiled women and girls, the intelligentsia, and anyone it accused of "cooperating" with the regime. The group often used tactics such as beheading and throat-slitting. Attacks against foreigners also increased markedly since the AIG began its antiforeigner campaign in September 1993. On 15 January a French Consulate employee was murdered; the campaign against French residents in Algeria reached a peak with the 3 August attack on a French diplomat housing compound where extremists attempted to detonate a car laden with explosives.

Other examples of attacks against foreigners included the 8 May murders of two French priests, the 11 July attack against five foreigners on their way to work at a state-owned oil site, the one-week hostage holding of the Omani and Yemeni Ambassadors, and the 18 October execution of two Schlumberger employees at a Sonatrach oil site. The AIG's attacks against foreigners grew more sophisticated throughout 1994, and the group's operations demonstrated a significant level of coordination in some cases. While the AIG was responsible for most of the attacks against foreigners in 1994, there are many extremist cells operating in Algeria that do not fall under a central authority that may also be responsible for such attacks.

On 24 December, members of the AIG hijacked an Air France flight in Algeria. The plane arrived in Marseille, France, on 26 December. A French antiterrorist unit stormed the plane, ending the 54-hour siege in which three hostages were killed by the terrorists. All four terrorists were killed during the rescue.

Despite the Algerian regime's "carrot and stick" approach, the security situation at the end of 1994 remained grim. Efforts by the major Islamist and non-Islamist opposition parties to establish a political dialogue with the regime were unsuccessful; at no point during these efforts did the military halt its campaign against the Islamists. President Zeroual announced in November 1994 that presidential elections would take place by the end of 1995 but left open the question of who would be allowed to participate. The major opposition parties denounced the election proposal. Continued bloodshed appeared to be the most likely scenario for the beginning of 1995.

## Egypt

The pace of attacks by Islamic extremists on tourist sites in Egypt fell off somewhat during 1994. Five foreign tourists were killed in separate attacks, and more than 20 Egyptian civilians were killed in various attacks throughout Egypt in 1994. Egypt's tourism industry, which had suffered greatly from the sustained 1993 campaign of attacks against tourist sites, began to recover somewhat in 1994 as the Egyptian Government made some successful gains in stemming the attacks.

Most attacks against Egyptian official and civilian targets, and against foreign tourists, were claimed by

the extremist Islamic Group (IG). The IG seeks the violent overthrow of the Egyptian Government and began attacking tourist targets in 1992. The IG considers Sheikh Omar Abdel Rahman its "spiritual" leader; at yearend, he awaited trial in the United States on charges related to the conspiracy to attack various New York City landmarks and the United Nations.

In February, the IG initiated a limited bombing campaign against Western banks in the Cairo area. Over two months, seven banks were bombed, and an additional four bombs planted at other banks were defused. Injuries were limited, and only one of the banks suffered major damage. Nonetheless, the bank bombing campaign represented an extension of the IG's antiforeigner attacks, and it coincided with another IG campaign of attacks against trains in Assiut, upper Egypt. Eight tourists were injured in February in a series of shooting attacks against trains running in that province. The bank bombings ended in March with the arrests of the alleged perpetrators.

In April, Egypt stepped up its counterterrorism efforts, focusing particularly on the Cairo area. An important IG leader was killed during a police raid, which appeared to disrupt the organization of the group. There was a significant drop in the number of violent incidents from April through August throughout Egypt, but particularly in Cairo. This was accomplished by more effective police work, enhanced security in the troubled Assiut Province, and perhaps a dropoff in recruitment levels of extremists.

In August, the IG attacked a tourist bus in upper Egypt, killing one Spanish tourist and warning foreigners not to come to Egypt for the International Conference on Population and Development (ICPD). The UN- sponsored ICPD was held in September in Cairo; no incidents occurred in Cairo during the conference, probably due in part to greatly enhanced security and a still disorganized IG.

The IG continued to pose a limited threat to foreigners in Egypt at the close of 1994, as a September shooting attack on a market street in the Red Sea resort area of Hurghada resulted in the death of one German tourist and two Egyptians. In the fall, the IG appeared to shift the venue of its attacks to the upper Egyptian Provinces of Minya and Qena. An October attack on a minibus traveling in upper Egypt, which led to the death of a British tourist, demonstrated that the IG retained the capability to inflict injuries and damage the tourism industry.

## Israel and the Occupied Territories

Terrorist attacks and violence instigated by Palestinians continued at a high level in 1994. Seventy-three Israeli soldiers and civilians were killed and more than 100 wounded in 1994, up slightly from 1993. There was a significant increase in the number of Israelis killed inside Israel -- as compared with only 14 in 1993.

The Islamic Resistance Movement (HAMAS) killed roughly 55 Israelis and wounded more than 150 in 1994 as part of a terror campaign to derail the peace process. HAMAS's armed wing, the Izz el-Din al-Qassam, claimed responsibility for the April bombings of buses in Afula and Hadera, which together killed 14 Israelis and wounded nearly 75. In October, al- Qassam launched three high-profile attacks on Israelis: the 9 October shooting of people on the streets of Jerusalem, which left two dead; the kidnapping of Israel Defense Force Corporal Nachshon Wachsman, which resulted in the killing of Wachsman and one other Israeli soldier; and the bombing of a commuter bus in Tel Aviv, which killed 22. HAMAS spokesmen announced that these attacks were part of the group's policy of jihad against the "Israeli occupation of all of Palestine" and retaliation for the Hebron Massacre.

Other Palestinian groups that reject the Gaza-Jericho accord and the peace process also attacked Israelis. Palestinian Islamic Jihad (PIJ)ö Shiqaqi faction claimed responsibility for a suicide bomber who attacked an Israeli patrol in Gaza in November killing three Israeli soldiers. PIJ claimed at least 18 other attacks on Israelis, including a shooting on a commuter bus stop on 7 April that killed two in Ashdod, south of Tel Aviv. The Democratic Front for the Liberation of Palestine and the Popular Front for the Liberation of Palestine claimed responsibility for several attacks on Israeli settlers and soldiers.

Yasir Arafat, Chairman of the Palestinian Authority (PA), tried to rein in Palestinian violence against Israel in 1994. The PA police force took some steps to curtail anti-Israeli attacks, including several mass detentions and a strong effort to find where Corporal Wachsman was detained by HAMAS. Arafat and other senior PA officials condemned acts of terrorism by HAMAS and the PIJ, but did not do so when individuals associated with the Fatah Hawks, nominally aligned with Arafat's Fatah organization, were responsible for a few attacks in early 1994. Israeli officials urged the PA to take tougher measures against terrorists.

Intra-Palestinian violence has increased since the implementation of the Gaza-Jericho accord began on 4 May. On 18 November, 13 Palestinians were killed and more than 150 wounded when Palestinian Police clashed with HAMAS and PIJ supporters who were planning to demonstrate in Gaza. This incident followed several protests by weapons-bearing Islamists in the weeks following the HAMAS kidnapping of Corporal Wachsman and the PA's mass roundup of HAMAS supporters. In 1994, Fatah Hawks and HAMAS killed at least 20 Palestinians whom the extremists labeled as collaborators.

The Israeli Cabinet outlawed the Jewish extremist groups Kach and Kahane Chai in March, declaring them to be terrorist organizations after Baruch Goldstein, who was a Kach member, attacked Palestinian worshippers at Hebron's al-Ibrahimi Mosque in February, killing 29 persons and wounding more than 200. Neither Kach nor Kahane Chai assisted or directed Goldstein in his attack, but both organizations vocally supported him. The leading figures of these groups were arrested and held in Israeli prisons on charges of calling for attacks on Palestinians and Israeli Government officials. In September, Shin Bet arrested 11 Jewish extremists who were planning terrorist attacks against Palestinians.

Israel's intense border security appeared effectively to prevent infiltrations from Syria, Lebanon, and Jordan. In March, a team of four DFLP terrorists was intercepted by Israel Defense Force troops. Katyusha rocket attacks from southern Lebanon into northern Israel by Hizballah and Palestinian rejectionist groups decreased in 1994, and no Israelis were killed in the attacks. Hizballah guerrillas, often in response to Israeli attacks on a Lebanese village, fired Katyusha rockets on four occasions from January to July 1994 and launched several Katyushas in October hours before the signing of the Jordanian-Israeli peace accord attended by President Clinton.

## Jordan

Jordanian security and police closely monitor extremists inside the country and detain individuals suspected of involvement in violent acts aimed at destabilizing the government or undermining its relations with neighboring states. Jordan maintains tight security along its border with Israel and has interdicted individuals attempting to infiltrate into Israel. On 26 October 1994 Jordan and Israel signed a full treaty of peace that commits the two parties to cooperation in a variety of areas, including combating terrorism. In 1994 two new international border crossing points were established between Jordan and Israel.

Jordanian authorities arrested dozens of people in terrorism-related cases during 1994. On 20 February,

authorities arrested 30 persons in Amman, including 15 suspected members of the ANO. The arrests reportedly occurred in connection with the assassination of a Jordanian diplomat in January in Beirut by the ANO. In 1994, 25 Islamists (referred to as the "Arab Afghans") were arrested and tried for planning to overthrow the government, assassinate prominent Jordanians, and attack public and private institutions. The State Security Court handed down verdicts on 21 December and sentenced 11 defendants to death, sentenced seven to various prison terms with hard labor, and acquitted the remaining defendants of all charges. Two individuals were also arrested for stabbing tourists in downtown Amman on 27 February, two days after the massacre of Palestinian worshippers on the West Bank by a Jewish extremist.

A variety of Palestinian rejectionist groups have offices in Jordan, including the PFLP, PFLP-GC, DFLP, PIJ, and HAMAS. In April, King Hussein announced that HAMAS was an "illegal" organization in Jordan. After the King's announcement, HAMAS spokespersons in Jordan were more circumspect in their statements and often issued statements from other locations.

## Lebanon

The security situation in Lebanon continued to improve during 1994 as Beirut endeavored to reestablish its authority and rebuild the country in the wake of the devastating 16-year civil war. Although the Lebanese Government has made some moves to limit the autonomy of individuals and powerful groups -- specifically Hizballah -- there are still considerable areas of relative lawlessness throughout Lebanon. Beirut and its environs are safer for some non-Lebanese now than as recently as a year ago, but the Bekaa Valley and other Hizballah strongholds are considerably more dangerous than the capital, especially for Westerners, who are still subject to attacks. In June, for example, a German citizen was the victim of an apparent kidnapping attempt perpetrated by Hizballah in Ba'labakk. The would-be victim's assailants fled after passers-by noticed the commotion. There is credible evidence that Hizballah continues its surveillance of Americans; Hizballah also continues to issue public threats against American interests.

Hizballah has yet to be disarmed, but Beirut is making efforts to restrict activities by the group that challenge the government's authority. For example, the government banned armed demonstrations after Hizballah's celebration of Martyr's Day in the Bekaa Valley in March and issued arrest warrants for participants who were brandishing weapons during the march. In February when Hizballah, without reference to the state authority, tried and executed a teenager in Ba'labakk accused of murder, prominent members of Parliament publicly admonished the group and said such acts by nongovernmental organizations should not be tolerated. However, neither the judiciary nor law enforcement agencies made any effort to interfere in or investigate the affair.

The Lebanese Government took judicial steps during 1994 to signal that violence is not an acceptable means for achieving domestic political change. In January, the government promptly arrested and prosecuted persons associated with the ANO and who assassinated a Jordanian diplomat.

On 12 April, a prominent Iraqi expatriate oppositionist residing in Beirut was assassinated. The Government of Lebanon stated that it had firm evidence linking the killing to the Government of Iraq and arrested two Iraqi diplomats in connection with the incident. Lebanon subsequently broke diplomatic relations with Iraq.

In July a Lebanese criminal court refused to convict two defendants in the 1976 killings of the US Ambassador, Francis Meloy, and the economic counselor, Robert Waring. The Lebanese Court of

Cassation agreed to order a retrial after intervention by the government's prosecutor general. The trial is set to begin in March 1995.

Lebanese authorities arrested Lebanese Forces Leader Samir Ja'ja on charges of domestic terrorism -- including the bombing of a Maronite church in Zuk in February that killed 11 persons and wounded 59. His trial was ongoing as of the end of the year. In November, the government suggested it would "revive" the investigation into the 1983 bombings of the US and French Marine barracks. Although viewed by some as a message to Hizballah of government intention to reassert authority, the government has not yet followed its announcement with concrete action. In December the government accepted an invitation from the US Government to send an official delegation to Washington to discuss means to improve the security situation in Lebanon.

## Morocco

On 24 August two Spanish tourists were killed when gunmen opened fire at the Atlas Asni hotel in Marrakech during an apparent robbery attempt. After initial investigations, Moroccan officials linked the hotel attack to other assaults throughout Morocco, including the attempted robberies of a bank and a McDonald's restaurant in 1993. Nine suspects were arrested, and Moroccan authorities claimed to have discovered an arms cache hidden by the group.

There have been allegations that Islamic extremists related to the Algerian militant movement were behind the Marrakech incident. But some Moroccan officials have also claimed that members of the Algerian security services were behind the attack, hoping to foment instability in Morocco to take the international focus off the Algerian crisis. The real motives of the attackers remain unclear, and the incident could easily have been an ordinary criminal attack. As of 31 December, the Marrakech attack was not followed by similar incidents in Morocco. [End of Document]

Patterns of Global Terrorism Contents

**SITE INSTITUTE** — The Search for International Terrorist Entiti

| Home | About | SITE Publications | News | Terrorism Library | Terrorist Websites |

**Background on Terrorist Groups**

- Terrorist Publications
- Government Documents
- Court Cases
- Charts & Maps
- Library Search

**News Ticker**

November 6, 2007 -
European terror raids target 20
*BBC News*

...More Headlines »

◁ Previous Page  ✉ E-Mail This Page

## HAMAS (Islamic Resistance Movement)
a.k.a. Islamic Resistance Movement

**Description**
Formed in late 1987 as an outgrowth of the Palestinian branch of the Muslim Brotherhood. HAMAS elements have used both violent and political means- including terrorism-to pursue of establishing an Islamic Palestinian state in Israel. Loosely structured, with some elements clandestinely and others openly through mosques and social service institutions to recruit m raise money, organize activities, and distribute propaganda. HAMAS's strength is concentrat Gaza Strip and the West Bank. First designated in October 1997.

**Activities**
HAMAS terrorists, especially those in the Izz al-Din al-Qassam Brigades, have conduct attacks-including large-scale suicide bombings-against Israeli civilian and military targets. maintained the pace of its operational activity during 2002-03, claiming numerous attack Israeli interests. HAMAS has not yet directly targeted US interests, although the group make no effort to avoid targets frequented by foreigners. HAMAS continues to confine its attacks and the territories.

**Strength**
Unknown number of official members; tens of thousands of supporters and sympathizers.

**Location/Area of Operation**
HAMAS currently limits its terrorist operations to Israeli military and civilian targets in the We Gaza Strip, and Israel. The group's leadership is dispersed throughout the Gaza Strip a Bank, with a few senior leaders residing in Syria, Lebanon, Iran, and the Gulf States.

**External Aid**
Receives some funding from Iran but primarily relies on donations from Palestinian ex around the world and private benefactors, particularly in Western Europe, North America, Persian Gulf region.

◁ Previous Backround • Next Backround ▷

◁ Previous Page  ✉ E-Mail This Page

© 2007 The Search For International Terrorist Entities. All Rights Reserved.
SITEInstitute.com is a WEBstationONE.com production,. Hosted by SecureHosts.com

-11-

including HAMAS, as "specially designated terrorist organizations" and froze all property and interests in property of the designated terrorist organizations.

On October 8, 1997, by publication in the Federal Register, the United States Secretary of State designated HAMAS a FTO pursuant to Section 219 of the Immigration and Nationality Act and the Antiterrorism and Effective Death Penalty Act of 1996. The designation of HAMAS as a FTO has been renewed every two years since.

Following the September 11, 2001 terrorist attacks on the United States, President Bush issued Executive Order No. 13224 which designated HAMAS as a "Specially Designated Global Terrorist" ("SDGT") and froze all property and interests in property of HAMAS.

*Union of Good*

The Union of Good is headed by Dr. Yussaf al-Qaradawi, a well known Muslim scholar. The board of directors includes three senior HAMAS figures: Sheikh Hamid al-Bitawi, Dr. Essam Salhoub and Bassam Jarrar.

Dr. Al-Qaradawi speaks on a weekly television program on *Al Jazeera* and has publicly issued a fatwa (on Islamic religious edict) encouraging suicide bombing attacks against Israel.

# U.S. DEPARTMENT OF STATE
# 1995 APRIL: PATTERNS OF GLOBAL TERRORISM, 1994

Department of State Publication 10239

Office of the Secretary
Office of the Coordinator for Counterterrorism, Philip C. Wilcox, Jr.

## STATE-SPONSORED TERRORISM OVERVIEW

CONTENTS

- Introduction
- Cuba
- Iran
- Iraq
- Libya
- North Korea
- Sudan
- Syria

## Introduction

The provision of funding, safehaven, and weapons and logistic support to terrorists by sovereign states is crucial to the operation of many international terrorist organizations. Such support continues in defiance of the international community's unequivocal condemnation of terrorism and those who support it. Recognizing the danger that such support represents, a primary aim of our counterterrorism policy has been to apply pressure to such states to stop that support and to make them pay the cost if they persist. We do this by publicly identifying state sponsors and by imposing economic, diplomatic, and sometimes military sanctions. Seven nations are designated as states that sponsor international terrorism: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

Cuba is no longer able to actively support armed struggle in Latin America and other parts of the world as the Castro regime has become preoccupied with its struggle for existence. Although there is no evidence of direct sponsorship of terrorist acts in 1994, Havana does provide safehaven for several international terrorists. Cuba has not renounced political support for groups that engage in international terrorism.

Iran is still the most active state sponsor of international terrorism. Iranian terrorist operations concentrate on Iranian dissidents living outside Iran. While Tehran has tried to moderate its public image in the West, Iran continues to use terrorism as ruthlessly as it did under Khomeini and supports groups, such as Hizballah, that pose a threat to Americans. In December, a French court handed down a

decision in the trial of three Iranians accused of participating in the 1991 murder of former Iranian Prime Minister Bakhtiar and an assistant. One was sentenced to life and one to 10 years in prison, while the third, an employee of the Iranian Embassy in Bern, was acquitted. Iran remains committed to carrying out the death sentence imposed on British author Salman Rushdie. Iran's main client, Hizballah, could well have been responsible for the 18 July bombing of the Argentine-Israel Mutual Association (AMIA) that left nearly 100 persons dead. Iran supports many other radical organizations that have resorted to terrorism, such as the Palestinian Islamic Jihad (PIJ), HAMAS, and the Popular Front for the Liberation of PalestineöGeneral Command (PFLP-GC).

Throughout 1994 Iraq remained out of compliance with UN Security Council resolutions, including those requiring it to renounce terrorism. Iraq continued its terrorist attacks against political dissidents, both at home and abroad. It also continued its terrorist war of attrition aimed at driving UN and other foreign aid agencies out of northern Iraq and depriving the Kurdish population of relief supplies. There were at least 17 attacks against UN and international relief personnel reported in 1994. Iraq continues to provide safehaven and training facilities for several terrorist organizations, including Abu Abbas' Palestine Liberation Front (PLF), the ANO, and the Arab Liberation Front (ALF). In June, a Kuwaiti court rendered verdicts in the trial of the 14 individuals accused of participating in the plot to assassinate former President Bush during his April 1993 visit to Kuwait.

Libya continued to defy the demands of UN Security Council resolutions adopted in response to Tripoli's involvement in the bombings of Pan Am Flight 103 and UTA Flight 772. The resolutions demand that Tripoli turn over the two Libyan intelligence agents suspected of carrying out the bombing plot for trial either in a US or UK court, pay compensation to the victims, cooperate in the ongoing investigation, and cease all support for terrorism. Available evidence suggests Libya was behind the disappearance of prominent Libyan dissident and human rights activist Mansour Kikhia from his hotel room in Egypt in December 1993. Leaders of terrorist groups HAMAS and the Palestinian Islamic Jihad (PIJ) publicly announced that Qadhafi had pledged to provide them with aid for the "Liberation of Palestine."

North Korea is not known to have sponsored any international terrorist attacks since 1987, when it conducted the midflight bombing of a KAL airliner. North Korea has publicly condemned terrorism but maintains contact with groups that practice terrorism and continues to provide sanctuary to Japanese Communist LeagueöRed Army Faction terrorists who hijacked a Japan Airlines flight to North Korea in 1970.

While there is no evidence that the Government of Sudan conducted or sponsored a specific act of terrorism in 1994, the regime provided safehaven and support for members of several international terrorist groups operating in Sudan. These include some of the world's most violent organizations: the ANO, the Lebanese Hizballah, HAMAS, the Palestinian Islamic Jihad (PIJ), and Egypt's Islamic Group. Some of Sudan's neighbors have complained that insurgents in North Africa have received training, funds, weapons, travel documents and indoctrination from Sudan. In December, Eritrea severed diplomatic relations with Sudan for its support for subversive activities and hostile acts. Sudan turned over the international terrorist Carlos to France in August, after offering him safehaven in Khartoum since late 1993. The regime has stated that the turnover was a one-time occurrence and would not affect other terrorists currently harbored in Sudan.

There is no evidence that Syrian officials have been directly involved in planning or executing terrorist attacks since 1986, but Syria continues to provide safehaven and support, inside Syria or in areas of Lebanon under Syrian control, for terrorist groups such as Ahmad Jibril's PFLP-GC, HAMAS, PIJ, the Japanese Red Army, and the Kurdistan Workers' Party (PKK). Syria also permits Iran to resupply Hizballah via Damascus. Nevertheless, Damascus continues to restrain the international activities of

some of these groups.

## Cuba

The Castro regime, which is preoccupied with its existence, is no longer able to support armed struggle actively in Latin America and other parts of the world. In years past, Havana provided significant levels of military training, weapons, funds, and guidance to leftist subversives. Currently, the regime's focus is largely on economic survival, and the government is attempting to upgrade diplomatic and trade relations within Latin America. Cuba's economy continued to deteriorate, and a large antiregime demonstration broke out for the first time in 1994.

Although there is no evidence that Cuban officials have been directly involved in sponsoring a specific act of terrorism during the past year, Havana did provide safehaven in 1994 to several terrorists in Cuba. A number of ETA Basque terrorists who sought sanctuary in Cuba several years ago continue to live on the island. Some of the more than 40 Chilean terrorists from the Manuel Rodriguez Patriotic Front (FPMR) who escaped from a Chilean prison in 1990 also probably still reside in Cuba. Colombia's two main guerrilla groups, the Revolutionary Armed Forces of Colombia (FARC) and the National Liberation Army (ELN), reportedly maintain representatives in Havana.

## Iran

Iran is still the most active state sponsor of international terrorism and continues to be directly involved in planning and executing terrorist acts. This year Tehran seems to have maintained its terrorist activities at the level of 1993, when there were four confirmed and two possible Iranian attacks on dissidents living outside Iran. Iranian terrorist operations concentrate on Iranian dissidents, particularly members of the Mojahedin-e Khalq (MEK) and the Kurdish Democratic Party of Iran (KDPI). Iran supports extremist Palestinian groups that have used terrorism to try to halt the Middle East peace process. Tehran also gives varying degrees of assistance to an assortment of radical Islamic and secular groups from North Africa to Central Asia.

While President Rafsanjani has tried to moderate Iran's public image to expand its economic and political ties to Western Europe and Japan, Iran continues to use terrorism as ruthlessly as it did under Khomeini. Tehran supports groups, such as its main client Hizballah, that pose a threat to Americans. Due to the continuing threat from Tehran and Hizballah, American diplomatic missions and personnel remain at risk.

Confirmed attacks on Iranian dissidents in the past year include the following: the 7 January killing of Taha Kirmeneh, a dissident who was a member of the Kurdish Democratic Party of Iran (KDPI), by gunmen in Coru, Turkey; the 10 January wounding of a member of the KDPI by a letter bomb in Stockholm, Sweden; the killing of a KDPI leader in Sulaymaniyah, Iraq, on 10 March; and the killing of two members of the Mojahedin-e Khalq (MEK) in Qabbiyah, Iraq, while driving to Baghdad on 29 May. While the MEK has been victimized by Iranian terrorism, the group has itself employed terrorist tactics.

The 24 June murder of dissident Osman Muhammed Amini at his home in Copenhagen and the 12 November murder of dissident Ali Mohammed Assadi in Bucharest may also have been carried out at the Iranian Government's behest.

On 6 December, a French court handed down a decision in the trial of three Iranians accused of

participating in the 1991 murder of former Iranian Prime Minister Bakhtiar and an assistant. One defendant received life imprisonment. A second, an Iranian radio correspondent who is reputed to be a nephew of the late Ayatollah Khomeini, was sentenced to 10 years in jail. The third, an employee of the Iranian Embassy in Bern, was acquitted.

Iran remains committed to implementation of the death sentence imposed on British author Salman Rushdie. When speaking to Western audiences, Iranian leaders claim that the fatwa (or religious finding) against Rushdie is a religious matter that does not involve the Government of Iran.

However, the Iranian Government continued its propaganda campaign against Rushdie. In February, the fifth anniversary of the fatwa, Tehran Radio stated that "The least punishment for (Rushdie) is his execution." Ayatollah Hassan Sanei, the head of a quasi-governmental foundation that has offered a $2 million reward for the murder of Rushdie, said that supporters of Rushdie who campaign for the lifting of the fatwa deserved to be "punished." A Revolutionary Guards official vowed publicly that the death sentence would be carried out. The influence of this campaign has been felt outside Iran. In September, the head of a Muslim organization in Norway threatened to kill Rushdie if he attended a conference on freedom of expression in Stavanger.

Iran is also the world's preeminent state sponsor of extremist Islamic and Palestinian groups, providing funds, weapons, and training. Hizballah, Iran's closest client, could well have been responsible for the 18 July bombing of the Argentine Israel Mutual Association that left nearly 100 persons dead. This operation was virtually identical to the one conducted in March 1992 against the Israeli Embassy in Buenos Aires, for which Hizballah claimed responsibility. Hizballah had stated that it would seek retaliation against Israel for the kidnapping of a well-known Lebanese Shia terrorist and the Israeli airstrike in June on a Hizballah camp in Lebanon that killed more than 20 militants.

Iran supports many other radical organizations that have engaged in terrorism. Tehran opposes any compromise with or recognition of Israel and, as the peace process moves ahead, has worked to coordinate a rejectionist front to oppose the Israeli-PLO accords, particularly with the PIJ, the PFLP-GC, and HAMAS, as well as Hizballah.

Tehran continues to provide safehaven to the terrorist Kurdistan Workers' Party (PKK) in Iran. The PKK -- seeking to establish a Kurdish state in southeastern Turkey -- in 1994 conducted a violent campaign against Turkish tourism, including attacks on tourist spots frequented by foreigners, while continuing unabated the use of terrorism against Turkish citizens, including ethnic Kurds.

## Iraq

Iraq continued to engage in state-sponsored internal and international terrorism in 1994. It is rebuilding its ability to mount terrorist attacks abroad, despite financial and diplomatic constraints imposed in the wake of the Gulf war.

The Government of Iraq provides safehaven and logistic support to several terrorist groups and individuals, including elements of the ANO, based in Lebanon; the Mojahedin-e Khalq, which is opposed to the government in Tehran; Abu Abbas' Palestine Liberation Front (PLF); and notorious bomb-maker Abu Ibrahim. Both Abbas and Ibrahim enjoy sanctuary in Iraq.

Political killings and terrorist actions are directed against civilians, foreign relief workers, journalists, and opposition leaders. On 12 April, a prominent Iraqi expatriate oppositionist residing in Beirut,

Lebanon, was assassinated. The Government of Lebanon stated that it had firm evidence linking the killing to the Government of Iraq and arrested two Iraqi diplomats in connection with the incident. Lebanon subsequently broke diplomatic relations with Iraq.

Since 1991, in violation of UN Security Council resolutions, the Government of Iraq has obstructed the international community's provision of humanitarian assistance. We believe that Iraq is responsible for more than 100 attacks on relief personnel and aid convoys over the past four years. Moreover, the Government of Iraq has offered monetary "bounties" to anyone who assassinates UN and other international relief workers.

A German journalist and her Kurdish bodyguard were shot to death on 3 April in an ambush near Suleymaniya. Kurdish authorities arrested several suspects who reportedly confessed that the government had paid them to commit the murders. Several other international personnel, including UN guards and journalists, were critically injured in bombing and shooting attacks. At least 16 such attacks were reported. On 2 January, two UN vehicles were fired on while approaching the Aski Kalak bridge between Mosul and Irbil. One vehicle was hit seven times. On 21 January a handmade device using TNT exploded in the garden of a UN residence. Two Swedish journalists were injured on 14 March near Aqrah when a bomb exploded under their car. On 24 May two vehicles carrying representatives from the NGO OXFAM were shot at while returning to Suleymaniyah from a UN-NGO meeting in Salaheddin. On 1 June handgrenades were thrown at a warehouse in Suleymaniyah belonging to the French relief group Equilibre.

In July, three members of a prominent Shi'a family, the al-Khoeis, and their driver died under suspicious circumstances in an automobile crash in southern Iraq, near Al Najaf. Evidence points to involvement by the Government of Iraq. The al-Khoei family had long been targeted for harassment and abuse by the government.

On 4 June, a Kuwaiti court returned verdicts in the trial of the 14 individuals accused of participation in the plot to assassinate former President Bush during his April 1993 visit to Kuwait. Six of the 14 were sentenced to death, seven were sentenced to prison for terms ranging from six months to 12 years, and one was acquitted.

## Libya

The Libyan regime continued to defy the demands of UN Security Council Resolutions 731, 748, and 883 adopted in response to Tripoli's involvement in the bombings of Pan Am Flight 103 and UTA Flight 772. UNSCR 731 was adopted following the November 1991 indictments by British and US authorities of two Libyan intelligence agents for their role in the 1988 Pan Am bombing. The resolution incorporated US and British demands that Tripoli turn over the two suspects for trial in either a US or UK court, pay compensation to the victims, cooperate in the ongoing investigation, and cease all support for terrorism. UNSCR 731 also demanded that Tripoli cooperate with French authorities in their separate investigation of the UTA 772 bombing in 1989.

In April 1992, UNSCR 748 imposed sanctions against the Libyan regime for its refusal to comply with the demands of UNSCR 731. Those sanctions involved embargoing Libyan civil aviation and military procurement efforts, as well as requiring all states to reduce Libya's diplomatic presence. In November 1993, UNSCR 883 imposed additional sanctions to increase the pressure on Libya to comply with previous demands. The 883 sanctions added a limited assets freeze and oil technology ban and strengthened existing sanctions.

By the end of 1994, Libya had taken no serious steps toward compliance with any of the UNSC demands. Instead, the Libyan regime continued to propose half measures and "compromise" solutions to the trial venue for the two suspects. Tripoli's proposals appeared disingenuous from the start, as none satisfy the demands of UNSC resolutions or meet the requirements of American or British judicial systems.

Even while Libya continued its efforts to convince international public opinion that it had abandoned terrorism, Qadhafi and his senior advisers vehemently attacked the Libyan opposition, calling them "stray dogs" and publicly threatening them. Indeed, available evidence strongly suggests Libya was behind the disappearance of prominent Libyan dissident and human rights activist, Mansour Kikhia, from his hotel room in Egypt in December 1993.

Throughout 1994, Tripoli demonstrated its willingness to support groups that oppose Western interests with terrorism. Qadhafi repeatedly urged radical rejectionists of the Middle East peace process to use "whatever means" possible to oppose it. Libya opened its arms to leaders of well- known militant groups opposed to the Gaza-Jericho accord and hosted several meetings of the rejectionist groups in 1994. In addition, Libya hailed the 19 October bus-bombing attack in Tel Aviv by HAMAS as a "courageous operation." In addition, the leaders of HAMAS and the Palestinian Islamic Jihad publicly announced that Qadhafi had pledged to provide them with aid for the "liberation of Palestine."

## North Korea

The Democratic People's Republic of Korea (DPRK or North Korea) is not known to have sponsored any international terrorist attacks since 1987, when it conducted the midflight bombing of a KAL airliner. A North Korean spokesman in April 1993 condemned all forms of terrorism, including state terrorism, and said his country resolutely opposed the encouragement and support of terrorism. Nevertheless, North Korea maintains contact with groups that practice terrorism and continues to provide political sanctuary to members of the Japanese Communist Leagueö Red Army Faction who hijacked a Japan Airlines flight to North Korea in 1970.

## Sudan

The Government of Sudan provided safehaven and support for members of several international terrorist groups operating in Sudan. The regime also permitted Tehran to use Sudan as a secure transit point and meeting site for Iranian-backed extremist groups. There is no evidence that Sudan, which is dominated by the National Islamic Front (NIF), conducted or sponsored a specific act of terrorism in 1994.

The list of groups that maintain a presence or operate in Sudan is disturbing and includes some of the world's most violent organizations: the ANO, the Lebanese Hizballah, the Palestinian Islamic Resistance Movement (HAMAS), the Palestinian Islamic Jihad (PIJ), and Egypt's Islamic Group. The NIF also supports Islamic opposition groups from Algeria, Tunisia, Kenya, and Eritrea. Some of Sudan's neighbors have complained that insurgents in North Africa have received assistance from Sudan in the form of training, funds, weapons, travel documents, and indoctrination. In December, Eritrea severed diplomatic relations with Sudan for its support for subversive activities and hostile acts.

In a positive development, Sudan turned over the international terrorist "Carlos" (Ilyich Ramirez Sanchez) to France in August. Carlos -- who bragged about his ties to senior government officials, carried a weapon, and flaunted Sudan's laws -- had been living in Sudan since late 1993 with full

knowledge and protection of senior levels of the NIF and Sudanese Government.

While the reasons for the expulsion of Carlos are not entirely clear, the regime emphasized that the affair did not signal a shift in Sudanese policy and that the fate of Carlos would not affect other terrorist elements currently harbored in Sudan. President Bashir stated publicly it was Sudan's duty to protect "mujahedin" who sought refuge. In a press interview on the suicide bus bombing in Tel Aviv by a HAMAS militant in October, which left 22 persons dead, NIF leader Hassan Turabi praised the attack, calling it "an honorable act."

The Sudanese regime regularly denied there are terrorists in Sudan, and it refused to investigate information the US Ambassador supplied in September about the training of terrorists at the Merkhiyat Popular Defense camp located northwest of Khartoum. The Foreign Minister categorically dismissed the information without even offering to look into it.

## Syria

There is no evidence that Syrian officials have been directly involved in planning or executing terrorist attacks since 1986. Damascus is publicly committed to the Middle East peace process and has taken some steps to restrain the international activities of these groups. Syria also uses its influence with Hizballah to limit outbreaks of violence on the border between Lebanon and Israel, but permits Iran to resupply Hizballah via Damascus.

However, Syria continues to provide safehaven and support for several groups that engage in international terrorism; spokesmen for some of these groups have publicly claimed responsibility for attacks in Israel and the occupied territories. Several radical terrorist groups maintain training camps or other facilities on Syrian territory. Ahmad Jibril's PFLP-GC has its headquarters near Damascus. In addition, Damascus grants a wide variety of groups engaged in terrorism basing privileges or refuge in areas of Lebanon's Bekaa Valley under Syrian control: these include HAMAS, the PFLP-GC, the Palestinian Islamic Jihad (PIJ), and the Japanese Red Army (JRA).

The terrorist group PKK continues to train in the Bekaa Valley, and its leader, Abdullah Ocalan, resides at least part-time in Syria. The PKK in 1994 conducted a violent campaign against Turkish tourist spots frequented by foreigners, as well as other terrorist violence across Europe. Syrian safehaven for PKK operations was vigorously protested by Turkey and is the subject of discussions between Syria and Turkey. [End of Document]

Patterns of Global Terrorism Contents