# PLAINTIFFS' EXHIBITS
# 5(a) - (c)



# THE JERUSALEM TIMES

Vol.1, No 36
October 14, 1994
I JUMADA 9,1415 H

THE ONLY ENGLISH INDEPENDENT PALESTINIAN WEEKLY
NEWSPAPER PUBLISHED IN THE OCCUPIED TERRITORIES

16 pages
NIS 3.50

## Horses and helicopters used to catch workers

The Israeli authorities use horses and helicopters to catch Palestinian workers who try to cross into Israel without passing through the checkpoint located near Kufr Kassem, report Palestinian laborers. The Israeli police arrest dozens every day, they added.

The workers try to sneak across the "green line" avoiding the checkpoints because they do not have the required permits to work in Israel.

Palestinian sources said that the Israeli military arrested a large number of Palestinian workers and kept them for several hours under the burning sun.

Among those arrested were Abdullah Issa, 27; Abdullah Odeh, 30; and Ma'moun Rafiq, 25. They were later released after the Israeli police imposed fines of up to $150 each.

## Israel confiscates college land

Scores of citizens from Tulkarm joined the students of Khaddouri College to protest an Israeli decision to lease 133 acres of school property to the Israeli Department of Agriculture.

In a speech to the crowd, Khaddouri College Director Muhammed Ghazaleh said Israel has been attempting to diminish the school, the oldest of Palestinian educational institutions.

He added that the PNA Education Minister, Yasser Amru, was surprised by the Israeli decision to rent the college's land to the agriculture department. He added that the issue is in the hands of President Yasser Arafat, who is discussing it personally with Rabin.

The director said that he was surprised to receive a letter sent by the Palestinian National Authority deciding to freeze the number of students accepted in order to prepare it to be a developed scientific center. "We called on the officials to turn Khaddouri College into a university since Tulkarm is in need of one," he said.

According to the head of the Tulkarm education department, the college is a part of Tulkarm

see **Land** p. 14

# Israel stops peace talks over kidnapped soldier



*Wachsman held hostage, from video released by Hamas* — Photo by Reuters

**by TJT staff**

After two weeks of talks in Cairo, the Palestinian-Israeli negotiations were suspended when Israel withdrew Oct. 11 following the kidnapping of Israeli soldier Nahshon Wachsman by the Islamic Resistance Movement, Hamas.

Hamas is demanding the immediate release of 200 Palestinian prisoners, including the Islamic movement's spiritual leader Sheikh Ahmad Yassin, in exchange for the soldier.

In a videotaped statement broadcast on Israel television Oct. 12, Hamas said it was holding the soldier Wachsman, who had been missing since Oct. 9. A masked activist displayed the soldier's identity card and rifle, and Wachsman himself indicated he was being treated well.

The statement said Wachsman would be killed if Israel does not release Yassin, together with members of Hamas's military wing, Izzedin Al-Kassam, and scores of other Palestinian prisoners by 9:00 a.m. Friday, Oct. 14.

Hamas has specifically demanded the release of two other spiritual leaders, Hamas leader Salah Shehadeh, and Hizbullah cleric Sheikh Abdel Kareem Obeid, as well as numerous Palestinian prisoners from various factions, including: Fatah (50), Islamic Jihad (25), PFLP (20), and DFLP (10).

Many of these prisoners were sentenced to life imprisonment by the Israeli military courts.

In Gaza, President Yasser Arafat condemned the kidnapping, calling it an act of defiance against the PNA.

Meanwhile, Israeli Prime Minister Rabin told Arafat by phone that he holds him responsible for Wachsman's well-being. Rabin said any delay in his release will have serious consequences for the peace process.

see **Kidnapped** p. 14

## Arafat & Rabin nominated for Nobel Peace Prize

The winners of the Nobel Peace Prize, due to be announced today, Oct. 14 are widely expected to be the main architects of the Declaration of Principles, President Yasser Arafat, and chief Palestinian negotiator Mahmoud Abbas (Abu Mazen), together with Israeli Prime Minister Yitzhak Rabin, and Foreign Minister Shimon Peres.

The award amounting to nearly $1 million will be presented at a formal ceremony in Oslo on Dec. 10.

Previous winners include former Egyptian president, Anwar Sadat, and former Israeli prime minister, Menachem Begin, who shared the prize in 1978. Last year, it was jointly awarded to the present South African President, Nelson Mandela, and former president, Willem de Klerk.

## Archeology dept. urges demolition of Arab homes

According to Arab sources, the Israeli Archaeology Authority has launched a campaign to demolish Arab houses in Silwan neighborhood in Jerusalem, under the pretext that it is damaging Jewish historical sites.

The sources confirmed the archaeology department applied to the Mayor, Ehud Olmert, to issue an order to demolish all Arab houses in the neighborhood.

The archaeology department claims that the houses are illegal, and that they were built in the Jewish City of David.

According to Israeli sources, the Jerusalem municipality had ordered the demolition of Qara'in the pre historic claimed without The take pla ing to th

see **Demolition** p. 14

PLAINTIFF'S EXHIBIT 5(6)



-65-
Appendix B7

# العهد

تصدر عن مركز الثقافة والإعلام - لبنان

٣٢ صفحة // العدد ٢ ... الجمعة ٩ جمادى الأولى ١٤١٥هـ الموافق ١٤ تشرين الأول ١٩٩٤م // ١٠٠٠ ل.ل

**ولي أمر المسلمين: الدول الخليجية ارتكبت خيانة عظمى برفع المقاطعة عن العدو**

مسلسل مصادرة الحريات لم ينته فصولاً بعد:

## آخر إنجازات السلطة: فمع طلاب "الأميركية"


طالب آخر جرحه رصاص السلطة


طلاب بعد الاعتصام


الطلاب خلال الاعتصام

**إبعاد ٢٦ شخصاً من أهاليها وجه آخر للإرهاب الصهيوني:**

## كفرحونة: العدو يواصل حربه على المدنيين الأبرياء

«سلطة الحكم الذاتي» تهتز باهتزاز الأمن الإسرائيلي

## الانتفاضة: مقتل مستوطنين وخطف جندي صهيوني


مجاهد من حماس يعرض صورة الجندي الصهيوني المخطوف




كفرحونة: ضحية الإرهاب الصهيوني

ندا الاعتصام!! طالب آخر جرحه رصاص السلطة

## «سلطة الحكم الذاتي» تهتز بامتزاز الامن الاسرائيلي
## الانتفاضة : مقتل مستوطنين وخطف جندي صهيوني



مجاهد من حماس يعرض صورة الجندي الصهيوني المخطوف

**Hamas seizes Israeli, demands prisoner release.**

626 words
11 October 1994
Reuters News
English
(c) 1994 Reuters Limited

GAZA, Oct 11 (Reuter) - The Islamic Resistance Movement Hamas said on Tuesday it had kidnapped an Israeli soldier and would kill him unless Israel freed its jailed leaders.

The group made the claim two days after its militants carried out a bloody attack in Jerusalem near a hotel in which U.S. Secretary of State Warren Christopher was staying.

In a video tape obtained by an international news agency, Hamas said it would kill the soldier unless the Israeli government met its demands to release its leaders held prisoner by Friday evening.

Israeli sources identified the soldier as Nachshon Waxman, aged 19, reported missing on Sunday.

In an emotional plea broadcast on Israel Television, Waxman's mother Esther asked Hamas to "return him alive and healthy and whole on behalf of the God of us all."

The Hamas statement said: "Qassam brigades declare responsibility for kidnapping Israeli soldier Nachshon Mordechai. His ID number is 03228629. He is alive and we are treating him as a captive according to Islam."

In the video tape a Hamas activist, his face covered with a keffiya, read out the statement in a calm, controlled voice, prefacing it with a verse from the Koran. He put the soldier's identity card next to a rifle on the ground.

Hamas demanded the release of, among others, its founder Sheikh Ahmed Yassin, another Hamas leader Sheikh Salah Shehada, and Hizbollah cleric Sheikh Abdel Karim Obeid, abducted from Lebanon by Israeli commandos in 1989.

"If the Israeli government refuses our demands it must carry the responsibility of the murder of the soldier and then we will negotiate afterwards on his body. The deadline of this will be Friday at 9 p.m. (1900 GMT), the 14th of October," it said.

Throughout Tuesday, state-run Israel Radio had asked listeners to call if they had any information about Waxsman, last seen at a road junction near the central Israeli town of Petah Tikva on Sunday.


EXHIBIT 5(c)

REUTERS Israel Limited
38 Hamasger Street      Tel  972 3 5372211
67211 Tel-Aviv          Fax 972 3 5372045

The Israeli army declined to comment immediately, saying it was investigating the matter.

Hamas also demanded all prisoners from its Qassam military wing be released as well as 50 other Hamas prisoners with high sentences and 50 prisoners from the PLO mainstream Fatah group, which unlike Hamas, supports a peace deal with Israel.

In addition it said Israel must free 25 prisoners from the Islamic Jihad, 20 from the Popular Front for the Liberation of Palestine (PFLP), 10 from the Democratic Front for the Liberation of Palestine, 20 from Hizbollah, 15 from the PFLP-General Command, and all Palestinian women prisoners.

Yassin, the wheelchair-bound 58-year-old founder of Hamas, was jailed for life in 1991 on charges of ordering the killing of alleged Palestinian collaborators with Israel.

Israeli commandos kidnapped Obeid from his home in southern Lebanon in 1989 and hold him as a bargaining chip for the return of missing Israeli servicemen.

Salah Shehada, a founder of Hamas, has been detained by Israel since the start of the Palestinian uprising in 1988.

In December 1992, Hamas captured and killed Israeli soldier Nissim Toledano after Israel refused to meet its demand to release Yassin.

Toledano was the third soldier kidnapped and killed by Hamas since the start of the Palestinian uprising.

Israel and the Palestine Liberation Organisation signed a peace deal last September for limited Palestinian self-rule.

An Israeli woman soldier and an East Jerusalem Arab were killed and 14 were wounded in Sunday night's Hamas attack at a popular nightspot near Christopher's hotel. The two guerrillas who carried out the shooting were killed by Israeli security forces.

Christopher, on a shuttle peace mission between Israel and Syria, was due back in Jerusalem on Wednesday.

(c) Reuters Limited 1994