# PLAINTIFFS' EXHIBITS
# 6(a) - (b)

המטה הארצי/אגף החקירות
המחלקה לזיהוי פלילי
ירושלים, כ"א שבט תשנ"ה
22 בינואר 1995
זס/0104   -   1082/94

15.3.95

ק. אח"ק מחוז ירושלים
ר' מז"פ
רמ"ד סיוע מרחבי

הנדון: רצח נחשון וקסמן, ביר נבאללה
סימוכין: פ.א. 13206/94 מחוז ירושלים.

ר ק ע

בתאריך 14.10.94 בשעה 21:00 לערך פרץ כח צה"ל אל תוך בית בכפר ביר נבאללה, על מנת לחלץ את החייל החטוף נחשון וקסמן. במהלך הפריצה נהרג אחד החיילים ומספר חיילים נפצעו. עפ"י דברי החיילים, הם מצאו את נחשון באחד מחדרי הבית כשהוא ללא רוח חיים. שלושת המחבלים שהתבצרו בבית נהרגו במהלך ההשתלטות. גופתו של נחשון וקסמן הועברה להדסה לעין כרם. מעבדה ניידת הוזמנה אל בית החולים ולמחרת בבוקר הוזמנה אל הבית בביר נבאללה.

פעולות וממצאים

1. בתאריך 14.10.94 בשעה 23:00 לערך הגעתי בצוותא עם פקד ברוך סגל לחדר המיון בהדסה עין כרם שם ראיתי את גופתו של נחשון וקסמן.

2. המנוח לבש מכנסי ג'ינס כחולות ארוכות וחולצת טריקו לבנה. על הצואר היתה קשורה כפיה, רגלי נחשון היו כבולות בשרשרת וידיו באזיקים (תמונות 1,2,3).

3. בבדיקת הגופה מצאתי את הממצאים הבאים:

א. בצד הבטן:

1) חלקיקי טיח על הפנים (תמונה 4).

2) פגיעה הנראית כפצע כניסת קליע באיזור הגרוגרת (מסומנת א בתמונות 5,6,7).

3) פגיעה בצידה השמאלי של עצם הבריח (מסומן ב בתמונות 5,6,8).

4) שלוש פגיעות באיזור כתף ימין (מסומנות ג בתמונות 5,6,9).

5) שתי פגיעות באיזור בית שחי ימין (מסומנות ד בתמונות 5,6,10).



6) שתי פגיעות הנראות כפצעי כניסת קליעים מעל מרפק ימין (מסומנות ה בתמונות 5,6,11,12).

7) קבוצת פצעים שטחיים בתהליך הגלדה ושטפי דם תת עוריים, הנראים כסימן נשיכה, בצידה החיצוני של זרוע ימין (מסומנת ו בתמונות 5,6,11,13).

8) סימני פיח ומספר פגיעות הנראות רדודות במרכז הבטן העליונה מעל הטבור (מסומנים א בתמונות 14,15,16 וכן תמונות 17,18).

9) סימני פיח בצד הפנימי של הביס הקדמי ימני הקרוע של מכנסי הג'ינס שלבש נחשון וקסמן (תמונה 2 וכן מסומן ב בתמונה 14).

10) סימני פיח על ירך ימין ועל התחתונים. לאחר שהסרתי את התחתונים מצאתי סימני פיח על שק האשכים (מסומן ג בתמונות 14,15,20 וכן תמונות 21,22).

ב. ידי המנוח כבולות מלפנים באמצעות אזיקי מתכת (תמונות 1,23,24).

ג. רגלי המנוח כבולות זו לזו באמצעות שרשרת מתכת כאשר סביב כל רגל לולאה הסגורה באמצעות מנעול תליה (תמונות 1,25,26).

ד. בצד הגב:

1) פצע הנראה כחור יציאת קליע בצידה האחורי שמאלי של הגולגולת (מסומן א בתמונות 27,28,29).

2) פצע עמוק בחלקו העליון של הגב, משמאל לעמוד השדרה (מסומן ב בתמונות 27,30).

3) 4 קבוצות של פצעים שטחיים בתהליך הגלדה ושטפי דם תת עוריים, הנראים כסימני נשיכה, במרכז הגב מימין לעמוד השדרה (מסומנות ג בתמונות 27,31 וכן תמונות 32,33).

4) פצע הנראה כחור כניסת קליע במותן ימין (מסומן ד בתמונה 27).

5) פצע הנראה כחור כניסת קליע מעל ישבן ימין, סביב הפצע סימני פיח (מסומן ה בתמונה 27).

ה. על צווארו של נחשון וקסמן היתה קשורה כפיה אשר כנראה כיסתה את עיניו לפני מותו (תמונות 1,34,35,36).

ו. בתאריך 15.10.94 בשעה 0040 לערך הראתה מדידת הטמפרטורה הרקטלית של המנוח 34.4 מעלות צלזיוס. ליד הגופה, מעט מעל הרצפה, מדדתי 25 מעלות צלזיוס ובאוויר מדדתי 23.5 מעלות צלזיוס.

4. בתאריך 15.10.94 בשעה 05:00 לערך ביקרתי בצוותא עם רפ"ק דני עשור ופקד ברוך סגל בבית אליו פרץ כח צה"ל בביר נבאללה, במקום פגשתי את נצ"מ מאיר גלבוע, ק. אח"ק מחוז ש"י אשר סיפר לי את פרטי הרקע.

5. א. הבית עומד בודד על מגרש גדול מוקף בגדר בטון. מן הרחוב מוליך כביש סלול אל הבית. המבנה הינו דו-קומתי. בקומת הקרקע כניסה ראשית אל חדר המדרגות אשר בבניין וכן מחסנים (תמונות 37,38).

ב. חדר המדרגות מוביל אל הקומה הראשונה בה יש דלת כניסה דו כנפית ממתכת אל הדירה בה הוחזק נחשון וקסמן. הדירה משתרעת על פני כל הקומה (תמונות 38,39,40).

ג. אל הדירה יש כניסה נוספת דרך מרפסת המטבח בצידו הצפוני של המבנה (מסומנת ג בתמונה 37 וכן ב בתמונה 69).

6. א. הדירה בה הוחזק החייל החטוף משתרעת, כאמור, על פני כל הקומה הראשונה. דלת הכניסה הראשית לדירה (מחדר המדרגות) היא דו-כנפית ועשויה מתכת. הדלת ניתנת לנעילה, בין היתר, באמצעות בריחים מתוך הדירה (תמונות 40,41,42).

ב. דלת הכניסה נפתחת לחדר כניסה/חדר משפחה (תמונה 43).

ג. מחדר הכניסה/משפחה מסתעף מסדרון לכוון דרום ובו:

-חדר שרוף (מסומן א בתמונות 43,44).

-חדר שינה (מסומן ב בתמונות 43,44).

-חדר כביסה/פינת אוכל (מסומן ג בתמונות 43,44).

-בקצה המסדרון חדר אמבטיה.

ד. במרכז הקיר המערבי של חדר הכניסה/משפחה דלת המובילה אל שרותים ומטבח. למטבח דלת כניסה נוספת אל הדירה (מסומנת ד בתמונות 43,62,63).

ה. בקצה הצפוני של חדר הכניסה/משפחה סלון ארוח (מסומן ה בתמונה 62).

7. בסריקת הדירה מצאתי את הממצאים הבאים:

א. בדלת הכניסה הראשית חורי מעבר קליעים פנימה אל תוך הדירה ומהדירה החוצה אל חדר המדרגות (תמונות 40,41,42).
כמו כן חלק מן הפגיעות מכוון חדר המדרגות לא חדרו את הדלת (תמונות 41,42).

ב. בחדר השרוף המסומן א בתמונה 43:

1) מול פתח הדלת שתי גופות שרופות (תמונות 45,46,47,48).

2) בכניסה לחדר, על הרצפה (ליד מזוזה דרומית, בין היתר שני זוגות משקפיים, אחד ללא עדשות (תמונות 46,49,50).

3) במרכז החדר, על הרצפה, שרשראות מתכת ועליהן מנעולים הדומים לאלה שכבלו את רגלי נחשון וקסמן וכן שרידי אזיקי מתכת (תמונות 46,51,52).

4) באיזור הפינה הצפון מערבית של החדר:

א) ניטים, הנראים כניטים המשמשים לציפוי חורי שרוכים בנעליים (תמונה 53, וכן א בתמונה 54).

ב) שרידי בד בצבע זית הנראים כשרידי מכנסיים (תמונה 53 וכן ב בתמונה 54).

ג) שרידי כיפה סרוגה (תמונה 53 וכן ג בתמונות 54,55).

ד) דיסקית נעל הנושאת את הספרות 5125947 (תמונה 53 וכן ד בתמונות 54,55,56).

ג. בחדר השינה המסומן ב בתמונה 44, גופת מחבל על הרצפה בין השידה למיטה (תמונות 57,58,59,60).

ד. בחדר הכביסה המסומן ג בתמונה 44, פינת אוכל, מזרונים, מתקן ליבוש כביסה ועליו פרטי לבוש וקרש גיהוץ ומגהץ (תמונה 61).

ה. הדלת המסומנת ד בתמונה 43, במרכז הקיר המערבי של חדר הכניסה/משפחה, מובילה באמור אל שרותים ומטבח (תמונות 62,63,64).
במטבח דלת דו-כנפית ממתכת הנפתחת אל מרפסת הפתוחה לחצר - בפינה הצפון מערבית של המבנה (תמונה 64, וכן ב בתמונות 68,69).

8. חדר המדרגות בבנין מסתיים בחדרון יציאה אל הגג, קומה אחת מעל הדירה בה הוחזק נחשון וקסמן. דלת היציאה אל הגג, העשויה מתכת, לא נפרצה למרות נסיונות לפותחה מצידה החיצוני (תמונות 65,66,67).

9. החבלנים אשר סרקו את הבנין לפני כניסתי, הוציאו מן הדירה בה הוחזק החטוף מספר כלי נשק ומחסניות אשר הוצגו בפני בדלקמן:

א. רוס"ק M-16 ושלוש מחסניות תואמות.

ב. רוס"ר גליל ובו מחסנית - שרופים.

ג. תמ"ק עוזי וחמש מחסניות תואמות.

ד. אקדח זיג ומחסנית.

ה. מחסנית נוספת.

(תמונות 70,71,72,73).

10. בזירת האירוע בביר נבאללה תפסתי, ארזתי וסימנתי את המוצגים הבאים:

א. דיסקית נעל וניטים, אשר נלקחו מעל רצפת החדר השרוף, סומנו ע.ש. 1 מתאריך 15.10.94.

ב. שרשראות מתכת, שני מנעולים, שברי אזיקי מתכת ומפתחות, אשר נלקחו מעל רצפת החדר השרוף, סומנו ע.ש. 2 מתאריך 15.10.94.

ג. שני זוגות משקפיים, אחד ללא עדשות, אשר נלקחו מעל רצפת החדר השרוף, סומנו ע.ש. 3 מתאריך 15.10.94.

ד. שרידי בד שרוף, אשר נלקחו מעל רצפת החדר שרוף, סומנו ע.ש. 4 מתאריך 15.10.94.

את המוצגים מסרתי לידי 53076 רפ"ק איציק רחמים מתחנת רמאללה.

11. לצורך הנצחה צילמתי סידרת תמונות.

עופר שלוש,   /w.    פקד

המעבדה הניידת לזירות   עבירה
סניף ירושלים

לוט: 73 תצלומים מתוך 104.

## Translation from Hebrew

The Israeli Police

The national headquarters
Department of investigations
The department of criminal identification
Jerusalem, Shvat 21st 5755
1082/94  - 0104/zm

officer of investigations department, county of Jerusalem
Head of criminal identification laboratory
Head of local assistance department

Subject: The murder of Nachshon Waxman, Bir Naballa
reference: p.a. 13206/94 county of Jerusalem

Background
On 14.10. 94 at about 21:00 a force of IDF broke into a house in the village of Bir Naballa, in-order to release the captured soldier Nachshon Waxman. During the break-in one of the soldiers was killed and a number of soldiers were hurt. According to the soldiers, they found Nachshon in one of the rooms in the house, dead. The three terrorists, that were fortified in the house, were killed during the take-over.
Nachshon Waxman's body was delivered to "Hadassa Ein Karem". A mobile laboratory was ordered to the hospital, and the following morning to the house in Bier Naballa.

Actions and findings

1. On 14.10.94 at about 23:00 I arrived together with Inspector Baruch Segal to the casualty ward in "Hadassa Ein Karem", where I saw the body of Nachshon Waxman.

2. The deceased wore long blue jeans trousers and a white T-shirt. On his neck was a tied Kaffia. Nachshon's legs were chained in a chain and his hands were in handcuffs.

3. In the examination of the body I found the following findings:
    a. In the front side:
1) plaster particles on the face (picture 4).



EXHIBIT 6(6)

2) An injury that looks like a wound caused by a penetration of a bullet in the neck area (marked A on pictures 5, 6, 7).

3) An injury on the left side of the clavicle (marked B on pictures 5, 6, 8).

4) Three injuries around the right shoulder (marked C in pictures 5, 6, 8).

5) Two injuries in the area of the right armpit (marked D in pictures 5, 6, 10).

6) Two injuries looking like wounds of bullet penetration above the right elbow (marked E on pictures 5, 6, 11, 12 ).

7) A group of superficial wounds in process of scabbing and hemorrhages under the surface of the skin, that look like marks of biting, on the outer side of the right arm (marked F on pictures 5, 6, 11, 13).

8) Soot marks and a number of injuries that look shallow In the center of the upper tummy above the navel (marked A in pictures 14, 15, 16 and in pictures 17, 18).

9) Soot marks on the inner part of the torn front pocket of the Jeans that Nachshon Waxman wore. (picture 2 and marked B on picture 14).

10) Soot marks on the right thigh and on the underpants. After I removed the pants I found soot marks on the testicles (marked C in pictures 14, 15, 20 and in pictures 21, 22).

b. The hands of the deceased were chained in front with metal handcuffs (pictures 1, 23, 24).

c. The legs of the deceased are chained to each other with a metal chain, while there is a loop around each leg that is locked with a hanging lock (pictures 1, 25, 26).

d. On the back side:

1) A wound that looks like a hole made by the exit of a bullet on the back left side of the skull (marked A in pictures 27, 28, 29).

2) A deep wound in the top part of the back, left of the spine (marked B on pictures 27, 30).

3) 4 groups of superficial wounds in the process of scabbing and hemorrhages under the surface of the skin, that look like marks of biting, on the center of the back to the right of the spine (marked C on pictures 27, 31 and in pictures 32, 33).

4) A wound that looks like a hole caused by penetration of a bullet in the right loin.

5) A wound that looks like a hole caused by penetration of a bullet above the right buttox, around the wound there are soot marks (marked E in picture 27).

e. A kaffia-scarf was tied on Nachshon's neck, which probably covered his eyes before his death (pictures 1, 34, 35, 36).

f. On 15.10.94 at about 04:00 the rectal temperature measure of the deceased showed 34.4 degrees Celsius. Near the body, a bit over the floor, I measured 25 degrees Celsius and in the air I measured 23.5 degrees Celsius.

4. On 15.10.94 at about 05:00 I visited, with Chief-Inspector Danny Ashor and Inspector Baruch Segal, the house into which the IDF force had broken into in Bir Naballa. There I met Deputy-Inspector Meir Gilboa, Officer of the investigations department in the county of Shomron & Yehuda, who told me the background details.

5. a. The house stands alone on a big plot surrounded by a concrete fence. A paved road leads from the street to the house. The building has two floors. On the ground floor there is a main entrance to the staircase-room that's in the building and storerooms. (pictures 37, 38).

b. The staircase-room leads to the first floor in which there is a double-winged door into the flat in which Nachshon Waxman was held. The flat is spread all across the first floor (pictures 38, 39, 40).

c. Into the flat there is another entrance through the balcony of the kitchen on the north side of the building (marked C on picture 37, and in picture 69).

6. a. The flat in which the captured soldier was held is spread, as I said before, all across the first floor. The front door to the flat (from the staircase room) is double-winged and made of metal. The door is lockable, amongst others, with locks from inside the flat (pictures 40, 41, 42).

b. The front door opens to an entrance/family room (picture 43).

c. From the entrance/family room there is a corridor facing south, which leads to:

- A burned room (marked A in pictures 43, 44).
- A bedroom (marked B in pictures 43, 44).
- A washing room/dining area (marked C in pictures 43, 44).
- At the end of the corridor there is a bathroom.

d. In the center of the western wall of the entrance/family room there is a door leading to a toilet and a kitchen. To the kitchen there is another entrance door to the flat (marked D in pictures 43, 44).

e. In the north end of the entrance/family room there is a lounge (marked E in picture 62).

7. During the scanning of the flat I found the following findings:

a. In the front door there are holes which were created by bullets, from the staircase room into the flat and from the flat out to the staircase room (pictures 40, 41, 42).

Also part of the hits from the staircase room did not penetrate the door (pictures 41, 42).

b. In the burnt room marked A in picture 43:

1) Opposite the door there are two burnt bodies (pictures 45, 46, 47, 48).

2) In the entrance to the room, on the floor (near the south part of the doorframe) there are, amongst others, two pears of glasses, one with no lens (pictures 46, 49, 50).

3) In the center of the room, on the floor, there are metal chains which have locks that are similar to the locks that were on Nachshon Waxman's legs, and the remains of metal handcuffs (pictures 46, 51, 52).

4) Around the north-west part of the room:

a. Nits, that look like nits for covering lace-holes in shoes (picture 53, and also A in picture 54).

b. The remains of an olive coloured peace of material, which look like the remains of trousers (picture 53 and B in picture 54).

c. The remains of a knitted cuple (picture 53 and C in pictures 54, 55).

d. A metal army-identification-disc with the number 5125947 (picture 53 and D in pictures 54, 55, 56).

c. In the bedroom marked B in picture 44, there is a body of a terrorist on the floor between the bedside table and the bed (pictures 57, 58, 59, 60).

e. The door marked D in picture 43, in the center of the western wall of the entrance/family room, which leads, as I wrote before, to the toilet and kitchen (pictures 62, 63, 64).
In the kitchen there is a double-winged door that leads to a balcony open to the yard - in the north-west corner of the building (picture 64, and B in pictures 68, 69).

8. The staircase room in the building ends with a small room leading to the roof, one floor above the floor in which Nachshon Waxman was held. The door leading to the roof, which is made of metal was not broken into, despite the attempts to open it from it's external side (pictures 65, 66, 67).

9. The sappers that scanned the building before I entered, took out of the flat which the captive was held in a number of weapons and gun-magazines that were presented to me as follows:
a. A short m-16 gun and three gun-magazines.
b. A Galil gun with a gun-magazine - burnt.
c. A short Uzi gun with five matching gun-magazines.
d. A zig pistol with a gun-magazine.
e. An extra gun-magazine.
(pictures 70, 71, 72, 73)

10. In the scene of the event in Bir Naballa I took, packed, and marked the following items:
a. A shoe army-identification-metal-tag, and nits which were taken from the floor of the burnt room, and marked A.S. 1 from 15.10.94.

b. Metal chains, two locks, broken parts of metal handcuffs and keys, which were taken from the floor of the burnt room, and marked A.S. 2 from 15.10.94.

c. Two pears of glasses, one without lenses, which were taken from the floor of the burnt room, and marked A.S. 3 from 15.10.94.

d. The remains of burnt material which were taken off the floor of the burnt room, and marked A.S. 4 from 15.10.94.

I gave the items to 53076 chief-inspector Itsik Rachamim from the Ramalla station.

11. For the sake of preservence I took a series of pictures.

Offer Shlush     Inspector,
The mobile laboratory of crime scenes
Jerusalem office

Attached: 73 of 104 pictures.

54798tr