## Schedule of Photographs

### Details of the mobile laboratory technician:

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| 45514 | Superintendent | Daniel | Assur | 10.14.94 | 1079/94 |

Photo No.
1



A general view of the Transporter vehicle No. 24-913-58. View from the front. The vehicle is suspected of being used in the kidnapping of the soldier, Nahshon Waxman on 10.11.94.

EXHIBIT 7

ALL-STATE LEGAL®



91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

## Schedule of Photographs

### Details of the mobile laboratory technician:

| Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|------|-----------|---------|--------------------|-----------------------|
| | | | 10.15.94 | 1082/94 |

| Personal Number | |
|-----------------|--|
| Photo No. 37 | |



A view of the house in which Nahshon Waxman was held at the time of the IDF attack in an attempt to free him.

א – The main entrance to the house. The entrance opens into a stairwell that leads to the apartment in which the soldier was being held. ב – The storeroom on the ground floor
ג – The arrow shows an additional entry of the upper level into the kitchen

EXHIBIT 7(د)

ALL-STATE LEGAL®





91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483
**Details of the mobile laborator**

| Personal Number | Rank | Given Name |
|---|---|---|

Photo No. 39

Detail x from photo 38 –
The main entrance to the building.
The arrow indicates the entrance
to the apartment in which
the soldier was being held

EXHIBIT

ALL-STATE LEGAL®





Photo No. 40

View from the stairwell to the entry door to the apartment in which the soldier was being held. In the door there are a number of bullet holes (encircled

Israel Police M-4283 (Cat. No: 13342837)



91671-8 Shush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

### Details of the mobile laboratory technician:

### Schedule of Photographs

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| Photo No. 43 | | | | 10.15.94 | 1082/94 |



A view from the northern wing of the entrance door to the apartment
א – The burnt room ion which the bodies of 2 terrorists were found (According to the soldiers, room ion which Nahshon Waxman was taken before the room was burnt). ב – the arrow indicates a
ג – A room in which the dining area, mattresses and a clothes drier with clothes on it were found
ד – The arrow indicates the north-western wing of the apartment, in which the kitchen, which opens to the yard, and toilet are located

EXHIBIT 7(f)

ALL-STATE LEGAL®



91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

**Details of the mobile laborator**

| Personal Number | Rank | Given Name |
|---|---|---|
| Photo No. 41 | | |

Entry door to the apartment from
An internal apartment (from the
apartment). It can be seen that
some of the bullets that hit
the door from the direction of the
stairwell did not penetrate the doo
(encircled)

EXHIBIT

7

ALL-STATE LEGAL®





Photo No. 46

Details of the bodies from a different angle the oval encircles the area in which I found metal chains with locks and parts of handcuffs. The circle encircles the area in which, inter alia, I found two pairs of glasses.

Israel Police M-4283 (Cat. No: 13342837)    5000 (3.94) Signature [Illegible signature]

EXHIBIT 7 (ל)

ALL-STATE LEGAL®







Details of the room and the terrorist's body from photo 57
Israel Police M-4283 (Cat. No: 13342837)    5000 (3.94) Signature [Illegible signature]

Photo No.
58





91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

**Details of the mobile laboratory**

| Personal Number | Rank | Given Name | |
|---|---|---|---|
| Photo No. 70 | | | |

Details of the weapons that were taken out of the apartment, in which the soldier was held, by the police sappers: M-16 rifle with three magazines.
A Galil rifle with a magazine – burnt
An Uzi submachine gun with five Magazines.
ZIG pistol plus magazines
An additional magazine







Photo No.
71

Details of the Uzi and five magazines
Israel Police M-4283 (Cat. No: 13342837)    5000 (3.94) Signature  [Illegible signature]

EXHIBIT 7(k)

ALL-STATE LEGAL®



T 26
1 - 37

91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

**Schedule of Photographs**
**Details of the mobile laboratory technician:**

[Illegible Signature]
3.15.95

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| | | | | 10.14.94 | 1082/94 |

Photo No.
1



The body of Nahshon Waxman as I saw it at the Hadassah Ein Kerem ER.
The body is dressed in a white T-shirt, with stripes on the collar, long blue jeans. His hands are
bound in the front with metal handcuffs. His legs are bound together with a metal chain, the edges
of which are joined together with a lock.

EXHIBIT 7(?)

ALL-STATE LEGAL®



91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

## Schedule of Photographs

### Details of the mobile laboratory technician:

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| | | | | 10.14.94 | 1082/94 |



Photo No. 3



EXHIBIT 7 (m)

ALL-STATE LEGAL®



Photo No. 16

Details of א in photo 15
Israel Police M-4283 (Cat. No: 13342837)    5000 (3.94) Signature  [Illegible signature]



91671-8 Shush Ofer, Chief Inspector
The Mobile Laboratory for the Crime Scene
Jerusalem Branch Tel 02-309483

## Schedule of Photographs

**Details of the mobile laboratory technician:**

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| | | | | 10.14.94 | 1082/94 |
| Photo No. 23 | | | | | |



Details of the hands bound in front with metal handcuffs (photo 1)

EXHIBIT
7
ALL-STATE LEGAL®

91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483
**Details of the mobile laboratory technician:**

### Schedule of Photographs

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| Photo No. 11 | | | | 10.14.94 | 1082/94 |



6) Details of the wounds above the right elbow and the bite mark on the right arm (א and ז in photo

EXHIBIT 7(P)

ALL-STATE LEGAL®



91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

**Details of the mobile laboratory technician:**

## Schedule of Photographs

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| Photo No. 13 | | | | 10.14.94 | 1082/94 |

Details of the bite mark (1 in photo 11)

91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

## Schedule of Photographs

**Details of the mobile laboratory technician:**

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| | | | | 10.14.94 | 1082/94 |

Photo No. 25



Details of the legs hackled with a metal chain and lock (picture 1)

EXHIBIT

7 (א)

ALL-STATE LEGAL®



91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

## Schedule of Photographs
**Details of the mobile laboratory technician:**

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| Photo No. 27 | | | | 10.14.94 | 1082/94 |



Picture of the upper torso from the back:
א – Wound that appears to be the exit hole of a bullet in the left rear side of the cranium.
ב – Wound on the upper section of the back left of the spinal column
ג 4 groups of subcutaneous hematoma and wounds in the -congealing process that appear to be bite marks in the center of the back right of the spinal column.
ד A wound that appears to be the entry hole of a bullet in the right loin. ה – A wound that appears to be the entry hole of a bullet above the right buttocks. powder marks around the wound

91671-8 Shlush Ofer, Chief Inspector
The Mobile Laboratory fort the Crime Scene
Jerusalem Branch Tel 02-309483

## Schedule of Photographs

### Details of the mobile laboratory technician:

| Personal Number | Rank | Given Name | Surname | Date of Photograph | Laboratory Journal No |
|---|---|---|---|---|---|
| | | | | 10.14.94 | 1082/94 |
| Photo No. 31 | | | | | |



Details of the four marks that appear to be bite marks on the back (λ in picture 27)