PLAINTIFFS' EXHIBITS
9

## ד"ר גרי קווין
## GARY QUINN, M.D.
Diplomate, American Board Of Psychiatry And Neurology
מומחה לפסיכיאטריה

Re: Esther Waxman

October 14, 2007

To Whom It May Concern:

I have been treating the above patient since December 10, 2003. . The patient lost her son when he was in the army, was kidnapped and killed by the terrorists. Prior to this event, to my knowledge, she neither had sought psychiatric or psychological treatment despite raising a large family and even having had a child with Down's syndrome. There was also no known family history of depression. After the event she tried for a few sessions to meet with psychotherapists but never remained in treatment. She continued to have strong negative feelings regarding her son's murder by terrorist including Post Traumatic Stress Disorder (PTSD) as characterized by increased startle reaction, flashbacks and nightmares. Another sign of PTSD is the person removes themselves from normal enjoyment experiences which Esther Waxman also did when I first started to meet with her and is doing until today. She had an additional stressor from a depressed son who prior to the kidnapping and murder of his brother had been symptom free and successful in all areas. He later became depressed, actively suicidal and made 3 serious suicide attempts. He had been treated with many of the anti-depressants, was hospitalized and even received ECT.

Esther Waxman also became depressed and has been treated with multiple trials of anti depressant medication that has only slightly improved her depression. She has remained in grief over the loss of her son and speculates what he might have become had he not been murdered. The kidnapping of the three soldiers in the summer of 2006 exacerbated her trauma reminding her of her son's kidnapping and murder. Many other events can stir up terrible memories such as the anniversary day of his murder, his birthday etc. In addition his memory is kept alive by Israeli media that will show his picture frequently and will come to interview Esther Waxman when almost any terrorist attack happens in Israel.

She also had severe marital problems after her son's death and it effected how she interacted with the entire family. She became overly critical and tried to have her children who were still alive to comply with her requests in order to try to protect them. She even prevented sons from joining fighting units in the army despite their strong desire to join further alienating them and separating them from their society.

The patient is suffering from PTSD, Major depressive Disorder, marital and family disturbance following the kidnapping and murder of her son by terrorists.

Since she began with me she has been in intensive weekly treatment using EMDR to try to help her PTSD and extended bereavement, maximal doses of multiple anti-depressant medications such as Seroxat (Paroxetine), Efexor XR, Cipralex, Zyban, Cymbalta, and Trazadone. For anxiety she receives high doses of Alpraxolam. She also was in couples therapy to try to save her marriage.

Despite all this intensive treatment she remains with PTSD, depression, staying in bed most of the time, withdrawn from society and her family. This is in a woman who prior the kidnapping and murder was a vibrant mother, wife and community member and had no family history of depression. Because of her lack of response till this point it is expected that these debilitating symptoms will continue indefinitely and appear as a permanent disability.

Sincerely,

Gary Quinn. M.D.

ד"ר גרי קווין
מ.ר. 21145
רופא פסיכיאטר
מ.ר. 7694

רח' הרב ברלין 9/2, ירושלים 92501
9/2 HaRav Berlin Street, Jerusalem 92501
פקס: 153-2-563-3928  Fax:     טל: (02) 563-3928  Tel:


EXHIBIT 9