PLAINTIFFS' EXHIBITS
10

Dr. Avshalom Baumann, Senior Clinical Psychologist.          18th October 07

151 Hakfir st. Jerusalem 96952

E mail yoavib@netvision.net.net.il , fax 972-777695114

To whom it may concern,

Yitzchak Wachsman is well known to me since 2001 when he came to me looking for psychotherapy while suffering from sleep problems, depression, looking for his direction, path in life. The main event that was affecting his moving along for the last years was the abduction and murder of his brother Nachshon and what the family had been gone through. It was clear that this event overshadow every move of Tzachi's move, and that incident had the strongest effect in his emotional and personal life. Tzachi could not find his way in life and at that time could not enter more deep in the psychotherapy process. He left the psychotherapy and went to India from there he came back right to the Psychiatry department at Hadassah hospital in Jerusalem from that on. His depression became worse and suicidal gestures became part of his life. After his departure of the psychiatry department he came back to my clinic and only now we really began his therapy. It was clear that all his deep sleeping problems and his personal turmoil and inability to find a place in the world and inability to find a reason to live on was due to a deep post traumatic depression and loss of a solid ground. Tzachi became like a vagabond wondering about and whishing to die. It seem clear to me and to my professional assessment that the main cause for Tzachi's breakdown and process of disease is the kidnapping and murder of the his brother and what the family had gone through which cause to the loss of his ground. Tzachi's psyche is a fragile one and his personality is not strong but he is very intelligent and had a lot of talent he can not implement now , but the tragedy that happen to him and his family was the main critical trigger for his breakdown and the development of his chronic post traumatic depression . It is also clear that without that tragedy he would have been quite a different person..

Dr . Avshalom Baumann

*A. Baumann* (signature)


EXHIBIT 10

Dr. Avshalom Baumann  Curriculum Vitae.
(summery)

Dr. Avi Baumann (60), Israeli born from German origin, Senior Clinical and Analytical Psychologist (IAAP and IIJP) .PhD:"Motherhood and Fatherhood images at the transition to parenthood", 1986, Hebrew University Jerusalem.    Senior lecturer at Lesley University, Israeli Branch (expressive therapy). And lecturer at Sigmund Freud Centre Hebrew university. .former Chief Psychologist at Jerusalem Ein Karem Hadassah Medical centre (till 1992).private clinic at Jerusalem .Author of the book "The Golden hairs of the Devil, Grimm's fairy tail as a Mirror to the Soul's Dark side by Modan Pub..." Rites and Games for creation of holy space" in the book" The Play". A view from Psychoanalysis to other places by Emilia Peroni Yediot Pub ,2002 and "Motherhood hidden Negatives" in the book "Motherhood "coming soon by Yediot pub.
Two times presenter at the IAAP congress (1995 in Zurich) "The Torch bearers" Puer Aeternus as a reviver to holocaust survivors parents. (Barzelona2004) "What can the Hero and his Monster Tel Us about Fighting and Overcoming Evil? Reflection from the War Zone.
Seminars outside Israel: 1993 South Africa Jungian Institute .1194, 1995, 1998 Mexico City Jungian group
Avi Baumann: E. Neumann on Freud , Earth ,Mysticism, and Peace ,Harvest International Journal for Jungian Studies Vol.52 no. 2 2006


Dr. A. Baumann PhD

*A. Baumann* (signature)