PLAINTIFFS' EXHIBITS
11

**DW**
■ **DOV WEINSTEIN & CO.** C.P.A. (ISR)

**Jerusalem**
11 Kiryat Hamada St., P.O.B. 18263, Code 91182
Tel: +972-77-7386666, Fax: +972-2-5812991

**Tel-Aviv**
16 Homa Umigdal st., P.O.B. 51966, Code 67771
Tel: +972-77-3331257/8, Fax: +972-77-3331259

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ESTHER WACHSMAN, INDIVIDUALYAND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al*.,**

**Plaintiffs**

V.

Civil Action No. 06-cv-00351 (RMU)

**ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,**

**Defendants.**

## ECONOMIC REPORT OF
## DOV WEINSTEIN, CPA
## NOVEMBER 15, 2007

*[signature]*

KIRYAT HAMADA 11
JERUSALEM – ISRAEL
TEL:972 - 2 - 5486666

351_PORT



# TABLE OF CONTENTS

INTRODUCTION                                         1

BACKGROUND INFORMATION                               2

METHODOLOGY                                          4

ASSUMPTIONS:

      CAREER CHOICE                                5

      WORK-LIFE EXPECTANCY                         5

      LIFE EXPECTANCY                              6

      INTEREST RATE DISCOUNT RATE                  6

      MID YEAR CONVENTION                          6

      SALARIES AND WAGES                           7

OPINION                                              9

EARNING LOSS ANALYSIS

      SALARY LOSS                       SCHEDULE 1

      PENSION LOSS                      SCHEDULE 2

      TOTAL LOSS                        SCHEDULE 3

Introduction

I, Dov Weinstein of Dov Weinstein & Co., have been requested by Yehuda and Ester Wachsman to calculate their son Nachshon Wachsman's loss of income and benefits caused as the result of his death. Nachshon Wachsman, at the time a Sergeant in the Israeli Army, was kidnapped and murdered by HAMAS terrorists, on Friday October 14, 1994. Nachshon Wachsman was of American citizenship, as indicated on his passport, as well as a citizen of Israel.

I am a certified CPA in Israel. I am the partner-manager of Dov Weinstein & Co. – CPAS. I have extensive experience in accounting and economic evaluation. I supervise several accountants, economists, and other related professionals in my company.

I received my undergraduate degree in accounting from the Hebrew University, Israel, and then studied at The College of Management (COM). Thereafter, I received further training in accounting and passed my CPA exam in 1988. I have worked as a CPA since that time, including working as a manager for nine years at a large Israeli accounting firm which later became the Israeli branch of Pricewaterhouse Coopers (PwC). My firm has diverse departments including accounting and auditing services, international taxation, business and organizational consulting, tax consulting and the support for establishing firms, firms in growth and bankruptcy. The office also specializes in advice to foreign residents, Israelis living outside Israel, returning residents, and new immigrants.

My firm is the local representative of Morison International, a leading international accounting network and STEP worldwide, and is involved up to date with managing tax shelters, trustees, and international taxation at large.

In anticipation of preparing my report, I have reviewed the U.S. Federal Rules of Evidence relating to expert testimony (Rules 701 through 704) and Federal Rule of Civil

Procedure 26 relating to reports by expert witnesses. I have also reviewed recently prepared economic reports calculating loss of income and benefits which have been prepared by U.S. CPAs and which have been accepted as expert reports by judges in the U.S. courts.

Charges for my service are based on an hourly rate of $200.

Background Information Concerning Nachshon Wachsman:

Nachshon Wachsman was born on April 3, 1975 and raised in Jerusalem. He was raised by his parents Esther and Yehuda Wachsman along with his six brothers. He completed his high school studies with excellent grades and received his matriculation certificate.

While in high school, Nachshon was a cadet in a youth movement and later he became a counselor. He also passed a first aid course in the Israeli Red Cross and then volunteered there with great dedication.

When the time came for Nachshon to be drafted into the Israeli Army, he served in an elite commando unit of Golani Brigade. Nachshon was 18 years old when he was drafted.

Nachshon would have completed his military service at age 21, which would have been in July 1996. He was abducted on October 9, 1994 by HAMAS terrorists who were disguised as orthodox rabbis. He was held for 6 days and then murdered on October 14, 1994. At the time of his death, he had 21 more months to serve in the Army.

At the time of Nachshon Wachsman's capture, HAMAS was determined to secure the release of HAMAS operatives being held in Israeli prisons. HAMAS targeted Israeli soldiers as the most ideal hostages for exchange of prisoners. HAMAS anticipated that Israel would exchange numerous HAMAS prisoners in exchange for a single Israeli solder. After Nachshon was kidnapped, he was forced to make a videotape that was released to the media by HAMAS in which Wachsman described the terms under which he would be exchanged for the HAMAS prisoners.

In the days following his abduction, the Israeli Army learned the location where Nachshon was being detained. A rescue was attempted, but by the time the Israeli Army team could gain entry into the building, Nachshon had been executed by his captors.

Nachshon Wachsman comes from a well-educated family known for high academic achievement, both in the United States and in Israel.

His father, Yehuda Wachsman, is a retired physics professor from Boy's Town Jerusalem, Collage, and a prominent leader in the community. His mother, Esther Wachsman, has a master's degree in history, specializing in the holocaust. She is a very powerful woman whom has a lot of initiative, and is involved in public relations both in the United States and in Israel. Esther Wachsman holds duel citizenship in the United States and Israel.

Nachshon Wachsman's brothers are successful business men in the bank and investing industry.

Nachshon's exceptional skills and abilities were also demonstrated by his selection into an elite commando unit of the Golani Brigade. Nachshon quickly rose to the rank of Sergeant in that elite unit.

As Nachshon was murdered at the age of 19, he had not yet begun his academic studies at a university. It is customary in Israel to begin such studies upon termination of one's military service.

Nachshon had expressed to his family and friends a strong desire to become a medical doctor. He had made this goal clear to his family and friends. Becoming a medical doctor was eminently reasonable given his strong academic record in high school and his family situation. As to his family situation, it was common for individuals of Israeli families similarly situated to

attend medical school and become medical doctors. Some of Nachshon's friends were already studying medicine.

Nachshon achieved excellent grades in his high school studies and that he had passed all of his state exams. His grades in science were excellent, especially in physics. While in high school, he demonstrated his interest in medicine by volunteering for the Israeli Red Cross, where he provided great assistance and demonstrated great caring.

## ECONOMIC LOSS

Methodology

The basic methodology used to calculate Wachsman's economic loss claim was to quantify his projected lifetime income, had he not been killed. The economic loss includes future lost income throughout his anticipated military service, his work life expectancy as a medical doctor, and later retirement. Industry, employment, and labor statistics were considered, to project income. In addition assumptions were used as well as representations from his mother Esther Wachsman.

The amount of Nachshon Wachsman's annual income was based on what his salary would have been during the remainder of his service in the Israeli Army as well as his anticipated annual future income through his work life expectancy. For all periods prior to November 15, 2007[1], it was necessary to calculate the current value, or "today's value," of lost income and out-of-pocket expenses to accommodate for the effect of the time value of money. For the periods after November 15, 2007, it was necessary to discount the future lost income to present value to determine "today's value." As a result, the value of all past and future lost

---

[1] November 15, 2007 was selected as it represents the approximate date on which a judgment may be rendered

income and out-of-pocket expenses have been calculated as of November 15, 2007. The amounts presented are in NIS and calculated on a pre-tax basis.

To calculate Nachshon Wachsman's economic loss the following data was analyzed:

- Information concerning educational and employment history for medical doctors in Israel, including income and benefits, as well as personal data (*i.e.*, date of birth, level of education) necessary to form reasonable assumptions regarding Nachshon Wachsman's earnings growth rate, work life expectancy, and retirement plan.

- Israeli Central Bureau of Statistics statistical reports concerning employment studies, life expectancies, and retirement studies.

Assumptions

1. Career Choice

Based on all available information, it is assumed that Wachsman would study in medical school. Such medical studies generally take seven years. He would have been finished by June 2003 – seven years after completing his military service. His total work life expectancy as a specialist in medical science, as explained below, would be 35.5 years, not including study years. While studying he would work for the first 2 years as an intern and for the next 5 years he would specialize in a specific medical field.

2. Work Life Expectancy

The customary retirement age of 67 (according to the law retirement age, 2004) was utilized to estimate the period for Nachshon Wachsman's projected work-life expectancy. Based on this, Nachshon would have reached retirement age by April 2042. Our assumption is that Nachshon would have continued working in the Medical Industry for another 10 year into retirement age.

3. Life Expectancy

The Central Bureau of Statistics Life Expectancy Tables, were used to estimate Wachsman's life expectancy based on age, race and gender. Wachsman's life expectancy was found to be 79.2 years.

4. Interest rate and discount rate:

An interest rate factor is intended to provide an inflation adjustment that calculates the present value of past income as of November 15, 2007, by taking into account the value of money over time. An annual interest rate factor of 4.907% was calculated and applied to the analysis for the period from October 1994 through November 15, 2007. This rate was based on the average 10 Year Treasury Bill rate from September 1997 through October, 2007. Similarly, discounting future projected income with this rate is intended to provide the present value of future income loss as of November 1, 2007.

The Treasury bill represents a "risk free" rate of return that is considered to have virtually no possibility of default. The 10 Year Treasury Bill rate was selected since it represents a reasonable estimate of risk and inflationary impact associated with future recipes of income. As of November 1, 2007 the 10-Year Treasury bill rate was approximately 4.36.

5. Mid-year convention:

To determine losses, a mid year convention methodology was applied to calculate the present and future value of all lost income as of November 15, 2007.
The mid year convention methodology assumes that all wages and benefits are earned consistently throughout the year.

6

6. <u>Salaries and Wages and Their Growth Rate:</u>

- Initially we determined what Nachshon Wachsman's salary would have been had he completed the remaining 21 months of his 36-month tour of duty based on the average salary of a soldier in the Israeli Army which is 850 NIS a month. In addition every Soldier after completing his Military Service receives a grant of 30,000 NIS. This information was received from the Payment Administration in the Israeli Defense Forces.

- In order to determine Nachshon's lost income as a medical doctor, I reviewed the following documents which described and set forth average salaries for medical doctors in Israel.

  o Various documents from the Israeli central bureau of statistics and documents from the Israel Medical Association regarding wages in the Health and Medical Industry. For the first 2 years Wachsman would have worked as an intern, and receive a salary which was based on the average salary of a medical intern which is 5,800 NIS a month. The next 5 years he would work in order to specialize in a specific medical field and earn 13,500 NIS monthly, which is based on the average salary of a trainee and which will grow yearly based on the growth rate. As a specialist Wachsman would have earned a salary of a specialist which was estimated to grow based on the growth rate which was calculated, see below.

  o Documents regarding Salary Ranks of doctors from the Israeli Medical Association.

- In retirement, our assumption is that Nachshon Wachsman would have continued working in the Medical Industry for at least 10 years. Our assumption is based on the fact that life expectancy increases every year, this is based on the average growth rate in life expectancy from 1997-2006 which was based on the Israeli Central bureau of statistics life expectancy for a Male from the Jewish population group in years 1996-2006.  Since Wachsman was at young age at death, life expectancy for him is most probably higher then life expectancy as of year 2006 which is 79.2. Furthermore, it is very common and normal in Israel to see pensioners from free profession go on working for at least 10 years after the age of retirement. Also the more one works in a field where the Experience is an advantage, there is a greater chance that he would continue working after the customary retirement age. For the 10 years into retirement it is expected that Nachshon would have continued on receiving a monthly salary of a medical doctor. In addition to this he would have received a pension from two sources, one from the National Insurance Institute of Israel and the other from a private pension plan. I utilized the following documents which describe and set forth the nature and amount of funds Nachshon would have earned during his retirement from pension sources.

  o Documents from the national insurance institute of Israel which pays a Monthly pension of 1159 NIS.

  o Assumed that Wachsman would have contributed 5% off his gross salary to a private pension plan and receiving a 7.5% match from his employer, based on the Israeli law of tax. The contributions were assumed to grow at

an annual rate of 4.907% until distribution. This rate is consistent with the annual interest rate and discount rate factor used herein. These tax-deferred contributions are deducted from his salary income a medical doctor up until his retirement age, and are later received proportionally each year after retirement age thought his estimated life expectancy.

- As a medical doctor, Nachshon's annual earnings growth rate was established based on the Israeli Central Bureau of Statistics. This rate is the average wages growth rate from January 1997 through December 2006 in the Health, welfare and social work services.

- Nachshon's lost income calculations was in the Israeli currency and was converted into U.S. dollars based on the foreign exchange rate as of 2.11.2007 which was 3.969.

**Opinion:**

Based on the facts, research and assumptions applied herein, it is my opinion based on reasonable degree of certainty that the present value of Nachshon Wachsman's total economic loss, total, approximately **$ 3,040,289.**

SCHEDULE 1

| Salary Calculation in NIS Currency | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages | 1,700 | 10,200 | 69,900 | 71,862 | 118,099 | 162,000 | 172,701 | 178,314 | 184,109 | 203,046 | 261,694 | 270,199 |
| Less: Projected Future Contribution | - | - | (290) | (3,593) | (5,905) | (8,100) | (8,635) | (8,916) | (9,205) | (10,152) | (13,085) | (13,510) |
| Total Projected Future Income | 1,700 | 10,200 | 69,610 | 68,269 | 112,194 | 153,900 | 164,066 | 169,398 | 174,904 | 192,894 | 248,609 | 256,689 |
| Total Loss Value @ November 15, 2007 | 3,192 | 18,266 | 118,906 | 83,869 | 131,513 | 172,139 | 175,115 | 173,554 | 179,195 | 198,785 | 268,475 | 290,493 |

Assumptions:
Growth / Discount Rate    4.91%
Wages growth rate    3.25%

SCHEDULE 1

| Salary Calculation in NIS Currency | 2006 | 15-Nov-07 | 16-Nov-07 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages | 278,981 | 252,042 | 36,006 | 297,409 | 307,075 | 317,055 | 327,359 | 337,998 | 348,983 | 360,325 | 372,036 | 384,127 | 396,611 |
| Less: Projected Future Contribution | (13,949) | (12,602) | (1,800) | (14,870) | (15,354) | (15,853) | (16,368) | (16,900) | (17,449) | (18,016) | (18,602) | (19,206) | (19,831) |
| Total Projected Future Income | 265,032 | 239,440 | 34,206 | 282,539 | 291,721 | 301,202 | 310,991 | 321,098 | 331,534 | 342,309 | 353,434 | 364,921 | 376,781 |
| Total Loss Value @ November 15, 2007 | 314,333 | 245,314 | 33,366 | 273,920 | 269,259 | 264,660 | 260,123 | 255,646 | 251,228 | 246,867 | 242,562 | 238,312 | 234,115 |

SCHEDULE 1

| Salary Calculation in NIS Currency | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages | 409,501 | 422,810 | 436,551 | 450,739 | 465,388 | 480,513 | 496,130 | 512,254 | 528,902 | 546,092 | 563,840 | 582,164 | 601,085 |
| Less: Projected Future Contribution | (20,475) | (21,140) | (21,828) | (22,537) | (23,269) | (24,026) | (24,806) | (25,613) | (26,445) | (27,305) | (28,192) | (29,108) | (30,054) |
| Total Projected Future Income | 389,026 | 401,669 | 414,724 | 428,202 | 442,119 | 456,487 | 471,323 | 486,641 | 502,457 | 518,787 | 535,648 | 553,056 | 571,030 |
| Total Loss Value @ November 15, 2007 | 229,971 | 225,878 | 221,834 | 217,839 | 213,891 | 209,989 | 206,131 | 202,317 | 198,545 | 194,813 | 191,122 | 187,468 | 183,852 |

SCHEDULE 1

| Salary Calculation in NIS Currency | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages | 620,620 | 640,790 | 661,616 | 683,118 | 705,320 | 728,243 | 751,910 | 776,348 | 801,579 | 827,630 | 854,528 | 882,300 |
| Less: Projected Future Contribution | (31,031) | (32,040) | (33,081) | (34,156) | (35,266) | (36,412) | (37,596) | (38,817) | (40,079) | (41,382) | (42,726) | (44,115) |
| Total Projected Future Income | 589,589 | 608,751 | 628,535 | 648,962 | 670,054 | 691,830 | 714,315 | 737,530 | 761,500 | 786,249 | 811,802 | 838,185 |
| Total Loss Value @ November 15, 2007 | 180,271 | 176,725 | 173,213 | 169,732 | 166,282 | 162,862 | 159,470 | 156,105 | 152,765 | 149,450 | 146,158 | 142,887 |

SCHEDULE 1

| Salary Calculation in NIS Currency | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages | 910,975 | 940,582 | 971,151 | 1,002,713 | 1,035,301 | 1,068,948 | 1,103,689 | 1,139,559 | 1,176,595 | 1,214,834 |
| Less: Projected Future Contribution | - | - | - | - | - | - | - | - | - | - |
| Total Projected Future Income | 910,975 | 940,582 | 971,151 | 1,002,713 | 1,035,301 | 1,068,948 | 1,103,689 | 1,139,559 | 1,176,595 | 1,214,834 |
| Total Loss Value @ November 15, 2007 | 146,987 | 143,586 | 140,203 | 136,838 | 133,488 | 130,153 | 126,831 | 123,520 | 120,219 | 116,926 |

SCHEDULE 1

**Salary Calculation in NIS Currency**

| | Total |
|---|---|
| Projected Future wages | 31,714,150 |
| Less: Projected Future Contribution | (1,020,604) |
| Total Projected Future Income | 30,693,546 |
| Total Loss Value @ November 15, 2007 | 10,887,163 |

SCHEDULE 2

| Pension Calculation in NIS Currency | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 |
|---|---|---|---|---|---|---|---|
| Projected Future Distributions Pension Plan | 439,223 | 614,368 | 644,515 | 676,141 | 709,319 | 744,125 | 780,639 |
| Projected Future Pension from National Insurance | 10,431 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 |
| Total Pension Loss | 449,654 | 628,276 | 658,423 | 690,049 | 723,227 | 758,033 | 794,547 |
| Total Loss Value @ November 15, 2007 | 76,654 | 101,373 | 100,512 | 99,621 | 98,697 | 97,738 | 96,743 |

Assumptions:
Growth / Discount Rate            4.91%

SCHEDULE 2

| Pension Calculation in NIS Currency | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | Total |
|---|---|---|---|---|---|---|---|
| Projected Future Distributions Pension Plan | 818,945 | 859,130 | 901,288 | 945,514 | 991,910 | 468,262 | 9,593,377 |
| Projected Future Pension from National Insurance | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 177,327 |
| Total Pension Loss | 832,853 | 873,039 | 915,196 | 959,422 | 1,005,818 | 482,170 | 9,770,704 |
| Total Loss Value @ November 15, 2007 | 95,708 | 94,631 | 93,510 | 92,343 | 91,126 | 41,087 | 1,179,742 |

SCHEDULE 3

**Total Economic Loss**

| | |
|---|---|
| Total Salary Loss Current Prices in **NIS** | 10,887,163 |
| Total Pension Loss Current Prices in **NIS** | 1,179,742 |
| Total Economic Loss in **NIS** Currency | 12,066,906 |

Total Economic Loss in **U.S. Dollar**          $   **3,040,289**

U.S. Dollar exchange rate          =          3.969

Dov Weinstein