PLAINTIFFS' EXHIBITS
12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALYAND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, et al.,

Plaintiffs

V.

Civil Action No. 06-cv-00351 (RMU)

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

## **AFFIDAVIT OF Roland ROTH.**

1. My name is Roland ROTH . I make this declaration based on my personal knowledge and review of the documentssubmitted herewith. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2. I am familiar with the investigation into the death of Nachshon Wachsman on October 14, 1994 at the hands of Hamas terrorists because I am an attorney in Israel who represents the Wachsman family. In 2002, in the course of this representation, myself and a detective, Mr Yakov Ben-Meir ,. got a special authorization from the President of the israeli Court of Appeal of Military Justice , and other authorities in Israel to copy every document fro m all the official files in the prosecution of Jihad Ya'amoor. In this process I worked closely with main Israeli military prosecutor Major Jana

Modzagrashvili. The documents copied included still photographs taken by Inspector Offer Shlush on October 14th and 15th along with his mobile crime report as well as video tapes of Nachshon Wachsman and his kidnappers as described below.



2

3. Prior to his death, Hamas released video tapes showing the kidnapped Nachshon Wachsman. In addition to this videotape being

   played repeatedly on television, photographs taken from this videotape appeared on the front page of most Israeli newspapers showing

   the terrorist displaying Nachshon's military identification and his M-16 rifle as well as photos of Nachshon himself. This kidnapping was a

   major news story in Israel at the time. I obtained a copy of these video tapes which are being provided to the Court in the form of a DVD.

4. Following the death of Nachshon Wachsman, Israeli police and mobile crime investigators made reports and took photographs of the house near Bir Naballah where Wachsman was held. I am familiar with the report written by Inspector Offer Shlush and the photographs that he took at the house and at "Hadassa Ein Karem" where Nachshon Wachsman's body was taken after being removed from the house. The police report and the photographs taken depict the conditions at the house and the condition of Nachshon Wachsman's body on October 14th and 15th, 1994.

   I declare (or certify, verify or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and Correct.

   Executed on _____November, 28_____, 2007.

   _____
   Roland Roth,

351_ARR