UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ESTHER WACHSMAN *ex rel.* NACHSHON WACHSMAN *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 06-0351 (RMU) |
| v. | : | Document No.: | 13 |
| ISLAMIC REPUBLIC OF IRAN *et al.*, | : : : | | |
| Defendants. | : | | |

**ORDER**

**GRANTING THE PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Because the defendants have not filed a responsive pleading and because the plaintiffs' minor modifications do not cause unfair prejudice, it is this 21st day of January, 2008,

**ORDERED** that the plaintiffs' motion for leave to amend the complaint is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge