UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WACHSMAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NACHSHON WACHSMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY, and ISLAMIC REVOLUTIONARY GUARD CORP. OF IRAN,<br><br>Defendants. | Civil Action No. 06-cv-00351 (RMU) |

## NOTICE OF FILING SUBMISSION BY PLAINTIFFS IN SUPPORT OF JUDGMENT

Plaintiffs, by and through undersigned counsel, hereby give notice of the filing of Plaintiffs' Submission in Support of Judgment. The Submission is being filed simultaneously with this notice.

Dated: February 26, 2008

Respectfully submitted,

/s/ Paul L. Knight
Paul L. Knight (D.C. Bar #911594)
Emil Hirsch (D.C. Bar #903479)
O'Connor & Hannan, LLP
1666 K Street, NW, Suite 500
Washington, DC  20036
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215

*Attorneys for Plaintiffs*

153130_1.doc