UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ESTHER WACHSMAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NACHSHON WACHSMAN,** *et al.,*

**Plaintiffs,**

v.

**ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY, and ISLAMIC REVOLUTIONARY GUARD CORP. OF IRAN,**

**Defendants.**

Civil Action No. 06-cv-00351 (RMU)

### SUBMISSION BY PLAINTIFFS IN SUPPORT OF JUDGMENT

Plaintiffs, through counsel, respectfully submit the following additional sworn declarations from the Plaintiffs in this matter in support of their claims of intentional infliction of emotional distress:

1. Attached is the sworn declaration from Esther Wachsman, the mother of the decedent Nachshon Wachsman, as well as the sworn declarations of five of Nachshon's brothers Menashe, Uriel, Eliahou, Chaim, and Yitzchak (Tzachi).

2. One Plaintiff, Raphael Wachsman, has not submitted a sworn declaration of his own because he suffers from Down's syndrome and cannot write his own statement. Raphael is the younger brother of decedent and the twin brother of Plaintiff Uriel Wachsman. His mother Esther has described how Raphael reacted following his older brother's death. The decedent spent long hours with Raphael and drove Raphael to his special programs. There was a close

153116_1.doc

bond between Raphael and his brother, and Raphael suffered when he was no longer able to see or find his older brother, Nachshon.  *See* Sworn Declaration of Esther Wachsman, ¶ 15.

Dated:  February 26, 2008                                      Respectfully submitted,

/s/ Paul L. Knight
Paul L. Knight (D.C. Bar #911594)
Emil Hirsch (D.C. Bar #903479)
O'Connor & Hannan, LLP
1666 K Street, NW, Suite 500
Washington, DC  20036
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215

*Attorneys for Plaintiffs*

2