# DECLARATION OF
**Menashe Wachsman**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.*,

                Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN and
IRANIAN MINISTRY OF INFORMATION
AND SECURITY,

                Defendants.

Civil Action No. 06-0351 (RMU)

### DECLARATION OF MENASHE YEHESKEL WACHSMAN

I, MENASHE YEHESKEL WACHSMAN, hereby state as follows:

1.    My name is Menashe Yeheskel Wachsman. I am one of the Plaintiffs in this case, along with my five brothers and my mother. I have brought this action in my individual capacity. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2.    Nachson was born less than a year after me. From the nature of things, because we were so close in age, we had a special relationship, he was a like a twin brother to me. My life is divided in two-before and after.

3.    The week Nachson was kidnapped and held hostage, I had a strong feeling that he would come out of there alive and could not believe any possible different outcome. In order to really believe that the end was so tragic, I had to see Nachson with my own eyes. I insisted on identifying his body and, though I saw him, I could not accept his death. I lived in total denial, and I am unable to cope with what happened, what his fate was.

2

4  It is with great difficulty that I am writing about my thoughts and feelings since that terrible event, my emotions are sealed. I have never spoken of him and not of the murder and have never written until now. I am emotionally wounded.

5  Today, I am married and the father of five. I live in constant fear that G'd forbid, something bad can happen to those closest to me. This affects my daily behavior. For a long time, I have been yearning for the peace and quiet and tranquility and calm that I lost in that crazy week 13 years ago. Sometimes, I imagine that this is my last day on earth and my daily routine change.

6  That event had such a tremendous effect on me that I have never been able to cry tears over losing my brother. Somehow seem to invite comfort and I have never been comforted. Nachson left a huge hole in my heart and a great pain for what we no longer have together.

7  After my brother Nachshon's murder, I felt confused, I had no self-confidence, a feeling of emptiness, distress, lack of meaning of life. I would walk around distanced from my surroundings, sad and suffering. I took my years to pull myself together and feel human. To this day I'm not really myself and there are hours of each day that I'm

overwhelmed by grief. When Nachshon was being held hostage by Hamas and the media dealt with it constantly ; those thoughts and feelings keep coming back to me now. When I went to the hospital to

8  identify the body and saw my brother lying there, white as a ghost, his forehead shattered, I could no longer look, I left and burst into bitter tears . That moment come back to me over and over again. To this day I don't trust people ; it seems my trust, belief confidence, in people and in life itself is permanently damaged.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:   February 10 2008


/s/ Menasche Yeheskel Wachsman
Menasche Yeheskel Wachsman