# DECLARATION OF
# Uriel Wachsman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTHER WACHSMAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NACHSHON WACHSMAN,** *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY,** and **ISLAMIC REVOLUTIONARY GUARD CORP. OF IRAN,**<br><br>**Defendants.** | Civil Action No. 06-cv-00351 (RMU) |

## DECLARATION OF URIEL WACHSMAN

I, URIEL WACHSMAN, hereby state as follows:

1.  My name is Uriel Wachsman. I am one of the Plaintiffs in this case, along with my five brothers and my mother. I have brought this action in my individual capacity. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2.  When my brother Nachshon was killed, I was 8 years old. Thought a youngish, I remember feeling - and still feel those awful days. As a child I felt great shock, confusion, anxiety. I did not understand what was going around me, with all those people in the house, it all made me feel alone, lonely and unstable. I saw the whole Family and especially my parents falling apart, distressed, uncertain during the time Nachshon was kidnapped, and afterwards, the breack down that came as a result of the murder. I remember seeing the whole family broken, crying, and I felt broken and crying too, Because of that, to this day, I have self-confidence, and trust problems and insecurities. I do not trust people. I am nervous, angry, with periods of rage.

2

3. I think what influenced and affected me most as a result of the murder is the change that my family experienced. My mother became depressed. The figure I needed to learn on, to depend on, as a child - my mother, simply wasn't there for me; she couldn't comfort me when I needed her because she was so fractured and fragile herself. The rest of my family also went into a kind of shock, deep mourning and confusion and instability. As part of this, I felt completely let loose, disaccorded, unstable with no one to turn to. This feeling of solitude has continued until now- even today. I tend to break relations with others, and find it difficult to make or maintain relationships.

4   From that day until today, that tragedy is with me everywhere I am. That tragedy influenced me especially through my family. My parents changed drastically. My mother became severely depressed and my father changed his whole life style, constantly putting efforts into a variety of projects.

5   This process affected me especially in my leaning towards anger and instant display of nerves. My older brothers became more introverted and sad.

6   The great media interest and constant reference to our tragedy as symbol to the whole country also led to a notoriety that I despised. I like my privacy and modesty, and did not like my parents' cooperation with the media.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   *10* February 2008

*Uriel Wachsman*
Uriel Wachsman

351_up2

351_up2