# DECLARATION OF
## Eliahou Wachsman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.*,

                **Plaintiffs,**

v.                                                Civil Action No. 06-0351 (RMU)

ISLAMIC REPUBLIC OF IRAN and
IRANIAN MINISTRY OF INFORMATION
AND SECURITY,

                **Defendants.**

## DECLARATION OF ELIAHOU WACHSMAN

I, ELIAHOU WACHSMAN, hereby state as follows:

1. My name is Eliahou Wachsman. I am one of the Plaintiffs in this case, along with my five brothers and my mother. I have brought this action in my individual capacity. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2. When my brother was killed, I was 12 years old. That year, I started my studies in Junior High School. Due to my brother's murder, I could not concentrate on my studies, and my grades were low

3 During the time of the kidnapping and the time of the hostage situation, it was very hard for me to believe that my brother, my hero, was in a position of weakness and helplessness. I felt as if everything that was happening was unreal, a bad dream that would be over. After they told us that Nachshon has been killed, I was in shock, and I felt a sense of the world being a great unjust place.

4   My self-confidence was shaken. I felt no security and no belief in people anymore. I wandered around with many many questions and I could not find answers and could not even find myself. To this day, I don't trust people and suspect and disbelieve everyone. I feel as if people are lying to me and fooling me.

5   My mother became depressed, stopped working full-time, and functioned at minimum capacity. This had a very bad influence on me and my moods and feelings. The media's reports on the hostage situation and the murder for such a long-time and my parents dealing with the tragedy made me feel very bad to the depths of my soul.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 10 2008

_____
Eliahou Wachsman