**DECLARATION OF**
**Chaim Wachsman**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.*,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN and
IRANIAN MINISTRY OF INFORMATION
AND SECURITY,

        Defendants.

Civil Action No. 06-0351 (RMU)

### DECLARATION OF CHAIM ZVI WACHSMAN

I, CHAIM ZVI WACHSMAN, hereby state as follows:

1. My name is Chaim Zvi Wachsman, although I am also referred to as Hayim Wachsman or Chaim Wachsman. I am one of the Plaintiffs in this case, along with my five brothers and my mother. I have brought this action in my individual capacity. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2. From the time that my brother, Nachson, was killed by terrorists, my self-confidence and my sense of security have been hurt, and I have changed.

3. Things that were clear to me about my life before the murder are now question marks. Before, I was very self-confident, I knew that I could deal with all of life's difficulties at all times. As a result of this murder, this self-confidence, easy-going spirit, and joy of life, as well as my sense of optimism, have disappeared.

4. During the week of my brother Nachshon's kidnapping, I could not sleep, eat or Function. I hat constant frightening thoughts about what the terrorists

2

are doing to Nachson. Each time the door opened, I imagined Nachsshon walking into the house and saying it had all been a dream. I hoped with all my heart, that it would all end with Nachson being released. But to my great dismay Nachshon was killed by the terrorists, and never returned home.

5   I now experience many depressions. I am nervous and I have become a great worrier. I fear for my children's lives; I worry that what happened to my brother could at any time happen to them. I try with much difficultly to make new social contacts. I feel threatened in a new or strange environment. I work at a place that I don't like and I am unable to advance at work or find a better job because of my fears and lack of self-confidence which have characterized me since the murder of my brother.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Febrary 10, 2008

*Chaim Zvi Wachsman*
Chaim Zvi Wachsman

351_up5