UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN *ex rel.*
NACHSHON WACHSMAN *et al.*,

     Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN *et al.*,

     Defendants.

Civil Action No.: 06-0351 (RMU)

Document No.: 11

## ORDER

**DENYING WITHOUT PREJUDICE THE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

For the reasons stated in the accompanying Memorandum Opinion, it is this 28th day of February, 2008,

**ORDERED** that the plaintiffs' motion for default judgment is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that the plaintiffs may file a renewed motion for default with accompanying support on or before August 1, 2008.

**SO ORDERED**.

                                                    RICARDO M. URBINA
                                                  United States District Judge