UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN *ex rel.* :
NACHSHON WACHSMAN *et al.*, :
 :
      Plaintiffs, :    Civil Action No.:    06-0351 (RMU)
 :
      v. :
 :
ISLAMIC REPUBLIC OF IRAN *et al.*, :
 :
      Defendants. :

## ORDER

Upon consideration of the Plaintiffs' Motion Pursuant To 28 U.S.C. § 1605A(c)(2)(A), and the entire record in this matter, it is by the Court this _____ day of _____, 2008, hereby

ORDERED, that the determination of said motion be and same is hereby held in abeyance, pending further order of this Court following the Plaintiffs' refiling of their Motion For Judgment By Default.

                                                                _____
                                                                Ricardo M. Urbina
                                                                United States District Judge.