UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.*,

        Plaintiffs

   v.                                              Civil Action No. 06-0351 (RMU)

ISLAMIC REPUBLIC OF IRAN and
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, *et al*

        Defendants

## PLAINTIFFS' RENEWED MOTION FOR JUDGMENT BY DEFAULT

The Plaintiffs by their undersigned counsel hereby move this Court for the entry of judgment by default against the Defendants Islamic Republic of Iran ("Iran") and the Iranian Ministry of Information and Security ("MOIS"). In support of this motion, the Plaintiffs state as follows:

1. On February 28, 2008, this Court entered an order denying without prejudice the Plaintiffs' prior motion for entry of judgment by default against Iran and MOIS. Said order specifically provided that Plaintiffs "may file a renewed motion for default with accompanying support on or before August 1, 2008." *Id.*

2. Additional grounds for granting the instant motion, the Plaintiffs also rely on the following papers which are being filed simultaneously hereafter.

    a. Plaintiffs' Amended Proposed Findings of Fact and Conclusions of Law.

    b. Plaintiffs' Amended List of Exhibits and supplemental exhibits filed therewith.

156062-1

For these reasons, the Plaintiffs move pursuant to Rule 55(b)(2) Fed. R. Civ. P. and 28 U.S.C. § 1608(e) for the entry of judgment by default against Defendants Iran and MOIS.

Dated:  August 1, 2008                               Respectfully submitted,

                                                                    /s/
                                            Emil Hirsch (D.C. Bar #903479)
                                            Paul L. Knight (D.C. Bar #911594)
                                            Nossman LLP/O'Connor & Hannan, LLP
                                            1666 K Street, NW, Suite 500
                                            Washington, DC  20036
                                            Telephone:  (202) 887-1400
                                            Facsimile:  (202) 466-3215

                                            *Attorneys for Plaintiffs*

156062-1