UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE
OF NACHSHON WACHSMAN, *et al.*,

                      Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC REVOLUTIONARY
GUARD CORP. OF IRAN,

                      Defendants.

Civil Action No. 06-cv-00351 (RMU)

## AMENDED LIST OF PLAINTIFFS' EXHIBITS

1. Proof of U.S. Citizenship

   (a) U.S. Passport for Esther Wachsman
   (b) U.S. Passport for Menoshe Wachsman
   (c) U.S. Passport for Yitzchak Wachsman
   (d) U.S. Passport for Uriel Wachsman
   (e) U.S. Passport for Raphael Wachsman
   (f) U.S. Passport for Eliahu Wachsman
   (g) U.S. Passport for Chaim (Hayim) Wachsman
   (h) U.S. Passport for Nachshon Wachsman

2. Esther Wachsman's appointment as the executor for the estate of Nachshon Wachsman

   (a) Original (in Hebrew)
   (b) Translated into English

3. Expert Report of Dr. Shaul Shay

   (a) "Islamic Terror Abductions in the Middle East" By Shaul Shay
   (b) Affidavit of Dr. Shaul Shay re "Islamic Terror Abduction, in the Middle East"

4. Patterns of Global Terrorism 1994 (Excerpts)

151781_1.DOC

5.

    (a)     DVD Showing Video tape released by Hamas on October 12, 1994 showing the kidnapped Nachshon Wachsman and terrorist holding Wachsman's M-16 rifle and military identification

    (b)     October 1994 front page newspaper articles covering the kidnapping of Nachshon Wachsman.

    (c)     Reuter's press release dated 11 October 1994 regarding kidnapping of Nachshon Wachsman.

6.     Israeli police mobile crime unit Inspector Ofer Shlush's report on the crime scene in the Bir Naballa.

    (a)     Original (in Hebrew)
    (b)     Translated into English

7.     October 14, 1994 and October 15, 1994 police photographs of investigation following failed rescue attempt of Nachshon Wachsman with accompanying English translations of Inspector Shlush's notations on black and white photos on reverse side.

    (a)     Vehicle rented by Ya'amur suspected of being used in the kidnapping of Nachshon Wachsman

    (b)     View of house near Bir Naballa in which Wachsman was held at time of rescue attempt

    (c)     Main entry door to building with view of stairway leading up to living area on second floor where terrorists held Decedent

    (d)     Inside view up stairway to apartment entry door with bullet indentations

    (e)     View of entrance door to apartment area on second floor; down the hallway is the burnt room in which the bodies of two of the terrorists were found

    (f)     View of entry door to living area of apartment with bullet marks taken from inside apartment.

    (g)     Bodies of two of the terrorists killed and burned in the rescue attempt

    (h)     Body of the third terrorist killed in the rescue attempt

    (i)     Weapons taken out of the apartment including an M-16 rifle, a Galil rifle, an Uzi submachine gun with five magazines, and a Zig pistol

    (j)     Same as (i)

    (k)     The body of Nachshon Wachsman at Hadassah Ein Kerem emergency room

    (l)     Same as 7(k) except burns on abdomen shown

    (m)     Close-up of burns on Decedent's abdomen

    (n)     Handcuffs on wrists of Decedent; burn marks on thigh

    (o)     Bullet wound above right elbow and bite mark on upper arm

    (p)     Details of the bite mark shown in prior photo, Exhibit 6(o)

    (q)     Shackled feet of Decedent

    (r)     Picture of upper torso of Decedent from back showing four bite marks (circled), skull damage from bullet, bullet wound above right buttocks, power marks around wound

    (s)    Close-up of photo of four bite marks on the back of Nachshon Wachsman

8.    Indictments of Jihad Machmad Shaker Ya'amoor by a military prosecutor for the State of Israel

    (a)    In Hebrew
    (b)    English translation

9.    Affidavit of psychiatrist Dr. Gary Quinn, M.D. regarding Esther Wachsman

10.    Affidavit of psychologist Dr. Avshalom Bauman re Yitzchak Wachsman

11.    Economic Report by Dr. Weinstein showing loss of earning capacity

12.    Affidavit of Israeli attorney Roland Roth regarding his securing Plaintiffs Exhibits 5(a), 6, 7(a)-(s) from the official Israeli court records from the prosecution of Jihad Ya'amoor.

13.    Estate of *Michael Ettinger et al v. Company for the Reconstruction and Development of the Jewish Quarter*, Civil Appeal 140/2000, PADI 59(4), page 486, Supreme Court of Israel (March 15, 2004)

14.    Declaration of Esther Wachsman

15.    Declaration of Tzachi Wachsman

16.    Declaration of Chaim Zvi Wachsman

17.    Declaration of Menase Y. Wachsman

18.    Declaration of Uriel Wachsman

19.    Declaration of Eliahou Wachsman

20.    a.  Affidavit of Professor Jehuda Hiss, M.D.

        b.  Curriculum Vitae for Dr. Hiss

21.    Affidavit of Schmuel c. Shapira, M.D.

22.    Third Affidavit of Dr. Shaul Shay with Exhibits (English and Hebrew Translation)

23.    Israel's Tort Ordinance (New)