**EXHIBIT 9**

PRELIMINARY DRAFT
APRIL 8, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.*,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

    Defendants.

Civil Action No. 06-cv-00351 (RMU)

## AFFIDAVIT OF GARY M. QUINN, M.D.

I, Gary M. Quinn, hereby certify that:

1. I am over 21 years of age. I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify to the information herein.

2. I am a psychiatrist in private practice in Jerusalem.

3. I completed my undergraduate studies at Yeshiva University and received my Doctor of Medicine degree from Yeshiva University. I am a Diplomate with the American Board of Psychiatry and Neurology.

1. I have worked as a psychiatrist for the past __29__ years. I am the Director of the Jerusalem Stress and Trauma Center. My specialty is crisis intervention, the treatment of anxiety disorders, and post traumatic stress disorder following military trauma, terrorist attacks, and vehicle accidents. I am the co-founder and co-chairman of EMDR-Israel. In addition to my practice in Israel, I train professionals in the use of EMDR for PTSD in Turkey, China, Thailand,

351_Q1

Korea, and Singapore. EMDR has been given the highest effectiveness rating for the treatment of trauma by the American Psychiatric Association's "Practice Guidelines for the Treatment of Patients With Acute Distress Disorder and Post Traumatic Stress Disorder," 2004. EMDR is utilized by the U.S. Department of Defense in its <u>Military Field Manual</u> in the immediate aftermath of overwhelming trauma.

1. I have known Esther Wachsman since December 2003 when she came to me for treatment of her psychiatric problems. I have previously drafted a letter dated October 14, 2007, describing my contacts with her. My letter further describes the extreme emotional distress suffered by Esther Wachsman as the result of her son's murder, including her deep post traumatic depression and her inability to function in a normal manner. For purposes of this Affidavit, I am attaching this letter and incorporating it by reference as if fully set forth herein.

1. As I explain in my letter, Esther Wachsman suffers from Post Traumatic Stress Disorder (PTSD) and depression. Esther Wachsman depression has continued notwithstanding the many years since her son's murder. Nachshon's murder was a highly publicized event in 1994 and it is often highlighted in the press and media whenever soldiers are kidnapped or murdered. The media will show pictures of Nachshon seeking the exchange of Israeli prisoners in exchange for his life. These images and other terrorist acts aggravate her depression over the loss of her son.

Since I drafted that letter in October 2007, I continue to see and treat Esther Wachsman for her post traumatic depression. <u>Her current status</u>- depressed to sever level. <u>Effect of medications</u>- As she loas expressing side effect the medication was adjusted but the depression has worsen. Taking Cippalex 20 mg., Tmzadone 100 mg., Alplazolam 20 mg. Efexon XR is being started and will be to 225 mg. under 3 weeks.

2

ד"ר גרי קויין
מ.ר. 21145
רופא פסיכיאטר
מ.ר. 7694

3

     I hereby declare and certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. It is based on my personal knowledge, and if I were called to testify in this court proceeding, my testimony would be the same as what is contained in this Affidavit.

Executed on May 6, 2008

                                      ד"ר גרי קווין
                                      מ.ר. 21145
                                      רופא.פסיכיאטר
                               Gary McQuinn, M.D.

# ד"ר גרי קווין
# GARY QUINN, M.D.
Diplomate, American Board Of Psychiatry And Neurology
מומחה לפסיכיאטריה

Re: Esther Waxman

October 14, 2007

To Whom It May Concern:

I have been treating the above patient since December 10, 2003. The patient lost her son when he was in the army, was kidnapped and killed by the terrorists. Prior to this event, to my knowledge, she neither had sought psychiatric or psychological treatment despite raising a large family and even having had a child with Down's syndrome. There was also no known family history of depression. After the event she neither had sought psychiatric or psychological treatment despite raising a large family and even having had a child with Down's syndrome. There was also no known family history of depression. After the event she tried for a few sessions to meet with psychotherapists but never remained in treatment. She continued to have strong negative feelings regarding her son's murder by terrorist including Post Traumatic Stress Disorder (PTSD) as characterized by increased startle reaction, flashbacks and nightmares. Another sign of PTSD is the person removes themselves from normal enjoyment experiences which Esther Waxman also did when I first started to meet with her and is doing until today. She had an additional stressor from a depressed son who prior to the kidnapping and murder of his brother had been symptom free and successful in all areas. He later became depressed, actively suicidal and made 3 serious suicide attempts. He had been treated with many of the anti-depressants, was hospitalized and even received ECT.

Esther Waxman also became depressed and has been treated with multiple trials of anti depressant medication that has only slightly improved her depression. She has remained in grief over the loss of her son and speculates what he might have become had he not been murdered. The kidnapping of the three soldiers in the summer of 2006 exacerbated her trauma reminding her of her son's kidnapping and murder. Many other events can stir up terrible memories such as the anniversary day of his murder, his birthday etc. In addition his memory is kept alive by Israeli media that will show his picture frequently and will come to interview Esther Waxman when almost any terrorist attack happens in Israel

son and speculates on what he might have become had he not been murdered. The kidnapping and murder of soldiers in the summer of 2006 exacerbated her trauma reminding her of her son's kidnapping and murder. Many other events can stir up terrible memories such as the anniversary day of his murder, his birthday etc. In addition his memory is kept alive by Israeli media that will show his picture frequently and will come to interview Esther Waxman when almost any terrorist attack happens in Israel.

She also had severe marital problems after her son's death and it effected how she interacted with the entire family. She became overly critical and tried to have her children who were still alive to comply with her requests in order to try to protect them. She even prevented sons from joining fighting units in the army despite their strong desire to join further alienating them and separating them from their society.

The patient is suffering from PTSD, Major depressive Disorder, marital and family disturbance following the kidnapping and murder of her son by terrorists.

Since she began with me she has been in intensive weekly treatment using EMDR to try to help her PTSD and extended bereavement, maximal doses of multiple anti-depressant medications such as Seroxat (Paroxetine), Efexor XR, Cipralex, Zyban, Cymbalta, and Trazadone. For anxiety she receives high doses of Alpraxolam. She also was in couples therapy to try to save her marriage.

Despite all this intensive treatment she remains with PTSD, depression, staying in bed most of the time, withdrawn from society and her family. This is in a woman who prior the kidnapping and murder was a vibrant mother, wife and community member and had no family history of depression. Because of her lack of response till this point it is expected that these debilitating symptoms will continue indefinitely and appear as a permanent disability.

Sincerely,

Gary Quinn. M.D.

ד"ר גרי קוויו
מ.ר. 21145
רופא פסיכיאטר
מ.ר. 7694

רח' הרב ברלין 9/2, ירושלים 92501
9/2 HaRav Berlin Street, Jerusalem 92501
Fax: 153-2-563-3928    Tel: (02) 563-3928

FROM : Wachsman Family    PHONE NO. :    Oct. 17 2007 01:19PM P3