**EXHIBIT 10**

Case 1:06-cv-00351-RMU   Document 21-5   Filed 08/01/2008   Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, et al.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

        Defendants.

Civil Action No. 06-cv-00351 (RMU)

## AFFIDAVIT OF DR. AVSHALOM BAUMANN

I, Avshalom Baumann, hereby certify that:

1. I am over 21 years of age. I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify to the information herein.

2. I am a Senior Clinical Psychologist in private practice in Jerusalem.

3. I completed my undergraduate studies (BA + MA) at Hebrew University in 1975. I finished my practical in Internship Clinical Psy at Jerusalem Ein Karem Hadassah Medical Center in 1977 and I hold a Doctor of Philosophy in psychology from Hebrew University since 1986. I graduate Analitical Psychology in 1990.

4. I have worked as a clinical and analytical psychologist for the past 30 years. I have been a lecturer at Sigmund Freud Center at Hebrew University and senior lecturer at Lesley University, Israeli Branch. I was the Chief Psychologist at Jerusalem Ein Karem Hadassah Medical Center until 1992 when I went into private practice. I often lecture at psychology

conferences both in Israel and abroad, including in Zurich, Switzerland, Barcelona, Spain, Mexico City, and South Africa. I have authored several books regarding psychological topics.

5.  I have known Yitzchak "Tzachi" Wachsman since 2001 when he came to me for treatment of his psychological problems. I have previously drafted a letter dated October 17, 2007, describing my contacts with him. My letter further describes the extreme emotional distress suffered by Tzachi as the result of his brother's murder, including his deep posttraumatic depression and his inability to function in a normal manner. For purposes of this Affidavit, I wish to attach this letter and incorporate it by reference as if fully set forth herein.

6.  Since I drafted that letter in October 2007, I continue to see and treat Tzachi for his posttraumatic depression. His current status didn't changed since my last letter and I can add that Tzachi is still suffering from emotional distress and due to that he have big difficulty to create human relationship, example to that is his divorce last week after two years when Tzachi and his wife couldn't live together and in fact they never lived together since they got married. Tzachi is still have to take psychiatric medication for his depression and his sleeping problems such as: Cipralex, Lamotrigine, Clonex, Prothiazine, Zodorm and Xanax.

I hereby declare and certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. It is based on my personal knowledge, and if I were called to testify in this court proceeding, my testimony would be the same as what is contained in this Affidavit.

Executed on April 6th 2008

Dr. A. Baumahn
Dr. A. Bachmann
Avshalom Baumann, Ph.D.

2

Dr. Avshalom Baumann, Senior Clinical Psychologist.                18th October 07

151 Hakfir st. Jerusalem 96952

E mail yoavib@netvision.net.net.il , fax 972-777695114

To whom it may concern,

Yitzchak Wachsman is well known to me since 2001 when he came to me looking for psychotherapy while suffering from sleep problems, depression, looking for his direction, path in life. The main event that was affecting his moving along for the last years was the abduction and murder of his brother Nachshon and what the family had been gone through. It was clear that this event overshadow every move of Tzachi's move, and that incident had the strongest effect in his emotional and personal life. Tzachi could not find his way in life and at that time could not enter more deep in the psychotherapy process. He left the psychotherapy and went to India from there he came back right to the Psychiatry department at Hadassah hospital in Jerusalem from that on. His depression became worse and suicidal gestures became part of his life. After his departure of the psychiatry department he came back to my clinic and only now we really began his therapy. It was clear that all his deep sleeping problems and his personal turmoil and inability to find a place in the world and inability to find a reason to live on was due to a deep post traumatic depression and loss of a solid ground. Tzachi became like a vagabond wondering about and whishing to die. It seem clear to me and to my professional assessment that the main cause for Tzachi's breakdown and process of disease is the kidnapping and murder of the his brother and what the family had gone through which cause to the loss of his ground. Tzachi's psyche is a fragile one and his personality is not strong but he is very intelligent and had a lot of talent he can not implement now, but the tragedy that happen to him and his family was the main critical trigger for his breakdown and the development of his chronic post traumatic depression. It is also clear that without that tragedy he would have been quite a different person..

Dr. Avshalom Baumann

*A. Baumann* (signature)

Dr. Avshalom Baumann Curriculum Vitae.
(summery)

Dr. Avi Baumann (60), Israeli born from German origin, Senior Clinical and Analytical Psychologist (IAAP and IIJP) .PhD:"Motherhood and Fatherhood images at the transition to parenthood", 1986, Hebrew University Jerusalem.    Senior lecturer at Lesley University, Israeli Branch (expressive therapy). And lecturer at Sigmund Freud Centre Hebrew university. .former Chief Psychologist at Jerusalem Ein Karem Hadassah Medical centre (till 1992).private clinic at Jerusalem .Author of the book "The Golden hairs of the Devil, Grimm's fairy tail as a Mirror to the Soul's Dark side by Modan Pub..." Rites and Games for creation of holy space" in the book" The Play". A view from Psychoanalysis to other places by Emilia Peroni Yediot Pub ,2002 and "Motherhood hidden Negatives" in the book "Motherhood "coming soon by Yediot pub.

Two times presenter at the IAAP congress (1995 in Zurich) "The Torch bearers" Puer Aeternus as a reviver to holocaust survivors parents. (Barzelona2004) "What can the Hero and his Monster Tel Us about Fighting and Overcoming Evil? Reflection from the War Zone.

Seminars outside Israel: 1993 South Africa Jungian Institute .1194, 1995, 1998 Mexico City Jungian group

Avi Baumann: E. Neumann on Freud , Earth ,Mysticism, and Peace ,Harvest International Journal for Jungian Studies Vol.52 no. 2 2006

Dr. A. Baumann PhD

*A. Baumann* (signature)