**EXHIBIT  14**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.,*

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN and
IRANIAN MINISTRY OF INFORMATION
AND SECURITY,

    Defendants.

Civil Action No. 06-0351 (RMU)

## DECLARATION OF ESTHER WACHSMAN

I, Esther Wachsman, hereby state as follows:

1.    My name is Esther Wachsman. I am one of the Plaintiffs in this case, along with my six sons. I have brought this action both in my individual capacity and on behalf of my son Nachshon's estate. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2.    I grew up in the USA, a child of Holocaust survivors. I have been a citizen of the United States without interruption since 1950.

3.    I went to Israel in 1970, as a student in the Hebrew University's Masters Program in History. I thereafter married Yehuda Wachsman, and we subsequently had seven sons. I was a teacher at the Hebrew University Secondary School, teaching English as a second language, and my husband taught Mathematics and Physics at the Boys Town Academy in Jerusalem.

4.    My sons were all educated in some of the best institutions in Israel. My oldest son, Chaim, after his army service, graduated from the Hebrew University. My second son, Menashe, is a successful businessman. Nachshon was my third child.

He was serving in an elite unit of the Israeli Defense Forces ("IDF") when he was killed at the age of 19 by Hamas terrorists. I will elaborate about him forthwith. My fourth son Yitzchak is a graduate of Bar Ilan University. My fifth son Eliahu is now attending the Ariel College in association with Bar Ilan University. My sixth and seventh sons are twins; Uriel, who was valedictorian of his high school class, is now in officer's school, serving in the IDF. His twin brother Raphael has Down's Syndrome. We cared for Raphael in a loving home and, when he reached the age of 18, we sent him to a special campus for mentally challenged children based on anthroposophist philosophy, where he is progressing very nicely. Three of my children are married and I have ten grandchildren.

5.    Nachshon excelled in high school in the subjects of math and biology. He was a certified medic by the Israel Red Magen David Emergency Service. He volunteered there faithfully for years with another friend. They both intended to become medical doctors; indeed his friend fulfilled that intention and is a doctor today.

6.    Sixteen months into his compulsory military service, Nachshon returned home on one week's leave on Friday, October 7, 1994. He arrived home, and then on Saturday night, he was called by the army to take a special course on Sunday with another boy from his elite unit. They both went up North to take this course, considered very prestigious. Nachshon did not come home on Sunday night.

7.    We notified the authorities, and a search began. By Monday, when I had not heard from my very responsible son, I began to be concerned. On Tuesday afternoon, reporters from Israel's national TV station came to our home with a videotape that had been handed over to a Reuter's photographer in Gaza. On that tape, Nachshon was seen bound hand and foot with a gun aimed at his temple. He

was being prodded to speak by a terrorist, whose face was covered by a Kaffia (an Arab headdress). Nachshon addressed his comments to then Prime Minister Yitzchak Rabin and said that he had been kidnapped and was being held hostage by Hamas terrorists. His captors were demanding the release of Sheikh Ahmed Yassin and 200 other terrorist prisoners being held in Israeli prisons in exchange for Nachshon's release. He ended by telling Rabin that if the terrorists' demands were not accepted, he (Nachshon) would be executed on Friday, October 14 at 8 p.m.

8.     These events were emotionally devastating to me as I watched my 19 year old son being held by terrorists who would not hesitate to kill him. I was horrified, terrified, dysfunctional. My family was also severely affected. They were upset, devastated, feared for their brother and ready to do anything to free him.

9.     Our family became mobilized to do everything in our power in order to free our son. All of Israel froze that week praying for Nachshon's return. That was what all the media, both national and international, dealt with.

10.     Over the ensuing days following Nachshon's kidnapping, we heard nothing, neither negotiation nor the yielding to terrorist demands. This was the official government position. My family and our friends gathered together in our home, greatly fearing for the safety of Nachshon, and praying for his safe return. The kidnappers had caused all of us to be emotionally terrified on the inside but we tried to appear strong in the presence of each other.

11.     As an American citizen and as the mother of an American citizen, and desperate to do everything possible to have Nachshon return safely, I turned to President Clinton to intervene. And he did, as did the leaders of many many countries.Unknown to me and my family, Israeli intelligence had uncovered the house where Nachshon was being held. It was not in Gaza, as was generally believed but in

351_up1

a village called Bir Nabballa, approximately ten minutes away from our home in Jerusalem. Prime Minister Rabin (again, without our knowledge) made a unilateral decision to send a very special commando unit to try to rescue Nachshon. The operation took place on Friday night, shortly before the hour that Nachshon was to be executed.

12.    On Friday night at 8 p.m., we sat with our eyes glued to the door while hoping and praying for our son to come in. Instead, General Yoram Yair came in and our hearts sank. He did not have to say anything. We knew the end had come to our beloved son. He gathered our family from the scores of friends and relatives waiting with us and told us everything: from the discovery of the house where Nachshon was being held, to Rabin's decision to send in an army rescue team, to the failure of the rescue mission, to Nachshon being shot in the house by a terrorist right before the Israeli soldiers managed to shoot the terrorist.

13.    We buried our son on the following Saturday night. About 100,000 people came to his military funeral on Mount Herzl, and now his entire story is history. But not to us, his family. We all pulled ourselves together after the mourning period, but our house had ceased to be one of laughter and joy. We had lost our son and our brother, and we were a family bereaved, a family of grief and mourning, and in great sadness.

14.    Since that time, we have not been able to pick up all the pieces of our shattered lives. My husband and I, and two of our sons, closest in age and relationship with their brother, are still in therapy. There are deep mental wounds in all of us, which can never be healed. We try to function, but nothing is as it was, nor will it be the same again. We are still devastated all these years later, and every wedding, festival, Sabbath, Bar Mitzva, or family celebration are always tainted and

overshadowed by Nachshon's absence. He did not attend to his brothers' wedding or his three younger brothers Bar Mitzvas, he was not here for the birth of his nieces and nephews. Our mental sores bleed and become infected but never heal. And of course, worst of all, Nachshon, my precious third child will never marry, never give us grandchildren, and never have descendents. We will all struggle with this forever.

15.   All of my sons were devastated emotionally by Nachshon's kidnapping, even Raphael who has Down's Syndrome. Nachshon was close to Raphael and often cared for him. Nachshon would often drive Raphael to his special or extracurricular programs and would build Legos with Raphael for hours at a time. Raphael, who was then eight years old, did not communicate verbally, but he knew and understood that something bad had happened to Nachshon and he could not find Nachshon. Raphael was under great emotional distress. After Nachshon's funeral and Raphael returned home, he took Nachshon's picture off of the wall and threw it down, shattering the glass. Raphael's distress at not seeing his brother Nachshon made Nachshon's death all the worse for me. Since then, Raphael continued in his regular program. But he began to regress as a result of this tragedy and the terrible atmosphere in the home, at age 18 we had to send him away to a special school, where he is now living, as it now much more difficult for me, his mother to take care of him.

I declare under penalty of perjury that the foregoing is true and correct.

February, 10 2008


Esther Wachsman