**EXHIBIT 15**

Case 1:06-cv-00351-RMU   Document 21-7   Filed 08/01/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.*,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

    Defendants.

Civil Action No. 06-cv-00351 (RMU)

## DECLARATION OF TZACHI WACHSMAN

I, Yitzchak Shlomo Wachsman, hereby state as follows

1. My name is Yitzchak Shlomo Wachsman although I am usually referred to as Tzachi Wachsman. I am one of the Plaintiffs in this case, along with my five brothers and my mother. I have brought this action in my individual capacity. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2. I am a citizen of the United States and have been a citizen since birth. I am also a citizen of the State of Israel. I was born in Jerusalem and have resided in Israel most of my life.

3. My older brother, Nachshon, was kidnapped and murdered by the Hamas in October 1994.

4. I was Nachshon's closest brother in age and friendship. I am 20 months younger than Nachshon, and he was the brother I was closest to, and idolized.

152344.1

5. I was drafted into the Israeli army five months after his death. Since my two older brothers had become engaged to be married, I was left "alone" and I had no one to turn to in my loneliness and depression.

6. After Nachson's murder, I become like a vagabond wandering about wishing to die and didn't find my place in the world. I couldn't get any job because of my depression and couldn't have any relationships.

7. My suffering, and emotional and physical distress were overwhelming and unbearable. Years of my life were lost in depression even until today. I am being treated with six different pills in order to help my sleeping problem and my depression.

8. I went to psychotherapy suffering from a severe depression and made three suicide attempts until I was admitted to Hadassah Hospital where I received ECT (electroconvulsive therapy).

9. Before Nachshon was murdered, I was a normal functioning person in graduate school with good grades.

10. I am still in therapy and still trying to become normal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 13/01/08

_Tzachi Wachsman_
Yitzchak Wachsman

2