# EXHIBIT 16

Case 1:06-cv-00351-RMU    Document 21-8    Filed 08/01/2008    Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN and
IRANIAN MINISTRY OF INFORMATION
AND SECURITY,

Defendants.

Civil Action No. 06-0351 (RMU)

## DECLARATION OF CHAIM ZVI WACHSMAN

I, CHAIM ZVI WACHSMAN, hereby state as follows:

1. My name is Chaim Zvi Wachsman, although I am also referred to as Hayim Wachsman or Chaim Wachsman. I am one of the Plaintiffs in this case, along with my five brothers and my mother. I have brought this action in my individual capacity. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2. From the time that my brother, Nachson, was killed by terrorists, my self-confidence and my sense of security have been hurt, and I have changed.

3. Things that were clear to me about my life before the murder are now question marks. Before, I was very self-confident, I knew that I could deal with all of life's difficulties at all times. As a result of this murder, this self-confidence, easy-going spirit, and joy of life, as well as my sense of optimism, have disappeared.

4. During the week of my brother Nachshon's kidnapping, I could not sleep, eat or Function. I hat constant frightening thoughts about what the terrorists

are doing to Nachson. Each time the door opened, I imagined Nachsshon walking into the house and saying it had all been a dream. I hoped with all my heart, that it would all end with Nachson being released. But to my great dismay Nachshon was killed by the terrorists, and never returned home.

5  I now experience many depressions. I am nervous and I have become a great worrier. I fear for my children's lives; I worry that what happened to my brother could at any time happen to them. I try with much difficultly to make new social contacts. I feel threatened in a new or strange environment. I work at a place that I don't like and I am unable to advance at work or find a better job because of my fears and lack of self-confidence which have characterized me since the murder of my brother. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Febrary 10, 2008

_Chaim Zvi Wachsman_
Chaim Zvi Wachsman

351_up5