**EXHIBIT 17**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.*,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN and
IRANIAN MINISTRY OF INFORMATION
AND SECURITY,

Defendants.

Civil Action No. 06-0351 (RMU)

## DECLARATION OF MENASHE YEHESKEL WACHSMAN

I, MENASHE YEHESKEL WACHSMAN, hereby state as follows:

1. My name is Menashe Yeheskel Wachsman. I am one of the Plaintiffs in this case, along with my five brothers and my mother. I have brought this action in my individual capacity. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2. Nachson was born less than a year after me. From the nature of things, because we were so close in age, we had a special relationship, he was a like a twin brother to me. My life is divided in two-before and after.

3. The week Nachson was kidnapped and held hostage, I had a strong feeling that he would come out of there alive and could not believe any possible different outcome. In order to really believe that the end was so tragic, I had to see Nachson with my own eyes. I insisted on identifying his body and, though I saw him, I could not accept his death. I lived in total denial, and I am unable to cope with what happened, what his fate was.

4   It is with great difficulty that I am writing about my thoughts and feelings since that terrible event, my emotions are sealed. I have never spoken of him and not of the murder and have never written until now. I am emotionally wounded.

5   Today, I am married and the father of five. I live in constant fear that G'd forbid, something bad can happen to those closest to me. This affects my daily behavior. For a long time, I have been yearning for the peace and quiet and tranquility and calm that I lost in that crazy week 13 years ago. Sometimes, I imagine that this is my last day on earth and my daily routine change.

6   That event had such a tremendous effect on me that I have never been able to cry tears over losing my brother. Somehow seem to invite comfort and I have never been comforted. Nachson left a huge hole in my heart and a great pain for what we no longer have together.

7   After my brother Nachshon's murder, I felt confused, I had no self-confidence, a feeling of emptiness, distress, lack of meaning of life. I would walk around distanced from my surroundings, sad and suffering. I took my years to pull myself together and feel human. To this day I'm not really myself and there are hours of each day that I'm

351_up

overwhelmed by grief. When Nachshon was being held hostage by Hamas and the media dealt with it constantly; those thoughts and feelings keep coming back to me now. When I went to the hospital to

8   identify the body and saw my brother lying there, white as a ghost, his forehead shattered, I could no longer look, I left and burst into bitter tears. That moment come back to me over and over again. To this day I don't trust people; it seems my trust, belief confidence, in people and in life itself is permanently damaged.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February        2008

/s/ Menasche Yeheskel Wachsman
Menasche Yeheskel Wachsman

351_up