**EXHIBIT 18**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

Defendants.

Civil Action No. 06-cv-00351 (RMU)

## DECLARATION OF URIEL WACHSMAN

I, URIEL WACHSMAN, hereby state as follows:

1. My name is Uriel Wachsman. I am one of the Plaintiffs in this case, along with my five brothers and my mother. I have brought this action in my individual capacity. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2. When my brother Nachshon was killed, I was 8 years old. Thought a youngish, I remember feeling - and still feel those awful days. As a child I felt great shock, confusion, anxiety. I did not understand what was going around me, with all those people in the house, it all made me feel alone, lonely and unstable. I saw the whole Family and especially my parents falling apart, distressed, uncertain during the time Nachshon was kidnapped, and afterwards, the breack down that came as a result of the murder. I remember seeing the whole family broken, crying, and I felt broken and crying too, Because of that, to this day , I have self-confidence, and trust problems and insecurities. I do not trust people. I am nervous, angry, with periods of rage.

3. I think what influenced and affected me most as a result of the murder is the change that my family experienced. My mother became depressed. The figure I needed to learn on, to depend on, as a child - my mother, simply wasn't there for me; she couldn't comfort me when I needed her because she was so fractured and fragile herself. The rest of my family also went into a kind of shock, deep mourning and confusion and instability. As part of this, I felt completely let loose, disaccorded, unstable with no one to turn to. This feeling of solitude has continued until now- even today. I tend to break relations with others, and find it difficult to make or maintain relationships.

4  From that day until today, that tragedy is with me everywhere I am. That tragedy influenced me especially through my family. My parents changed drastically. My mother became severely depressed and my father changed his whole life style, constantly putting efforts into a variety of projects.

5  This process affected me especially in my leaning towards anger and instant display of nerves. My older brothers became more introverted and sad.

6  The great media interest and constant reference to our tragedy as symbol to the whole country also led to a notoriety that I despised. I like my privacy and modesty, and did not like my parents' cooperation with the media.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:          February 2008

*Uriel Wachsman*
Uriel Wachsman

351_up2

351_up2