**EXHIBIT 19**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN and
IRANIAN MINISTRY OF INFORMATION
AND SECURITY,

Defendants.

Civil Action No. 06-0351 (RMU)

## DECLARATION OF ELIAHOU WACHSMAN

I, ELIAHOU WACHSMAN, hereby state as follows:

1. My name is Eliahou Wachsman. I am one of the Plaintiffs in this case, along with my five brothers and my mother. I have brought this action in my individual capacity. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matters contained in this declaration.

2. When my brother was killed, I was 12 years old. That year, I started my studies in Junior High School. Due to my brother's murder, I could not concentrate on my studies, and my grades were low

3 During the time of the kidnapping and the time of the hostage situation, it was very hard for me to believe that my brother, my hero, was in a position of weakness and helplessness. I felt as if everything that was happening was unreal, a bad dream that would be over. After they told us that Nachshon has been killed, I was in shock, and I felt a sense of the world being a great unjust place.

4  My self-confidence was shaken. I felt no security and no belief in people anymore. I wandered around with many many questions and I could not find answers and could not even find myself. To this day, I don't trust people and suspect and disbelieve everyone. I feel as if people are lying to me and fooling me.

5  My mother became depressed, stopped working full-time, and functioned at minimum capacity. This had a very bad influence on me and my moods and feelings. The media's reports on the hostage situation and the murder for such a long-time and my parents dealing with the tragedy made me feel very bad to the depths of my soul.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:    February 10 2008

_____
Eliahou Wachsman