**EXHIBIT 20 A**

Case 1:06-cv-00351-RMU   Document 21-12   Filed 08/01/2008   Page 1 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, *et al.*,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

Defendants.

Civil Action No. 06-0351 (RMU)

## AFFIDAVIT OF JEHUDA HISS, M.D.

I, Professor Jehuda Hiss, hereby certify that:

1.  I am over 21 years of age. I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify to the information herein.

2.  I received my Medical Degree in 1973 from the University of Bologna in Bologna, Italy. I did an internship at The Hebrew University Hadassah School of Medicine. My initial residency was from 1975 to 1980 in Anatomic Pathology at the Chaim Sheba Medical Center in Tel Aviv, Israel. Thereafter, I did residencies in Forensic Medicine (a) at the Institute Fur Gerchtliche Medizin der Universitat in Vienna, Austria; (b) at the Cuyahoga County Coroner's Office in Cleveland, Ohio; (c) at The L. Greenberg Institute of Forensic Medicine in Tel Aviv, Israel; (d) at the Department of Forensic Medicine, University of Leeds, Leeds, UK; (e) at Westminster Medical School, London, UK; and (f) at the Armed Forces Institute of Pathology, Washington, D.C. I have also taken several advanced courses such as: a) the advance course in Forensic Pathology at the FBI Academy in Quantico, Virginia; b) forensic

anthropology at the Uniformed Services University of the Health Sciences, Bethesda, Maryland; c) Forensic Dental Identification and Emergency Technologies, Armed Forces Institute of Pathology, Bethesda, Maryland; and d) Virtopsy Imaging Autopsy at the Institute of Forensic Medicine in Bern, Switzerland.

    3.    I have served as an Instructor, Assistant Professor, and Associate Professor of Medicine since 1979 in leading academic institution. Since 1995, I have been an Associate Clinical Professor at the Hebrew University Hadassah School of Medicine in Jerusalem, Israel. I have published many articles in the scientific literature. Several of which specifically address the medical consequences of terrorism attacks and bombings, such as:

a) Kahana, T., Freund, M. and Hiss, J. Suicidal Terrorist Bombings in Israel - Identification of Human Remains. J Forensic Sci 42:260-264, 1997.

b) Kluger, Y., Mayo, A., Hiss, J., Ashkenazi, E., Bendahan, J., Blumenfeld, A., Michaelson, M., Simon, D., Schwartz, I. and Alfici, R. Medical Consequences of Terrorist Bombs Containing Spherical Metal Pellets: Analysis of a Suicide Terrorism Event. Eur J Emerg Med 12:19-23, 2005.

c) Hiss, J. and Kahana, T. Trauma and Identification of Victims of Suicidal Terrorism in Israel. Mil Med 165:889-893, 2000.

d) Hiss, J., Freund, M., Motro, U. and Kahana, T. The Forensic Pathology of Terrorism in Israel – Two Years of Suicide Bombing. In: J. Shemer and Y. Shoenfeld (eds). Terror and Medicine. Medical Aspects of Biological, Chemical and Radiological Terrorism. Pabst Science Publishers, Lengerish, 2003.

e) Hiss, J. and Kahana, T. Forensic Investigation of Suicide Bombings. In: S.C. Shapira.; J.S. Hammond. And L.A. Cole (eds). Essentials of Terror Medicine. Secaucus, Springer. In Press.

My CV, with additional references, is attached hereby.

4.   In addition to teaching in medical schools, I have also taught forensic sciences at Tel Aviv University Law School and the Haifa University Law School since 1983.

5.   I have been asked to provide my opinion with regard to the injuries inflicted on Corporal Nachshon Wachsman in the days prior to and on the day of his death, October 14, 1994. In arriving at my conclusions, I reviewed medical records and documents provided by the Israeli Army, color photographs of Nachshon Wachsman's body dated October 14, 1994, medical documents from the Sick Fund, medical documents from the IDF, and the results of a computerized tomography of the body performed at the Hadassah Medical Center on October 15, 1994 by Professor Bar Ziv. This information and data is of the type reasonably relied upon in forensic pathology in forming opinions and inferences relating to the cause and manner of injuries and death.

6.   **In the course of my examination of the records and photographs of Nachshon Wachsman, I found four (4) arched wounds which I conclude, to a reasonable degree of medical certainty, that they were caused by a human being biting Nachshon Wachsman. One of these arched bite- marks was on his right arm and three of the arched bite marks were on his back. It is also my medical opinion, to a reasonable degree of medical certainty, that these bite- marks were inflicted after his kidnapping on October 9, 1994 and within two or three days of his death on October 14, 1994.**

7. Prior to his kidnapping on October 9, 1994, Nachshon's health condition was normal and he did not suffer from any important chronic or acute disease.

8. The results of the computerized tomography performed on October 14, 1994 provided additional information with regard to the injuries visible on Nachshon Wachsman in the records. A tomography involves the taking of x-ray images section by section and reconstructing them with computer assistance.

In Nachshon Wachsman's head and neck area, three main groups of shrapnel were found. In the nape of the left neck area, there was a large number of small shrapnel with fractures to the occipital bone. This indicates that the exit wounds were in this area. Shrapnel was also found in the front and middle neck areas and the upper back area. All of those wounds were consistent with the passage of a bullet.

The back side of the skull and the nape shows an open wound with crushed fractures of the skull with missing bones and exposure of the brain.

9. In Nachshon Wachsman's chest and abdomen area, there was a large amount of small shrapnel in both the front and rear part of the chest. There was a large tear of the heart and major blood vessels. Both lungs were collapsed. There were eight wounds in the abdomen consistent with the passing of bullets. The wounds were caused by the penetration of bullets fired at close range, likely less than one (1) meter.

10. The death of Nachshon Wachsman, to a reasonable degree of medical certainty, was caused by severe damage to his brain, chest, and abdomen organs, as the result of the shooting of bullets and other shrapnel.

I hereby declare and certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. It is based on my personal knowledge, and if I

were called to testify in this court proceeding, my testimony would be the same as what is contained in this Affidavit.

Executed on  07-13-08 , 2008            _____
                                                         Professor Jehuda Hiss, M.D.