**EXHIBIT  20 B**

# CURRICULUM  VITAE

Name*: Jehuda   Hiss   MD*  Identity Number: *64595358*

Faculty: *Sackler Faculty of Medicine*    Department: *Pathology*

Place of Work: *The National  Center of Forensic Medicine, 67 Ben Zvi  Street*
           *P.O.Box 8495, Tel Aviv 61085* , *Israel*

Phone No.: *03-5127843/44*    Fax: *972-3-6833813*        Mobile Phone No: *0506242747*

e-mail: *jehuda.hiss@forensic.health.gov.il*

Home Address: *61 Mivtza Kadesh St . Tel Aviv 69988*

Phone No.: *03-6493585*

Date and Place of Birth: *May 11, 1946,  Poland*

Arrival in Israel: *1957*

IDF (Israeli Defense Forces) Military Service  *1964 (enlisted), 1966 (discharged), Current
(active reserve duty)*

Marital Status: *Married* ,  No. of Children: *2*


A. Education

| | |
|---|---|
| 1966-1973 | Medicine,  The University of Bologna. Bologna, Italy.<br>Title of Thesis: Mucosal Secretions' Role in Gastric Pathology.<br>Supervisor: Prof. Luigi Barabara. |
| 1973-1974 | Rotating Internship, The Hebrew University Hadassah School of<br>Medicine. Jerusalem, Israel. |
| 1975-1980 | Residency in Anatomic Pathology, Chaim Sheba Medical Center.Tel<br>Hashomer, Israel. |
| 1981 | Residency in Forensic Medicine, Institute Fur Gerchtliche Medizin der<br>Universitat  Wien. Vienna, Austria. |
| 1981-1983 | Residency in Forensic Medicine, Cuyahoga County Coroner's Office.<br>Cleveland, USA. |
| 1984 | Residency in Forensic Medicine, The L. Greenberg Institute of Forensic<br>Medicine. Tel Aviv, Israel. |
| 1985 | Residency in Forensic Medicine, Department of Forensic Medicine,<br>University of Leeds. Leeds, UK. |
| 1985 | Residency in Forensic Medicine, Department of Forensic Medicine and<br>Toxicology, Charring Cross and Westminster Medical School. London,<br>UK. |

B. Further Studies

| | |
|---|---|
| 1993 | Forensic and Aviation Pathology, Medical Examiner Office, Armed Forces Institute of Pathology. Washington DC, USA. |
| 1995 | Advanced Course in Forensic Pathology, FBI Academy. Quantico, USA. |
| 1996 | Forensic Anthropology. Uniformed Services University of the Health Sciences. Bethesda, USA. |
| 2003 | Forensic Dental Identification and Emergency Technologies, Armed Forces Institute of Pathology. Bethesda, USA. |
| 2007 | Virtopsy – Imaging Autopsy, Institute of Forensic Medicine. Bern, Switzerland. |

C. Clinical Experience

| | |
|---|---|
| 1973-1974 | Rotating Internship, The Hebrew University Hadassah School of Medicine. Jerusalem, Israel. |
| 1975-1980 | Residency in Anatomic Pathology, Chaim Sheba Medical Center.Tel Hashomer, Israel. |
| 1981- 1985 | Residency in Forensic Medicine. Vienna – Austria, Cleveland – USA, London and Leeds - UK  and Tel Aviv – Israel. |
| 1986-current | Pathological and Clinical Forensic Medicine and Anatomical Pathology. Tel Aviv – Israel. |

D. Academic Experience

| | |
|---|---|
| 1979-1981 | Instructor. Sackler Faculty of Medicine, Tel Aviv University, Ramat Aviv, Israel. |
| 1982-1983 | Assistant Professor. Case Western Reserve Medical School, Cleaveland, USA. |
| 1983-1986 | Lecturer. The Hebrew University Hadassah School of Medicine. Jerusalem, Israel. |
| 1985 -1988 | Lecturer. Sackler Faculty of Medicine, Tel Aviv University, Ramat Aviv, Israel. |
| 1989 -1994 | Senior Lecturer. Sackler Faculty of Medicine, Tel Aviv University, Ramat Aviv, Israel. |
| 1995-current | Associate Clinical Professor. Sackler Faculty of Medicine, Tel Aviv University, Ramat  Aviv, Israel. |
| 1995-current | Associate Clinical Professor. The Hebrew University Hadassah School of Medicine . Jerusalem, Israel. |

E. Active Participation in Scientific Meetings

1. Hiss, J., Bloch, B. and Tadjer, G. Postmortem Diagnosis of Drug Adiction in Israel. 2nd International Congress on Drugs and Alcohol. Tel Aviv, Israel 1983.

2. Hiss, J., Shafir, R., Itzchak, Y. and Bubis, J. Pitfalls in Ultrasonic Measurements of the Thickness of Cutaneous Malignant Melanoma. First International Conference on Skin Melanoma. Venice, Italy, 1985.

3. Hiss, J. and Tadjer, G. Drugs Detected in Fatal Cases of Narcotic Addicts in Israel in the Years 1975-1987. The World Congress on Drug and Alcohol. Tel Aviv, Israel, 1988.

4. Hiss, J. and Levi, B. Autoerotic Death. 25th International Congress on Law and Mental Health. Tel Aviv, Israel, 1989.

5. Hiss, J. Quality Assurance and Safety in Anaesthesia. 15th International Congress of the Israel Society of Anaesthesiologist. Tel Aviv, Israel, 1989.

6.Hiss, J. Medicolegal Aspects of Plastic Surgery. 17th Congress of Israel Surgical Society. Haifa, Israel, 1990.

7. Hiss, J. Fatal Myocarditis in the Young. ISNUD Workshop of Sudden Cardiac Death. Budapest, Hungary, 1991.

8. Hiss, J. Medical Negligence in Pathology. 8th Israel Medical Week. Jerusalem, Israel, 1991.

9. Avrahami, R., Hiss, J., Daniels-Philips, E., Watenberg, S., Deutch, A, and Lalzuck, S. Postmortem Endoscopy Versus Conventional Autopsy: A Preliminary Report. International Symposium on New Trends in Endoscopic Surgery. Tel Aviv, Israel, 1994.

10. Hiss, J. and Avrahami, R. Endoscopic Autopsy. International Symposium in Post Mortem Examinations. Guest Lecturer. El Escorial, Spain. 1996.

11. Hiss, J. and Hellman, F. N. Lethal Injuries by Rubber and Plastic Ammunition: The Israeli Experience. American Academy of Forensic Sciences. Seattle, USA. 1995.

12. Hiss, J. The Infection Hazards of Human Necroscopies. International Conference of Communicable Diseases as Occupational Hazards. Jerusalem, Israel, 1996.

13. Shatz, A., Arensburg, B and <u>Hiss, J.</u> . Anatomo-Histological Findings in the Upper Airways of SIDS Victims - Relationship to Risk Factors. <u>European Society for the Study and Prevention of Infant Death,</u> Jerusalem, Israel, 1999.

14. <u>Hiss, J.</u>  Diagnosis of Pediatric Physical Abuse. <u>The 2nd Israeli Conference on Childhood Injury.</u> Jerusalem, Israel. 2000.

15. <u>Hiss, J.</u> and Kahana, T.  Identification of Human Remains of MIAs. <u>International Red Cross Conference.</u> Geneva, Switzerland. 2003.

16. <u>Hiss, J.</u> and Kahana T. Identification of Victims of Suicidal Bombings. <u>International Conference on Medical Consequences of Terrorism.</u> Tel Aviv, Israel. 2004.

F. <u>Academic and Professional Awards</u>

| | | |
|---|---|---|
| 1978 | Sheba's Fellows of Vienna | Grant |
| 1981 | WHO. Washington D.C. | Fellowship |
| 1985 | Lewis Fellowship Fund. London | Fellowship |
| 1988 | Rekanati Fund. | Grant |
| 1994 | Globinsky-Ein Foundation. | Grant |
| 1997 | Mifal Hapais Foundation. | Grant |
| 1997 | Fanster Penny Foundation | Award |
| 1998 | The Society for Medicine and Law | Award |
| 1999 | Tibbor and Rubinstein Foundation | Grant |
| 2001 | Karzenelbogen Foundation | Grant |
| 2004 | Ben Gurion University | Award |

G. <u>Membership in Professional Societies</u>

| | |
|---|---|
| 1973- | Israeli Medical Association |
| 1979- | Israeli Society of Pathologists |
| 1985- | British Association of Forensic Medicine |
| 1985- | International Association of Pathologists (USA) |
| 1985- | Society for Medicine and Law (Israel) |

H. <u>Supervision of Graduate Students</u>

| | |
|---|---|
| 1989 | Yosef Turets. Sudden Unexpected Death in Adolescents and Young |

Adults in Israel. M.D. Student. Tel Aviv University.

1991        Hagai Wax.  Detection and Identification of Buried Bodies by Aerial
            Thermic  Visualization. M.Sc. Student. Tel Aviv University.

1992        Alex Shapira. Late Anatomic Damage to Sensory Neural Branches of
            the Ankle Following a Sprain. M.D. Student. Tel Aviv University.

1993        Michael Dreser. The Evaluation of PMCT as Compared to Autopsy
            Findings. M.D. Student. The Hebrew University.

1994        Smadar Sivor. Aging Changes in the Nucleolar Organizer Regions
            Associated Proteins of the Labial and Palatal Minor Salivary Glands.
            D.M.D. Student. Tel Aviv University.

1997        Tzipi Kahana. Age-Related Changes in the Architecture of the
            Trabecular Bone of the Appendicular Skeleton: Forensic and Clinical
            Implications. Ph.D. Student. The Hebrew University.

1998        Alexander Tsudainov. Continuous Psoas Compartment Block. M.D.
            Student. Tel Aviv University.


I. <u>Teaching Experience</u>

1977 -1981     Pathology of Kidney and Heart. Sackler Faculty of  Medicine, Tel Aviv
               University. Ramat Aviv, Israel.


1983-current   Environmental Pathology and Pathological and Clinical Forensic
               Medicine. Sackler Faculty of  Medicine, Tel Aviv University. Ramat Aviv,
               Israel.

1983-current   Forensic Sciences. Faculty of Law, Tel Aviv University. Ramat Aviv,
               Israel.

1983-current   Pathological and Clinical Forensic Medicine. The Hebrew University.
               Hadassah School of   Medicine, Jerusalem, Israel.

1991- 2002     Forensic Sciences. Faculty of Law, The Hebrew University.
               Jerusalem, Israel.

1993 - 2000    Forensic Sciences. Faculty of Law, Haifa University. Haifa, Israel.

1998- 2002     Forensic Medicine. Health Sciences Faculty, Ben Gurion University of
               the Negev. Beer Sheba, Israel.

2001-current   Forensic Psychiatry. Post Graduate Course. Sackler Faculty of
               Medicine, Tel Aviv University, Ramat Aviv, Israel.


J. <u>Professional Appointments</u>

1985-1991     Medical Secretary of the Medical Defense Union

1988-2004     Director of the National Center of Forensic Medicine

2005-current   Chief Medical Examiner

K. <u>Certificates</u>:

| 1973- | License to practice medicine in Israel (No. 11121) |
| 1981- | Board certification in Anatomic Pathology (No. 6879) |
| 1982- | ECFMG  (No. 191-428-2) |
| 1985- | Board certification in Forensic Medicine (No. 8632) |

L. Bibliography

A. Books written

1. Arensburg, B, Buchner, A. and Hiss, J.
Identification of the Living and Dead.
Israeli Ministry of Defense (eds). 1987.

B. Original Articles in peer reviewed periodic publications (until 1995, previous to the
   appointment to Assistant Clinical Professor)

1. David, R. and Hiss, J.
Corpora Amylacea in Mesothelioma of the A - V Node.
 J Pathol 124:111-116, 1978.

 2. Hiss, J and Shafir, R.
Pseudomelanoma in a Keloid.
 J Derma Surg Oncol  4:938-939, 1978.

3.  Wallden, R., Hiss, J and Adar, R.
Congenital Membranous Obstruction of the Inferior Vena Cava.
Is J Med Sci 14: 342:348, 1978.

4. Keren, G., Cohen, B.E., Barzilay, Z., Hiss, J. and Wolman, M.
Kawasaki's Disease and Infantile Polyarteritis Nodosa: Is Pseudomonas Infection
Responsible? Report of a Case.
Is J Med Sci 15:592-600, 1979.

5. Zweig, A., Karasik, A. and Hiss, J.
Dirofilaria in a Cervical Lymph Node in Israel.
 Hum Pathol 12:939-940, 1981.

6. Hiss, J. , Bubis, J., Wolman, M.
The effect of Levan on the Migration of Different White Blood Cells Across Blood-Vessel.
Br J Exp Pathol 62:437-439, 1981.


7. Lison, M., Kornbut, B., Feinstein, A,. Hiss, J. and Goodman, R.B.
 Progressive Spastic Paraparesis, Vitiligo, Premature Graying and Distinctive Facial
Apperance: A New Genetic Syndrome in 3 Sibs.
Am  J Med Genet 9:351-357, 1981.


8. Shafir, R., Hiss, J. , Tsur, H. and Bubis, J.
The Thin Malignant Melanoma: Changing Patterns of Epidemiology and Treatment.
Cancer  50:817-819, 1982.


9. Shafir, R., Hiss, J. , H. Tsur and Bubis, J.
Imprint Cytology and Frozen Section Histology in Rapid Diagnosis of Malignant Melanoma.
Advances in Pathol 2:503-505, 1982.


10. Ben Shoshan, J., Man, A., Leventon, G. and Hiss, J.
Primary Amyloidosis of the Larynx.
Ear  Nose Throat 91:230-232, 1982.


11. Katzenelson, D., Gross, S. and Hiss, J.
Mumps Encephalitis in Bilateral Papillomas of the Choroid Plexus.
Is J Med Sci 18:649-651, 1982.


12. Reiter, Ch.,  Hiss, J. and Muller-Hartburg, W.
Herzfibrom bei Familiarem Gorlin-Syndrom mit Virilisierung.
Weiner Klinische Wochenschrift 94:430-434, 1982.


13. Shaffir, R., Hiss, J. , Tsur, H. and Bubis, J.
Pitfalls in Frozen Section Diagnosis of Malignant Melanoma.
Cancer 51:1168-1170, 1983.


14. Rubinstein, I. Hiss, J. and Baum, J. L.
Neurological Presenting Symptoms in Sarcoidosis.
Harefuah 105:210-211, 1983 (In Hebrew).


15. Shafir, R., Hiss, J. , Tsur, H. and Bubis, J.
Imprint Cytology in the Intraoperative Diagnosis of Malignant Melanoma.
Acta Cytologica 27:255-257, 1983.

16. Rubinstein, I., <u>Hiss, J.</u>  and Baum, J. L.
Intramedullary Spinal Cord Sarcoidosis.
<u>Surg Neurol</u> 21: 272-274, 1984.


17. Schwartz, H.J., Yunginger, J.W., Teingland, J.B., Sutheimer, C. and <u>Hiss, J.</u>
Sudden Death Due to Stinging Insect Hypersensitivity.
<u>Am J Clin Pathol</u> 81:794-795, 1984.


18. Shafir, R., Itzchak, Y., Heyman, Z., Azizi, E., Tsur, H. and <u>Hiss, J.</u>
Preoperative Ultrasonic Measurements of the Thickness of Cutaneous Malignant Melanoma.
<u>J Ultrasound Med</u> 3:205-208, 1984.


19. Rubinstein, I., Baum, G.L. and <u>Hiss, J.</u>
Cardiac Tamponade as the Presenting Symptom of Sarcoidosis.
<u>Am Heart J</u> 109:1387-1388, 1985.


20. <u>Hiss, J.</u> , Rosenberg, S.B. and Adelson, L.
" Swinging in the Park" an Investigation of Autoerotic Death.
<u>Am J Forensic Med Pathol</u> 6:250-255, 1985.


21. Rubinstein, I., Baum, G.L. and <u>Hiss, J.</u>
Misdiagnosis of the Sarcoidosis  in Active Pulmonary Tuberculosis.
<u>Eur J Respir Dis</u> 66:302-305, 1985.


22. Rubinstein, I., Baum, G.L., <u>Hiss, J.</u> and Solomon, A.
Hemoptysis in Sarcoidosis.
<u>Eur J Respir Dis</u> 66:302-305, 1985.


23. <u>Hiss, J.</u> and Adelson, L.
Multivascular Atheromatous Coronary Microembolism.
<u>Am J Forensic Med Pathol</u> 7:9-16, 1986.


24. Rubinstein, I., Baum, G.L. and <u>Hiss, J.</u>
Sarcoidosis in the Penis: Report of a Case.
<u>J Urol</u> 135:1016-1017, 1986.


25. Barak, S., Engelberg, I.E. and <u>Hiss, J.</u>  Gingival Hyperplasia Caused by  Nifedipin -
Histopathologic Findings.
<u>J Periodontol</u> 58:639-642, 1987.

26. Franks, A. J., Hiss, J. and Sivalaganathan, S.
Congenital Absence of the Left Vertebral Artery with Traumatic Thrombosis of the Right
Artery.
Med Sci Law 27:114-117, 1987.

27. Dolev, E, Rosenman T. and Hiss, J.
Pulmonary Mass and Recurrent Hemoptysis-Clinico Pathological Conference.
Harefuah 114:464-470, 1988 (In Hebrew).

28. Hiss, J., Hirshberg, A., Dayan, D., Bubis, J. and Wolman, M.
Aging of Wound Healing in Experimental Model in Mice.
Am J Forensic Med Pathol 9:310-312, 1988.

29. Rubinstein, I., Baum, G.L., Hiss, J., Margaliot, S. and Yellin, A
Sarcoidosis and Hashimoto's Thyroiditis. A Chance Occurrence.
Respiration 48:136-139, 1988.

30. Standnyk, A. N., Rubinstein, I., Grossman, R. F., Baum, G.L., Hiss, J. and Solomon, A.
Clinical Features of Sarcoidosis in Elderly Patients.
Sarcoidosis 5:121-123, 1988.

31. Czerniak, A., Lotan, G., Hiss, J., Shemesh, E., Avigad, I. and Wolfstein, I.
The Feasibility of in Vivo Resection of the Left Lobe of the Liver and Using it for
Transplantation.
Transpl 48:26-32, 1989.

32. Dyan, D., Hiss, J. , Hirshberg, A, Bubis, J. and Wolman, M.
Are the Polarization Colors of Picrosirius Red Stained Collagen Determined Only by the
Diameter of the Fibres?
Histochemistry 93:27-29, 1989.

33. Shatz, A., Hiss, J. and Arensburg B.
Basement Membrane Thickening of the Vocal Cords in Sudden Infant Death Syndrome.
Laryngoscope 101:486-489, 1991.

34. Hershkovitz, I, Levy, B., Hiss, J. and Arensburg, B.
Medicoritual Trephinations in Modern Israel.
Am J Forensic Med Pathol 12:194-199, 1991.

35. Trau, H., Dayan, D., Hirshberg, A., Hiss, J., Bubis, J. and Wolman M.
Connective Tissue Nevi Collagens Study with Picrosirius Red and Polarized Microscopy.
Am J Dermatopath 13:374-377, 1991.

36. Drori, Y., Turetz, Y., Hiss, J. , Lev, B., Fishman, E. Z., Pines, A. and Kramer, M.R.
Sudden Unexpected Deaths in Persons < 40 Years of Age.
Am J Cardiol 68:1389-1392, 1991.

37. Ellis, M., Hiss, J. and Shenkman, L.
Fatal Methemoglobinemia Caused by Inadvertant Contamination of a Laxative Solution with
Sodium Nitrate.
Is J Med Sci 28:289-291, 1992.

38. Hiss, J. and Arensburg B.
Suffocation from Missuse of Gas Masks During the Gulf War.
Br Med J 304:92, 1992.

39. Gamzu, R., Yogev, L., Yavetz, H., Homonnai, Z., Hiss, J.  and Paz, G.
Fresh and Frozen- Thawed Human Sperm Bind in a Similar Pattern to the Zona Pellucida in
the Hemizona Assay.
Fertile Steri 58:1254-1256, 1992.

40. Wishbaratz, S, Ring, G.D., Hiss, J. , Shatz, A. and Arensburg B.
The Microscopic Structure and Function of the Vascular Retrodiscal Pad of the Human
Temporomandibular Joint.
Arch Human Bio 38:265-268, 1993.

41. Shatz, A., Hiss, J. , Hammel, I., Arensburg, B. and Variend, S.
 Age-related Basement Membrane Thickening of the Vocal Cords in Sudden Infant Death
Syndrome.
Laryngoscope 104:865-868, 1994.

42. Shatz, A., Arensburg, B., Hiss, J. , and Osfeld, E.
Cervical  Posture  and Nasal Breathing in Infancy.
Acta Anat 149:141-145, 1994.

43. Hiss, J., Kahana, T. and Arensburg, B.
Suicidal Asphyxia by  Gas-mask.
Am J Forensic Med Pathol  15:213-215, 1994.

44. Kahana, T. and Hiss, J.
Positive Identification by Means of Trabecular Bone Pattern Comparison.
J Forensic Sci 39:1325-1330, 1994.

45. Hiss, J., Kahana, T., Kugel, C. and Epstein, Y.
Classical and Exertional Heat Stroke Deaths- Report on 4 Cases with Emphasis on the
Discomfort Index.
Med Sci Law 34:339-343, 1994.

46. Hiss, J. and Kahana, T.
The Fatalities of the Intifada (Uprising): The First Five Years.
Forensic Sci Soc 34: 225-230, 1994.

47. Donchin, Y., Rivkind, A., Bar Ziv, J., Hiss, J. , Almog, J. and Dresher, M.
Post-Mortem Computed Tomography: Is it a Worthwhile Procedure?
J Trauma 37:552-556, 1994.

48. Avrahami, R., Watemberg, S., Hiss, J. and Lelcuk, S.
The Use of Laparascopy Safety-Trochars for Chest Drain Insertion: Faster, Safer, Easier.
Endosurgery 2:53-55, 1994.

49. Hiss, J. and Kahana, T.
The Medico-legal Implications of Bilateral Cranial Fractures in Infants.
J Trauma 38:1-3, 1994.

50. Avrahami, R., Watemberg, S., Daniels-Phillips, E., Kahana, T. and Hiss, J.
Endoscopic Autopsy.
Am J Forensic Med Pathol 16:147-150, 1995.

51. Avrahami, R., Watemberg, S. and Hiss, J.
Thoracoscopy Vs Conventional Autopsy of the Thorax.
Arch Surg 130:956-958, 1995.

52. Avrahami, R., Watemberg, S., Hiss, J. and Deutch, A.
Laparoscopic Vs Conventional Autopsy. A Promising Prospective.
Arch Surg 130:407-409, 1995.

53. Schneiderman, R., Snir, E., Popper, O., Hiss, J. Stein, H. and Maroudas, A.
Insulin-Like Growth Factor-1 and its Complexes in Normal Human Articular Cartilage: Studies
of Partition and Diffusion.
Arch Biochemistry Biophysics 324: 159-172, 1995.

54. Schneiderman, R., Rosenberg, N., Hiss, J. , Lee, P., Liu, F., Hintz, R.L. and Maroudas, A.
Concentration and Size Distribution of Insulin-Like Growth Factor-I in Human Normal and
Osteoarthritic Synovial Fluid and Cartilage.
Arch Biochemistry Biophysics  324:173-188, 1995.

55. Hiss, J. and Kahana, T.
Fabricated Homicides in Israel in Light of the Intifada.
J Clin Forensic Med 2:189-193, 1995.

56. Rabau, M.Y., Hirshberg, A., Hiss, J. and Dayan, D.
Intestinal Anastomosis Healing in Rat: Collagen Concentration and Histochemical
Characterization by Picrosirius Red Staining and Polarizing Microscopy.
Exp Molecular Pathol 62: 160-165, 1995.

57. Shapira, A., Hiss, J. , Herness, D., Lin, F. and Gordon A.
Damage to Sensory Cutaneous Nerves in Ankle Sprain.
Orthop Surg Techniques 9:17-20, 1995.

58. Donin, N. Sinai, J., Michovitz, M., Hiss, J. , Nordemberg, J. and Libovici, J.
Role of Immune Response as Determinant of Tumor Progression in Function of Host Age in
the B16 Melanoma.
Mechanisms Aging Development 80:121-137, 1995.


B1. Original Articles (since the appointment to assistant clinical professor)

59. Hiss, J., Kahana, T. and Kugel, C.
Beaten to Death - Why do They Die?
J Trauma 40: 1-4, 1996.

60. Friedman, Z, Kugel, C., Hiss, J.,  Marganit, B., Stein, M. and Shapira, SC.
The Abbreviated Injury Scale. A Valuable Tool for Forensic Documentation of Trauma.
Am J Forensic Med Pathol 17:233-238, 1996.

61. Kahana, T., Lipstein, E. and Hiss, J.
Estimation of Height in the Israeli Population: A Revision of the Standard Regression
Formulae.
Sci Justice 36:81-84, 1996.

62. Gal, R., Koren, R., Nofeph-Mozes, S., Mukamel, E. Hiss, J. and Zaydel, L.
Evaluation of Mucinous Metaplasia of the Prostatic Gland by Mucin Histochemistry.
Br J Urol 77:113-117, 1996.

63. Hiss, J. and Kahana, T.
Medicolegal Investigation of Death in Custody: A Post-Mortem Procedure for Detection of
Blunt Force Injury.
Am J Forensic Med Pathol 17:312-314, 1996.

64. Avrahami, R., Watemberg, S. and Hiss, J.
The Use of Laparoscopy Safety Trocars in Emergency Peritoneal Lavage: Faster, Safer,
Easier.
Endosurgery 4:1129-1130, 1996.

65. Watemberg, S., Avrahami, R., Landau, O. and Hiss, J.
Minimally Invasive-Endoscopic Autopsy: A Cosmetic and Reliable Alternative.
Endosurgery 4: 1131-1133, 1996.

66. Hiss, J. , Hellman, F.N. and Kahana, T.
Rubber and Plastic Ammunition Lethal Injuries: The Israeli Experience.
Med Sci Law 37:139-144,1997.

67. Kahana, T., Freund, M. and Hiss, J.
Suicidal Terrorist Bombings in Israel - Identification of Human Remains.
J Forensic Sci 42:260-264, 1997.

68. Jaffe, R., Ariel, I., Beeri, R., Paltiel, O., Hiss, J., Rosen, S. and Brezis, M.
Frequent Apoptosis in Human Kidneys after Acute Renal Hypoperfusion.
Exp Nephrol 5:399-403,1997.

69. Luboschitzky, R., Dharan, M., Goldman, D., Hiss, J., Herir, P. and Lavie, P.
Immunohistochemical Localization of Gonodatropin and Gonadal Steroid Receptors in Human
Pineal Glands.
J Clin Endocrin Metab 82:997-981,1997.

70. Shatz A., <u>Hiss, J.</u> and Arensburg, B.
Myocarditis Misdiagnosed as Sudden Infant Death Syndrome (SIDS).
<u>Med Sci Law</u>  37:16-18, 1997.


71. Luboshitzky, R.Dharan, M., Goldman, D., Herer, P., <u>Hiss, J.</u> and Lavie, P.
Seasonal Variation of Gonadotropins and Gonadal Steroids Receptors in the Human Pineal
Gland.
 <u>Brain Res Bull</u> 44:665-670, 1997.


72. Avrahami, R. Nudelman, I. Watenberg, S. Landou, O., <u>Hiss, J.</u> and Lelchuk, S.
Minimally Invasive Surgery for Axillary Dissection.
<u>Surg Endosc</u> 12:466-468, 1998.


73. Klein, O., Staroselsky, A., Huszar, M, <u>Hiss, J.,</u> Kay, S., Donin, N., Zeidel, L., Michowitz, M.
and Leibovici, J.
Biological Behaviour and Cell Properties of New AKR Lymphoma Malignancy Variants.
<u>Tissue & Cell</u> 30:95-103, 1998.


74. Kahana, T., <u>Hiss, J.</u> and Smith, P.
Quantitative Assessment of Trabecular Bone Pattern Identification.
<u>J Forensic Sci</u>  43: 1144-1147, 1998.


75. Avrahami, R., Stelman, E., Haddad, M., Koren, A., Dahan, J., <u>Hiss, J.</u> and Zelikovski, A.
Retroperitoneal Endoscopic Lumbar Sympathectomy with Ballon Dissection.
<u>Surg Laparosc Endosc</u> 8:197-199, 1998.


76. Karasik, D., Yakovginko, K., Lipstein, E. and <u>Hiss, J.</u>
Violent Mortality Patterns in Immigrants in Israel (1990-95).
<u>Med Sci Law</u> 39:173-181, 1999.


77. Yanai, O., Goldin, L., Kugel, C. and <u>Hiss, J.</u>
Occupational Fatalities in Israel.
<u>J Clin Forensic Med</u>  6:129-132, 1999.


78. Kahana, T., Almog, J., Levy, J., Shmeltzer, E., Spier, Y. and <u>Hiss, J.</u>
Marine Taphonomy: Adipocere Formation in a Series of Bodies Recovered from a Single
Shipwreck.
<u>J Forensic Sci</u>  44: 897-901, 1999.

79. Yanai, O., Daniels-Phillips E. and Hiss, J.
Sudden Cardiac Death During Sport and Recreational Activities in Israel.
J Clin Forensic Med 7:88-91, 2000.

80. Glattstein, B., Zeichner, A. Vinokurov, A., Levin, N., Kugel, C. and Hiss. J.
Improved Method for Shooting Distance Estimation. Part III. Bullet holes in cadavers.
J Forensic Sci 45:1243-1249, 2000.

81. Gothelf, D., Soreni, N., Nachman, R.P., Tyano, S., Hiss, J., Reiner, O. and Weizman, A.
Evidence for the Involvement of the Hippocampus in the Pathophysiology of Schizophrenia.
Eur Neuropsychopharmacology 10:389-395, 2000.

82. Kay, S., Donin, N., Michowitz, M., Katzenelson, D., Hiss, J., Schibi, G., Pinchassov, A. and Leibovici, J.
Release from Apoptosis Correlates with Tumor Progression in the AKR Lymphoma.
Biochimica Biophysica Acta 1497:37-50, 2000.

83. Kahana, T., Goldin, L. and Hiss, J.
Personal Identification Based on Radiographic Vertebral Features.
Am J Forensic Med Path 23:36-41, 2002.

84. Nachman, R., Yanai, O., Goldin, L., Swartz, M., Barak, Y. and Hiss, J.
Suicide in Israel: 1985-1997.
J Psychiatry Neurosci 27:423-428, 2002.

85. Yakirevich, E., Yanai, O., Sova, Y., Sabo, E., Stein, A., Hiss, J. and Resnick, MB.
Cytotoxic Phenotype of Intra-epithelial Lymphocytes in Normal and Cryptorchid Human Testicular Excurrent Ducts.
Hum Reprod 17:275-283, 2002.

86. Hiss, J., Freund, M., Motro, U. and Kahana, T.
The Medicolegal Investigation of the El Aqsah Intifada.
Isr Med Asso J 4:549-553, 2002.

87. Kahana, T., Birkby, W.H., Goldin, L. and Hiss, J.
Estimation of Age in Adolescents – The Basilar Synchondrosis.
J Forensic Sci 48:504-508, 2003.

88. Kluger, Y.,Mayo, A., <u>Hiss, J.</u>, Ashkenazi, E., Bendahan, J., Blumenfeld, A., Michaelson, M., Simon, D., Schwartz, I. and Alfici, R.

Medical Consequences of Terrorist Bombs Containing Spherical Metal Pellets: Analysis of a Suicide Terrorism Event.

<u>Eur J Emerg Med</u> 12:19-23, 2005.


89. Kosashvili, Y., <u>Hiss, J.,</u> Davidovic, N., Lin, G., Kalmovic, B., Melamed, E., Levy, Y, and Blumenfeld, A.

Influence of Personal Armor on Distribution of Entry Wounds: Lessons Learned from Urban-setting Warfare Fatalities.

<u>J Trauma</u> 58:1236-1240, 2005.


90<u>. Hiss, J.,</u> Freund, M. and Kahana, T.

The Forensic Expert Witness – an Issue of Competency.

<u>Forensic Sci Int</u> 168:89-94, 2007.


B2. <u>Case Reports</u>


1. Kahana, T., Ravioli, J.A., Urroz, C.L. and <u>Hiss, J.</u>

Radiographic Identification of Fragmentary Human Remains from a Mass Disaster.

<u>Am J Forensic Med Pathol</u> 18:40-44, 1997.


2. Penalver, J., Kahana, T. and <u>Hiss, J.</u>

Prosthetic Devices in Positive Identification of Human Remains.

<u>J Forensic Identification</u> 47:400-405, 1997.


3. Yanai, O. and <u>Hiss, J.</u>

Cocaine "Mules" – Two Case Reports.

<u>Harefuah</u> 136:190-193, 1999 (In Hebrew).


4. Yanai, O., Goldin, L. and <u>Hiss, J.</u>

Fatal Rat Bites – a Case Report.

<u>Harefuah</u> 136:611-613, 1999 (In Hebrew).


5. Yanai, O., Goldin, L. and <u>Hiss, J.</u>

Sudden Unexpected Nocturnal Death (SUND).

<u>Harefuah</u> 136:626-628, 1999 (In Hebrew).


6. <u>Hiss, J.</u>, Horowitz, A, and Kahana, T.

Fatal Hemorrhage Following Male Ritual Circumcision.

J Clin Forensic Med 7:32-34, 2000.

7. Hiss, J., Leifer, A. and Kahana, T.
Child Neglect or Tragic Misadventure?
J Clin Forensic Med 7:188-194, 2000.

8. Klein, C., Balash, Y., Pollak, L., Hiss, J. and Rabbe, M.J.
Body packer: Cocaine Intoxication Causing Death, Masked by Concomitant Administration of
Major Tranquilizers.
Eur J Neurology 7:555-558, 2000.

9. Kahana, T. and Hiss, J.
Confusing Exit Gunshot Wound – "Two for the Price of One".
Int J Legal Med 116:47-49, 2002.

10. Kahana, T., Goldstein, S., Kugel, C. and Hiss, J.
Identification of Human Remains Through Comparison of Computerized Tomography and
Radiographic Plates.
J Forensic Identification 52:151-158, 2002.

11. Neudorf-Grauss, R., Weiss, Y., Hiss, J.  and  Amital, H.
Aortic Dissection in a Young Woman with Turner's Syndrome.
Eur J Intern Med 13:463-466, 2002.

12.  Kahana, T. and Hiss, J.
Suprapelvic and Pelvic Phleboliths – A Reliable Radiographic Marker For Positive
Identification.
J Clin Forensic Med 9:115-118, 2002.

13.  Hiss, J., Shoshani, E., Zaitsew, K., Giverts, P. and Kahana, T.
Self Inflicted Gunshot Wound Caused by a Home-Made Gun – Medico-Legal and Ballistic
Examination.
J Clin Forensic Med 10:165-168, 2003.

14. Davis, N.L., Kahana, T. and Hiss, J.
Souvenir Knife: A Retained Transcranial Knife Blade.
Am J Forensic Med Pathol 25:259-61, 2004.

15. Furman-Reznic, M., Nachman, R. and Hiss, J.
Penile Lesions – Reinforcing the Case Against Suspects of Sexual Assault.

J Clin Forensic Med 11:78-81, 2004.

16. Kahana, T., Penner, M., Nachman, R. and Hiss, J.
Multidisciplinary Forensic Approach – Investigation of a Neonaticide and Alleged Concomitant Rape.
J Clin Forensic Med 12:143-148, 2005.

17. Freund, E., Nachman, R., Gips, H. and Hiss, J.
Migration of a Kirschner Wire Used in the Fixation of a Subcapital Humeral Fracture, Causing Cardiac Tamponade: Case Report and Review of Literature.
Am J Forensic Med Pathol 28:155-156, 2007.

18. Gips, H., Yannai, U. and Hiss, J.
Self-inflicted Gunshot Wound Mimicking Assault: A Rare Variant of Factitious Disorder.
J Forensic Leg Med 14:293-296, 2007.

B3. Review Articles

1. Hiss, J. , Kahana, T. and Arensburg, B.
Forensic Medicine in Israel.
Am J Forensic Med Pathol 18:154-157, 1997.

2. Kahana, T. and Hiss, J.
Identification of Human Remains: Forensic Radiology.
J Clin Forensic Med 4:7-15, 1997.

3. Kahana, T. and Hiss, J.
Suicide Bombers in Israel.
Am J Forensic Med Pathol 19:63-66, 1998.

4. Kahana, T. and Hiss, J.
Forensic Radiology.
Br J Radiol 72:129-133, 1999.

5. Hiss, J. and Kahana, T.
Trauma and Identification of Victims of Suicidal Terrorism in Israel.
Mil Med 165:889-893, 2000.

6. Kahana, T., Grande, A., Tancredi, D., Penalver, J. and Hiss, J.

Fingerprinting the Deceased: Traditional and New Techniques. J Forensic Sci 46:908-912, 2001.

7. Kahana, T. and Hiss, J.
Forensic Odontology in Israel.
Alpha Omegan 95:47-48, 2002.

B4. Chapters in Books

1. Hiss, J. and Kahana, T.
War Wounds
in: Mason, J.K. and Purdue B.N. (eds) The Pathology of Trauma, 3rd edition. Edward Arnold, London. 2000.

2. Kahana, T., Fulginiti, L.C., Birkby, W.H. and Hiss, J.
Role and Techniques of Forensic Anthropology.
In: J. Payne-James Ed. Forensic Medicine: Clinical and Pathological Aspects. Greenwich Medical Media, London. 2003.

3. Hiss, J., Freund, M., Motro, U. and Kahana, T.
The Forensic Pathology of Terrorism In Israel – Two Years of Suicide Bombing.
In: J. Shemer and Y. Shoenfeld (eds). Terror and Medicine. Medical Aspects of Biological, Chemical and Radiological Terrorism. Pabst Science Publishers, Lengerish, 2003.

4. Kahana, T. and Hiss, J.
Forensic radiology.
In: Tsokos M, ed., Forensic Pathology Reviews. Vol. 3. Humana Press Inc., Totowa, NJ, 2005.

5. Kahana, T., and Hiss, J.
Forensic Anthropology in Israel.
In: Faerman M, et al. (Ed). Diachronic patterns in the biology and health status of human populations of the Eastern Mediterranean. BAR International Series; Archeopress. Oxford. 2007.

D1. Invited Papers in Scientific Meetings.

1. Hiss, J. and Avrahami, R. Endoscopic Autopsy. International Symposium in Post Mortem Examinations. Guest Lecturer.  El Escorial, Spain. 1996.

2. Hiss, J. and Kahana, T.  Identification of Human Remains of MIAs. International Red Cross Conference. Geneva Switzerland. 2003.

G. Other Publications

1. Hiss, J. , Hepler, B.R., Falkowski, A. J. and Sunshine, I.
Fatal Bradycardia After Intentional Overdose of Cimetidine and Diazepam.
Lancet 30:982, 1982.

2. Rubinstein, I., Baum, G. L. and Hiss, J.
Selective IgA Deficiency and Sarcoidosis.
Chest 88:160, 1985.

3. Rubinstein, I., Baum, G. L., Hiss, J. and Solomon, A.
Hemoptysis as the Presenting Manifestation of Sarcoidosis.
Chest 91:931, 1987.

4. Hiss, J.
Forensic Sciences in Israel.
Lancet 30: 806, 1989.

5. Avrahami, R.,and  Hiss, J.
Endoscopic Autopsy.
Am J Forensic Med Pathol 16:178, 1995.

6. Avrahami, R., Watemberg, S., Hiss, J., and Deutsch, A.
Laparoscopic vs. Conventional Autopsy: A promising Perspective (Invited Commentary).
Arch Surg 130:407-409, 1995.

7. Furman-Reznic, M., and Hiss, J.
Assessing Child Abuse.
 Isr Med Assoc J   5:152, 2003.

Papers Presented at Scientific Meetings

1. Bogokowsky, H., Gilboa, Y., Paiewsky, M. and Hiss, J. Vascular Malformation of the Right Colon as a Cause of Masive Lower G-I Hemorrhage. International Congress of Surgery. Jerusalem, Israel, 1978.

2. Shafir, R., <u>Hiss, J.</u> and Tsur, H. Superficial Malignant Melanoma - Epidemiology and Managment. <u>Convention of the Israeli Surgical Society.</u> Haifa, Israel, 1980.

3. Shafir, R., <u>Hiss, J.,</u> Tsur, H. and Bubis, J. Imprint Cytology and Frozen Section in the Rapid Intraoperative Diagnosis of Malignant Melanoma. <u>4th Congress of the European Section of the International Confederation of Plastic and Reconstructive Surgery.</u> Athens, Greece, 1981.

4. <u>Hiss, J.</u>, Bloch, B. and Tadjer, G. Postmortem Diagnosis of Drug Adiction in Israel. <u>2nd International Congress on Drugs and Alcohol.</u> Tel Aviv, Israel 1983.

5. Rubinstein, I., Baum, G.L., <u>Hiss, J.</u> and Solomon, A. Sarcoidosis in Israel - A 31 Year Experience in a General Hospital. <u>10th International Conference on Sarcoidosis and Other Granulomatous Disorders.</u> Baltimore, USA, 1984.

6. <u>Hiss, J.</u>, Shafir, R., Itzchak, Y. and Bubis, J. Pitfalls in Ultrasonic Measurements of the Thickness of Cutaneous Malignant Melanoma. <u>First International Conference on Skin Melanoma.</u> Venice, Italy, 1985.

7. <u>Hiss, J.</u> and Tadjer, G. Drugs  Detected in Fatal Cases of Narcotic Addicts in Israel in the Years 1975-1987. <u>The World Congress on Drug and Alcohol.</u> Tel Aviv, Israel, 1988.

8. <u>Hiss, J.</u> and Levi, B. Autoerotic Death. <u>25th International Congress on Law and Mental Health.</u> Tel Aviv, Israel, 1989.

9. <u>Hiss, J.</u> Quality Assurance and Safety in Anaesthesia. <u>15th International Congress of the Israel Society of Anaesthesiologist.</u> Tel Aviv, Israel, 1989.

10. Arensburg, B., Levy, B. and <u>Hiss, J.</u>  Cranial Threphination in Israel. <u>5th Congress of Latin American Association of Legal Medicine.</u> Havana, Cuba, 1989.

11. <u>Hiss, J.</u> Medicolegal Aspects of Plastic Surgery.  <u>17th Congress of Israel Surgical Society.</u> Haifa, Israel, 1990.

12. <u>Hiss, J.</u> Fatal Myocarditis in the Young. <u>ISNUD Workshop of Sudden Cardiac Death.</u> Budapest, Hungary, 1991.

13. <u>Hiss, J.</u> Medical Negligence in Pathology. <u>8th Israel Medical Week.</u> Jerusalem, Israel, 1991.

14. Shneiderman, R., Popper, O., Azhani, R., Snir, E., Hiss, J. and Maroudas, A. IGF-1 and its Complex in Normal human Sera, Synovial Fluids and Cartilage. 40th Annual Meeting of the Orthopedic Research Society. New Orleans, USA, 1994.

15. Avrahami, R., Watenberg, S., Hiss, J. and Lalzuck, S. The Use of Laparoscopy Safety Trocars for Chest Drain and Peritoneal Lavage Catheter Insertion: Faster, Safer, Easier. International Symposium on New Trends in Endoscopic Surgery. Tel Aviv, Israel, 1994.

16. Avrahami, R., Hiss, J., Daniels-Philips, E., Watenberg, S., Deutch, A, and Lalzuck, S. Postmortem Endoscopy Versus Conventional Autopsy: A Preliminary Report. International Symposium on New Trends in Endoscopic Surgery. Tel Aviv, Israel, 1994.

17. Shats, A., Hiss, J. and Arensburg, B. Preferential Nasal Breathing in Infancy. 6th International Congress of Pediatric Otorhinolaryngology. Rotterdam, The Netherlands, 1994.

18. Hiss, J. and Hellman, F. N. Lethal Injuries by Rubber and Plastic Ammunition: The Israeli Experience. American Academy of Forensic Sciences. Seattle, USA. 1995.

19. Resnick, T. Jackman, A., Leibovici, J., Hiss, J. and Sherman, L. Tumorigenic Conversion of Established Human Keratinocytes (HaCat). with the E6 and E7 Genes of HPV16. Annual Meeting of the Cancer Biology Research Center of the Tel Aviv University. Eilat, Israel, 1995.

20. Donin, N., Katzenelson, D., Ravia, J., Hiss, J., Kay, S., Sinai, J., Michowitz, M. and Leibovici, J. Apoptosis and Cell Proliferation of Primary and Metastatic Tumor Cells of an AKR Lymphoma Variant. Annual Meeting of the Cancer Biology Research Center of the Tel Aviv University. Eilat, Israel, 1995.

21. Hiss, J. The Infection Hazards of Human Necroscopies. International Conference of Communicable Diseases as Occupational Hazards. Jerusalem, Israel, 1996.

22. Rochkind, S., Alon, M., Chudnovsky, N., Dekel, S., Mozes, G., Avraham, J., Ouaknine, G.E., Hiss, J. and Breskin, E. Interfascicular Neurolisis or Interfascicular Nerve Grafts in the Treatment of Brachial Plexus Injuries. 11th International Congress of Neurological Surgery, Amsterdam, The Netherlands ,1997.

23. Donin, N, Kay, S., Shibi, G., Sigal A., Hiss, J. Ravie., J., Sinai, J., Naffar, S. and Leibovici, J. Apoptotic Cell Death and Proliferative Capacity in Malignancy Variants of A Murine T Lymphoma. International Society for Oncodevelopmental Biology and Medicine. Montreux, Switzerland, 1997.

24. Dayan, D., Sivor, S., Vered, M., <u>Hiss. J.</u> and Buchner, A. Nucleolar Organizer Regions Associated Protein in Aging Human Palatal and Labial Salivary Gland. <u>International Association of Dental Reasearch,.</u> Orlando, USA. 1997.

25. Shatz, A., Arensburg, B and <u>Hiss. J.</u> . Anatomo-Histological Findings in the Upper Airways of SIDS Victims - Relationship to Risk Factors. <u>European Society for the Study and Prevention of Infant Death,</u> Jerusalem, Israel, 1999.

26. Kahana, T., Almog, J. and <u>Hiss, J.</u> Marine Taphonomy: Adipocere Formation in a Series of Bodies Recovered from a Single Shipwreck. <u>International Association of Forensic Sciences,</u> Los Angeles USA, 1999.

27. <u>Hiss, J.</u>  Diagnosis of Pediatric Physical Abuse. <u>The 2nd Israeli Conference on Childhood Injury.</u> Jerusalem, Israel. 2000.

28. Schreiber, L., <u>Hiss, J.,</u> Arensburg, B., Pick, CG. Considerations on Postmortem Findings of Blood and Bone Lithium Content in a Sample of Psychiatric Patients. <u>14th Annual Meeting International Neuropsychiatric Association</u>. USA. 2002.

29. <u>Hiss, J.</u> and Kahana T. Identification of Victims of Suicidal Bombings. <u>International Conference on Medical Consequences of Terrorism.</u> Tel Aviv, Israel. 2004.

30. Kahana, T., <u>Hiss, J.,</u> Aleman, I., Botella, M.  Dismemberment; Who, How and Why. <u>American Academy  of Forensic Sciences</u>, New Orleans, USA. 2005.

31.  Davis, N.L., Kahana, T. and <u>Hiss, J.</u>  Souvenir Knife: A Retained Transcranial Knife Blade. <u>National Association of Medical Examiners</u>, Los Angeles, USA. 2005.