**EXHIBIT 21**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF NACHSHON WACHSMAN, et al.,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

Defendants.

Civil Action No. 06-cv-00351 (RMU)

## AFFIDAVIT OF SHMUEL C. SHAPIRA, M.D. MPH

I, Prof. Shmuel C. Shapira, hereby certify that:

1. I am over 21 years of age. I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify to the information herein.

2. I received my Medical Degree from Hadassah-Hebrew University School of Medicine. I completed residencies in both anesthesiology/intensive care and medical management, also at Hadassah, as well as advanced training in pain management and obstetric anesthesia. I also have a Masters degree in public health (MPH).

3. I am currently the Deputy Director General of the Hadassah Medical Organization, the Director of Hebrew University-Hadassah School of Public Health, and the Chairman and CEO of International Center of Terror Medicine. Prior to this, I served as the Vice Director General of Hadassah Hospital, Ein Kerem. From 1993 to 1995, I was the Head of the Trauma Branch for the Israeli Defense Forces (IDF)

2

Medical Corp and I am currently a Lieutenant Colonel (Res.). I am active in several Ministry of Health National Committees, and councils and served as a board member of Magen David Adom (Israel's Emergency Medical Service-EMS) and chaired the Medical and Emergency Preparedness Committee of Magen David Adom.

4. I serve authority on terror, trauma & emergency medicine and instructs medical students and physicians on terror medicine, management of mass casualty events, advanced trauma life support and risk management. I have published many articles on these topics in medical journals and I lecture worldwide on these topics.

5. I am the author or the co-author of the following articles and publications in the field of terror and medicine, as follows :

a) Terror-Related Injuries: A Comparison of Gunshot Wounds Versus Secondary-Fragments—Induced Injuries from Explosives Nadav Sheffy, MD, Yoav Mintz, MD, Avraham I ivkind, MD, FACS, Shmuel C Shapira, MD, MPH. Sheffy et al Terror-Related Injuries 303 . Vol. 203, No. 3, September 2006

b) Mortality in Terrorist Attacks: A Unique Modal of Temporal Death Distribution  S. C. Shapira, MD, MPH, R. Adatto-Levi, MD, M. Avitzour, MPH,4 A. I. Rivkind, MD,  I. Gertsenshtein, Eng, Y. Mintz, MD2

World Journal of Surgery. World J Surg (2006) 30: 1–8

c) Research Note : Ethical Issues of Bioterror SHMUEL C. SHAPIRA Hadassah University Hospital Jerusalem, Israel MEIR OREN Hillel Yaffe Medical Center, Hadera, Israel and The National Advisory Committee For Hospital Preparedness for BW and Bioterrorism Ministry of Health, Jerusalem, Israel

d) Journal of Homeland Security and   Emergency Management
Volume 3, Issue 2 2006 Article 9
Terror Medicine: Birth of a Discipline   Shmuel C. Shapira_ Leonard A. Colet

e) Evacuating Trauma Victims: To the Nearest or the Appropriate Hospital? Debate Moderator:  Shmuel C. Shapira MD MPH
IMAJ 2006;8:129-130
ACS = American College of Surgeons

f) Hospital Management of a Bioterror Event.  Shmuel C. Shapira MD MPH , Joshua Shemer MD,  and Meir Oren MD MSc MPH .  Preparedness for A Biological Scenario, Biologic Warfare Medicine    Israel.   IMAJ  Vol 8 • February 2006   2002;4:493±494

g) DISASTER MEDICINE/BRIEF REPORT  . Leibovici D, Gofrit ON, Shapira SC:

351_mds2351_mds21.doc

Eardrum perforation in explosion survivors: Is it a marker of pulmonary blast injury? Ann Emerg Med August 1999;34:168-172.

172 ANNALS OF EMERGENCY MEDICINE 34:2 AUGUST 1999

h) C. Shapira, MD, MPH    Abraham Rivkind, MD    Allan I. Bloom, MD    Eugene Libson, MD    Radiology 2005; 237:28-36
Facing the New Threats of Terrorism: Radiologists' Perspectives Based on Experience in Israel    Special Review Radiology 28

i) **Patterns of Injury in Hospitalized Terrorist Victims**
KOBI PELEG, PhD, MPH,* LIMOR AHARONSON-DANIEL, PhD,* MICHAEL MICHAEL, MD,† S.C. SHAPIRA, MD, MPH,‡ AND THE ISRAEL TRAUMA GROUP.    262 AMERICAN JOURNAL OF EMERGENCY MEDICINE ■ Volume 21, Number 4 ■ July 2003

j) Biologic Warfare Medicine  Medical Management of Terrorist Attacks
Shmuel C. Shapira MD MPH    and Joshua Shemer MD
IMAJ . Vol 4 . July 2002 Medical Management of Terrorist Attacks 491

k) Terror Politics and Medicine: The Role of Leadership
SHMUEL C. SHAPIRA    SHLOMO MOR-YOSEF
*Studies in Conflict & Terrorism*, 27:65-71, 2004   Copyright Taylor & Francis Inc.

l) The Efficacy of Integrating "Smart Simulated Casualties" in Hospital Disaster Drills
Ofer N. Gofrit, MD,1 Dan Leibovici, MD,1 Joshua Shemer, MD, Avinoam Henig, MD,   Shmuel C. Shapira, MD

*Prehospital and Disaster Medicine* 1997;12(2):97-101

m) Is the Australian hospital system adequately prepared for terrorism?
Jeffrey V Rosenfeld, Mark Fitzgerald, Thomas Kossmann, Andrew Pearce, Anthony Joseph,
Gim Tan, Michele Gardner and Shmuel Shapira
The Medical Journal of Australia
December 2005 183 11/12 567-570    Crisis — Personal Perspective

n) **A Multicasualty Event: Out-of-hospital and In-hospital Organizational Aspects**    Malka Avitzour; Meir Libergal; Jacob Assaf; Jakov Adler; Shmuel Chaim Chapira
*Academic Emergency Medicine*; Oct 2004; 11, 10; ProQuest Nursing & Allied Health Source

My CV, with additional references, is attached hereby.

6.    As noted above, at the time of the kidnapping and murder of Corporal Nachshon Wachsman, I was the Head of the Trauma Unit of the Medical Corps of the IDF. I signed the death certificate for Corporal Wachsman.

4

7. My opinions contained herein are based on the medical examination of Corporal Wachsman on October 14, 1994 at 21:30 in the Emergency Room of the Hadassah Hospital (Ein Kerem), while I was signing his death certificate. I am relying on the external examination, and a CT examination of the body. I have also relied on the opinion of Prof. Hiss (21.6.95), descriptions given by Criminal Investigations Commander (22.1.95), discussions' protocol (1.11.94), reports of the ambulatory laboratory (crime scene forensics) (14.10.95), the testimony of the Military Office Commander at Hadassah (3.5.95), and my own testimony (15.3.95).

8. Corporal Wachsman had been pronounced dead at the location of his captivity. His body was brought forthwith to the Hadassah Ein Kerem Hospital Emergency Room on October 14, 1994. Based on information provided, he had been taken captive on October 9, 1994.

9. The deceased had his wrists bound with handcuffs in the front and, in pictures at close range there can be seen signs of abrasions on his right arm caused by the handcuff. His legs were tied together with a chain closed by a lock. It is important to point out that there was a large tearing at the upper part of his pants, on the right side. A red keffieh was tied around his neck. The deceased was not shaven and there were signs of burns on his neck.

10. On the upper part of the body, there was one wound caused by shooting, in the middle of the throat, two wounds caused by shooting in the middle part of the left clavicle, three wounds caused by shooting at the right shoulder, and one wound caused by shooting in the right elbow. There were what seemed to be bite marks above the right elbow. According to the blue-greenish color of the bite marks, that injury was recent, going back a few days only.

11. The center of the upper abdomen area shows signs of a series of shootings at close range (less than 50 cm.) with signs of burns and shrapnel which are characteristic to the burning dust of a shooting at very close range. On the right upper side of his thigh were additional signs of burns, as well as on the testicle sack, on the right.

12. In the occipital area, a large, open fracture, serrated, of more than 5 cm diameter through which the brain tissue could be seen, characteristic to the wound caused by an outgoing bullet. In the area beneath the left shoulder, a large torn deep wound (6 cm diameter) through which blood vessels could be seen.

13. On the back, in the middle, on both left and right sides, there were four groups of cicatrizing wounds, which in my opinion were caused by biting. In certain areas, the blue-greenish coloration of pre-cicatrisation was visible, which shows that the wounds were recent, dating of a few days back only.

14. Detail of the CT done after the death: Multiplicity of shrapnel in the neck area and the upper back with a massive crushing of the occipital bone. In addition, fractures in the temporal and parietal bones. Shrapnel in the chest area. Air in the chest, tearing of the heart and large blood vessels with bleeding in the chest. Wound in the buttocks – with air.

15. In conclusion, it is clear that the deceased had been ill treated, being imprisoned in very hard conditions, with his hands tied with handcuffs and his legs tied with a chain. I can see that at least one of the handcuffs caused an abrasion on his arm. These shackles would have resulted in continuous pain to the deceased. It is most probable that his eyes were covered with a keffieh, but at the time of Wachsman's execution, it appears it was around his neck. Corporal Wachsman would have suffered mental pain and suffering due to the constant and then increased threat

of death. According to certain signs on his body, it is my opinion that corporal Wachsman was bitten at least five times during his detention, on his arm and on his back. Being bitten is a very painful and humiliating experience and this significant pain continued for some time. Biting results in the intentional infliction of severe physical pain, which is a definition of torture. The deceased was executed with a series of shootings at close range.

16. The medical opinions I am stating here are made to a reasonable degree of medical certainty and are further based on the very great experience of many years I have, treating wounded people, two research works I wrote, relying on the external examination and operating of deceased soldiers of wars, visits at the Forensic Legal Institute and reading of forensic literature.

I hereby declare and certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. It is based on my personal knowledge, and if I were called to testify in this court proceeding, my testimony would be the same as what is contained in this Affidavit.

Executed on June 12, 2008

_____
Professor Shmuel C. Shapira MD, MPH