**EXHIBIT 22**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE
OF NACHSHON WACHSMAN, *et al.,*

                             **Plaintiffs,**

                  v.

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC REVOLUTIONARY
GUARD CORP. OF IRAN,

                             **Defendants.**

Civil Action No. 06-cv-00351 (RMU)

## THIRD AFFIDAVIT OF DR. SHAUL SHAY

I, SHAUL SHAY, hereby certify that:

1. I am over twenty-one years of age, I have personal knowledge of the facts set forth in this Affidavit, and I am competent to testify thereto. This affidavit supplements my Second Affidavit in this case dated October 3, 2007, 2007 and supersedes it.

2. I am a Senior Research Fellow of the International Policy Institute for Counter Terrorism at the Interdisciplinary Center, Herzliya, Israel. My field of expertise is Terrorism Studies, and, in particular, international Islamic terrorism.

3. I hold a Masters of Arts and a Doctor of Philosophy from Bar Ilan University, Israel. My doctoral thesis focused upon a comparative study of radical Islamic regimes in Sudan, Iran and Afghanistan.

4. Additionally, I served for 28 years in field and research positions as a senior career officer, as a paratroop officer and in the Military Intelligence Branch of the Israeli Defense Forces ("IDF"). I ended my career with the IDF as a Colonel.

5. During the 1990s, I also served as the head of the Israeli Military Intelligence Counterterrorism Branch ("IMICB"). During my tenure as head of the IMICB, I investigated

and supervised the investigation of acts of terror perpetrated against Israeli nationals by Islamic terror organizations, including Hamas, Islamic Jihad and Hezbollah, and analyzed and examined the link between the Islamic Republic of Iran and such terror organizations.

6. I am the author of seven books on Islamic terror organizations, including <u>Islamic Terror Abductions In The Middle East</u> ("Islamic Terror Abductions") which was first published in 2007 by Sussex Academic Press, P.O. Box 139, Eastbourne, BN24 9BP, United Kingdom, and in the United States by Sussex Academic Press, 920 Northeast 58th Avenue, Suite 300, Portland, Oregon 97213-3786.

7. <u>Islamic Terror Abductions</u> is based, in part, upon my personal knowledge, expertise and experience as a military and intelligence officer. To the extent Islamic Terror Abductions is not based upon my personal knowledge, expertise and experience, it is based upon sources which are considered reliable in the field of Terrorism Studies, including publications of Israeli and United States governmental agencies, university publications, publications of think tanks, publications of other authors considered to be experts in the field of Terrorism Studies, statements and admissions by individuals participating in terrorist activities, transcripts from court proceedings in the United States and Israel, U.S. and foreign newspapers and magazines and other public record documents. These sources are identified in the Bibliography and Notes to Islamic Terror Abductions, pages 173-184. Such sources are customarily and regularly relied upon by experts in Terrorism Studies in the course of rendering opinions regarding the activities of terrorist organizations.

8. For the reasons set forth above, <u>Islamic Terror Abductions</u> is considered a learned treatise in the field of Terrorism Studies.

9. A substantial portion of <u>Islamic Terror Abductions</u> is devoted to an analysis of the kidnapping, torture and murder of Nachshon Wachsman by the Hamas terror organization, as well as the links between the Wachsman abduction and other terrorist abductions and the Islamic Republic of Iran.

10. In reaching the conclusion that . Nachshon Wachsman was tortured prior to his death, I relied specifically on several documents, copies of which are attached hereto in the original Hebrew and corresponding English translation as Exhibits A and B, respectively. These are the types of documents which scholars and experts in my field routinely and customarily rely upon.

I hereby certify, under penalties of perjury, that the foregoing statements are true and correct based upon my personal knowledge

Dated: May _____, 2008

_____
DR. SHAUL SHAY

150891_1