UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ESTHER WACHSMAN *ex rel.* | : | | |
| NACHSHON WACHSMAN *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 06-0351 (RMU) |
| | : | | |
| v. | : | Document No.: | 21 |
| | : | | |
| ISLAMIC REPUBLIC OF IRAN *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, it is this 27th day of March, 2009, hereby

**ORDERED** that judgment be and is entered on behalf the Estate of Nachshon Wachsman, by Esther Wachsman as personal representative, against all defendants, jointly and severally, for compensatory damages in the amount of $5,040,289 and prejudgment interest in the amount of $4,369,930.56; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Esther Wachsman against all defendants, jointly and severally, for compensatory damages in the amount of $5,000,000 and prejudgment interest in the amount of $4,335,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Menashe Yechezkel Wachsman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000 and prejudgment interest in the amount of $2,167,500; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Yitzchak "Tzachi" Wachsman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000 and prejudgment interest in the amount of $2,167,500; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Uriel Wachsman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000 and prejudgment interest in the amount of $2,167,500; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Raphael Wachsman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000 and prejudgment interest in the amount of $2,167,500; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Eliahou Wachsman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000 and prejudgment interest in the amount of $2,167,500; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Chaim "Hayim" Zvi Wachsman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000 and prejudgment interest in the amount of $2,167,500; and it is

**ORDERED** that the plaintiffs may arrange for this Judgment and Order to be translated into Farsi and, at the plaintiffs' request, the Clerk of the Court shall cause a copy of the translated Judgment and Order and accompanying Findings of Fact and Conclusions of Law to be transmitted to the U.S. Department of State for service upon the defendants through diplomatic channels.

**SO ORDERED**.

      RICARDO M. URBINA  
      United States District Judge