

**United States Department of State**

*Washington, D.C. 20520*

April 1, 2010

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Wachsman, et al. v. Islamic Republic of Iran,**
**Case No 1:06CV00351** RMU

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of orders and judgments, findings of fact and conclusions of law and notices of default judgment pursuant to 28 U.S.C. 1608(a)(4) upon the Islamic Republic of Iran and the Iranian Ministry of Information and Security as defendants in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were transmitted to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes, numbers 1007-IE and 1008-IE, dated and delivered on January 18, 2010.

I am enclosing copies of the diplomatic notes used to transmit the documents to the Iranian Ministry of Foreign Affairs. These include the authenticated certification of the Head of the U.S. Interests Section at the Swiss Embassy in Tehran and the certification of the U.S. Embassy in Bern.

RECEIVED

APR - 5 2010

Clerk, U.S. District and
Bankruptcy Courts

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc: Paul L. Knight
Nossaman, O'Connor & Hannan, LLP
1666 K Street, NW
Suite 500
Washington, DC 20006

SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland )
n, Canton of Bern ) SS:
assy of the United States of America )

rtify that the annexed document is executed by the ine signature and seal of the following named official in an official capacity, is empowered by the laws of zerland to execute that document.

rtify under penalty of perjury under the laws of the ed States that the foregoing is true and correct.

Brigitte DUMONT
ped name of Official who executed the annexed document)

(Signature of Consular Officer)

Edward P. BIRSNER
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

March 15, 2010
(Date)



SPECIFIC AUTHENTICATION CERTIFICATE

deration of Switzerland )
Canton of Bern ) SS:
sy of the United States of America )

ify that the annexed document is executed by the he signature and seal of the following named official n an official capacity, is empowered by the laws of rland to execute that document.

ify under penalty of perjury under the laws of the States that the foregoing is true and correct.

Brigitte DUMONT
(Ty name of Official who executed the annexed document)

(Signature of Consular Officer)

Edward P. BIRSNER
(Typed name of Consular Officer)

nsul General of the United States of America
(Title of Consular Officer)

March 15, 2010
(Date)

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland )
rn, Canton of Bern ) SS:
bassy of the United States of America )

ertify that the annexed document bears the genuine seal he Swiss Federal Department of Foreign Affairs.

rtify under penalty of perjury under the laws of the ed States that the foregoing is true and correct.

(Signature of Consular Officer)

Edward P. BIRSNER
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

March 15, 2010
(Date)



SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland )
, Canton of Bern ) SS:
ssy of the United States of America )

ward P. Birsner, a consular officer at the Embassy of nited States at Bern, Switzerland, certify that this true copy of Embassy note number 18746 dated January 010, which was transmitted to the Swiss Ministry of gn Affairs on January 13, 2009 for further mission to the American Interests Section of the Swiss sy in Tehran, Iran.

(Signature of Consular Officer)

Edward P. BIRSNER
(Typed name of Consular Officer)

onsul General of the United States of America
(Title of Consular Officer)

March 15, 2010
(Date)