UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTHER WACHSMAN, *ex rel.* WACHSMAN, *et al.*,<br><br>              Plaintiffs,<br><br>      v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>              Defendants. | Civil Action No. 06-cv-00351 (RMU) |

## ORDER REVIVING JUDGMENTS

This matter is before the Court pursuant to Plaintiffs' motion to revive their Judgments against the Islamic Republic of Iran and the Iranian Ministry of Information an Security. Plaintiffs were each awarded compensatory damages and prejudgment interest on March 27, 2009.

The Court finds:

1.      Judgments in the United States District Court for the District of Columbia are enforceable for a period of 12 years under D.C. Code §15-101 and may be renewed for an additional 12 years pursuant to Rule 69(a), Fed. R. Civ. P. and D.C. Code §15-103.

2.      Plaintiffs have made timely applications to renew their Judgments for an additional 12 years as the initial 12-year period has not expired.

WHEREFORE, for good cause having been shown, it is hereby

ORDERED that Plaintiffs' motion to renew their Judgments is hereby GRANTED; and it is further

57316243.v1

ORDERED that Plaintiffs' Judgments are enforceable for another 12 years until April __, 2032.

SO ORDERED, this 7th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE